

HARTMAN & CRAVEN LLP
Peter G. Goodman (PG 4210)
488 Madison Avenue, 16th Floor
New York, New York 10022
(212) 753-7500

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NATIONAL UTILITY SERVICE, INC.,

        Plaintiff,

        -against-

TIFFANY & CO. and TIFFANY AND
COMPANY,

        Defendants.

------------------------------------------------------------X

Case No. 07 CV 3345

RULE 7.1 STATEMENT

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for National Utility Service, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Date: April 26, 2007

Peter G. Goodman (PG 4210)