USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

NATIONAL UTILITY SERVICE, INC.,

      Plaintiff,

      -vs-

TIFFANY & CO. and TIFFANY AND
COMPANY,

      Defendants.
----------------------------------------x

07-CV-3345 (KMK)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff and for defendants, as follows:

1. That the time for defendants to respond to the Complaint is hereby extended to May 30, 2007;

2. That this Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

Dated: New York, New York
May 15, 2007

DREIER LLP

By: _____
Jeffrey A. Mitchell (JM-5323)
E. Timothy McAuliffe, Jr. (EM-6242)
499 Park Avenue
New York, New York 10022
*Attorneys for Defendants*
(212) 328-6100

HARTMAN & CRAVEN LLP

By: _____
Peter Goodman (PG-4210)
488 Madison Avenue
New York, New York 10022
*Attorneys for Plaintiff*
(212) 753-7500

SO ORDERED:

_____
U.S.D.J.
5/22/07

{00256782.DOC;}