UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
NATIONAL UTILITY SERVICE, INC.,                :   07-CV-3345 (KMK) (GWG)
:
          Plaintiff,                                    :
:   **STIPULATION**
          -vs-                                             :
:
TIFFANY & CO. and TIFFANY AND                  :
COMPANY,                                       :
:
          Defendants.                                  :
-------------------------------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff and for defendants, as follows:

      1. That the time for defendants to respond to the Complaint is hereby extended to June 7, 2007;

      2. That this Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

Dated: New York, New York
       May 31, 2007

DREIER LLP                                             HARTMAN & CRAVEN LLP

By: ___/s/_____                          By: ___/s/_____
   Jeffrey A. Mitchell (JM-5323)                         Peter Goodman (PG-4210)
   E. Timothy McAuliffe, Jr. (EM-6242)                   488 Madison Avenue
499 Park Avenue                                        New York, New York 10022
New York, New York 10022                               *Attorneys for Plaintiff*
*Attorneys for Defendants*                             (212) 753-7500
(212) 328-6100

{00256782.DOC;}

SO ORDERED, this ____ day of June, 2007:


_____
Hon. Kenneth M. Karas