UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                     :

NATIONAL UTILITY SERVICE, INC.,          :

                             Plaintiff,             :   07-CV-3345 (KMK) (GWG)

                                                      :  **RULE 7.1 STATEMENT**

                                -vs-                     :

TIFFANY & CO. and TIFFANY AND           :
COMPANY,                                                   :

                            Defendants.           :
------------------------------------------------------------------ x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendants certifies that Tiffany & Co. is the corporate parent and there is no publicly held corporation that owns 10% or more of its stock, which is traded on the New York Stock Exchange under the symbol "TIF."

Dated: New York, New York
       June 7, 2007

                                        **DREIER LLP**

                                        By: _____
                                             Jeffrey A. Mitchell, Esq. (JM-5323)
                                            E. Timothy McAuliffe, Jr., Esq. EM-6242)
                                        *Attorneys for Defendants*
                                        499 Park Avenue
                                        New York, New York 10022
                                        (212) 328-6100

TO:    Peter G. Goodman, Esq. (PG-4210)
        **HARTMAN & CRAVEN LLP**
        *Attorneys for Plaintiff*
        488 Madison Avenue
        New York, New York 10022
        (212) 753-7500

{00262640.DOC;}