UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL UTILITY SERVICE, INC.,          Case No. 07 CV 3345 (KMK)
                    Plaintiff,           **AFFIDAVIT OF SERVICE**

        -against-

TIFFANY & CO., et ano.,

                    Defendants.
----------------------------------------X
STATE OF DELAWARE   )
                    ) S.S.:
COUNTY OF NEW CASTLE)


___Daniel Newcomb___, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the __1__ day of May, 2007, at approximately __1:50 PM__ a.m./p.m., deponent served a true copy of the Summons, Complaint with Exhibits, Civil Cover Sheet, Judge Karas' Individual Practice Rules, Magistrate Judge Gorenstein's Individual Practice Rules, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Tiffany & Co. by their Registered Agent, The Corporation Trust Company at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware by personally delivering and leaving the same with __Scott LaScala__, who informed deponent that he/she holds the position of __Managing Agent__, is authorized to accept service on behalf of Tiffany & Co.

__Scott LaScala__ is a __White__ __Male__ approximately __40__ years of age, stands approximately __5__ feet, __10__ inches tall, weighs approximately __170__ pounds with __Brown__ hair and __Brown__ eyes.

                              Sworn to before me this
                              __1__ day of May, 2007.


_____       _____
PROCESS SERVER                NOTARY PUBLIC
Daniel Newcomb                KIMBERLY J. RYAN
                              NOTARY PUBLIC-DELAWARE
                              My Commission Expires June 15, 2008