United States District Court
Southern District of New York

---

National Utility Service, Inc.,

                Plaintiff,

-against-

Tiffany & Co. and Tiffany and Company,

                Defendants.

AFFIDAVIT OF SERVICE
Case No: 07 CV 3345
Judge Karas

---

State of New York )
                ss:
County of Albany  )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on May 1, 2007 at approximately 1:10 p.m. deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law; Summons, Complaint with Exhibits, Civil Cover Sheet, Judge Karas' Individual Rules dated October 5, 2004, Magistrate Judge Gorenstein's Individual Practice Rules dated June 13, 2006, Consent to Proceed before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004; that the corporation served was Tiffany and Company, a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State located in the City of Albany, New York by delivering to and leaving the papers with Carol Vogt, a white female with brown hair, being approximately 36-50 years of age; height of 5'0"-5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                                             _____
                                                                             Mary M. Bonville

Sworn to before me this 1st day of May, 2007

_____
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010