UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*National Utility Service, Inc.,*
                                    *Plaintiff,*

        *-v-*

*Tiffany & Co., et ano*
                                    *Defendants.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

Case No. 07 cv 03345(RJS)(GWG)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Gorenstein for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
_____
_____

        If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_  Settlement* -The parties request a settlement conference in early January, 2008.

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

        Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

        Particular Motion:_____
        _____

        All such motions: _____

* Do not check if already referred for general pretrial.

SO ORDERED.
DATED:    New York, New York
            **Nov. 27, 2008**

RICHARD J. SULLIVAN
United States District Judge