UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

NATIONAL UTILITY SERVICE, INC.,

                Plaintiff,

-v-

TIFFANY & CO.,

                Defendant.

No. 07 Civ. 3345 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of plaintiff's and defendant's pre-motion letters, dated May 27, 2008 and May 30, 2008, respectively.

    The Court shall conduct a pre-motion conference in this case on June 10, 2008 at 10:30AM. The conference previously scheduled for July 18, 2008 at 9:30 a.m. is hereby cancelled.

SO ORDERED.

Dated:      June 2, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE