UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

NATIONAL UTILITY SERVICE, INC.,

              Plaintiff,

-v-

TIFFANY & CO.,

              Defendant.

No. 07 Civ. 3345 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference on June 10, 2008, the Court adopted the following schedule:

        Defendant's motion for summary judgment shall be filed and served on or before July 31, 2008.

        Plaintiff's opposition papers to defendant's motion, as well as plaintiff's cross-motion for summary judgment, shall be filed and served on or before September 4, 2008.

        Defendant's reply papers shall be filed and served on or before September 18, 2008.

        Defendant's opposition papers to plaintiff's summary judgment motion shall be filed and served on or before September 25, 2008.

        Plaintiff's reply papers, if any, shall be filed and served on or before October 9, 2008.

SO ORDERED.

Dated:      June 10, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE