# DREIER LLP

### ATTORNEYS AT LAW

**Jeffrey A. Mitchell** *Partner*
Direct 212 328 6150
jmitchell@dreierllp.com





June 12, 2008

**BY HAND**

The Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

    Re:   *National Utility Service, Inc. v. Tiffany & Co. et ano.*
           07-CV-3345 (RJS) (GWG)

Dear Judge Sullivan:

    We represent defendants Tiffany & Co. and Tiffany and Company ("Tiffany") in this action. Further to the pre-motion conference that you held with counsel for the parties on June 10, 2008, please allow this to serve as Tiffany's formal request to extend the cut-off date for expert discovery in the captioned matter for one week from June 13 to June 20, 2008. At the conference you indicated you would not be disposed against this request. Counsel for plaintiffs has consented to the request as well. This is our first such request.

    Respectfully submitted,

    Jeffrey A. Mitchell

cc:   Peter Goodman, Esq. (by facsimile)

**SO ORDERED**
Dated: 6/13/08

RICHARD J. SULLIVAN
U.S.D.J.

499 Park Avenue  New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles  Stamford  Albany
www.dreierllp.com

{00362970.DOC.}