UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| NATIONAL UTILITY SERVICE, INC., | : 07-CV-3345 (RJS) (GWG) |
| Plaintiff, | : |
| -vs- | : **NOTICE OF MOTION** <br> **FOR SUMMARY JUDGMENT** |
| TIFFANY & CO. and TIFFANY AND COMPANY, | : |
| Defendants. | : |

------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT upon the annexed Declaration of Jeffrey A. Mitchell, Esq., dated July 31, 2008, together with the exhibits thereto, the Statement of Material Facts Pursuant to Local Rule 56.1, the accompanying Memorandum of Law, and the pleadings and all prior proceedings had herein, the undersigned will move this Court before the Honorable Richard Sullivan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time designated by the Court, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure granting defendants summary judgment dismissing the Complaint and for such other further and different relief as the Court deems just and proper.

{00376312.DOC;}

Dated: New York, New York
      July 31, 2008

                                           **DREHER LLP**

                                           By: _____
                                               Jeffrey A. Mitchell
                                               E. Timothy McAuliffe, Jr.
                                          499 Park Avenue
                                          New York, New York 10022
                                          (212) 328-6100

                                          *Attorneys for Defendants*

TO:    Peter G. Goodman, Esq.
         Dana V. Syracuse, Esq.
         **HARTMAN & CRAVEN LLP**
         488 Madison Avenue
         New York, New York 10022
         (212) 753-7500

         *Attorneys for Plaintiff*