# nusconsulting®
## GROUP

Dec. 22, 2006

*Utility Cost Management Solutions*

Long Island Power Authority
P.O. Box 9039
Melville, NY 11747-9083

Re: Electric Service 1980 Northern Blvd., Manhasset, NY
Account # 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-5; Meter # 099791344

Dear Sir or Madam:

We have been engaged by Tiffany and Company to review and analyze their electricity expenditures. We have completed a study of the various rates currently offered by your company and the most recent consumption and load profiles for the above referenced location.

The study concluded that excessively high usage readings have occurred on this account effective with and subsequent to the billing period ending September 27, 2006, when the meter was changed. Specifically, we find the billing consumption and demand readings are approximately six times above the previous usage levels and cannot account for this being attributed to any change in our client's operations. Accordingly, we believe that a meter reading error, meter malfunction, computer and/ or administrative error, *etc.* may have occurred.

Please investigate this matter and if an error has occurred, kindly advise and correct this meter so that it properly records all future usage. Additionally, please credit this account accordingly for all past overcharges. Please also include any interest applicable to this credit as well.

We assume that as a part of this process, you will also be arranging for the marketer, Con Edison Solutions, to adjust and re-bill their invoices for this account as well for the corrected usage. We would appreciate your confirming this.

Please address any response or comments you have concerning this matter at the address below.

NUS Consulting Group
One Maynard Drive
Park Ridge, New Jersey 07656-0712
Fax # 201.391.8158
e-mail - SupplierResponse@nusconsulting.com



One Maynard Drive | Park Ridge, New Jersey 07656-0712 | Tel. 201.391.4300 | Fax. 201.391.8158 | www.nusconsulting.com

New York   San Jose   London   Paris   Düsseldorf   Milan   Johannesburg   Stockholm   Brussels   Sydney   Toronto   Madrid

*A Business of National Utility Service, Inc.*

T 40

Long Island Power Authority      2      December 22, 2006

Thank you for your prompt attention to this matter.

Sincerely,

*Chris Amundsen*

Chris Amundsen
Senior Consultant
(201-391-4300 x 109
201-391-8158 (fax)
Email: camundsen@nusconsulting..com

cc: Bruce Mogel, Director/Retail Facilities ✓

T 41