### Zelanti, Anthony

| | |
|---|---|
| **From:** | Mogel, Bruce |
| **Sent:** | Thursday, January 11, 2007 2:27 PM |
| **To:** | 'Amundsen, Christine' |
| **Cc:** | Zelanti, Anthony; Ensor, Brian; Lutz, Sandy |
| **Subject:** | RE: New Manhasset Utility Bills |

Chris,
Thanks
I just faxed the load data to you.

Bruce


Bruce Mogel
Director Retail Facilities



bruce.mogel@tiffany.com

Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax



The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

**From:** Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
**Sent:** Thursday, January 11, 2007 2:06 PM
**To:** Mogel, Bruce
**Cc:** Zelanti, Anthony
**Subject:** RE: New Manhasset Utility Bills

Thank you. We just received the faxed copies of your latest LIPA and ConEd Solutions bills for Manhasset, NY from Anthony Zelanti. **Do not pay these bills.**

Additionally, we would like to provide you with an update on the overall investigation of this matter. LIPA is currently in the process of recalculating your bills for September through December 2006, as a result of errors uncovered subsequent to our initiation of a query pursuant to our December 20, 2006 Cost Analysis Report. Specifically, their investigation of the meter issue revealed that the wrong meter constant was being applied to

1/11/2007



T 994

the calculation of the bill each month, subsequent to the installation of the new meter in September.

We have also been in touch with Con Ed Solutions and they confirmed that they will make their corrections within 72 hours of notification from LIPA. In the end, you will receive credits to both your LIPA and Con Ed Solutions accounts along with lower bills thereafter. We are expecting the final recalculated bills from LIPA by no later than next Tuesday; however, we are hoping they are received by tomorrow.

Furthermore, we are not yet convinced that the matter has been totally resolved. Specifically, although there will be a significant reduction in the charges as a result of the initial investigation, based on your bills prior to the changeover, the readings (i.e., kWh and KW) still seem high. Of course, it is possible that readings prior to the change in meters were too low, therefore, we would like to know if Tiffany maintains any load data on its stores, and more specifically, for the store in question (i.e., Manhasset, NY). This will allow us to insure that Tiffany is fully aware of any other potential liabilities either on the part of LIPA/Con Ed Solutions or if the original bills were too low, on the part of Tiffany. Thanks.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158

-----Original Message-----
From: Mogel, Bruce [mailto:Bruce.Mogel@Tiffany.com]
Sent: Monday, January 08, 2007 9:28 AM
To: Amundsen, Christine
Cc: Zelanti, Anthony
Subject: RE: New Manhasset Utility Bills

Anthony,
Please fax the Manhasset Utility bills directly to Christine at NUS.
Thanks

Chris, should we pay or hold?

Bruce Mogel
Director Retail Facilities

bruce.mogel@tiffany.com

Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax

1/11/2007

T 995

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

**From:** Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
**Sent:** Monday, January 08, 2007 9:11 AM
**To:** Mogel, Bruce
**Cc:** Zelanti, Anthony
**Subject:** RE: New Manhasset Utility Bills

Bruce,

Please email or fax (201-391-8158) copies of the bills to me. I'll be contacting LIPA this morning to address this matter, as well as to get the results of their metering investigation that was scheduled for last Friday morning. We'll keep you advised.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158

> -----Original Message-----
> **From:** Mogel, Bruce [mailto:Bruce.Mogel@Tiffany.com]
> **Sent:** Friday, January 05, 2007 4:42 PM
> **To:** Amundsen, Christine
> **Cc:** Zelanti, Anthony
> **Subject:** New Manhasset Utility Bills
>
> Christine,
> We have two new utility bills for Manhasset. Should we pay them? Or has the LIPA and ConEd accounts been placed on hold.
> I don't want the "lights to go out"...
>
> Thanks
> Bruce
>
>
> Bruce Mogel
> Director Retail Facilities
>
>
>
> bruce.mogel@tiffany.com
>
> Tiffany & Co.

1/11/2007

T 996

Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, print copying, disclosure, dissemination of or reliance upon this communicatio persons other than the intended recipient may be subject to legal restri or sanction. If you think that you have received this E-mail message in please reply to the sender and delete this email promptly.

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

1/11/2007

T 997