2007-Jan-11  02:35 PM    TIFFANY & CO.    (646)428-5613                                                1/2

[Click here and type return address and phone and fax numbers]

**Tiffany & Co.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | CHRIS AMUNDSEN | **From:** | BRUCE MOGEL |
| **Fax:** | 201 391 8158 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 1/11/2007 |
| **Re:** | LOAD DATA MANHASSET | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

o Comments:.


PLAINTIFF'S EXHIBIT

