

**FILE COPY**

Tiffany and Co.
Corporate Real Estate Services
727 Fifth Avenue - 9th Floor
New York, NY 10022
(212)-605-4460 – Telephone
(212)-605-4491 – Facsimile

## *Facsimile Transmittal*

| | |
|---|---|
| Subject: | National Utility Service |
| Date: | March 9, 2006 |
| To: | Arnold Frenkel |
| Cc: | Christine Amundsen – NUS, A.Maierle, B.San Martin, B.Mogel - Tiffany and Company |
| From: | Lawrence M. Palfini |
| Fax: | 201-391-8158 |
| Pages: | (14) including this cover sheet |
| Re: | Addendum and Data Management Services Agreement |

Dear Arnold:

Attached please find a copy of the executed agreements for the Addendum and the New Data Management Services Agreement. Please execute the Data Services Agreement and return the original for my files.

Please contact me at work at 212-605-4460 should you have any questions.

Sincerely,

Lawrence M. Palfini
Group Director of Corporate Real Estate Services

PLAINTIFF'S EXHIBIT

# nus consulting
## GROUP

ONE MAYNARD DRIVE
PARK RIDGE, NEW JERSEY 07656
PH: 201.391.4300 – FAX: 201.391.8158

March 6, 2006

*Utility Cost Management Solutions*

SENT VIA EMAIL

Mr. Lawrence Palfini
Group Director of Corporate Real Estate Services
Tiffany & Co.
727 Fifth Avenue
New York, NY 10022

RE: Addendum to April 7, 1992 Energy & Telecommunications Cost Control Agreement (the "Agreement")

Dear Mr. Palfini:

Pursuant to ongoing discussions between Tiffany & Co. ("Tiffany") and National Utility Service, Inc. d/b/a NUS Consulting Group ("NUS"), this letter will serve as an addendum to the above referenced Agreement.

WHEREAS, NUS is in the business of auditing, analyzing and providing consulting services to businesses and utility intensive organizations concerning their electricity, natural gas, oil, petroleum products, water, sewer and steam ("Energy") and telecommunications expenditures, and

WHEREAS, NUS currently provides certain services to Tiffany under the Agreement regarding its Energy expenditures and Tiffany desires to have NUS expand the current services and NUS desires to be retained to provide such additional services;

NOW, THEREFORE, in consideration of the promises set forth below and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. <u>Scope of Additional Service</u>: NUS agrees to provide advice and assistance to Tiffany for each facility that it opens and/or closes, as follows:

    a. In the case of new facilities (i.e., openings), NUS will be responsible to verify that: (i) the proper utility rate(s) are applied to Tiffany's service(s), (ii) any utility/supplier contract terms and conditions are appropriate, and (iii) the initiation of utility service(s) are done on a timely basis to coincide with Tiffany's requirements.

    b. In the case of existing facilities that are closing, NUS will be responsible to verify that: (i) Tiffany is no longer charged for utility service after the closing date and/or for billing periods beyond the term of any signed agreements in

T 152

place at the time of such closing, and (ii) any deposits held by a utility for the service(s) to be closed and which are due to be returned to Tiffany pursuant to the rules and regulations of the utility and or local commission, are returned to Tiffany with all appropriate interest.

2. **Fees:** The fee for providing this additional service shall be $75.00 per facility, for each opening or closing acted upon by NUS pursuant to this addendum to the Agreement. Payment shall be due to NUS upon receipt of NUS' invoice for the services performed at a Tiffany facility pursuant to this addendum to the Agreement.

3. **Tiffany Responsibilities:** Tiffany agrees to provide NUS with information including but not limited to: (i) the load profile of the new facility (i.e., usage, demand, operating hours, etc.) for each of the utility services (i.e., electric, natural gas, etc.) to be provided to the new facility, (ii) the address of the facility, and (iii) the expected date for the initial construction and final occupancy (i.e., the date(s) for temporary and permanent utility service to be provided).

   Tiffany also agrees to provide NUS with all necessary assistance (i.e. written authorization) required to undertake these services on its behalf.

   Tiffany agrees that it will use its best efforts to provide all necessary information on a timely basis to allow NUS to perform the services detailed herein, and that such information will be updated as needed.

4. **Force Majeure:** NUS shall not be liable to Tiffany for failure to perform it obligations under this addendum to the Agreement when the failure is due to causes not reasonably within NUS' control – natural disasters, actions or decrees of governmental bodies or agencies, war, civil disturbances, terrorism, communication line failure ("Force Majeure Event"). Where a Force Majeure Event affects performance under this Agreement, the effected party shall provide the other party notice thereof and each party shall use its best efforts to resume performance. If the period of non-performance exceeds thirty (30) days from the receipt of notice of a Force Majeure Event, either party may terminate the services provided pursuant to this addendum to the Agreement, without penalty or charge.

5. **Limitations of Liability:** NUS will provide these added services on a "best efforts" basis, and will not be liable for any matters beyond its control either based on its failure to receive timely or accurate information or as a result of a utility supplier's failure/refusal to take action pursuant to NUS' and or Tiffany's requests. In such cases, NUS will advise Tiffany of any deficiencies in information or of a utility company's failure/refusal to meet Tiffany's service/time requirements.

   NUS makes no warranty, express or implied, including the implied warranties of fitness and merchantability, other than those expressly stated in this addendum to the Agreement. Furthermore, both parties agree that NUS' liability under any circumstances, whether such liability is based in contract, tort or otherwise, shall be limited to damages not exceeding the total fees received by NUS for the immediately preceding three (3) months prior to the month wherein such error is discovered or the liability arises.

6. **Term/Termination:** This addendum to the Agreement shall commence on the date set forth below (i.e., the Acceptance and Agreement Date) and continue in full force and effect for a period one (1) year (the "Initial Term"). Thereafter, this addendum to the Agreement shall renew for successive one (1) year terms unless either party

provides the other party with written notice of termination at least thirty (30) days prior to any anniversary date (the "Renewal Term").

Sixty (60) days prior to the anniversary of this addendum to the Agreement, NUS will advise Tiffany of any changes in the scope of the services and/or fees. Upon such notification, Tiffany shall have the right to terminate the service based on such changes by notifying NUS of its intent to terminate in writing. Notwithstanding such termination, Tiffany's obligations for the payment of fees already earned by NUS pursuant to this addendum to the Agreement shall remain in effect.

The services detailed in this addendum to the Agreement will be provided only to Tiffany's United States operations, unless the parties agree otherwise.

Please review this addendum and if you agree with its terms and conditions, please sign and return a copy for our files.

Very truly yours,

*[signature]*

Arnold Frankel
Executive Vice President

Accepted and Agreed:
By: *[signature]*
Name: Lawrence M. Palfini
Title: Group Director C.R.E.S.
Date: 3/7/06

T 154

# Data Management
## SERVICE AGREEMENT

This agreement is made as of March _____, 2006, by and between National Utility Service, Inc., d/b/a NUS Consulting Group, with its principal place of business located at One Maynard Drive, Park Ridge, New Jersey 07656, ("NUS"), and Tiffany & Co. ("Tiffany"), with its principal place of business located at 727 Fifth Avenue, New York, New York 10022, ("User") (the "Agreement").

### RECITALS

WHEREAS, under a separate agreement dated April 13, 1992, User engaged NUS to provide utility audit, analysis and consulting services to identify and secure potential overcharges and savings opportunities; and

WHEREAS, NUS has developed a web-based utility data management system ("NUSdirect") for electricity, gas and water/sewer ("Energy") data; and

WHEREAS, User desires to retain NUS to provide data management services as detailed herein and NUS desires to be retained for such services.

NOW THEREFORE, in consideration of the mutual covenants contained in this Agreement and for other good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged by NUS and User), NUS and User agree as follows:

1. **NUSdirect System:** NUS shall provide the User a non-exclusive revocable license, pursuant to the terms and conditions set forth herein, to use the NUSdirect utility data management system for its Energy (electric, gas and water/sewer) billing data.

    a. **Username/Password Entry:** Access to NUSdirect is accomplished through a username and password system. The creation, termination, suspension or modification of any username and password shall be accomplished by NUS, upon written request by the User. The oversight, management and protection of usernames and passwords is the sole and absolute responsibility of the User. The User's initial request for usernames and passwords is set forth in "Schedule A - Initial Username/Password Request" which is attached hereto and made a part hereof.

    b. **Energy Billing Data:** The NUSdirect system is designed to provide the User central access to its historic (i.e., previous year's) and current fundamental Energy billing data (i.e., billing date, consumption, demand, bill amount, etc.). Data contained in the system shall be limited to Energy billing data submitted to and/or secured by NUS in accordance with the terms of this Agreement – see, Paragraph 2 – Ancillary/Support Services.

    c. **Analysis/Charting Tools:** The NUSdirect system includes certain analytical and charting tools which enable a user to: (i) chart/graph fundamental Energy billing data for a single or multiple sites; (ii) compare fundamental Energy billing data between two or more sites; and (iii) aggregate Energy expenditures by commodity.

    d. **Data Export Tools:** The NUSdirect system provides the tools which allow the User to download fundamental Energy data to its local computer/computer network.

T 155

e. <u>24/7 Access</u>: It is intended that the User shall have 24/7 access to the NUSdirect system via the Internet, except for service interruptions due to system maintenance, upgrades and other system service requirements.

2. <u>Ancillary/Support Services</u>: To obtain the greatest benefit from NUSdirect, the parties acknowledge and agree that Energy invoices from each of User's participating sites (the sites are listed in "<u>Schedule B – Participating Sites</u>" – attached hereto and made a part hereof) must be acquired by NUS and entered/posted into the NUSdirect system on a regular basis. Accordingly, both parties agree to collaborate and use their <u>best efforts</u> in securing User's historic and on-going Energy invoices for this purpose.

The parties agree to undertake the following actions to accomplish this objective:

a. <u>Historic Data</u>: User shall submit to NUS its historic (most recent 12 months Energy invoices) for the sites included on Schedule B. NUS shall enter/post the fundamental Energy billing data from these Energy invoices into the NUSdirect system as part of the initiation of the NUSdirect system. Once these historic invoices have been entered/posted into the NUSdirect system, NUS shall provide User access to NUSdirect (the "**System Initiation Date**").

In order to satisfy this requirement, NUS will review User's historical data, which is currently available in our records, and provide User with a list of any additional invoices required to build the twelve (12) month historical database. User agrees to provide these invoices to NUS to populate NUSdirect.

b. <u>Current/Future Data</u>: Throughout the term of this Agreement, User shall provide NUS the Energy invoices/data for the sites included on Schedule B. NUS shall endeavor to assist User in the acquisition of this information. User agrees to cooperate with NUS and provide all assistance required to accomplish this task, including the execution of any documentation (including, but not limited to, letters of authority, letters of agency, limited powers of attorney, etc.) required by User's Energy suppliers.

3. <u>Fees</u>: Within thirty (30) days of the date set forth above, User shall pay to NUS a one-time set-up fee in the amount of $2,750. Moreover, User shall pay NUS a monthly data management fee in the amount of $2.75 per invoice throughout the term of this Agreement commencing on the System Initiation Date (the "Monthly Charge"). The Monthly Charge shall be billed monthly, in advance, based on the number of invoices to be processed. All invoices submitted to User by NUS shall be paid within thirty (30) days of submission. All late payments will be subject to a late payment charge/penalty.

4. <u>Term</u>: The Term of this Agreement shall be as follows:

a. This Agreement shall commence on the date set forth above and continue in full force and effect for a period of twelve (12) months commencing from the System Initiation Date. Thereafter, this Agreement shall renew for successive one year terms unless either party provides the other party with written notice of termination at least thirty (30) days prior to any anniversary date.

b. Sixty (60) days prior to an anniversary of this Agreement, NUS will advise User of any changes in the scope of the services and/or fees. Upon such notification, User shall have the right to terminate the service based on such changes by notifying NUS of its intent to terminate. Notwithstanding such termination, User's obligations will remain in effect for the payment of all fees up to the end of the contract term and, if NUS is required to continue to provide service, until such time as User or other authorized party undertakes the actual performance of these services and NUS ceases to do so.

-2-

T 156

c. Notwithstanding the foregoing, this Agreement may be terminated by either party: (a) upon thirty (30) days prior written notice of a material breach of the terms and conditions contained in this Agreement, but only if the breaching party fails to remedy such breach within thirty (30) days of receipt of such notification or within a reasonable time of such notification if the type and extent of the breach is such that it could not be remedied within thirty (30) days; (b) immediately upon written notice by either party if one party participates or engages in any illegal or fraudulent activities; (c) immediately upon written notice by either party of insolvency, bankruptcy, receivership, dissolution or death of the other party or (d) as otherwise set forth in this Agreement.

5. **NUSdirect™ Technical Support:** In the event of service problems, failures, technical difficulties or any circumstance that would otherwise cause User's inability to access the NUSdirect™ service (herein referred to as ("Technical Difficulties"), User shall notify NUS, on a timely basis, of such Technical Difficulties. Notice of any such Technical Difficulties shall specifically include a detailed description of the issues User is experiencing. Upon notification, NUS will use its best efforts to (i) identify the cause of such Technical Difficulties, (ii) communicate the problem to User, and (iii) correct such Technical Difficulties in a timely manner.

Any Technical Difficulties and/or questions relating to NUSdirect™ service should be directed to:

> Jon Keable
> IT Manager
> NUS CONSULTING GROUP
> Regent House
> Queensway
> Redhill, Surrey RH1 1QT
> United Kingdom
> Tel: 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 781 200
> Fax: 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 760 033
> Email: nusdirect@nusconsulting.co.uk

6. **Liability:** Under no circumstances shall NUS be liable to User for any consequential, incidental, punitive or indirect damages arising from NUS' non-performance or breach under this Agreement. Any liability NUS may have arising from non-performance or breach under this Agreement shall be limited to the aggregate amount of Fees received by NUS during the Term of this Agreement.

7. **Limitations of Liability:** Notwithstanding anything to the contrary contained herein, NUS shall not be responsible for any interruption in providing services under this Agreement, if such interruption is due to User's negligence, or the negligence of any other third party beyond NUS' control or as set forth in Section 11 c of this Agreement.

8. **Additional Fees:** If User requests modifications to the NUSdirect™ system, NUS may charge User additional fees. NUS agrees that it will notify User of such additional fees prior to initiating any changes. Furthermore, in certain cases, NUS may determine that changes requested by User are not possible; in such cases, failure by NUS to initiate the change shall not constitute a breach of this Agreement and all fees due NUS through the term of the Agreement shall be paid by User.

9. **Intellectual Property:** User may NOT use any trademark or servicemark, whether registered or unregistered, owned by NUS or any of its subsidiaries, including, but not limited to NUSdirect, without the express written approval of NUS. User acknowledges that it has, and will obtain, no proprietary interest in any trademarks, servicemarks, emblems, copyrighted designs or other form of intellectual property owned, developed and/or used by NUS or its subsidiaries.

T 157

10. **Miscellaneous:**

   a. This Agreement expresses the entire understanding and agreement of the parties and supersedes any and all prior agreements and understandings, whether written or oral, relating in any way to the subject matter of this Agreement (i.e., NUSdirect™). This Agreement cannot be modified, amended or supplemented except by a written instrument or instruments executed by each of the parties hereto.

   b. Both parties agree to maintain this Agreement and the terms contain herein in the strictest of confidence. Both parties agree not to directly or indirectly disclose, reveal or transfer or cause to be disclosed revealed or transferred any of the terms contained in this Agreement.

   c. NUS shall not be liable to User for failure to perform it obligations under this Agreement when the failure is due to causes not reasonably within NUS' control – natural disasters, actions or decrees of governmental bodies or agencies, war, civil disturbances, terrorism, communication line failure ("Force Majeure Event"). Where a Force Majeure Event affects performance under this Agreement, the effected party shall provide the other party notice thereof and each party shall use its best efforts to resume performance. If the period of non-performance exceeds thirty (30) days from the receipt of notice of a Force Majeure Event, either party may terminate this Agreement, without penalty or charge.

   d. The general terms, conditions and restrictions for the access and use of NUSdirect™ are provided in the NUSdirect™ system and may be amended or modified from time to time in NUS' sole discretion.

   e. All notices and other communications hereunder shall be in writing. Any notice or other communication shall be deemed duly given if it is sent by facsimile transmission (with written confirmation of receipt), e-mail transmission (with delivery receipt acknowledgment), express/overnight courier service, registered or certified United States mail, return receipt requested, postage prepaid, and addressed to NUS or User as set forth below:

   NUS:
   NUS Consulting Group
   One Maynard Drive
   Park Ridge, New Jersey 07656
   ATTN: General Manager
   Phone: (201) 391-4300
   Facsimile: (201) 391-8158
   Email: contact@nusconsulting.com

   User:
   Tiffany & Co
   727 5th Avenue
   New York, NY 10022
   Lawrence Palfini
   Group Director of Corporate Real Estate Services
   Phone: (212) 605-4460
   Facsimile: (212) 605-4491
   Email: lawrence.palfini@tiffany.com

   f. No waiver by either party of a breach of this Agreement, or any part hereof, shall be deemed to be a waiver of any other prior, concurrent or subsequent breach of the same or different provision of this Agreement.

-4-

T 158

g. Should any provision of this Agreement be held invalid, unenforceable or illegal, such invalidity, unenforceability or illegality shall not invalidate the whole of this Agreement but, rather, this Agreement shall be construed as if it did not contain the invalid, unenforceable or illegal part, and the rights and obligations of the undersigned shall be construed and enforced accordingly.

h. This Agreement shall be governed by the laws of the state of New Jersey.

i. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument.

j. This Agreement may not be assigned by either party without the prior written consent of the non-assigning party.

IN WITNESS WHEREOF, NUS and User have executed this Agreement as of the day and year first written above.

User
By: _[signature]_
Name: Lawrence M. Palfini
Title: Group Director - C.R.E.S.
03/07/06

NUS
By: _____
Name: _____
Title: _____

-5-

T 159

## Schedule A
### Initial Username/Password Request

| # | NAME | TITLE | E-MAIL ADDRESS |
|---|------|-------|----------------|
| 1. | Lawrence Palfini | Group Director | lawrence.palfini@tiffany.com |
| 2. | Alfred Maierle | Director | alfred.maierle@tiffany.com |
| 3. | Bill San Martin | Director | guillermo.SanMartin@tiffany.com |
| 4. | Mike Cianciotta | Manager | michael.cianciotta@tiffany.com |
| 5. | George Marlo | Manager | george.marlo@tiffany.com |
| 6. | John Reverendo | Manager | John.Reverendo@tiffany.com |
| 7. | Anthony Osimo | Manager | anthony.osimo@tiffany.com |
| 8. | John Betts | Manager | John.Betts@tiffany.com |
| 9. | Bruce Mogel | Director | Bruce.mogel@tiffany.com |
| 10. | Alberto Gutierrez | Group Director | alberto.gutierrez@tiffany.com |
| 11. | Robert Delfgaauw | Manager | robert.delfgaauw@tiffany.com |
| 12. | Alex Bahram | Manager | alex.bahram@tiffany.com |
| 13. | Sandy Lutz | Manager | sandra.lutz@tiffany.com |
| 14. | Diana Chise | Admin Assistant | diana.chise@tiffany.com |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

-6-

T 160

## Schedule B
### Participating Sites

*RD*

See Attached Listing 03/09/06

| # | STREET ADDRESS | CITY | STATE/PROVINCE | COUNTRY |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

T 161

## Schedule B
### Participating Sites

As of 3/9/06 *kp*

| # | Street Address | City | State |
|---|---|---|---|
| 1 | 3333 BRISTOL 1509 | COSTA MESA | CA |
| 2 | 3333 BRISTOL 3015 | COSTA MESA | CA |
| 3 | 210 N RODEO DR | BEVERLY HILLS | CA |
| 4 | 180 EL CAMINO REAL APT. H149 | PALO ALTO | CA |
| 5 | 7007 FRIARS RD. 642 | SAN DIEGO | CA |
| 6 | 2855 STEVENS CREEK BLVD. #A257 | SAN JOSE | CA |
| 7 | 10250 SANTA MONICA BLVD. | LOS ANGELES | CA |
| 8 | 7007 FRIARS RD. #642 | SAN DIEGO | CA |
| 9 | 1119 SOUTH MAIN ST. | WALNUT CREEK | CA |
| 10 | 73585 EL PASEO 1116 | PALM DESERT | CA |
| 11 | 3000 E. 1ST AVE. #B120 | DENVER | CO |
| 12 | 40 POST RD E  STORE 1 | WESTPORT | CT |
| 13 | 140 GREENWICH AVE. | GREENWICH | CT |
| 14 | 9700 COLLINS AVE #B224 | BAL HARBOUR | FL |
| 15 | 9700 COLLIINS AVE #101 1/2 | BAL HARBOUR | FL |
| 16 | 342 SAN LORENZO AVE #1040 | CORAL GABLES | FL |
| 17 | 3101 PGA BLVD #Q211 | PALM BEACH GARDEN | FL |
| 18 | 4200 CONROY RD.  SUITE 283 | ORLANDO | FL |
| 19 | 259 WORTH AVE. #OL | W PALM BEACH | FL |
| 20 | 259 WORTH AVE | W PALM BEACH | FL |
| 21 | 3500 PEACHTREE RD | ATLANTA | GA |
| 22 | 2100 KALAKAUA AVE. | HONOLULU | HI |
| 23 | 1450 ALA MOANA BL #2090 | HONOLULU | HI |
| 24 | 1450 ALA MOANA BV #2092 | HONOLULU | HI |
| 25 | 3750 WAILEA ALANUI DR | MAUI | HI |
| 26 | 153 OLD ORCHARD UNIT J2 | SKOKIE | IL |
| 27 | 299 OAKBROOK CENTER | OAKBROOK | IL |
| 28 | 715 N MICHIGAN | CHICAGO | IL |
| 29 | 730 N. MICHIGAN AVE. | CHICAGO | IL |
| 30 | 100 HUNTINGTON AVE 4 FL | BOSTON | MA |
| 31 | 100 HUNTINGTON AVE 8 FL | BOSTON | MA |
| 32 | 300 BOYLSTON ST | NEWTON CTR. | MA |
| 33 | 300 BOYLSTON ST B240 | NEWTON CTR | MA |
| 34 | 5500 WISCONSIN AVE | CHEVY CHASE | MD |
| 35 | 2801 W. BIG BEAVER | TROY | MI |
| 36 | 301 NICHOLAS RD | KANSAS CITY | MO |
| 37 | 64 PLAZA FRONTENAC | SAINT LOUIS | MO |
| 38 | 3624 GALLERIA | EDINA | MN |
| 39 | 15 SYLVAN WAY  BLK 202 LT 6.2 | PARSIPPANY | NJ |
| 40 | 15 SYLVAN WAY | PARSIPPANY | NJ |
| 41 | BLK 8901 LT 3 & 11 PARSIPPANY RD | WHIPPANY | NJ |
| 42 | BLK 8901 LT 3 144 PARSIPPANY RD. | WHIPPANY | NJ |
| 43 | 144 PARSIPPANY RD. | WHIPPANY | NJ |
| 44 | 94 FORD ROAD UNIT 3 | DENVILLE | NJ |

T 162

| # | Address | City | State |
|---|---|---|---|
| 45 | 53 MAIN ST 2FL FRT | E HAMPTON | NY |
| 46 | 53 MAIN ST W END RR | E HAMPTON | NY |
| 47 | 143 SPARKS AVE. 2FL | PELHAM | NY |
| 48 | 1980 NORTHERN BLVD | MANHASSET | NY |
| 49 | 53 MAIN ST | E HAMPTON | NY |
| 50 | 680 5 AVE. 5TH FLOOR | NEW YORK | NY |
| 51 | 143 SPARKS AVE 3RD F | PELHAM | NY |
| 52 | 5 E 57TH ST | NEW YORK | NY |
| 53 | 727 5TH AVENUE | NEW YORK | NY |
| 54 | 727-35 FIFTH AVE | NEW YORK | NY |
| 55 | 125 WESTCHESTER AVE 1030 | WHITE PLAINS | NY |
| 56 | 50 MAC QUESTEN PKWY | NEW YORK | NY |
| 57 | 4400 SHARON RD UNT #P9A | CHARLOTTE | NC |
| 58 | 4400 SHARON RD. #4E | CHARLOTTE | NC |
| 59 | 505 VINE STREET | CINCINNATI | OH |
| 60 | 330 SW YAMHILL ST A | PORTLAND | OR |
| 61 | 330 SW YAMHILL ST MI | PORTLAND | OR |
| 62 | 330 SW YAMHILL ST M2 | PORTLAND | OR |
| 63 | 330 SW YAMHILL ST M3 | PORTLAND | OR |
| 64 | KING OF PRUSSIA PLAZA | KING OF PRUSSIA | PA |
| 65 | 1414 WALNUT ST | PHILADELPHIA | PA |
| 66 | 300 MAPLE RIDGE RD. | CUMBERLAND | RI |
| 67 | 1 INTERNATIONAL WAY | WARWICK | RI |
| 68 | 40 KENNEY DR. | CRANSTON | RI |
| 69 | 40 KENNEY DR P 25-03 | CRANSTON | RI |
| 70 | 5015 WESTHEIMER RD | HOUSTON | TX |
| 71 | 5015 WESTHEIMER | HOUSTON | TX |
| 72 | 13350 DALLAS PKY STE 1020 | DALLAS | TX |
| 73 | 330 NORTHPARK CENTER APT 330 | DALLAS | TX |
| 74 | FAIRFAX SQAURE | VIENNA | VA |
| 75 | 600 PINE STE 100 | SEATTLE | WA |
| 76 | 105 BELLEVUE SQ | BELLEVUE | WA |
| 77 | 107 BELLEVUE SQ | BELLEVUE | WA |

T 163

## Schedule A
### Initial Username/Password Request

|     | NAME | TITLE | E-MAIL ADDRESS |
|-----|------|-------|----------------|
| 1.  | Lawrence Palfini | Group Director | Lawrence.palfini@tiffany.com |
| 2.  | Alfred Maierle | Director | Alfred.maierle@tiffany.com |
| 3.  | Bill San Martin | Director | Bill.sanmartin@tiffany.com |
| 4.  | Mike Cianciotta | Manager | Michael.cianciotta@tiffany.com |
| 5.  | George Merlo | Manager | George.merlo@tiffany.com |
| 6.  | John Reverendo | Manager | John.reverendo@tiffany.com |
| 7.  | Anthony Osimo | Manager | Anthony.osimo@tiffany.com |
| 8.  | John Betts | Manager | John.betts@tiffany.com |
| 9.  | Bruce Mogel | Director | Bruce.mogel@tiffany.com |
| 10. | Alberto Gutierrez | Group Director | Alberto.gutierrez@tiffany.com |
| 11. | Robert Delfgaauw | Manager | Robert.delfgaauw@tiffany.com |
| 12. | Alex Bairan | Manager | Alex.bairan@tiffany.com |
| 13. | Sandy Lutz | Manager | Sandra.lutz@tiffany.com |
| 14. | Diana Ghise | Admin. Assistant | Diana.ghise@tiffany.com |
| 15. |  |  |  |
| 16. |  |  |  |
| 17. |  |  |  |
| 18. |  |  |  |
| 19. |  |  |  |
| 20. |  |  |  |

T 164