TIFFANY & COMPANY

| Location Address | Utility | Account ID | Reco Status | Recommendation Type | Comments | Est Savings | Date Pending | Service |
|---|---|---|---|---|---|---|---|---|
| 777 FRONT ST ,SAN DIEGO ,CA | SAN DIEGO GAS & ELECTRIC | 9401289404 | CANCELLED | WHEELING | DEREGULATION | $ 100.00 | 5/13/1997 | ELECTRIC |
| 3333 BRISTOL 1609 ,COSTA MESA ,CA | SOUTHERN CALIFORNIA ED. | 3003698677 | CANCELLED | WHEELING | DEREGULATION | $ 100.00 | 5/13/1997 | ELECTRIC |
| 3500 PEACHTREE RD ,ATLANTA ,GA | GEORGIA POWER COMPANY | 7921584168040 | CANCELLED | METER COMBINATION | M/C | $ 2,250.00 | 6/29/1992 | ELECTRIC |
| 5 E 57 ST ,NEW YORK ,NY | CONSOLIDATED EDISON CO. | 428125002900075 | CANCELLED | WHEELING | DEREGULATION | $ 100.00 | 2/26/1998 | ELECTRIC |
| 1414 WALNUT ST ,PHILADELPHIA ,PA | PECO ENERGY COMPANY | BLVB692 | PENDING | SPECIAL RIDER | 30- ADD HEATING PROVISION | $ 5,000.00 | 3/26/1996 | ELECTRIC |
| 1414 WALNUT ST ,PHILADELPHIA ,PA | PECO ENERGY COMPANY | BLVB692 | CANCELLED | WHEELING | DEREGULATION | $ 100.00 | 3/17/1997 | ELECTRIC |
| 125 WESTCHESTER AVE 1030 ,WHITE PLAINS ,NY | CONSOLIDATED EDISON CO. | 544707303000007 | CANCELLED | RATE CHANGE | R/C 9-1 TO 9-111 | $ 923.00 | 4/21/1998 | ELECTRIC |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321375 | CANCELLED | RATE CHANGE | R/C FROM GST TO GS (PRIM) | $ 28,000.00 | 6/2/1998 | ELECTRIC |
| 727 5TH AVENUE ,NEW YORK ,NY | CONSOLIDATED EDISON CO. | 494053516500008 | CANCELLED | RATE CHANGE | R/C 91 TO 9/II | $ 16,500.00 | 5/2/1998 | ELECTRIC |
| 15 SYLVAN WAY PTH ,PARSIPPANY ,NJ | NEW JERSEY NATURAL GAS | 111273590717 | IMPLEMENTED | DIRECT PURCHASE | R/C DP | $ 9,000.00 | 5/3/1998 | GAS |
| 15 SYLVAN WAY PTH ,PARSIPPANY ,NJ | NEW JERSEY NATURAL GAS | 111273590717 | CANCELLED | RATE CHANGE | R/C FROM GB-LLF TO GSD | $ 3,600.00 | 1/20/1999 | GAS |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321375 | CANCELLED | WHEELING | WHEELING | $ 100.00 | 3/22/1999 | ELECTRIC |
| 299 OAKBROOK CENTER ,OAKBROOK ,IL | COMMONWEALTH EDISON CO | 8902748007 | CANCELLED | WHEELING | WHEELING | $ 100.00 | 5/18/1999 | ELECTRIC |
| 252 GRANT AVE ,SAN FRANCISCO ,CA | PACIFIC GAS & ELECTRIC | NRG14230010 | CANCELLED | WHEELING | WHEELING | $ 333.00 | 10/1/1999 | ELECTRIC |
| 3333 BRISTOL 1609 ,COSTA MESA ,CA | SOUTHERN CALIFORNIA ED. | 3003698677 | CANCELLED | WHEELING | WHEELING | $ 333.00 | 10/1/1999 | ELECTRIC |
| 3333 BRISTOL 3015 ,COSTA MESA ,CA | SOUTHERN CALIFORNIA ED. | 3026936572 | CANCELLED | WHEELING | WHEELING | $ 333.00 | 10/1/1999 | ELECTRIC |
| 1414 WALNUT ST ,PHILADELPHIA ,PA | PECO ENERGY COMPANY | BLVB692 | CANCELLED | WHEELING | WHEELING | $ 100.00 | 10/26/1999 | ELECTRIC |
| 4400 SHARON RD, #4E ,CHARLOTTE ,NC | DUKE POWER CO | 0004383214 | IMPLEMENTED | RATE CHANGE | R/C TO OPT | $ 900.00 | 12/21/1999 | ELECTRIC |
| 1414 WALNUT ST ,PHILADELPHIA ,PA | PECO ENERGY COMPANY | BLVB692 | CANCELLED | WHEELING | DEREGULATION | $ 2,959.00 | 5/21/2000 | ELECTRIC |
| 140 GREENWICH AVE. ,GREENWICH ,CT | CONNECTICUT LT & PWR | 796868318 | IMPLEMENTED | RATE CHANGE | RC FROM SGES 30 TO IGES 38 | $ 1,800.00 | 10/25/2001 | ELECTRIC |
| 801 JEFFERSON RD ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 743322119517 | CANCELLED | SAVINGS ON INTERRUPTIBLE | GS3 TO SVINT | $ 400.00 | 9/19/2001 | ELECTRIC |
| 30 HOOK MOUNTAIN RD ,PINE BROOK ,NJ | JERSEY CENTRAL POWER AND LT | 693376078834 | CANCELLED | SAVINGS ON INTERRUPTIBLE | GS3 TO SVINT | $ 300.00 | 9/19/2001 | ELECTRIC |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321375 | CANCELLED | SAVINGS ON INTERRUPTIBLE | GT TO SVINT | $ 600.00 | 9/19/2001 | ELECTRIC |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321607 | CANCELLED | SAVINGS ON INTERRUPTIBLE | GS3 TO SVINT | $ 250.00 | 9/19/2001 | ELECTRIC |
| 2855 STEVENS CREEK BLVD. #A257 ,SAN JOSE ,CA | PACIFIC GAS & ELECTRIC | 64920134647 | IMPLEMENTED | RATE CHANGE | RC FROM A1P TO A10 | $ 10,000.00 | 4/15/2002 | ELECTRIC |
| 2855 STEVENS CREEK BLVD. #A257 ,SAN JOSE ,CA | PACIFIC GAS & ELECTRIC | 64920134647 | CANCELLED | RATE CHANGE | RC FROM A1P TO E-19V | $ 5,000.00 | 4/15/2002 | ELECTRIC |
| 15 SYLVAN WAY PTH ,PARSIPPANY ,NJ | NEW JERSEY NATURAL GAS | 111273590717 | IMPLEMENTED | DIRECT PURCHASE | TARIFF TO DP | $ 3,465.00 | 6/14/2002 | GAS |
| 299 OAKBROOK CENTER ,OAKBROOK ,IL | COMMONWEALTH EDISON CO | 6902748007 | IMPLEMENTED | RATE CHANGE | RATE 6 TO PPO OPTION | $ 1,450.00 | 9/3/2002 | ELECTRIC |
| 730 N. MICHIGAN AVE. ,CHICAGO ,IL | COMMONWEALTH EDISON CO | 5519100008 | IMPLEMENTED | RATE CHANGE | RATE 6 TO PPO OPTION | $ 2,500.00 | 9/3/2002 | ELECTRIC |
| 727 5TH AVENUE ,NEW YORK ,NY | CONSOLIDATED EDISON CO. | 494053516500008 | IMPLEMENTED | WHEELING | 3RD-PARTY ELECTRIC SUPPLY | $ 20,500.00 | 9/19/2003 | ELECTRIC |
| 143 SPARKS AVE 3RD F ,PELHAM ,NY | CONSOLIDATED EDISON CO. | 522017000922008 | IMPLEMENTED | WHEELING | 3RD-PARTY ELECTRIC SUPPLY | $ 600.00 | 9/19/2003 | ELECTRIC |
| 125 WESTCHESTER AVE 1030 ,WHITE PLAINS ,NY | CONSOLIDATED EDISON CO. | 544707303000007 | IMPLEMENTED | WHEELING | 3RD-PARTY ELECTRIC SUPPLY | $ 1,870.00 | 9/30/2002 | ELECTRIC |
| 143 SPARKS AVE 2FL ,PELHAM ,NY | CONSOLIDATED EDISON CO. | 522017000926009 | IMPLEMENTED | WHEELING | 3RD-PARTY ELECTRIC SUPPLYO | $ 500.00 | 9/19/2003 | ELECTRIC |
| 680 5 AVE. 5TH FLOOR ,NEW YORK ,NY | CONSOLIDATED EDISON CO. | 442129000240039 | IMPLEMENTED | WHEELING | 3RD-PARTY ELECTRIC SUPPLY | $ 1,000.00 | 9/19/2003 | ELECTRIC |
| 2100 KALAKAUA AVE. ,HONOLULU ,HI | HAWAIIAN ELECT CO | 02001748001 | CANCELLED | RATE CHANGE | RATE CHANGE RATE J TO PS LARGE SEC. SERVICE | $ 17,000.00 | 10/8/2003 | ELECTRIC |
| 2100 KALAKAUA AVE. ,HONOLULU ,HI | HAWAIIAN ELECT CO | 02001748001 | CANCELLED | PRIMARY DISCOUNT | PRIMARY DISCOUNT SEE 65 OR 66 RATE J TO RATE PP LARGE PRIMARY | $ 24,000.00 | 10/8/2003 | ELECTRIC |
| 2100 KALAKAUA AVE. ,HONOLULU ,HI | HAWAIIAN ELECT CO | 02001748001 | CANCELLED | PRIMARY TO HIGHER VOLTAGE | PRIMARY VOLTAGE TO HIGHER VOLTAGE RATE J TO PT TRANS. VOLTAGE | $ 40,000.00 | 10/8/2003 | ELECTRIC |
| 141 PARSIPPANY RD. ,WHIPPANY ,NJ | PUBLIC SERVICE EL & GAS | 1292221208 | PENDING | DIRECT PURCHASE | DIRECT PURCHASE GAS LVG TO DP | $ 1,000.00 | 9/16/2003 | GAS |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321607 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 18,212.00 | 10/8/2003 | ELECTRIC |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321375 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 27,800.00 | 10/8/2003 | ELECTRIC |
| 94 FORD ROAD UNIT 3 ,DENVILLE ,NJ | JERSEY CENTRAL POWER AND LT | 100001090982 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 1.00 | 10/8/2003 | ELECTRIC |
| BLK 6901 LT 3 141 PARSIPPANY RD. ,WHIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 26,700.00 | 10/8/2003 | ELECTRIC |
| BLK 6901 LT3 141 PARSIPPANY RD. ,WHIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100038392970 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 18,200.00 | 10/8/2003 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT 6.2 ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100031123761 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 32,500.00 | 10/8/2003 | ELECTRIC |
| 13350 DALLAS PKY STE 1020 ,DALLAS ,TX | TXU | 10443720003498173 | IMPLEMENTED | WHEELING | THIRD PARTY CONTRACT WITH STRATEGIC ENERGY | $ 924.00 | 5/14/2004 | ELECTRIC |
| 5015 WESTHEIMER RD ,HOUSTON ,TX | CENTERPOINT ENERGY | 1008901006126018242100 | IMPLEMENTED | WHEELING | THIRD PARTY CONTRACT WITH STRATEGIC ENERGY | $ 1,772.00 | 5/14/2004 | ELECTRIC |
| 153 OLDORCHARD UNIT J2 ,SKOKIE ,IL | COMMONWEALTH EDISON CO | 3206288021 | IMPLEMENTED | ERRONEOUS DEMAND | | $ 672.00 | 7/15/2004 | ELECTRIC |
| 153 OLDORCHARD UNIT J2 ,SKOKIE ,IL | COMMONWEALTH EDISON CO | 3206288021 | IMPLEMENTED | ERRONEOUS DEMAND | | $ 868.00 | 8/31/2004 | ELECTRIC |
| 1980 NORTHERN BLVD ,MANHASSET ,NY | LONG ISLAND POWER AUTH | 5307222205 | IMPLEMENTED | WHEELING | Coned Solutions offer for Mill adder of $0.00263 per kwh. The will save T&D taxes | $ 1,445.00 | 10/22/2004 | ELECTRIC |
| 53 MAIN ST 2FL FRT ,E HAMPTON ,NY | LONG ISLAND POWER AUTH | 9927104506 | IMPLEMENTED | WHEELING | Coned Solutions offer for Mill adder of $0.00263 per kwh. The will save T&D taxes | $ 691.00 | 10/22/2004 | ELECTRIC |
| 210 N RODEO DR ,BEV HILLS ,CA | SOUTHERN CALIFORNIA ED. | 3003722236 | IMPLEMENTED | RATE CHANGE | GS2 TO TOUGS2 B -REQUIRED METER INSTALLATION | $ 7,980.00 | 8/29/2005 | ELECTRIC |
| 73585 EL PASEO 1115 ,PLM DESRT ,CA | SOUTHERN CALIFORNIA ED. | 3022337082 | IMPLEMENTED | RATE CHANGE | GS2 TO TOUGS2 B -REQUIRED METER INSTALLATION | $ 3,453.00 | 8/29/2005 | ELECTRIC |
| 3333 BRISTOL 1609 ,COSTA MESA ,CA | SOUTHERN CALIFORNIA ED. | 3003698677 | IMPLEMENTED | RATE CHANGE | GS2 TO TOUGS2 B -REQUIRED METER INSTALLATION | $ 4,475.00 | 8/29/2005 | ELECTRIC |

NUS
00793

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 300 MAPLE RIDGE RD. ,CUMBERLAND ,RI | NATIONALGRID | 643050027701 | CANCELLED | ENERGY EFFICIENCY PROGRAM | Estimated Rebates For The Project $22,490 | $ 26,221.00 | 9/7/2005 | ELECTRIC |
| BLK 8901 LT 3 141 PARSIPPANY RD. ,WHIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | CANCELLED | ENERGY EFFICIENCY PROGRAM | Estimated Incentives $34,125 | $ 52,854.00 | 9/7/2005 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT 6.2 ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100031123761 | CANCELLED | ENERGY EFFICIENCY PROGRAM | Estimated Incentives $43,800 | $ 65,129.00 | 9/7/2005 | ELECTRIC |
| 50 MACQUESTEN PKWY S 1FLF ,MT VERNON ,NY | CONSOLIDATED EDISON CO. | 522002042300033 | CANCELLED | TAX ELIMINATION | | $ 303.00 | 10/31/2005 | GAS |
| 50 MACQUESTEN PKWY S 1FLF ,MT VERNON ,NY | CONSOLIDATED EDISON CO. | 522002042300033 | CANCELLED | TAX REFUND | | $ 202.00 | 10/31/2005 | GAS |
| 50 MACQUESTEN PKWY S 1 FLF ,MT VERNON ,NY | CONSOLIDATED EDISON CO. | 522002042300033 | CANCELLED | TAX ELIMINATION | | $ 3,105.00 | 10/31/2005 | ELECTRIC |
| 50 MACQUESTEN PKWY S 1 FLF ,MT VERNON ,NY | CONSOLIDATED EDISON CO. | 522002042300033 | CANCELLED | TAX REFUND | | $ 1,351.00 | 10/31/2005 | ELECTRIC |
| 40 KENNEY DR. ,CRANSTON ,RI | NATIONALGRID | 604252942502 | CANCELLED | TAX ELIMINATION | | $ 3,213.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR. ,CRANSTON ,RI | NATIONALGRID | 604252942502 | CANCELLED | TAX REFUND | | $ 9,639.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR P 25-03 ,CRANSTON ,RI | NATIONALGRID | 604252942601 | CANCELLED | TAX ELIMINATION | | $ 7,643.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR P 25-03 ,CRANSTON ,RI | NATIONALGRID | 604252942601 | CANCELLED | TAX REFUND | | $ 22,929.00 | 12/14/2005 | ELECTRIC |
| 40 POST RD E STORE 1 ,WESTPORT ,CT | CONNECTICUT LT & PWR | 797892728 | IMPLEMENTED | RATE CHANGE | RATE 30 TO RATE 35 | $ 8,623.00 | 11/29/2005 | ELECTRIC |
| 727 5TH AVENUE ,NEW YORK ,NY | CONSOLIDATED EDISON CO. | 494063516500006 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 19,578.00 | 2/10/2006 | ELECTRIC |
| 143 SPARKS AVE 3RD F ,PELHAM ,NY | CONSOLIDATED EDISON CO. | 522017000922008 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175, | $ 3,262.00 | 2/10/2006 | ELECTRIC |
| 143 SPARKS AVE. 2FL ,PELHAM ,NY | CONSOLIDATED EDISON CO. | 522017000926009 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175, | $ 3,039.00 | 2/10/2006 | ELECTRIC |
| 660 5 AVE. 5TH FLOOR ,NEW YORK ,NY | CONSOLIDATED EDISON CO. | 442129000240039 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 545.00 | 2/10/2006 | ELECTRIC |
| 50 MACQUESTEN PKWY S 1 FLF ,MT VERNON ,NY | CONSOLIDATED EDISON CO. | 522002042300033 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 1,340.00 | 2/10/2006 | ELECTRIC |
| 300 MAPLE RIDGE RD. ,CUMBERLAND ,RI | NATIONALGRID | 643050027701 | IMPLEMENTED | NUS AS BROKER | AGREEMENT W/CONSTELLATION NEWENERGY @ $.00125/kWh | $ 14,406.00 | 2/23/2006 | ELECTRIC |
| 40 KENNEY DR. ,CRANSTON ,RI | NATIONALGRID | 604252942502 | IMPLEMENTED | NUS AS BROKER | AGREEMENT W/CONSTELLATION NEWENERGY @ $.00125/kWh | $ 718.00 | 2/23/2006 | ELECTRIC |
| 40 KENNEY DR P 25-03 ,CRANSTON ,RI | NATIONALGRID | 604252942601 | IMPLEMENTED | NUS AS BROKER | AGREEMENT W/CONSTELLATION NEWENERGY @ $.00125/kWh | $ 2,558.00 | 2/23/2006 | ELECTRIC |
| 299 OAKBROOK CENTER ,OAKBROOK ,IL | COMMONWEALTH EDISON CO | 6902748007 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 2,800.00 | 4/17/2006 | ELECTRIC |
| 730 N. MICHIGAN AVE. ,CHICAGO ,IL | COMMONWEALTH EDISON CO | 6819100006 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 3,140.00 | 4/17/2006 | ELECTRIC |
| 153 OLDORCHARD UNIT J2 ,SKOKIE ,IL | COMMONWEALTH EDISON CO | 3206268021 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 1,255.00 | 6/2/2006 | ELECTRIC |
| 5461 WISCONSIN AVE ,CHEVY CHASE ,MD | PEPCO | 2034192209 | IMPLEMENTED | NUS AS BROKER | CNE - fixed contract with NUS adder 6 mills | $ 6,485.00 | 7/13/2006 | ELECTRIC |
| 13350 DALLAS PKY STE 1020 ,DALLAS ,TX | TXU | 10443720003498173 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT ($.005/kWh) WITH STRATEGIC | $ 2,656.00 | 7/28/2006 | ELECTRIC |
| 5015 WESTHEIMER RD ,HOUSTON ,TX | CENTERPOINT ENERGY | 1008901008126019242100 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT ($.005/kWh) WITH STRATEGIC | $ 5,242.00 | 7/28/2006 | ELECTRIC |
| 94 FORD ROAD UNIT 3 ,DENVILLE ,NJ | JERSEY CENTRAL POWER AND LT | 100001090982 | IMPLEMENTED | NUS AS BROKER | CNE-$.08022/kwh FP 2 mo $0.002-NUS fee | $ 100.00 | 9/19/2006 | ELECTRIC |
| BLK 8901 LT 3 141 PARSIPPANY RD. ,WHIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | IMPLEMENTED | NUS AS BROKER | CNE-$.07736/kwh FP 2 mo $0.002-NUS fee | $ 2,655.00 | 9/19/2006 | ELECTRIC |
| BLK 8901 LT3 141 PARSIPPANY RD. ,WHIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100039392970 | IMPLEMENTED | NUS AS BROKER | CNE-$.07660/kwh FP 2 mo $0.002-NUS fee | $ 3,080.00 | 9/19/2006 | ELECTRIC |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321375 | IMPLEMENTED | NUS AS BROKER | CNE-$.08044/kwh FP 1 mo $0.002-NUS fee | $ 1,435.00 | 9/19/2006 | ELECTRIC |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321607 | IMPLEMENTED | NUS AS BROKER | CNE-$.07999/kwh FP 1 mo $0.002-NUS fee | $ 1,740.00 | 9/19/2006 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT 6.2 ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100031123761 | IMPLEMENTED | NUS AS BROKER | CNE-$.07606/kwh FP 1 mo $0.002-NUS fee | $ 1,300.00 | 9/19/2006 | ELECTRIC |
| 94 FORD ROAD UNIT 3 ,DENVILLE ,NJ | JERSEY CENTRAL POWER AND LT | 100001090982 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 100.00 | 12/19/2006 | ELECTRIC |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321607 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 5,290.00 | 12/19/2006 | ELECTRIC |
| 15 SYLVAN WAY ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100005321375 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 3,615.00 | 12/19/2006 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT 6.2 ,PARSIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100031123761 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 3,450.00 | 12/19/2006 | ELECTRIC |
| BLK 8901 LTS 141 PARSIPPANY RD. ,WHIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100039392970 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 4,270.00 | 12/19/2006 | ELECTRIC |
| BLK 8901 LT 3 141 PARSIPPANY RD. ,WHIPPANY ,NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 3,680.00 | 12/19/2006 | ELECTRIC |
| 1980 NORTHERN BLVD ,MANHASSET ,NY | LONG ISLAND POWER AUTH | 5307222205 | IMPLEMENTED | OVERCHARGE | 9/06 Meter change | $ 93,000.00 | 1/19/2007 | ELECTRIC |
| 1980 NORTHERN BLVD ,MANHASSET ,NY | LONG ISLAND POWER AUTH | 5307222205 | IMPLEMENTED | MISCELLANEOUS | 9/06 meter change causing 6X normal usage | $372,000.00 | 1/19/2007 | ELECTRIC |
| 1980 NORTHERN BLVD ,MANHASSET ,NY | LONG ISLAND POWER AUTH | 5307222205 | IMPLEMENTED | OVERCHARGE | Meter error refund for Con Ed Solutions | $ 75,000.00 | 2/22/2007 | ELECTRIC |
| 100 HUNTINGTON AVE 4 FL ,BOSTON ,MA | NSTAR | 26218831001 | IMPLEMENTED | NUS AS BROKER | | $ 965.00 | 1/31/2007 | ELECTRIC |
| 300 BOYLSTON ST ,NEWTON CTR. ,MA | NSTAR | 26951500011 | IMPLEMENTED | NUS AS BROKER | | $ 1,215.00 | 1/31/2007 | ELECTRIC |

NUS
00794


