

PO Box 9083, Melville NY 11747-9083

| Customer ID | Please pay upon receipt |
|---|---|
| 0606-2000-54-9 | $ 8,257.35 |

Please make checks payable to LIPA

✓ Mail this part of bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.



Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

(26)

000726

─ Tear here ─

**www.lipower.org**
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset NY 11030



A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 10/06/2006 | 0606-2000-54-9 | On or about 10/25/06 | $ 8,257.35 |

**BILLING SUMMARY**
Balance From Previous Bill         $ 2,486.36
LIPA Current Charges                  5,770.99
Please Pay Upon Receipt            $ 8,257.35

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by OCT 29

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

**IMPORTANT MESSAGES**

The new electric meter at your premises has a multiplier of 180. Your use of electricity on this new meter is determined by subtracting the previous reading from the present reading and multiplying the difference by this multiplier.

We recently changed your meter. Energy usage shown combines usage from both the removed and new meters.

We're working harder than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us!

This summer Long Island experienced several days of high heat and humidity with temperatures reaching the high 90's. While LIPA has not increased rates and charges in 2006, the increased use of air conditioners, fans, dehumidifiers and other summer-related equipment to provide relief from the heat can result in higher summer electric bills. Learn to use electricity more efficiently - call us at 1-800-490-0025 or visit us online at www.lipower.org for our booklet, "53 Ways to Save Energy and Lower Your Electric Bill."

EXHIBIT
45
3/5/08

Bill Date: 10/06/2006          Customer ID: 0606200054          Page 1 of 2

T 968

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

ᴜ06062000549
$ 8,257.35

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910062792825735457709994

₣Tear here ₸                                                                    ₣Tear here ₸

Account # 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-5

**LIPA** - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791344                                                   Meter Multiplier: 180
Service: From: 09/19/2006 07:47 AM ACTUAL reading        Total Days: 08
         To: 09/27/2006 09:58 AM ACTUAL reading          Period 2 Days: 07

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 0 | 21 | 3780 Kwh | 122.85 |
| 2-Energy | 0 | 227 | 40860 Kwh | 1,356.55 |
| 2-Demand | 0.000 | 3.493 | 628.7 Kw | 2,882.59 |
| 3-Energy | 0 | 96 | 17280 Kwh | 568.51 |
| 3-Demand | 0.000 | 3.482 | 626.8 Kw | 782.25 |
| Basic Service: | 8 days | @0.9488 | | 7.59 |
| Subtotal: | | | | 5,720.34 |

Power Supply Charges        61920 KWH     @0.0000000         0.00

Other Charges
Revenue-Based PILOTS:                                        50.65

Total Charges:                                              5,770.99

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt Hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu Of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 10/06/2006              Customer ID: 0606200054                Page 2 of 2

T 969