```
TIFFANY & COMPANY
DIARY - HISTORICAL LISTING                                    17-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-51
                                                      EL    L285  GA
12-05-07 5 SENT LEGAL COPIES OF INVESTIGATION FROM 01-03-07.  DCG/SS::A7BM
           :30693:120408
07-18-07 5 MANUAL BILL:ELEC:MRP:BILL 2 6/26 MANUAL CYC RD PER EM# 507
           LQUINN/RBS::BABO:72588:FFFFFF
07-13-07 5 CANCEL REBILL:EL&GAS:DEMAND WRONG:CORRECTED PD 3 DL LQUINN/RBS::BABP
           :79625:071209
06-06-07 5 MANUAL BILL:ELEC:MRP:BILL 2 5/29 CYC RD PER EM# 531 LQUINN/RBS::BABN
           :72588:FFFFFF
05-01-07 5 MANUAL BILL:ELEC:MRP:BILL 2 4/26 MANUAL CYC RD PER EM# 505
           LQUINN/RBS::BABM:72588:FFFFFF
04-23-07 5 MARY/ACCT PAY IQN ABOUT CK# ISSUED FOR HER 3/07 REFUND. SENT E-MAIL
           TO M PEZZOTTI/ACCOUNTING...WILL CALL MARY BACK @ 973 254-7602.
           ..NS/CC 4;46PM::B89P:12223:042208
04-03-07 5 MANUAL BILL:ELEC:MRP:BILL 2 3/27 CYC RD PER EM# 531 LQUINN/RBS::BABM
           :72588:FFFFFF
03-29-07 5 MANUAL BILL:ELEC:MRP:BILL 2 2/27 ITMR RD LQUINN/RBS::BABP:72588
           :FFFFFF
03-27-07 5 MANUAL BILL:ELEC:MRP:BILL 2 1/25 RDG LQUINN/RBS::BABO:72588:FFFFFF
02-16-07 5 CASH:50 REFUND DB:$22435.74:C/S-NONE:SWITCHED METER CONDITION REFUND
           AMT OF OVERPAYMENT + INTEREST LQUINN/RBS::TRA0:72588:FFFFFF
  DIH2 *                                OVERFLOW-071807
```

EXHIBIT
50
3/5/08 SB

KS 11

```
TIFFANY & COMPANY                                              17-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-51
DIARY - HISTORICAL LISTING                              EL      L285   GA

02-07-07 5 S/W CHRIS FROM NUS TIFFANY WOULD LIKE THE REFUND CHECK AFTER THE
           INTEREST HITS THE ACCT..LQUINN/RBS::BABO:72588:020708
02-01-07 5 CASH:17 RFND INT COMM CR:$732.89:C/S-NONE:INTEREST GIVEN TO CUSTOMER
           DUE TO SWITCHED METER CONDITION THIS CUST WAS OVER BILLED FROM
           9/27/06-12/27/06.   INTEREST GIVEN ON AMT OF OVERPAYMENT LQUINN/RBS:
           :BABP:72588:FFFFFF
01-31-07 5 MANUAL BILL:ELEC:MRP:BILL 2 12/27 ITMR RD LQUINN/RBS::BABM:72588
           :FFFFFF
01-30-07 5 MANUAL BILL:ELEC:MRP:BILL 2 11/22 ITMR RD LQUINN/RBS::BABO:72588
           :FFFFFF
01-29-07 5 MANUAL BILL:ELEC:MRP:BILL 2 10/26 ITMR RD LQUINN/RBS::BABP:72588
           :FFFFFF
01-24-07 5 MANUAL BILL:ELEC:MRP:BILL 2 9/27 ITMR RD LQUINN/RBS::BABO:72588
           :FFFFFF
01-19-07 5 PER INVESTIGATIONS WITH ALBERTSON ELECTRIC & JOHN GUTKES METERS ARE
           WIRED CORRECTLY ITMT DID NOT HAVE ANY NEW METER INFO & INFO IN ITMR
           WAS SWITCHED CAUSING A SWITCHED MTR CONDITION WILL CORRECT BOTH MTRS
           AND REBILL LQUINN/RBS::BABM:72588:011908
01-18-07 5 REFERRED CASE FOR MORE COLLECTION ACCTION PER PREVIOUS DIHI. DCG/SS:
           :A7BM:30693:011808
  DIH2 *                                                    OVERFLOW-071807
```

KS 12

```
TIFFANY & COMPANY                                       17-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-51
DIARY - HISTORICAL LISTING                               EL   L285  GA

 01-17-07 5 J ESPEY GOING BACK OUT TO SLOC POSSIBLE SWITCHED C/M'S LQUINN/RBS:
            :BABO:72588:011708
  1-12-07 5 MANUAL BILL:ELEC:MRP:BILL 2 9/27 ITMR RD LQUINN/RBS::BABO:72588
            :FFFFFF
 01-10-07 5 S/W CHRIS ADV OF CANCEL REBILL TO COMPLETE C/M TO CORRECT CONSTAN T
            WILL FAX EACH BILL PRODUCED TO 201-391-8158 AFTER ALL BILL UP WILL
            THEN CALCULATE INTEREST ON OVERPYMT AMTS LQUINN/RBS::BABO:72588
            :011008
 01-10-07 5 **DUMMY C/M DONE TO CORRECT X FROM 180 TO 80 LQUINN/RBS::BABN:72588
            :011008
 01-08-07 5 C/R TO CORRECT CONSTANT REBILLED 9/20 ZERO CONSUMPTION TO CORRECT
            CONSTANT LQUINN/RBS::BABM:72588:010808
 01-08-07 5 CANCEL REBILL:EL&GAS:CONSTANT WRONG:LQUINN/RBS::BABO:72588:010709
 01-05-07 5 INVESTIGATION CONFIRMS MULITPLIER TO BE X80. REFERRED TO BOSS FOR
            CORRECTIONS.   DCG/SS::A7BM:30693:FFFFFF
 01-05-07 5 FIELD INVESTIGATION COMPLETE AND PENDING TO BE WORKED.  DCG/SS::A7BN
            :30693:FFFFFF
 01-02-07 5 HB/VERIFY INVEST REC FROM BOSS ASSIGNED TO J ESPEY...IN FLD 1/5..
            .MZJ/SS/CC::A02N:99303:010208

  DIH2 *                                              OVERFLOW-071807
```

KS 13

```
TIFFANY & COMPANY                                              17-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-51
DIARY - HISTORICAL LISTING                                EL      L285    GA

12-30-06 5  MANUAL BILL:ELEC:MRP:BILL TO 12/27 MANUAL CYCLE READ EM
            #527;TARA.RBS.:::E12N:79625:FFFFFF
12-26-06 5  CORRECT POSSIBLE SWITCHED METER WITH R LAUREN POLO ACCOUNT 530-72
            -2180-8 ASKING TECH SERV TO EXPEDIATE. KAS/RBS::B8FM:79625:122607
12-26-06 5  SUSPEND BILLING:ELEC:SWITCHED MTR INVES:C/S-CHRISTINE:PHONE:KAS/RBS
            & L QUINN::B8FM:79625:SSSSSS
12-26-06 5  ISSUED FIELD INVESTIGATION BILLING DOES NOT APPEAR CORRECT SINCE
            METER CHANGE ALSO CHECKING FOR POSSIBLE SWITCHED METERS ON 530-72
            -2225-2. ASKING TECH SERVICES TO EXPEDIATE INVESTIGATION. CONTACT
            CHRISTINE 201-391-4300 EXT 109. SPNB BILLING UNTIL RESOLVED. KAS/
            RBS::B8FM:79625:SSSSSS
11-30-06 5  MANUAL BILL:ELEC:MRP:BILL 2 11/22 MANUAL CYC RD PER EM# 527
            LQUINN/RBS::BABO:72588:FFFFFF
11-10-06 5  MANUAL BILL:ELEC:MRP:BILL 2 10/26 MANUAL CYC RD PER EM# 527
            LQUINN/RBS::BABN:72588:FFFFFF
10-06-06 5  MANUAL BILL:ELEC:MRP:BILL 2 9/27 MANUAL CYC RD PER EM# 507
            LQUINN/RBS::BABO:72588:FEFFFF
10-04-06 5  CHANGE METER:ELEC:NEW BUSINESS:C/M DATE:09-18-06:C/M INDEX:35222:
            RMV METER:0084471267:LQUINN/RBS::BABN:72588:100308
04-27-06 0  METER TEST/INSPECT:ELEC:BROKEN GLASS:ISSUED TEST::ITRN:13637:FFFFFF
  DIH2 *                                          OVERFLOW-071807
```

KS 14