**Mogel, Bruce**

From: Amundsen, Christine [CAmundsen@nusconsulting.com]
Sent: Friday, January 12, 2007 10:15 AM
To: Mogel, Bruce
Subject: RE: load data for Mabhasset
Importance: High

EXHIBIT
52
3/5/08 EA

Bruce,

Our continuing investigation into the erroneous LIPA billing for Manhasset reveals that the problem is two-fold: LIPA installed a new meter but applied the wrong constant; however, there is also a wiring issue which most likely began when the Ralph Lauren store moved in.

Please provide us with the name and contact information for your landlord at the Americana Mall. We want to investigate this further with them on behalf of Tiffany and Co.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158

-----Original Message-----
From: Mogel, Bruce [mailto:Bruce.Mogel@Tiffany.com]
Sent: Thursday, January 11, 2007 5:28 PM
To: Amundsen, Christine
Subject: Fw: load data for Mabhasset

Chris
See below response from store
Bruce

-----Original Message-----
From: Edson, Bruce
To: Mogel, Bruce
CC: Ensor, Brian
Sent: Thu Jan 11 16:54:39 2007
Subject: RE: load data for Mabhasset

LIPA did not arrange nor inform us of any meter replacement for our location. There has been on going renovation/construction at adjacent store sites. Perhaps this has affected us.

Bruce Edson
Operations Manager - Manhasset

From: Mogel, Bruce
Sent: Thursday, January 11, 2007 4:10 PM

10/11/2007

T 48

To: 'Amundsen, Christine'; Zelanti, Anthony; Edson, Bruce
Subject: RE: load data for Mabhasset

No clue. They never told us. Maybe the store knows?

Bruce Edson....did LIPA arrange meter replacement with the store?

Bruce Mogel
Director Retail Facilities

bruce.mogel@tiffany.com

Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

From: Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
Sent: Thursday, January 11, 2007 4:08 PM
To: Mogel, Bruce; Zelanti, Anthony
Subject: FW: load data for Mabhasset

Also, do you know the reason why LIPA was changing the meter last September?

Regards,

Chris

Can you please tell us if there have been any changes to your Manhasset store (since the load data was calculated in 1997) that would have increased or decreased your demand for electricity?

10/11/2007

T 49

Regards,

Chris

Chris Amundsen

Senior Consultant

NUS Consulting Group

1 Maynard Drive

Park Ridge, NJ 07656

T: 201-391-4300 x 109

F: 201-391-8158

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

10/11/2007

T 50