**Mogel, Bruce**

| | |
|---|---|
| From: | Amundsen, Christine [CAmundsen@nusconsulting.com] |
| Sent: | Friday, January 12, 2007 1:32 PM |
| To: | dianehoffman@americanamanhasset.com |
| Cc: | Mogel, Bruce; bronzoni@americanamanhasset.com |
| Subject: | Tiffany and Co. store at Americana Manhasset |
| Attachments: | Historical kW and kWh for Tiffany's Manhasset store.pdf |



Diane,

As explained during our phone conversation this morning, we (NUS Consulting Group) are the energy cost consultants who represent Tiffany and Co. Our contact at Tiffany is Bruce Mogel, Director of Retail Facilities. He has asked us to contact you on his behalf.

LIPA is currently in the process of recalculating electric bills for Tiffany & Co. for the meter periods from September 19th through December 27, 2006. The reason for the rebilling is that Tiffany's kWh consumption and kW demands increased almost six-fold as a result of billing errors occurring, subsequent to the installation of a new electric meter in September. LIPA's investigation of the meter problem revealed that the wrong meter constant was being applied to the calculation of the bills each month.

However, in addition to the billing errors, there appears to also be a meter wiring error. This is substantiated by the fact that although LIPA recently checked the meter and agreed to correct the constant on their billing, based on historical LIPA bills prior to the meter changeover, the readings (i.e., kWh and KW) are still unusually high and the revised LIPA bills will still show an almost threefold increase in Tiffany's consumption and demand still exists.

For your reference, we have attached a spreadsheet which denotes the historical demands for the store from 5/24/04 to 11/22/06. Please note the dramatic increase which begins as of 9/19/06.

LIPA concurs with our belief that the problem suggests that the wiring into the electric panel needs to be checked. We want to insure that Tiffany and Co. is wired for their usage only and not being charged for any usage of their neighboring stores. (LIPA advised that the usage for the Ralph Lauren store was lower than usual for the same time periods in question.)

Please contact me to discuss any questions concerning this issue. Also, please advise us of the action that will be taken by Castagna Realty to investigate the problem and make the necessary corrections as expeditiously as possible. LIPA plans to perform an additional investigation of the meter shortly; however, the wiring issue needs to be resolved prior to this activity.

Also, we would be interested in being present when the investigation takes place, if this can be conveniently arranged.

Thank you for your cooperation.

Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109

10/11/2007

T 51