

## ABOUT US : SENIOR MANAGEMENT

**Gary J. Soultanian** is a Co-President of NUS Consulting with primary responsibility for the development and implementation of information technology. He received a B.S. in Electrical Engineering from Lehigh University in 1986 (Magna Cum Laude) and an M.S. in Electrical Engineering from Stevens Institute of Technology in 1991. Prior to joining NUS in 1992, Gary was employed by GEC Marconi Electronic Systems as a Systems Engineer where he designed specialized radar navigation systems.

**Richard D. Soultanian** is a Co-President of NUS Consulting with primary responsibility for day-to-day business operations. He received a B.S. in Mathematics from Bucknell University in 1989 (Magna Cum Laude). Upon graduation he accepted a position as a research analyst at Salomon Brothers in New York City, specializing in the petroleum industry. Richard left Salomon Brothers to attend law school at Wake Forest University and received his Juris Doctor in 1993. He received a Master's in Law (taxation) from New York University in 1994. Prior to joining NUS in 1998, Richard practiced law at a number of large New York law firms specializing in international finance and taxation.

**Arnold M. Frankel** is the Executive Vice President of NUS Consulting with primary responsibility for the general management of the United States operations. He received a B.B.A. in Management from Baruch College in 1980 (Magna Cum Laude) and an MBA in Business Management in 1982 from Baruch College. Prior to joining NUS in 1972, Arnold was employed by the investment banking and securities brokerage firm of J.C. Bradford.

**David M. Brown** is a Vice President of NUS Consulting with primary responsibility in the area of client relations. His day-to-day activities include working with many of the Company's Fortune 500 accounts coordinating efforts amongst NUS' international offices. He received a B.A. in Psychology from Rutgers University in 1982. In 1984,



he joined NUS as a Consultant, thereafter establishing NUS' telecommunication department in the United States. During his career with the Company, he has managed various energy and telecommunication departments including Rate and Tariff, Operational Support Services, and overall office operations.

**Robert A. Heinrich** is a Vice President of NUS Consulting with primary responsibility for sales. He received a B.A (Political Science) and a B. Ed. (Math) from Dalhousie University. Following a professional football career with the Montreal Alouettes, he held sales and marketing positions with Seacoast Communications and Artisan Developments. Robert joined NUS Consulting in 1994 and has held positions in sales and regional management during his tenure with the firm.

ENGLISH | FRANÇAIS | DEUTSCH | ITALIANO | ESPAÑOL | SVENSKA | NEDERLANDS
YOU ARE HERE: HOME > ABOUT US > SENIOR MANAGEMENT

SITEMAP | CAREER OPPORTUNITIES | LOCATIONS
SEARCH:            GO

TERMS OF SERVICE | PRIVACY POLICY | COPYRIGHT 1999 - 2005 NATIONAL UTILITY SERVICE INC.

http://www.nusinc.com/p_s1_05.asp                3/5/2008