Peter Goodman

| | |
|---|---|
| From: | Brown, Dave [DBrown@nusconsulting.com] |
| Sent: | Friday, January 12, 2007 8:56 AM |
| To: | Amundsen, Christine; Frankel, Arnold |
| Cc: | Hofmann, Paul; Schnaer, Stephen |
| Subject: | RE: load data for Mabhasset |

EXHIBIT 62 3/6/08 EX

We need to call LIPA today to discuss.

I fear that they might wish to only credit Tiffany based upon a meter constant of 80 vs 180.

Dave

David M. Brown

Vice President

NUS CONSULTING GROUP

One Maynard Drive/PO Box 712

Park Ridge, NJ 07656-0712

201/391-4300 x105 (Telephone)

201/391-8158 (Fax)

-----Original Message-----
From: Amundsen, Christine
Sent: Friday, January 12, 2007 8:54 AM
To: Frankel, Arnold; Brown, Dave
Cc: Hofmann, Paul; Schnaer, Stephen
Subject: FW: load data for Mabhasset

FYI, please see remark below from Tiffany's Manhasset store opns mgr.

Regards,

Chris

-----Original Message-----
From: Mogel, Bruce [mailto:Bruce.Mogel@Tiffany.com]
Sent: Thursday, January 11, 2007 5:28 PM
To: Amundsen, Christine
Subject: Fw: load data for Mabhasset

1

NUS
00871

Chris
See below response from store
Bruce

-----Original Message-----
From: Edson, Bruce
To: Mogel, Bruce
CC: Ensor, Brian
Sent: Thu Jan 11 16:54:39 2007
Subject: RE: load data for Mabhasset

LIPA did not arrange nor inform us of any meter replacement for our location. There has been on going renovation/construction at adjacent store sites. Perhaps this has affected us.

Bruce Edson
Operations Manager - Manhasset

---

From: Mogel, Bruce
Sent: Thursday, January 11, 2007 4:10 PM
To: 'Amundsen, Christine'; Zelanti, Anthony; Edson, Bruce
Subject: RE: load data for Mabhasset

No clue. They never told us. Maybe the store knows?

Bruce Edson...did LIPA arrange meter replacement with the store?

Bruce Mogel
Director Retail Facilities

bruce.mogel@tiffany.com

Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

From: Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
Sent: Thursday, January 11, 2007 4:08 PM
To: Mogel, Bruce; Zelanti, Anthony
Subject: FW: load data for Mabhasset

2

Also, do you know the reason why LIPA was changing the meter last September?

Regards,

Chris

Can you please tell us if there have been any changes to your Manhasset store (since the load data was calculated in 1997) that would have increased or decreased your demand for electricity?

Regards,

Chris


Chris Amundsen

Senior Consultant

NUS Consulting Group

1 Maynard Drive

Park Ridge, NJ 07656

T: 201-391-4300 x 109

F: 201-391-8158


The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

NUS
00873