```
ERKINS SHEARER OF                                          17-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-83
ARY - HISTORICAL LISTING                              EL      285   GA

1-31-07 8 CHANGE METER:ELEC:SWITCHED MTR:C/M DATE:09-21-06:C/M INDEX:00000:
          RMV METER:0033791345:METER SWITCHED WITH TIFFANY & CO LQUINN/RBS:
          :BABM:72588:013009
1-  -07 8 CANCEL REBILL:EL&GAS:REBILL 2 9/20 TO WORK ANOTHER C/M SWITCHED
          METER LQUINN/RBS::BABM:72588:012909
1-26-07 8 SENT SWITCHED METER LETTER OUT TO CUST LQUINN/RBS::BABO:72588:012608
1-17-07 8 ACCOUNT SENT OUT WITH JIM ESPEY FOR POSSIBLE SWITCHED METERS WITH
          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-5. ESPEY TO MEET WITH ELECTRICIAN LARRY/ ALBERTSON EL
          ECTRIC. KAS/RBS::B8FM:79625:SSSSSS
)-06-06 8 MANUAL BILL:ELEC:MRP:BILL 2 9/27 MANUAL CYC RD PER EM# 507
          LQUINN/RBS::BABO:72588:FFFFFF
3-02-06 8 MANUAL BILL:ELEC:MRP:EM#513:BILL TO 7/26/06 MANUAL CYCLE
          READ;TARA.RBS::E12M:97778:FFFFFF
5-02-06 8 MANUAL BILL:ELEC:MRP:BILL 2 4/27 MANUAL CYC RD PER EM# 513
          LQUINN/RBS::BABM:72588:FFFFFF
1-12-06 8 CASH:33 TFR CR:$9907.98: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-1:C/S-NONE:THEY SENT 1 CHK FOR 2
          ACCTS, $12,433.95 TO PAY A/C # 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-15 FOR $2,525.97 & A/C #
          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-8 FOR $9907.98, TOTALLING $12,433.95 WAS ALL APPLY TO
          ONE,TRANSFR CORRECT AMT TO OTHER (KD/1132) LISA BROOKS PAYEE
          GREENSBORO MAIL ADDYS::AUTO:19764:FFFFFF
 DIH2 *                                              OVERFLOW-071307
```


EXHIBIT 10
PLAINTIFFS
5/16/08 (PC)

12-10-07 Spoke to Tamra —
Sh[...] d 2[...]
B[...], to call K[...] S[...]

```
[FFANY & COMPANY                                          17-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-51
{ARY - HISTORICAL LISTING                           EL     L285   GA

2-05-07 5 SENT LEGAL COPIES OF INVESTIGATION FROM 01-03-07.  DCG/SS::A7BM
          :30693:120408
7-18-07 5 MANUAL BILL:ELEC:MRP:BILL 2 6/26 MANUAL CYC RD PER EM# 507
          LQUINN/RBS::BABO:72588:FFFFFF
7-  -07 5 CANCEL REBILL:EL&GAS:DEMAND WRONG:CORRECTED PD 3 DL LQUINN/RBS::BABP
          :79625:071209
5-06-07 5 MANUAL BILL:ELEC:MRP:BILL 2 5/29 CYC RD PER EM# 531 LQUINN/RBS::BABN
          :72588:FFFFFF
5-01-07 5 MANUAL BILL:ELEC:MRP:BILL 2 4/26 MANUAL CYC RD PER EM# 505
          LQUINN/RBS::BABM:72588:FFFFFF
4-23-07 5 MARY/ACCT PAY IQN ABOUT CK# ISSUED FOR HER 3/07 REFUND. SENT E-MA IL
          TO M PEZZOTTI/ACCOUNTING...WILL CALL MARY BACK @ 973 254-7602.
          ..NS/CC 4;46PM::B89P:12223:042208
4-03-07 5 MANUAL BILL:ELEC:MRP:BILL 2 3/27 CYC RD PER EM# 531 LQUINN/RBS::BABM
          :72588:FFFFFF
3-29-07 5 MANUAL BILL:ELEC:MRP:BILL 2 2/27 ITMR RD LQUINN/RBS::BABP:72588
          :FFFFFF
3-27-07 5 MANUAL BILL:ELEC:MRP:BILL 2 1/25 RDG LQUINN/RBS::BABO:72588:FFFFFF
2-16-07 5 CASH:50 REFUND DB:$22435.74:C/S-NONE:SWITCHED METER CONDITION REFUND
          AMT OF OVERPAYMENT + INTEREST LQUINN/RBS::TRA0:72588:FFFFFF
 DIH2 *                                             OVERFLOW-071807
```