HYDRO ONE NETWORKS

## How to read your meter

An electricity meter is a precision instrument that records the amount of electricity used in your home. A kilowatt-hour (kWh) is 1,000 watts of electricity used in one hour. That's equivalent to the power required to light a 100-watt light bulb for 10 hours, or to operate a standard 5,000-watt electric clothes dryer for approximately 12 minutes. The average Hydro One customer household uses about 900 kilowatt-hours of electricity per month.

Electricity meters usually have four or five main dials. If your meter has four main dials, it records thousands of kilowatt-hours. You'll see the words "mult x 10" on the face of your meter — that means when you calculate your usage, you multiply the reading by 10.

If your meter has five main dials, it records tens of thousands of kilowatt-hours, and you don't have to multiply (i.e. it has a multiplier of 1). If your meter has a different multiplier, it will be noted on the face of the meter. Keep in mind, that some meters have different multipliers.

**Multiplier**

**Small dial**

DIAL 4: Records thousands of kilowatt-hours
DIAL 3: records hundreds of kilowatt-hours
DIAL 2: records tens of kilowatt-hours
DIAL 1: records single kilowatt-hours

**Meters are fairly simple to read by following the steps described here.**

Read the dials from right to left and write down the figures in the same order. Don't worry about the very small dial. It's a test dial to verify the correct reading of dial #1 – you don't need to read or record it. In the example above, the pointer has started a new revolution and the correct reading of dial #1 is 5.

**Please keep in mind the following important points so that your reading will be correct.**

- Some of the pointers rotate clockwise, others counter-clockwise.
- When the dial pointer is between two numbers, read the smaller of the two.
- When the dial pointer rests almost squarely on the number, as it does on dial #4, the dial to the immediate right will determine which number you record.
- On dial #3, the pointer is between 9 and 0, indicating the pointer has not yet completed a full revolution. This means that the correct reading for dial #4 is 8. (If the pointer on dial #3 had gone past 0, indicating the completion of a full revolution, the reading for dial #4 would have been 9.)
- As in the drawing, read the dials from right to left: the first number to record is 5, the second is 2, the third is 9, and the fourth is 8, for a total reading of 8,925.

Ask for our other energy-saving brochures or visit www.PowerSaver.ca for more information.

## Keeping an Electricity Log

**All Energy Periods – 28 Days**
(Four 7-Day Weeks) kWh reading from meter

| | | | | | | Multiplier | | kWh used |
|---|---|---|---|---|---|---|---|---|
| Start | 8 | 9 | 2 | 5 | | | | |
| Week 1 | 8 | 9 | 4 | 5 | = (20x10) | ▲ | 200 |
| Week 2 | 8 | 9 | 8 | 3 | = (38x10) | ▲ | 380 |
| Week 3 | 9 | 0 | 0 | 3 | = (20x10) | ▲ | 200 |
| Week 4 | 9 | 0 | 2 | 1 | = (18x10) | ▲ | 180 |
| | | | | | | | | 960 |

Electricity Use Index = Total Electricity = 960 = 34 kWh/day
                                           28 days     28

▲ 34

*Note: The multiplier factor used in this example is 10.

(1) Reading your electricity meter weekly for a year and logging the numbers in a meter log such as the one shown here, will give you a better understanding of how your household uses electricity.

(2) Read the meter as outlined in the previous page and enter the readings in the chart above, beside "Start." At the end of the week, read the meter again and enter the figures beside Week 1. Subtract the two to get your use for that week. If your meter has a multiplier of one, the difference between the Start and Week 1 will be your weekly kWh use. If your meter has a multiplier of 10 your readings must be multiplied by 10 when you calculate the kilowatt-hours used.

(3) Continue taking the readings for four weeks and then add them together to get the total kWh used during that period.

(4) Over a period of time, you will see how your electricity usage can be affected by the weather or by changes in the way your household runs.

WWW.POWERSAVER.CA    HYDRO ONE NETWORKS