**Composite Demonstrative Chart Showing Plaintiff's Damage Calculation**
**(derived from Ex. 80 for identification)**

| Billing Period | Polo Usage (actual) | Polo Usage (fictional) | Polo Bill (fictional) | Overstatement | % | Tiffany Usage (actual) | Tiffany Bill (actual) |
|---|---|---|---|---|---|---|---|
| 12/27/2006 to 1/25/2007 | 77,772.50 kwh | 174,420.00 kwh | $27,948.72 | 96,647.50 kwh | 224% | 27,480.00 kwh | $4,412.39 |
| 1/25/2007 to 2/27/2007 | 81,722.80 kwh | 183,420.00 kwh | $28,364.83 | 101,697.20 kwh | 224% | 32,400.00 kwh | $5,008.61 |
| 2/27/2007 to 3/27/2007 | 69,837.10 kwh | 156,600.00 kwh | $24,421.70 | 86,762.90 kwh | 224% | 28,440.00 kwh | $4,440.94 |
| 3/27/2007 to 4/26/2007 | 75,289.00 kwh | 168,840.00 kwh | $26,405.43 | 93,551.00 kwh | 224% | 34,200.00 kwh | $5,279.15 |
| 4/26/2007 to 5/29/2007 | 116,849.50 kwh | 262,260.00 kwh | $40,279.45 | 145,410.50 kwh | 224% | 44,040.00 kwh | $6,759.79 |
| 5/29/2007 to 6/26/2007 | 111,119.50 kwh | 248,040.00 kwh | $49,029.26 | 136,920.50 kwh | 223% | 41,760.00 kwh | $8,314.00 |
| 6/26/2007 to 7/25/2007 | 121,800.40 kwh | 272,700.00 kwh | $54,252.76 | 150,899.60 kwh | 224% | 43,320.00 kwh | $8,909.33 |
| 7/25/2007 to 8/28/2007 | 135,955.40 kwh | 304,560.00 kwh | $62,248.07 | 168,604.60 kwh | 224% | 51,600.00 kwh | $10,643.26 |
| 8/28/2007 to 9/26/2007 | 103,040.30 kwh | 230,580.00 kwh | $47,792.78 | 127,539.70 kwh | 224% | 38,760.00 kwh | $8,077.83 |
| 9/26/2007 to 10/24/2007 | 98,165.40 kwh | 219,060.00 kwh | $35,128.66 | 120,894.60 kwh | 223% | 34,800.00 kwh | $5,622.96 |
| 10/24/2007 to 11/27/2007 | 112,323.00 kwh | 252,180.00 kwh | $38,468.58 | 139,857.00 kwh | 225% | 35,520.00 kwh | $5,620.05 |
| 11/27/2007 to 12/22/2007 | 70,681.40 kwh | 158,580.00 kwh | $24,142.83 | 87,898.60 kwh | 224% | 27,960.00 kwh | $4,308.42 |
| One year (sub) | 1,174,556.30 | 2,631,240.00 kwh | $458,483.07 | 1,456,683.70 kwh | 224% | 440,280.00 kwh | $77,396.73 |
| 12/22/2007 to 1/24/2008 | 90,635.90 kwh | 203,400.00 kwh | $32,025.59 | 112,764.10 kwh | 224% | 34,320.00 kwh | $5,437.44 |
| 1/24/2008 to 2/26/2008 | 83,680.00 kwh | 188,280.00 kwh | $30,180.76 | 104,600.00 kwh | 225% | 32,880.00 kwh | $5,268.37 |
| Total | 1,348,872.20 | 3,022,920.00 kwh | $520,689.42 | 1,674,047.80 kwh | 224% | 507,480.00 kwh | $88,102.54 |