NUS Consulting

# nus consulting GROUP

ABOUT US | SERVICES | CASE STUDIES | OPERATIONS | CLIENT LOGIN | CONTACT US

**AUDIT. ANALYSIS. PROCUREMENT. DATA MANAGEMENT. CONSULTING.**

**CHANGES IN THE ENERGY MARKETS ARE INCREASING COMPLEXITY AND PRICE VOLATILITY. ARE YOU MONITORING THESE CHANGES AND THEIR EFFECT ON YOUR ENERGY COSTS?**

>> We can help.

NUS Consulting Group is the world's leading utility cost management consulting firm. We specialize in providing audit, rate optimization, procurement, conservation, on-line utility data management services and market pricing research to reduce and better manage electricity, gas, water/wastewater, petroleum and telecommunications expenses.

Today, over 20,000 utility intensive organizations located in North America, Europe, Africa and Asia rely on NUS Consulting to recover overcharges, develop and implement cost reduction and procurement strategies, monitor supplier compliance and provide on-line utility data management support systems.

Our professional staff, experience, market intelligence, international coverage, and local presence provide our clients a critical competitive cost advantage. Every member of NUS Consulting is dedicated to providing the firm's clients unparalleled cost reduction solutions, service and support. Our goal is to improve the utility purchasing processes of our clients and increase their profitability.

**NEWS & SURVEYS**
**RECENT NEWS**
24 Jun 2008  Strange Moves - France
24 Jun 2008  New Demand - Canada
6 Jun 2008  Finalized Pricing - South Africa
16 May 2008 Nuclear Reborn - United Kingdom
16 May 2008 Energy Revolution - Germany
                                    MORE >

**SURVEYS**
11 Jun 2008  UK Price Trends Report - June 2008
7 May 2008   UK Price Trends Report - May 2008
11 Apr 2008  UK Price Trends Report - Apr 2008
6 Mar 2008   2007 International Water Survey
6 Feb 2008   UK Price Trends Report - Feb 2008
9 Jan 2008   UK Price Trends Report - Jan 2008
14 Nov 2007  Major Energy Users Survey of Consultants
12 Nov 2007  UK Price Trend Report - Nov 07
12 Oct 2007  UK Price Trend Report - Oct 07
18 Apr 2007  2007 International Electricity Report
18 Feb 2007  2007 International Telecom Survey

NUS Consulting

| 18 Sept 2006 | 2006 International Gas Survey |
| 5 Sept 2006 | 2006 International Water Survey |
| 1 Apr 2006 | 2006 International Electricity Report |
| 1 Feb 2006 | 2006 International Telecoms Survey |
| 1 Jul 2005 | 2005 International Water Survey |
| 1 Apr 2005 | 2005 International Electricity Survey |
| 1 Feb 2005 | 2005 International Telecoms Survey |
| 1 Jan 2005 | 2005 International Gas Survey |

MORE >

ENGLISH | FRANÇAIS | DEUTSCH | ITALIANO | ESPAÑOL | SVENSKA | NEDERLANDS

YOU ARE HERE: HOME

SITEMAP | CAREER OPPORTUNITIES | LOCATIONS

SEARCH:            GO

TERMS OF SERVICE | PRIVACY POLICY | COPYRIGHT 1999 - 2006 NATIONAL UTILITY SERVICE INC.