# EXHIBIT F

**From:** Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
**Sent:** Wednesday, November 15, 2006 4:28 PM
**To:** Mogel, Bruce
**Subject:** Manhasset, NY electric consumption

Bruce,

We have been looking at the bills for your Manhasset store and note an unusual usage pattern for last August and September. Are you aware of anything going on during the time periods listed on the attached sheet that would cause such a fluctuation in kWh usage?

Hope all is going well.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158



T 1127

# TIFFANY & COMPANY

Electric Bills for 1890 Northern Blvd., Manhasset, NY

Third-party Supplier:  Con Ed Solutions
Local Distribution Co:  LIPA

| Meter start date | Meter end date | Readings | # of days | kWh Usage |
|---|---|---|---|---|
| 9/19/06 | 9/27/06 | Actual | 8 | 61,920 |
| 8/28/06 | 9/19/06 | Actual | 22 | 27,180 |
| 7/26/06 | 8/28/06 | Actual | 33 | 54,720 |

T 1128