# EXHIBIT H

## Qwandra Hercules

| | |
|---|---|
| **From:** | Edson, Bruce [Bruce.Edson@Tiffany.com] |
| **Sent:** | Wednesday, February 06, 2008 3:43 PM |
| **To:** | Waite, Nancy |
| **Subject:** | FW: Manhasset, NY electric consumption |
| **Sensitivity:** | Confidential |

**Bruce Edson**
**Operations Manager**
**Manhasset - 35**
**516-869-0800, x.330      103-035, x330**
**Fax 516-869-0808**
**Bruce.Edson@Tiffany.com**

---

**From:** Mogel, Bruce
**Sent:** Thursday, November 16, 2006 1:01 PM
**To:** Ensor, Brian; Edson, Bruce; Lutz, Sandy; 'Amundsen, Christine'
**Subject:** RE: Manhasset, NY electric consumption

Chris,
Please investigate the LIPA involvement. Let me know if anything needs to happen at the site.

Bruce Mogel
Director Retail Facilities

bruce.mogel@tiffany.com

Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax



The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

T 1139

2/12/2008

**From:** Ensor, Brian
**Sent:** Thursday, November 16, 2006 10:58 AM
**To:** Edson, Bruce; Lutz, Sandy; Mogel, Bruce
**Subject:** RE: Manhasset, NY electric consumption

I would also mention that there have been constant renovation projects occurring in vacant store spaces and car park adjacent to the Tiffany store during this time frame – is it possible the electric bills have been influenced by this?

Thank you,

Brian

---

**From:** Edson, Bruce
**Sent:** Thursday, November 16, 2006 10:04 AM
**To:** Lutz, Sandy; Mogel, Bruce
**Cc:** Ensor, Brian
**Subject:** FW: Manhasset, NY electric consumption

For the 9/19 - 9/27 period there was nothing unusual going on that would point to an increase in electrical power. The HVAC has been operating normally.

Recently, we did have scheduled power shutdowns for LIPA upgrades. This was on Sunday night, November 5 and Sunday night, November 19.

Is there anything else that may have caused the increase?

Bruce Edson
Operations Manager
Manhasset

---

**From:** Lutz, Sandy
**Sent:** Wednesday, November 15, 2006 4:40 PM
**To:** Edson, Bruce
**Subject:** FW: Manhasset, NY electric consumption

Bruce: Can you try and respond to this at your best recollection?


*Sandy*

*Sandy Lutz*
*Manager - Retail Facilities*

**555 Madison Avenue**
*New York, NY 10022*
**(646) 428-5597**
**(646) 428-5613 Fax**


*Sandy.Lutz@tiffany.com*

---

**From:** Mogel, Bruce
**Sent:** Wednesday, November 15, 2006 4:34 PM
**To:** Lutz, Sandy
**Subject:** FW: Manhasset, NY electric consumption

2/12/2008

T 1140

Sandy,
Look at this info from NUS and send it to the operations manager at Manhasset. You need to ask them if anything unusual was going on to cause such an increase in electrical power during the last 8 day period as compared to the other days. Are the HVAC units shutting down at night?


Bruce Mogel
Director Retail Facilities


bruce.mogel@tiffany.com


Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

**From:** Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
**Sent:** Wednesday, November 15, 2006 4:28 PM
**To:** Mogel, Bruce
**Subject:** Manhasset, NY electric consumption

Bruce,

We have been looking at the bills for your Manhasset store and note an unusual usage pattern for last August and September. Are you aware of anything going on during the time periods listed on the attached sheet that would cause such a fluctuation in kWh usage?

Hope all is going well.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158


T 1141

2/12/2008