# EXHIBIT O

# EXHIBIT O

## Amundsen, Christine

**From:** Amundsen, Christine
**Sent:** Tuesday, December 26, 2006 1:34 PM
**To:** Frankel, Arnold
**Cc:** Brown, Dave; Hofmann, Paul; Graham, Shawn; Schnaer, Stephen
**Subject:** Tiffany and Co.

Arnold,

I spoke with the Billing Supervisor at LIPA, Kathy Schwarting. When I gave her the details of the tiffany acct. she looked at her screen and then advised that she would call right back. Subsequently, she called and relayed the following:

- It appears that two stores in Manhasset are next to each other, Ralph Lauren and Tiffany and Co.
- The billing for Ralph Lauren seems unusually low; the billing for Tiffany and Co. seems unusually high
- She has put a hold on both accounts – no collections, no late charges
- LIPA needs to verify all information via a field investigation
- She cannot get any field personnel today because it is a company holiday for that department
- The person who originally worked on these accounts (and is aware of the meter change circumstances) is on vacation this week; they will want this person to handle the investigation
- While it usually takes two to three weeks to get an investigation done, she has put a rush on the request and said that we may be able to get an answer in one or two weeks
- She will be out of the office for the rest of this week; the name of a person within her department who will also be working on this is Lisa Quinn;

I have her email address now and have drafted a confirming response, requesting that she put her points in writing; however, I have not sent it yet because I want to discuss it with you and see if there's anything you want me to add. I advised that Tiffany and Co. was very adamant about wanting an answer ASAP and she said that by putting a hold on the account and putting a rush on the request for investigating the meter issue, that is the best she could do.

I'm going to get lunch and will check in with you as soon as I get back.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158

12/26/2006

NUS 00088