# EXHIBIT Q

EXHIBIT
PLAINTIFFS
16
5/6/08 RS

## Results of Field Investigation

2186-8

Customer of Record: Tiffany & Co.  Grid#: _____  Account#: 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-5
Address: 1980 Northern Blvd  C.O.: _____  Prepared by: JM E
Town: Manhasset  Cross Street: _____  Pole #: _____

Appointment date: 1-03-07   Time: 1200   Day Phone #: _____
Customer's inquiry: High Bill Electric

**Special Instructions:**                          Type Home: Cape Cod  Colonial  2 Family
Tudor  Contemporary  Ranch  New Addition Y/N   Apartment Y/N
Field Report: Spoke to Mr./Mrs./Ms.              Title: Owner/L.L./Tenant

1-3-07 - Found incorrect multiplier - Listed on bill history as 180. Correct multiplier is 80. CT is 400/5 = 80. Please correct multiplier and rebill folio 2220.5. Other folio-2180-8 is correct.

Than[k]
Jim

|  |  |  |  | MRP Index |  |
|---|---|---|---|---|---|
| Found in Field |  |  |  |  |  |
| Shared Mtrs. | Y/N | G/E | Form Y/N | 1._____ | 11._____ |
| Switched Mtrs. | Y/N | G/E | Form Y/N | 2._____ | 12._____ |
| D.O.S. | Y/N | G/E |  | 3._____ | 13._____ |
| Equip. Malf. | Y/N | G/E |  | 4._____ | 14._____ |
| Supp. Elec. Htg. | Y/N |  |  | 5._____ | 15._____ |
| Added Load | Y/N | G/E |  | 6._____ | 16._____ |
| Other see remarks |  |  |  | 7._____ | 17._____ |
|  |  |  |  | 8._____ | 18._____ |
| Administration to: |  |  |  | 9._____ | 19._____ |
| Update GUI: | Y/N |  |  | 10._____ | 20._____ |
| Input S/R | Y/N | G/E |  |  |  |
| Shared Mtr. Ltrs. | Y/N |  |  |  |  |
| Test Meter | Y/N | G/E |  | ***Mechanical Display Matches Digital  Y/N |  |
| Change Meter | Y/N | G/E |  |  |  |
| Other see remarks |  |  |  |  |  |

Last Meter Test (Gas)                     Last Service GCS

Size of Serv.        Date of Indexes        High Press.         Low Press.          Size of serv.
Gas Meter no.        Mult.                  Gas Index           Rate                Mult.

Fireplace damper open    Y/N        A/C registers open    Y/N       Gas draft check
Attic Insulation:    None           Builders Batts        R-19      > R-19
Storm Windows/Doors  Y/N            Insulated Glass       Y/N

Last Meter Test (Electric)

Size of Serv.        Date of Indexes                                                Size of serv.
Elec. Meter No.      Mult.                      Elec. Index         Rate            Mult.

Elec. Baseboard heating-no. feet        X 250 watts/ft=                             Watts/kwh
Boiler Manf.                            Model                   Hot water/steam     BTU/hr input
Furnace Cent./H.P. Manf.                Model                   Auto/const. Fan

KW of back up heaters _____KW          Water heater Manf.                          Model #
# of gallons         BTU/hr input       Temperature of Hot water _____F
Cooking Y/N          Dryer Y/N          Pool Heater  Y/N

Degree day factor _____   Domestic factor _____

Sketch/Remarks

Field Investigator_____   Date:_____   Supv. Init._____   Date _____