# EXHIBIT Z

# TIFFANY & COMPANY

| Location Address | Utility | Account ID | Reco Status | Recommendation Type | Comments | Est Savings | Date Pending Service | |
|---|---|---|---|---|---|---|---|---|
| 777 FRONT ST, SAN DIEGO, CA | SAN DIEGO GAS & ELECTRIC | 04012894.04 | CANCELLED | DEREGULATION | | $ 100.00 | 5/13/1997 | ELECTRIC |
| 3333 BRISTOL 1609, COSTA MESA, CA | SOUTHERN CALIFORNIA ED. | 3303989877 | CANCELLED | DEREGULATION | | $ 100.00 | 3/13/1997 | ELECTRIC |
| 3500 PEACHTREE RD, ATLANTA, GA | GEORGIA POWER COMPANY | 79216841584040 | CANCELLED | WHEELING | | $ 2,250.00 | 6/28/1992 | ELECTRIC |
| 5 E 57 ST, NEW YORK, NY | CONSOLIDATED EDISON CO. | 42812602900076 | CANCELLED | METER COMBINATION | MC | $ 100.00 | 2/25/1986 | ELECTRIC |
| 1414 WALNUT ST, PHILADELPHIA, PA | PECO ENERGY COMPANY | BLVB892 | PENDING | WHEELING | | $ 6,000.00 | 3/25/1996 | ELECTRIC |
| 128 WESTCHESTER AVE 1030, WHITE PLAINS, NY | CONSOLIDATED EDISON CO. | BLVB492 | CANCELLED | SPECIAL RIDER | | $ 100.00 | 3/17/1997 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10000621376 | CANCELLED | 3C-ADD HEATING PROVISION | | $ 6,000.00 | 4/21/1999 | ELECTRIC |
| 722 5TH AVENUE, NEW YORK, NY | CONSOLIDATED EDISON CO. | 6447073390007 | CANCELLED | DEREGULATION | | $ 225.00 | 3/17/1997 | ELECTRIC |
| 16 SYLVAN WAY PTH, PARSIPPANY, NJ | NEW JERSEY NATURAL GAS | 49403519300006 | CANCELLED | RATE CHANGE | R/C 9-1 TO 6-111 | $ 100.00 | 3/17/1997 | ELECTRIC |
| 15 SYLVAN WAY PTH, PARSIPPANY, NJ | CONSOLIDATED EDISON CO. | 1112735960717 | CANCELLED | RATE CHANGE | R/C FROM GST TO GS (PRIM) | $ 28,000.00 | 4/21/1999 | ELECTRIC |
| 15 SYLVAN WAY PTH, PARSIPPANY, NJ | NEW JERSEY NATURAL GAS | 1112735960717 | CANCELLED | RATE CHANGE | R/C 9I TO 6II | $ 16,000.00 | 5/27/1998 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 1112735960717 | IMPLEMENTED | DIRECT PURCHASE | | $ 9,000.00 | 7/13/1988 | GAS |
| 299 OAKBROOK CENTER, OAKBROOK, IL | COMMONWEALTH EDISON CO | 10000521375 | CANCELLED | RATE CHANGE | R/C FROM GS-LF TO GSD | $ 3,600.00 | 1/30/1998 | GAS |
| 200 GRANT AVE, SAN FRANCISCO, CA | PACIFIC GAS & ELECTRIC | 88027248007 | CANCELLED | WHEELING | | $ 100.00 | 3/22/1989 | ELECTRIC |
| 3333 BRISTOL 1609, COSTA MESA, CA | SOUTHERN CALIFORNIA ED. | NRG14230010 | CANCELLED | WHEELING | | $ 100.00 | 5/18/1999 | ELECTRIC |
| 3333 BRISTOL 2016, COSTA MESA, CA | SOUTHERN CALIFORNIA ED. | 3309898677 | CANCELLED | WHEELING | | $ 333.00 | 10/1/1998 | ELECTRIC |
| 1411 WALNUT ST, PHILADELPHIA, PA | PECO ENERGY COMPANY | 320863872 | CANCELLED | WHEELING | | $ 333.00 | 10/1/1998 | ELECTRIC |
| 4400 SHARON RD, #4E, CHARLOTTE, NC | DUKE POWER CO | BLVB662 | CANCELLED | WHEELING | | $ 333.00 | 10/1/1998 | ELECTRIC |
| 1414 WALNUT ST, PHILADELPHIA, PA | PECO ENERGY COMPANY | 0004483214 | CANCELLED | RATE CHANGE | R/C TO 9T | $ 100.00 | 10/1/1998 | ELECTRIC |
| 1414 GREENWICH AVE, GREENWICH, CT | CONNECTICUT LT & PWR | 76680816 | CANCELLED | RATE CHANGE | R/C TO OPT | $ 900.00 | 12/21/1999 | ELECTRIC |
| 801 JEFFERSON RD, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 743322119517 | IMPLEMENTED | RATE CHANGE | R/C DP | $ 2,956.00 | 5/21/2000 | ELECTRIC |
| 30 HOOK MOUNTAIN RD, PINE BROOK, NJ | JERSEY CENTRAL POWER AND LT | 8433767834 | CANCELLED | WHEELING | R/C FROM SGES 30 TO GES 3S | $ 1,800.00 | 10/28/2001 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10000521376 | CANCELLED | WHEELING | GS3 TO SVNT | $ 400.00 | 5/18/2001 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10000521376 | CANCELLED | WHEELING | GS3 TO SVNT | $ 300.00 | 5/18/2001 | ELECTRIC |
| 727 5TH AVENUE, NEW YORK, NY | COMMONWEALTH EDISON CO | 12932212108 | CANCELLED | WHEELING | GT TO SVNT | $ 600.00 | 8/22/2002 | ELECTRIC |
| 2858 STEVENS CREEK BLVD, #A257, SAN JOSE, CA | PACIFIC GAS & ELECTRIC | 64201134647 | IMPLEMENTED | SAVINGS ON INTERRUPTIBLE | | $ 260.00 | 8/19/2001 | ELECTRIC |
| 2858 STEVENS CREEK BLVD, #A257, SAN JOSE, CA | PACIFIC GAS & ELECTRIC | 64201134647 | IMPLEMENTED | SAVINGS ON INTERRUPTIBLE | | $ 10,000.00 | 4/15/2002 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | NEW JERSEY NATURAL GAS | 1112735960717 | IMPLEMENTED | RATE CHANGE | R/C FROM A1P TO E-19V | $ 5,000.00 | 4/15/2002 | ELECTRIC |
| 200 OAKBROOK CENTER, OAKBROOK, IL | COMMONWEALTH EDISON CO | 8902748007 | IMPLEMENTED | DIRECT PURCHASE | R/C FROM A1P TO DP | $ 5,000.00 | 4/15/2002 | ELECTRIC |
| 730 N. MICHIGAN AVE., CHICAGO, IL | COMMONWEALTH EDISON CO | 58191000008 | IMPLEMENTED | RATE CHANGE | TARIFF TO DP | $ 3,488.00 | 8/14/2002 | ELECTRIC |
| 727 5TH AVENUE, NEW YORK, NY | CONSOLIDATED EDISON CO. | 4840534165000008 | IMPLEMENTED | RATE CHANGE | RATE 8 TO PPO OPTION | $ 1,460.00 | 8/22/2002 | ELECTRIC |
| 143 SPARKS AVE 3RD F, PELHAM, NY | CONSOLIDATED EDISON CO. | 5220170009620008 | IMPLEMENTED | RATE CHANGE | RATE 8 TO PPO OPTION | $ 2,500.00 | 9/22/2002 | ELECTRIC |
| 125 WESTCHESTER AVE 1030, WHITE PLAINS, NY | CONSOLIDATED EDISON CO. | 5447303000007 | IMPLEMENTED | WHEELING | 3RD-PARTY ELECTRIC SUPPLY | $ 20,800.00 | 9/19/2002 | ELECTRIC |
| 143 SPARKS AVE, 2FL, PELHAM, NY | | 522017000258009 | IMPLEMENTED | WHEELING | 3RD-PARTY ELECTRIC SUPPLY | $ 600.00 | 9/19/2002 | ELECTRIC |
| 680 5 AVE 5TH FLOOR, NEW YORK, NY | CONSOLIDATED EDISON CO. | 4421200002400318 | IMPLEMENTED | WHEELING | 3RD-PARTY ELECTRIC SUPPLY0 | $ 1,870.00 | 8/30/2002 | ELECTRIC |
| 2100 KALAKAUA AVE., HONOLULU, HI | HAWAIIAN ELECT CO | 0201748001 | CANCELLED | RATE CHANGE | | $ 500.00 | | ELECTRIC |
| 2100 KALAKAUA AVE., HONOLULU, HI | HAWAIIAN ELECT CO | 0201748001 | CANCELLED | PRIMARY DISCOUNT | PRIMARY DISCOUNT SEE 6S OR 8B RATE J TO RATE PP LARGE SEC SERVICE | $ 1,000.00 | 9/19/2003 | ELECTRIC |
| 141 PARSIPPANY RD, WHIPPANY, NJ | PUBLIC SERVICE EL & GAS | 0201748001 | PENDING | PRIMARY VOLTAGE | PRIMARY VOLTAGE TO HIGHER VOLTAGE RATE J TO PT TRANS. VOLTAGE | $ 17,000.00 | 10/8/2003 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10000521607 | IMPLEMENTED | DIRECT PURCHASE | DIRECT PURCHASE GAS LVG TO DP | $ 24,000.00 | 10/8/2003 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10000521607 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 40,000.00 | 8/18/2003 | GAS |
| 94 FORD ROAD UNIT 3, DENVILLE, NJ | JERSEY CENTRAL POWER AND LT | 10000821375 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 18,212.00 | 10/8/2003 | ELECTRIC |
| BLK 6901 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 1000610090952 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 77,800.00 | 10/8/2003 | ELECTRIC |
| BLK 6901 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 1000524102738 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 1.00 | 10/8/2003 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT 6.2, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10003193870 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 28,700.00 | 10/8/2003 | ELECTRIC |
| 13360 DALLAS PKY STE 1020, DALLAS, TX | JERSEY CENTRAL POWER AND LT | 10003123761 | IMPLEMENTED | RATE CHANGE | RATE CHANGE WHEELING | $ 19,200.00 | 6/14/2003 | ELECTRIC |
| 5915 WESTHEIMER RD, HOUSTON, TX | CENTERPOINT ENERGY | 1094372000498173 | IMPLEMENTED | WHEELING | THIRD PARTY CONTRACT WITH STRATEGIC ENERGY | $ 33,600.00 | 6/14/2003 | ELECTRIC |
| 163 OLD ORCHARD UNIT #2, SKOKIE, IL | TXU | 100681008128012242101 | IMPLEMENTED | WHEELING | THIRD PARTY CONTRACT WITH STRATEGIC ENERGY | $ 924.00 | 6/14/2003 | ELECTRIC |
| 1980 NORTHERN BLVD, MANHASSET, NY | COMMONWEALTH EDISON CO | 92025501 | IMPLEMENTED | WHEELING | | $ 1,772.00 | 7/11/2004 | ELECTRIC |
| 63 MAIN ST 2FL FRT E HAMPTON NY | COMMONWEALTH EDISON CO | 32062582021 | IMPLEMENTED | ERRONEOUS DEMAND | | $ 672.00 | 6/14/2003 | ELECTRIC |
| 210 N RODEO DR, BEV HILLS, CA | LONG ISLAND POWER AUTH | 8307222025 | IMPLEMENTED | ERRONEOUS DEMAND | | $ 696.00 | 8/31/2004 | ELECTRIC |
| 7386 EL PASEO 1119, PLM DESRT, CA | LONG ISLAND POWER AUTH | 99271054608 | IMPLEMENTED | WHEELING | Cored Solutions offer tax bill adder of $0.0203 per kwh. The will save T&D taxes | $ 1,446.00 | 10/27/2004 | ELECTRIC |
| 3333 BRISTOL 1609, COSTA MESA, CA | SOUTHERN CALIFORNIA ED. | 305972229 | IMPLEMENTED | RATE CHANGE | Cored Solutions offer tax bill adder of $0.00203 per kwh. The will save T&D taxes | $ 7,860.00 | 10/22/2004 | ELECTRIC |
| | SOUTHERN CALIFORNIA ED. | 302237062 | IMPLEMENTED | RATE CHANGE | GS2 TO TOUGS2 B-REQUIRED METER INSTALLATION | $ 691.00 | 8/28/2005 | ELECTRIC |
| 3333 BRISTOL 1609, COSTA MESA, CA | SOUTHERN CALIFORNIA ED. | 300399677 | IMPLEMENTED | RATE CHANGE | GS2 TO TOUGS2 B-REQUIRED METER INSTALLATION | $ 5,463.00 | 8/28/2005 | ELECTRIC |
| | | | | | GS2 TO TOUGS2 B-REQUIRED METER INSTALLATION | $ 4,475.00 | 8/28/2005 | ELECTRIC |

Page 1 of 2


EXHIBIT 43 3/5/08 EP

NUS 00793

| Address | Utility | Account | Status | Program | Description | Amount | Date | Type |
|---|---|---|---|---|---|---|---|---|
| 900 MAPLE RIDGE RD, CUMBERLAND, RI | NATIONALGRID | 84305002701 | CANCELLED | ENERGY EFFICIENCY PROGRAM | Estimated Rebates For The Project $22,460 | $ 26,221.00 | 9/7/2005 | ELECTRIC |
| BLK 8801 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | CANCELLED | ENERGY EFFICIENCY PROGRAM | Estimated Incentives $43,500 | $ 52,864.00 | 8/7/2005 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT 8.2, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100031123761 | CANCELLED | | | $ 68,129.00 | 8/7/2005 | ELECTRIC |
| 60 MACQUESTEN PKWY S 1FLF MT VERNON, NY | CONSOLIDATED EDISON CO. | 622002042300033 | CANCELLED | TAX ELIMINATION | | $ 803.00 | 10/31/2005 | GAS |
| 60 MACQUESTEN PKWY S 1FLF MT VERNON, NY | CONSOLIDATED EDISON CO. | 522002042300033 | CANCELLED | TAX ELIMINATION | | $ 202.00 | 10/31/2005 | GAS |
| 60 MACQUESTEN PKWY 8 1FLF MT VERNON, NY | CONSOLIDATED EDISON CO. | 522002042300033 | CANCELLED | TAX REFUND | | $ 3,165.00 | 10/31/2005 | ELECTRIC |
| 60 MACQUESTEN PKWY S 1FLF MT VERNON, NY | CONSOLIDATED EDISON CO. | 522002042300033 | CANCELLED | TAX REFUND | | $ 1,881.00 | 10/31/2005 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 80436242502 | CANCELLED | TAX REFUND | | $ 3,213.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 80435242502 | CANCELLED | TAX ELIMINATION | | $ 8,339.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 80435242502 | CANCELLED | TAX ELIMINATION | | $ 7,643.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR P 25-03, CRANSTON, RI | NATIONALGRID | 80435242601 | CANCELLED | TAX REFUND | | $ 22,828.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR P 25-03, CRANSTON, RI | NATIONALGRID | 80435242601 | CANCELLED | TAX ELIMINATION | | | 12/14/2005 | ELECTRIC |
| 40 POST RD E STORE 1 WESTPORT, CT | CONNECTICUT LT & PWR | 79796728 | IMPLEMENTED | RATE CHANGE | | $ 9,823.00 | 11/29/2005 | ELECTRIC |
| 727 6TH AVENUE, NEW YORK, NY | CONSOLIDATED EDISON CO. | 494083518500008 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 19,578.00 | 2/14/2006 | ELECTRIC |
| 143 SPARKS AVE 3RD F, PELHAM, NY | CONSOLIDATED EDISON CO. | 522011700082008 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175, | $ 3,262.00 | 2/23/2006 | ELECTRIC |
| 880 6 AVE, 5TH FLOOR, NEW YORK, NY | CONSOLIDATED EDISON CO. | 622517000926009 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175, | $ 718.00 | 2/23/2006 | ELECTRIC |
| 60 MACQUESTEN PKWY S 1FLF MT VERNON, NY | CONSOLIDATED EDISON CO. | 44212900024003B | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175, | $ 2,565.00 | 2/23/2006 | ELECTRIC |
| 60 MACQUESTEN PKWY S 1FLF MT VERNON, NY | CONSOLIDATED EDISON CO. | 522002042300033 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 2,800.00 | 2/23/2006 | ELECTRIC |
| 300 MAPLE RIDGE RD, CUMBERLAND, RI | NATIONALGRID | 84305002701 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 3,039.00 | 2/10/2006 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 80435242502 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 549.00 | 2/10/2006 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 80435242602 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 1,340.00 | 2/10/2006 | ELECTRIC |
| 40 KENNEY DR P 25-03, CRANSTON, RI | NATIONALGRID | 80435242601 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY @ $.00125/kwh | $ 14,408.00 | 2/10/2006 | ELECTRIC |
| 299 OAKBROOK CENTER, OAKBROOK, IL | COMMONWEALTH EDISON CO | 89027748007 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT w/CONSTELLATION NEWENERGY @ $.00125/kwh | $ 2,800.00 | 4/17/2008 | ELECTRIC |
| 730 N. MICHIGAN AVE, CHICAGO, IL | COMMONWEALTH EDISON CO | 88191000X26 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 3,140.00 | 4/17/2006 | ELECTRIC |
| 153 OLDORCHARD UNIT J2 SKOKIE IL | COMMONWEALTH EDISON CO | 320528021 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 1,266.00 | 6/22/2006 | ELECTRIC |
| 5461 WISCONSIN AVE, CHEVY CHASE, MD | PEPCO | 204162209 | IMPLEMENTED | NUS AS BROKER | CNE - fixed contract with NUS adder 6 mills | $ 6,488.00 | 7/12/2006 | ELECTRIC |
| 13350 DALLAS PKY STE 1020, DALLAS, TX | TXU | 1044720003498173 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT ($.002/kWh) WITH STRATEGIC | $ 2,558.00 | 7/26/2006 | ELECTRIC |
| 5015 WESTHEIMER RD, HOUSTON, TX | CENTERPOINT ENERGY | 108901108128012942100 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT ($.002/kWh) WITH STRATEGIC | $ 2,242.00 | 7/26/2006 | ELECTRIC |
| 84 FORD ROAD UNIT 3 DENVILLE, NJ | JERSEY CENTRAL POWER AND LT | 100001090982 | IMPLEMENTED | NUS AS BROKER | CNE-$.06022/kwh FP 2 mo $0.002-NUS fee0 | $ 100.00 | 8/19/2006 | ELECTRIC |
| BLK 8801 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | IMPLEMENTED | NUS AS BROKER | CNE-$.07738/kwh FP 2 mo $0.002-NUS fee | $ 2,665.00 | 9/19/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039382970 | IMPLEMENTED | NUS AS BROKER | CNE-$.07860/kwh FP 2 mo $0.002-NUS fee | $ 3,080.00 | 9/19/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100038321876 | IMPLEMENTED | NUS AS BROKER | CNE-$.08044/kwh FP 1 mo $0.002-NUS fee | $ 1,455.00 | 9/19/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039321607 | IMPLEMENTED | NUS AS BROKER | CNE-$.07798/kwh FP 1 mo $0.002-NUS fee | $ 1,740.00 | 9/19/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039123791 | IMPLEMENTED | NUS AS BROKER | CNE-$.07808/kWh FP 1 mo $0.002-NUS fee | $ 1,265.00 | 9/19/2006 | ELECTRIC |
| 84 FORD ROAD UNIT 3, DENVILLE, NJ | JERSEY CENTRAL POWER AND LT | 100000160982 | IMPLEMENTED | OVERPAYMENT | CNE - $0.001/kWh fee | $ 100.00 | 12/19/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039321607 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 1,300.00 | 12/19/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039321376 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 6,290.00 | 12/19/2006 | ELECTRIC |
| BLK 8801 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100031123761 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 3,615.00 | 12/19/2006 | ELECTRIC |
| BLK 8801 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039382970 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 4,270.00 | 12/19/2006 | ELECTRIC |
| 1980 NORTHERN BLVD, MANHASSET, NY | LONG ISLAND POWER AUTH | 8307222205 | IMPLEMENTED | OVERPAYMENT | CNE - $0.001/kWh fee | $ 3,680.00 | 12/19/2006 | ELECTRIC |
| 1980 NORTHERN BLVD, MANHASSET, NY | LONG ISLAND POWER AUTH | 8307222205 | IMPLEMENTED | MISCELLANEOUS | 9/05 meter change caused by 6X normal usage | $ 83,000.00 | 1/18/2007 | ELECTRIC |
| BLK 8801 LT3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | IMPLEMENTED | OVERCHARGE | | $ 379,000.00 | 1/19/2007 | ELECTRIC |
| 100 HUNTINGTON AVE 4 FL, BOSTON, MA | NSTAR | 282168310011 | IMPLEMENTED | MISCELLANEOUS | 9/08 Meter change | $ 76,000.00 | 2/22/2007 | ELECTRIC |
| 300 BOYLSTON ST, NEWTON CTR, MA | NSTAR | 26961500011 | IMPLEMENTED | NUS AS BROKER | Meter error refund for Con Ed Solutions | $ 855.00 | 1/31/2007 | ELECTRIC |
| | | | | | | $ 1,216.00 | 1/31/2007 | ELECTRIC |

NUS 00794