# EXHIBIT CC



**LIPA**
Long Island Power Authority

PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 10,756.58 |

Please Pay By Jan 25, 2007

✓ Please make your check payable to LIPA and mail this part of the bill with your payment.

✓ Be sure that the address on the other side appears in the return envelope window.

✓ Write your Customer ID on your check.

Tiffany & Company
Accl Payble
15 Sylvan Way
Parsippany  NJ 07054-3805



EXHIBIT
PLAINTIFFS
76
5|6|08   PR

002347

*Tear here*

www.lipower.org
24 Hours/Day - 7 Days/Week

PIN Number
0460E3

Billing/General Inquiries
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

Electric Service Problems
24 Hours/Day - 7 Days/Week
1-800-490-0075

Para Español
1-800-490-0085

Hearing or Speech Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6671

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset   NY 11030

**LIPA**
Long Island Power Authority
A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 01/02/2007 | 0606-2000-54-9 | On or about 01/25/07 | $ 10,756.58 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 8,847.67 |
| Payment(s) Received Through 12/13/2006 - Thank You! | -8,847.67 |
| LIPA Current Charges | 10,756.58 |
| Please Pay By 01-25-07 | $ 10,756.58 |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by JAN 25

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

**IMPORTANT MESSAGES**

Looking for an expert in outdoor lighting? Need to promote your business at night? Call us at 800-692-2626 for information about our Light Solutions Program. Consultation is FREE!

*Do not Pay*

*Faxed to N.U.S*
*01-11-07*

*Manhasset Electric*
*Do Not Pay*

T 1024

Tiffany & Company
Acct. Payble
15 Sylvan Way
Parsippany NJ 07054-3805

0606200054S
$ 10,756.58

Please be sure the address
o the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910070027107565864Y1075658Y

← Tear here →                                          ← Tear here →

| Account # 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-5 |

LIPA - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791344
Service:    From: 11/22/2006 12:53 PM ACTUAL reading            Meter Multiplier: 180
            To: 12/27/2006 10:25 AM ACTUAL reading              Total Days: 35

Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 215 | 318 | 18540 Kwh | 602.55 |
| 2-Energy | 336 | 336 | 0 Kwh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0 Kw | 0.00 |
| 3-Energy | 1961 | 3089 | 203040 Kwh | 6,680.01 |
| 1-Demand | 13.596 | 17.001 | 612.9 Kw | 3,346.43 |
| Basic Service: | 35 days | @0.9483 | | 33.19 |
| Subtotal: | | | | 10,662.18 |

| Power Supply Charges | 221580 KWH | @0.0000000 | | 0.00 |

Other Charges
Revenue-Based PILOTS:                                                      94.40

Total Charges:
                                                                       10,756.58

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

Delivery and System Charges - Charges for owning, operating and maintaining the electric system, and certain on-island generation.

Basic Service - Fixed daily charges for connection to the electric system.

KWH - Kilowatt Hour - Electrical energy consumed if 1000 watts are used for one hour.

Power Supply Charges - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase power.

Revenue-Based PILOTS (Payments In Lieu Of Taxes) state and local taxes on utility revenues.

Suffolk Property Tax Adjustment - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

Meter Multiplier - Converts recorded use to total use on meters that are designed to only record partial use.

Sales Tax - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9585. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 01/02/2007          Customer ID: 0606200054          Page 2 of 2

T 1025



**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Credit Balance |
|---|---|
| 0606-2000-54-9 | $ -25,787.40 |

✓ NO Payment Due.

March 22,435.74

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805

(26)

---

**SERVICE TO:**
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

Tear here

**LIPA**
A Non-Profit Municipal Electric Utility

www.lipower.org
24 Hours/Day - 7 Days/Week

PIN Number
0460E3

Billing/General Inquiries
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
*outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

Electric Service Problems
24 Hours/Day - 7 Days/Week
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6671

| Bill Date | Customer ID | Next Meter Reading | Credit Balance |
|---|---|---|---|
| 01/09/2007 | 0606-2000-54-9 | On or about 01/25/07 | $ -25,787.40 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | |
| LIPA Current Charges | $ 10,756.58 |
| Cancelled LIPA Charges (see message) | 0.96 |
| Credit Balance - No Payment Due | -36,544.94 |
| | $ -25,787.40 |

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

SEPT —

791.74  9/21
1887.94  10/06
1403.91  11/06
1709.82  12/06

YPD 1709.82

**IMPORTANT MESSAGES**

No payment is required. The credit balance will be applied to your next bill.

This bill cancels previous electric charges and corrects your billing to the dates and indexes shown in the billing detail.

Looking for an expert in outdoor lighting? Need to promote your business at night? Call us at 1-800-692-2626 for information about our Light Solutions Program. Consultation is FREE!

Bill Date: 01/09/2007

Customer ID: 0606200054

Page 1 of 2

T 1022

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805

06062000549
$ -25,787.40

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910070049244

Tear here

Tear here

**Account # 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-5**

**LIPA** - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791344

Service:   From: 09/19/2006 07:47 AM ACTUAL reading
           To: 09/20/2006 10:15 AM ESTIMATED reading

Meter Multiplier: 180
Total Days: 01
Period 2 Days: 02

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 0 | 0 | 0 Kwh | 0.00 |
| 2-Energy | 0 | 0 | 0 Kwh | 0.00 |
| 2-Demand | 0.000 | 0 | 0 Kwh | 0.00 |
| 3-Energy | 0 | 0.000 | 0.0 Kw | 0.00 |
| 3-Demand | 0.000 | 0 | 0 Kwh | 0.00 |
| Basic Service: | 1 days | 0.000 | 0.0 Kw | 0.00 |
| Subtotal: | | @0.9500 | | 0.95 |
| | | | | 0.95 |

Power Supply Charges

0 KWH          @0.0000000                    0.95

Other Charges                                  0.00
Revenue-Based PILOTS:

Total Charges:                                 0.01

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year          0.95
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

Delivery and System Charges - Charges for owning, operating and maintaining the electric system, and or certain on-island generation.

Basic Service - Fixed daily charges for connection to the electric system.

KWH - Kilowatt Hour - Electrical energy consumed if 1000 watts are used for one hour.

Power Supply Charges - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase power.

Revenue-Based PILOTS (Payments In Lieu Of Taxes) state and local taxes on utility revenues.

Suffolk Property Tax Adjustment - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

Meter Multiplier - Converts recorded use to total use on meters that are designed to only record partial use.

Sales Tax - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 01/09/2007          Customer ID: 0606200054

T 1023

**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Credit Balance |
|---|---|
| 0606-2000-54-9 | $ -25,786.44 |

✔ NO Payment Due.

*823314*



000677

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805

(26)

---

→ Tear here →

### SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

**LIPA**
Long Island Power Authority
*A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Credit Balance |
|---|---|---|---|
| 01/10/2007 | 0606-2000-54-9 | On or about 01/25/07 | $ -25,786.44 |

### BILLING SUMMARY
| | |
|---|---|
| Balance From Previous Bill | $ -25,787.40 |
| LIPA Current Charges | 0.96 |
| Credit Balance - No Payment Due | $ -25,786.44 |

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

**www.lipower.org**
24 Hours/Day · 7 Days/Week

PIN Number
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM · 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day · 7 Days/Week

**Electric Service Problems**
24 Hours/Day · 7 Days/Week
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

## IMPORTANT MESSAGES

No payment is required. The credit balance will be applied to your next bill.

Looking for an expert in outdoor lighting? Need to promote your business at night? Call us at 1-800-692-2626 for information about our Light Solutions Program. Consultation is FREE!

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805

$ -25,786.44

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686
lntlltll.l.lll.d.lltt.ttll.dl.llll.ttl.l.l.ll.t.lll.l

0606200054910070100YY

⌐ Tear here ⌐                                                    ⌐ Tear here ⌐

Account # 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-5

**LIPA** -    Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods

Meter # 099791344                                              Meter Multiplier: 180

Service:    From: 09/20/2006 10:15 AM ESTIMATED reading          Total Days: 01
            To: 09/21/2006 10:15 AM ACTUAL reading               Period 2 Days: 01

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 0 | 0 | 0 Kwh | 0.00 |
| 2-Energy | 0 | 0 | 0 Kwh | 0.00 |
| 2-Demand | 0.000 | 0.000 | 0.0 Kw | 0.00 |
| 3-Energy | 0 | 0 | 0 Kwh | 0.00 |
| 3-Demand | 0.000 | 0.000 | 0.0 Kw | 0.00 |
| Basic Service: | 1 days | @0.9500 | | 0.95 |
| Subtotal: | | | | 0.95 |

| Power Supply Charges | | 0 KWH | @0.0000000 | 0.00 |

**Other Charges**

Revenue-Based PILOTS:                                                      0.01

**Total Charges:**                                                         0.96

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments In Lieu Of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** -State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 01/10/2007          Customer ID: 0606200054          Page 2 of 2

T  1069



**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Credit Balance |
|---|---|
| 0606-2000-54-9 | $ -24,994.70 |

✔ NO Payment Due.

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805



↳ Tear here ↰

**www.lipower.org**
*24 Hours/Day • 7 Days/Week*

**PIN Number**
0460E3

**Billing/General Inquiries**
*Monday - Friday, 8 AM - 8 PM*
**1-800-966-4818***
outside toll free area
**1-631-755-6000***
*Automated Services available
24 Hours/Day - 7 Days/Week*

**Electric Service Problems**
*24 Hours/Day - 7 Days/Week*
**1-800-490-0075**

**Para Espanol**
**1-800-490-0085**

**Hearing or Speech Impaired**
**1-631-755-6660**

**Report Theft of Service**
**1-631-755-6871**

**SERVICE TO:**
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

**LIPA**
Long Island Power Authority
*A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Credit Balance |
|---|---|---|---|
| 01/24/2007 | 0606-2000-54-9 | On or about 02/23/07 | $ -24,994.70 |

**BILLING SUMMARY**
Balance From Previous Bill                          $ -25,786.44
LIPA Current Charges                                    791.74
Credit Balance - No Payment Due              $ -24,994.70

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

**IMPORTANT MESSAGES**

No payment is required. The credit balance will be applied to your next bill.

The new electric meter at your premises has a multiplier of 120. Your use of electricity on this new meter is determined by subtracting the previous reading from the present reading and multiplying the difference by this multiplier.

We recently changed your meter. Energy usage shown combines usage from both the removed and new meters.

Looking for an expert in outdoor lighting? Need to promote your business at night? Call us at 1-800-692-2626 for information about our Light Solutions Program. Consultation is FREE!

Bill Date: 01/24/2007          Customer ID: 0606200054          Page 1 of 2

T 1002

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805

0606200054948
~ $ -24,994.70

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686
IıılludIulldllııııblIdlıullıdıdıdllıddıd

0b0b200054910070241ЧЧ

⌐ Tear here ⌐                                                           ⌐ Tear here ⌐

| Account # 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-5 |

**LIPA** -   Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods

Meter # 099791344                                                    Meter Multiplier: 120

Service:   From: 09/21/2006 10:15 AM ACTUAL reading                 Total Days: 06
           To: 09/27/2006 09:53 AM ACTUAL reading                   Period 2 Days: 04

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 0 | 13 | 1560 Kwh | 50.70 |
| 2-Energy | 0 | 64 | 7680 Kwh | 254.98 |
| 2-Demand | 0.000 | 0.873 | 104.8 Kw | 274.58 |
| 3-Energy | 0 | 25 | 3000 Kwh | 98.70 |
| 3-Demand | 0.000 | 0.892 | 107.0 Kw | 100.15 |
| Basic Service: | 6 days | @0.9483 | | 5.69 |
| Subtotal: | | | | 784.80 |

| Power Supply Charges | 12240 KWH | @0.0000000 | 0.00 |
|---|---|---|---|

Other Charges
Revenue-Based PILOTS:                                                    6.94

Total Charges:                                                         791.74

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

Delivery and System Charges - Charges for owning, operating and maintaining the electric system, and or certain on-island generation.

Basic Service - Fixed daily charges for connection to the electric system.

KWH - Kilowatt Hour - Electrical energy consumed if 1,000 watts are used for one hour.

Power Supply Charges - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

Revenue-Based PILOTS (Payments In Lieu Of Taxes) State and local taxes on utility revenues.

Suffolk Property Tax Adjustment - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

Meter Multiplier - Converts recorded use to total use on meters that are designed to only record partial use.

Sales Tax - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

T 1003

**LIPA**
PO Box 9083, Melville NY 11747-9083

✔ NO Payment Due.

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805



⌐ Tear here ⌐

| SERVICE TO: | |
| Tiffany & Company | |
| 1980 Northern Blvd |  |
| Manhasset  NY 11030 | **LIPA** |
| | A Non-Profit Municipal Electric Utility |

| Bill Date | Customer ID | Next Meter Reading | Credit Balance |
|-----------|-------------|--------------------|----------------|
| 01/29/2007 | 0606-2000-54-9 | On or about 02/23/07 | $ -23,106.76 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ -24,994.70 |
| LIPA Current Charges | 1,887.94 |
| Credit Balance - No Payment Due | $ -23,106.76 |

**\*\* SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES \*\***

---

www.lipower.org
24 Hours/Day - 7 Days/Week

PIN Number
0460E3

Billing/General Inquiries
Monday - Friday, 8 AM - 8 PM
1-800-966-4818\*
outside toll free area
1-631-755-6000\*
\*Automated Services available
24 Hours/Day - 7 Days/Week

Electric Service Problems
24 Hours/Day - 7 Days/Week
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

---

**IMPORTANT MESSAGES**

No payment is required. The credit balance will be applied to your next bill.

Looking for an expert in outdoor lighting? Need to promote your business at night? Call us at 1-800-692-2626 for information about our Light Solutions Program. Consultation is FREE!

---

T 1005

06062000549
$ -23,106.76

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686
lııllıılllıllılıııllıllıullılılıllıldhl

060620005491007029044

╺ Tear here ╺                                                                    ╺ Tear here ╺

| Account # 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-5 |
|---|

**LIPA** - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                              Meter Multiplier: 120
Service:    From: 09/27/2006 09:53 AM ACTUAL reading              Total Days: 03
            To: 09/30/2006 12:00 MIDNIGHT END OF SUMMER PERIOD    Period 2 Days: 04

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 13 | 18 | 600 Kwh | 19.50 |
| 2-Energy | 64 | 93 | 3480 Kwh | 115.54 |
| 2-Demand | 0.873 | 1.728 | 102.6 Kw | 268.81 |
| 3-Energy | 25 | 31 | 720 Kwh | 23.69 |
| 3-Demand | 0.893 | 1.608 | 85.8 Kw | 40.15 |
| Basic Service: | 3 days | @0.9500 | | 2.85 |
| Subtotal: | | | | 470.54 |

Power Supply Charges          4800 KWH        @0.0000000          0.00

**Other Charges**
Revenue-Based PILOTS:                                              4.17

**Total Charges:**                                                474.71

Service:    From: 09/30/2006 ACTUAL 12:00 MIDNIGHT START OF WINTER PERIOD  Total Days: 26
            To: 10/26/2006 09:53 AM

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 18 | 55 | 4440 Kwh | 144.30 |
| 2-Energy | 93 | 93 | 0 Kwh | 0.00 |
| 2-Demand | 1.728 | 1.728 | 0.0 Kw | 0.00 |
| 3-Energy | 31 | 237 | 24720 Kwh | 813.29 |
| 3-Demand | 1.608 | 2.468 | 103.2 Kw | 418.58 |
| Basic Service: | 26 days | @0.9485 | | 24.66 |
| Subtotal: | | | | 1,400.83 |

Power Supply Charges          29160 KWH       @0.0000000          0.00

**Other Charges**
Revenue-Based PILOTS:                                              12.40

- - - continued on next page - - -

Bill Date: 01/29/2007          Customer ID: 0606200054               Page 2 of 3

T 1006



# LIPA
Long Island Power Authority

PO Box 9083, Melville NY 11747-9083

| Customer ID | Credit Balance |
|---|---|
| 0606-2000-54-9 | $ -21,702.85 |

✔ NO Payment Due.

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805



G
000735

---

↱ Tear here ↰

**SERVICE TO:**
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

## LIPA
Long Island Power Authority

*"A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Credit Balance |
|---|---|---|---|
| 01/30/2007 | 0606-2000-54-9 | On or about 02/23/07 | $ -21,702.85 |

**www.lipower.org**
*24 Hours/Day - 7 Days/Week*

**PIN Number**
0460E3

**Billing/General Inquiries**
*Monday - Friday, 8 AM - 8 PM*
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
*24 Hours/Day - 7 Days/Week*
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ -23,106.76 |
| LIPA Current Charges | 1,403.91 |
| Credit Balance - No Payment Due | $ -21,702.85 |

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

## IMPORTANT MESSAGES

No payment is required. The credit balance will be applied to your next bill.

Looking for an expert in outdoor lighting? Need to promote your business at night? Call us at 1-800-692-2626 for information about our Light Solutions Program. Consultation is FREE!

T 1008

$ -21,702.85

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910070308YY

← Tear here →                                                          ← Tear here →

| Account # 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-5 |

**LIPA -**   Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods

Meter # 099791345                                                    Meter Multiplier: 120

Service:   From: 10/26/2006 09:53 AM ACTUAL reading              Total Days: 27
           To: 11/22/2006 12:50 PM ACTUAL reading

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 55 | 89 | 4080 Kwh | 132.60 |
| 2-Energy | 93 | 93 | 0 Kwh | 0.00 |
| 2-Demand | 1.728 | 1.728 | 0.0 Kw | 0.00 |
| 3-Energy | 237 | 444 | 24840 Kwh | 817.23 |
| 3-Demand | 2.468 | 3.291 | 98.8 Kw | 416.15 |
| Basic Service: | 27 days | @0.9481 | | 25.60 |
| Subtotal: | | | | 1,391.58 |

| Power Supply Charges | 28920 KWH | @0.0000000 | | 0.00 |

**Other Charges**

| Revenue-Based PILOTS: | | | | 12.33 |

| Total Charges: | | | | 1,403.91 |

Period 1: Off-Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges -** Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service -** Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour -** Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges -** Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (**Payments In Lieu Of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment -** The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier -** Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax -**State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 01/30/2007                Customer ID: 0606200054              Page 2 of 2

T 1009

| Customer ID | Credit Balance |
|---|---|
| 0606-2000-54-9 | $ -19,993.03 |

✔ NO Payment Due.



PO Box 9083, Melville NY 11747-9083

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805



000470

*Tear here*

---

**www.lipower.org**
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

**LIPA**
Long Island Power Authority
A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Credit Balance |
|---|---|---|---|
| 01/31/2007 | 0606-2000-54-9 | On or about 02/23/07 | $ -19,993.03 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ -21,702.85 |
| LIPA Current Charges | 1,709.82 |
| Credit Balance - No Payment Due | $ -19,993.03 |

**\*\* SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES \*\***

---

**IMPORTANT MESSAGES**

**No payment is required. The credit balance will be applied to your next bill.**

Looking for an expert in outdoor lighting? Need to promote your business at night? Call us at 1-800-692-2626 for information about our Light Solutions Program. Consultation is FREE!

T 1011

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805

06062000549
$ -19,993.03

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

|..|..||..||..||....||.|||....||.||..||.||..|..||.|.||

06062000549100703164YY

⌐ Tear here ¬                                                    ⌐ Tear here ¬

| Account # 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-5 |

**LIPA**   Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                                    Meter Multiplier: 120
Service:   From: 11/22/2006 12:50 PM ACTUAL reading            Total Days: 35
           To: 12/27/2006 10:31 AM ACTUAL reading

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|--------|-------------|------------|-----|---------|
| 1-Energy | 89 | 127 | 4560 Kwh | 148.20 |
| 2-Energy | 93 | 93 | 0 Kwh | 0.00 |
| 2-Demand | 1.728 | 1.728 | 0.0 Kw | 0.00 |
| 3-Energy | 444 | 699 | 30600 Kwh | 1,006.74 |
| 3-Demand | 3.291 | 4.064 | 92.8 Kw | 506.69 |
| Basic Service: | 35 days | @0.9483 | | 33.19 |
| Subtotal: | | | | 1,694.82 |

| Power Supply Charges | 35160 KWH | @0.0000000 | | 0.00 |

Other Charges
Revenue-Based PILOTS:                                                    15.00

Total Charges:                                                           1,709.82

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments In Lieu Of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** -State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

T 1012

**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 1,333.00 |

Please Pay By Apr 19, 2007

✓ Please make your check payable to LIPA and mail this part of the bill with your payment.

✓ Be sure that the address on the other side appears in the return envelope window.

✓ Write your Customer ID on your check.

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3605

(26)

000468

↦ Tear here ↤

---

**SERVICE TO:**
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

**www.lipower.org**
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
1-800-490-0075

**Para Español**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

**LIPA**
Long Island Power Authority
*A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 03/27/2007 | 0606-2000-54-9 | On or about 04/25/07 | $ 1,333.00 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ -19,993.03 |
| Payment(s) Received Through 02/20/2007 - Thank You! | -1,709.82 |
| LIPA Current Charges | 1,333.00 |
| Interest on Overpayment | -732.89 |
| Refund | 22,435.74 |
| Please Pay By 04-19-07 | $ 1,333.00 |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by APR 19

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

**IMPORTANT MESSAGES**

**EFFECTIVE FEBRUARY 1, 2007, THE POWER SUPPLY CHARGES ON YOUR BILL HAVE BEEN REDUCED BY 4.0%. THIS REDUCTION REFLECTS DECLINING FUEL AND PURCHASED POWER COSTS. SINCE JANUARY 2006, THE POWER SUPPLY CHARGES HAVE BEEN REDUCED BY A TOTAL OF 12.2%, WHICH HAS RESULTED IN AN OVERALL TOTAL BILL REDUCTION OF 6.4%. FOR MORE INFORMATION, PLEASE VISIT LIPA'S WEB SITE AT WWW.LIPOWER.ORG OR CONTACT LIPA'S CUSTOMER ASSISTANCE CENTER AT 1-800-490-0025.**

---

Bill Date: 03/27/2007          Customer ID: 0606200054          Page 1 of 2

T 1027

06062000549
$ 1,333.00

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

06062000549100708601333DDY2303585Y

⌐ Tear here ⌐                                    ⌐ Tear here ⌐

| Account # 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-5 |

**LIPA** -    Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345
Service:    From: 12/27/2006 10:31 AM ACTUAL reading                Meter Multiplier: 120
            To: 01/25/2007 09:34 AM ACTUAL reading                Total Days: 29

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 127 | 161 | 4080 Kwh | 132.60 |
| 2-Energy | 93 | 93 | 0 Kwh | 0.00 |
| 2-Demand | 1.728 | 1.728 | 0.0 Kw | 0.00 |
| 3-Energy | 699 | 894 | 23400 Kwh | 769.86 |
| 3-Demand | 4.064 | 4.785 | 86.5 Kw | 391.33 |
| Basic Service: | 29 days | @0.9486 | | 27.51 |
| Subtotal: | | | | 1,321.30 |

Power Supply Charges        27480 KWH    @0.0000000            0.00

**Other Charges**
Revenue-Based PILOTS:                                        11.70

Total Charges:                                            1,333.00

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt Hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments In Lieu Of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 03/27/2007            Customer ID: 0606200054            Page 2 of 2

T 1028

# LIPA
### Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Please pay upon receipt |
|---|---|
| 0606-2000-54-9 | $ 2,829.45 |

Please make checks payable to LIPA

✓ Mail this part of bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805



000743

↱ Tear here ↰

**www.lipower.org**
24 Hours/Day · 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

**SERVICE TO:**
Tiffany & Company
1980 Northern Blvd
Manhasset NY 11030

# LIPA
### Long Island Power Authority
*A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 03/29/2007 | 0606-2000-54-9 | On or about 04/25/07 | $ 2,829.45 |

**BILLING SUMMARY**

Balance From Previous Bill $ 1,333.00
LIPA Current Charges 1,496.45
Please Pay Upon Receipt $ 2,829.45

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by APR 21

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

## IMPORTANT MESSAGES

EFFECTIVE FEBRUARY 1, 2007, THE POWER SUPPLY CHARGES ON YOUR BILL HAVE BEEN REDUCED BY 4.6%. THIS REDUCTION REFLECTS DECLINING FUEL AND PURCHASED POWER COSTS. SINCE JANUARY 2006, THE POWER SUPPLY CHARGES HAVE BEEN REDUCED BY A TOTAL OF 12.2%, WHICH HAS RESULTED IN AN OVERALL TOTAL BILL REDUCTION OF 6.4%. FOR MORE INFORMATION, PLEASE VISIT LIPA'S WEB SITE AT WWW.LIPOWER.ORG OR CONTACT LIPA'S CUSTOMER ASSISTANCE CENTER AT 1-800-490-0025.

Bill Date: 03/29/2007        Customer ID: 0606200054

Tiflany a Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

0606200054
$ 2,829.45

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910070886282945414964545

✄ Tear here ✄                                                                    ✄ Tear here ✄

## Account # 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-5

**LIPA** - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345
Service:  From: 01/25/2007 09:34 AM ACTUAL reading                    Meter Multiplier: 120
          To: 02/27/2007 11:11 AM ACTUAL reading                       Total Days: 33

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 161 | 205 | | 171.60 |
| 2-Energy | 93 | 93 | 5280 Kwh | |
| 2-Demand | 1.728 | 1.728 | 0 Kwh | 0.00 |
| 3-Energy | 894 | 1120 | 0.0 Kw | 0.00 |
| 3-Demand | 4.785 | 5.413 | 27120 Kwh | 892.25 |
| Basic Service: | 33 days | @0.9485 | 75.4 Kw | 388.16 |
| Subtotal: | | | | 31.30 |
| | | | | 1,483.31 |

| Power Supply Charges | 32400 KWH | @0.0000000 | | 0.00 |

Other Charges
Revenue-Based PILOTS:                                                               13.14

**Total Charges:**                                                                  1,496.45

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 03/29/2007                 Customer ID: 0606200054                       Page 2 of 2

T 1031

**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Please pay upon receipt |
|---|---|
| 0606-2000-54-9 | $ 4,209.90 |

Please make checks payable to LIPA

✓ Mail this part of bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.



000985

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

26

← Tear here →

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

**LIPA**
Long Island Power Authority
A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 04/04/2007 | 0606-2000-54-9 | On or about 04/25/07 | $ 4,209.90 |

**BILLING SUMMARY**
Balance From Previous Bill                          $ 2,829.45
LIPA Current Charges                                    1,380.45
Please Pay Upon Receipt                              $ 4,209.90

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by APR 27

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

www.lipower.org
24 Hours/Day - 7 Days/Week

PIN Number
0460E3

Billing/General Inquiries
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

Electric Service Problems
24 Hours/Day - 7 Days/Week
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**IMPORTANT MESSAGES**

0606200000549
$ 4,209.90

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany  NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910070944420990413804545

↗ Tear here ↖                                                    ↗ Tear here ↖

**Account # 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-5**

**LIPA** -    Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods

Meter # 099791345                                          Meter Multiplier: 120

Service:    From: 02/27/2007 11:11 AM ACTUAL reading         Total Days: 28
            To: 03/27/2007 12:58 PM ACTUAL reading

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|--------|-------------|-----------|-----|---------|
| 1-Energy | 205 | 244 | 4680 Kwh | 152.10 |
| 2-Energy | 93 | 93 | 0 Kwh | 0.00 |
| 2-Demand | 1.728 | 1.728 | 0.0 Kw | 0.00 |
| 3-Energy | 1120 | 1318 | 23760 Kwh | 781.71 |
| 3-Demand | 5.413 | 6.191 | 93.4 Kw | 407.97 |
| Basic Service: | 28 days | @0.9486 | | 26.56 |
| Subtotal: | | | | 1,368.34 |

| | | | | |
|--------|-------------|-----------|-----|---------|
| **Power Supply Charges** | | 28440 KWH | @0.0000000 | 0.00 |

**Other Charges**
Revenue-Based PILOTS:                                              12.11

**Total Charges:**                                               1,380.45

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-Island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt Hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 04/04/2007              Customer ID: 0606200054              Page 2 of 2

T 1103

**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 1,606.13 |

Please Pay By May 24, 2007

B00226500

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805



H

✓ Please make your check payable to LIPA and mail this part of the bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.

↰ Tear here ↱

---

**www.lipower.org**
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

**IMPORTANT MESSAGES**

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset NY 11030

**LIPA**
Long Island Power Authority
A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 05/01/2007 | 0606-2000-54-9 | On or about 05/24/07 | $ 1,606.13 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 4,209.90 |
| Payment(s) Received Through 04/25/2007 - Thank You! | -4,209.90 |
| LIPA Current Charges | 1,606.13 |
| Please Pay By 05-24-07 | $ 1,606.13 |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by MAY 24.

**\*\* SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES \*\***

---

T 1105

() 0606200054**9**

$1,606.13

Tiffany & Company
15 Sylvan Way
Parsippany NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

Ilihalluddihaanddihdadhdadhhh

0606200054910071215160613Y160613Y                                    H

⌐ Tear here ⌐                                                    ⌐ Tear here ⌐

| Account # 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-5 |

**LIPA** ·  Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                               Meter Multiplier: 120
Service:    From: 03/27/2007 12:58 PM ACTUAL reading              Total Days: 30
            To: 04/26/2007 12:31 PM ACTUAL reading

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 244 | 295 | 6120 Kwh | 198.90 |
| 2-Energy | 93 | 93 | 0 Kwh | 0.00 |
| 2-Demand | 1.728 | 1.728 | 0.0 Kw | 0.00 |
| 3-Energy | 1318 | 1552 | 28080 Kwh | 923.83 |
| 3-Demand | 6.191 | 6.976 | 94.2 Kw | 440.86 |
| Basic Service: | 30 days | @0.9483 | | 28.45 |
| Subtotal: | | | | 1,592.04 |
| | | | | |
| Power Supply Charges | | 34200 KWH | @0.0000000 | 0.00 |
| | | | | |
| Other Charges | | | | |
| Revenue-Based PILOTS: | | | | 14.09 |
| | | | | |
| Total Charges: | | | | 1,606.13 |

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt Hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** -State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

T 1106



**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 2,028.75 |

Please Pay By Jun 30, 2007

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

B00067600



✔ Please make your check payable to LIPA and mail this part of the bill with your payment.
✔ Be sure that the address on the other side appears in the return envelope window.
✔ Write your Customer ID on your check.

⌐ Tear here ⌐

**www.lipower.org**
24 Hours/Day - 7 Days/Week

PIN Number
0460E3

Billing/General Inquiries
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

Electric Service Problems
24 Hours/Day - 7 Days/Week
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030



A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 06/07/2007 | 0606-2000-54-9 | On or about 06/25/07 | $ 2,028.75 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 1,606.13 |
| Payment(s) Received Through 05/16/2007 - Thank You! | -1,606.13 |
| LIPA Current Charges | 2,028.75 |
| Please Pay By 06-30-07 | $ 2,028.75 |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by JUN 30

**\*\* SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES \*\***

**IMPORTANT MESSAGES**

You pay energy bills promptly - and we know it! The continued cooperation of valued customers like you allows us to serve Long Island's energy needs more efficiently.  Thank you.

T 1108

Tiffany & Company
15 Sylven Way
Parsippany NJ 07054-3805

0606200054
$ 2,028.75

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910071587202875Y2028754

H

Account # 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-5

**LIPA** · Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345

Service:   From: 04/26/2007 12:31 PM ACTUAL reading
           To: 05/29/2007 11:13 AM ACTUAL reading

Meter Multiplier: 120

Total Days: 33

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 295 | 360 | 7800 Kwh | 253.50 |
| 2-Energy | 93 | 93 | 0 Kwh | 0.00 |
| 2-Demand | 1.728 | 1.728 | 0.0 Kw | 0.00 |
| 3-Energy | 1552 | 1854 | 36240 Kwh | 1,192.29 |
| 3-Demand | 6.976 | 7.840 | 103.7 Kw | 533.85 |
| Basic Service: | 33 days | @0.9485 | | 31.30 |
| Subtotal: | | | | 2,010.94 |

| Power Supply Charges | | 44040 KWH | @0.0000000 | 0.00 |

**Other Charges**

| Revenue-Based PILOTS: | | | | 17.81 |

| Total Charges: | | | | 2,028.75 |

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 3,566.15 |

Please Pay By Aug 10, 2007

000301

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

(26)

✓ Please make your check payable to LIPA and mail this part of the bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.

⌐ Tear here ¬

---

www.lipower.org
24 Hours/Day - 7 Days/Week

PIN Number
0460E3

Billing/General Inquiries
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

Electric Service Problems
24 Hours/Day - 7 Days/Week
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030



**LIPA**
Long Island Power Authority
A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 07/18/2007 | 0606-2000-54-9 | On or about 07/25/07 | $ 3,566.15 |

**BILLING SUMMARY**
| | |
|---|---|
| Balance From Previous Bill | $ -9.87 |
| LIPA Current Charges | 3,576.02 |
| Please Pay By 08-10-07 | $ 3,566.15 |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by AUG 10

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

---

**IMPORTANT MESSAGES**

**Prompt payments go a long way toward reducing energy costs and you are certainly doing your part! Customer cooperation is always essential and always appreciated.  We wish all our customers were like you.**

Tiffany & Company
15 Sylvan Way
Parsippany NJ 07054-3805

$13,566.15

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

06062000549100719913566154357602Y                                    H

⌐ Tear here ⌐                                                    ⌐ Tear here ⌐

## Account # 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-5

**LIPA -** Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods

Meter # 099791345                                                Meter Multiplier: 120

Service:  From: 05/29/2007 11:12 AM ACTUAL reading                Total Days: 02
          To: 05/31/2007 12:00 MIDNIGHT END OF WINTER PERIOD

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 360 | 365 | 600 Kwh | 19.50 |
| 2-Energy | 93 | 93 | 0 Kwh | 0.00 |
| 2-Demand | 1.728 | 1.728 | 0.0 Kw | 0.00 |
| 3-Energy | 1854 | 1883 | 3480 Kwh | 114.49 |
| 3-Demand | 7.824 | 8.707 | 106.0 Kw | 33.07 |
| Basic Service: | 2 days | @0.9450 | | 1.89 |
| Subtotal: | | | | 168.95 |

**Power Supply Charges**       4080 KWH       @0.0000000       0.00

### Other Charges
Revenue-Based PILOTS:                                            1.50

**Total Charges:**                                              170.45

Service:  From: 05/31/2007 ACTUAL 12:00 MIDNIGHT START OF SUMMER PERIOD Total Days: 26
          To: 06/26/2007 11:52 AM                              Period 2 Days: 22

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 365 | 417 | 6240 Kwh | 202.80 |
| 2-Energy | 93 | 273 | 21600 Kwh | 717.12 |
| 2-Demand | 1.728 | 2.679 | 114.1 Kw | 1,644.18 |
| 3-Energy | 1883 | 1965 | 9840 Kwh | 323.73 |
| 3-Demand | 8.707 | 9.659 | 114.2 Kw | 463.20 |
| Basic Service: | 26 days | @0.9485 | | 24.66 |
| Subtotal: | | | | 3,375.69 |

**Power Supply Charges**       37680 KWH       @0.0000000       0.00

### Other Charges
Revenue-Based PILOTS:                                            29.88

**Total Charges:**                                              3,405.57

- - - continued on next page - - -

Bill Date: 07/18/2007          Customer ID: 0606200054          Page 2 of 3

T 1112



**LIPA**
Long Island Power Authority

| Account # 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-5 |

**LIPA** - Account # 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-5   (continued)

**Total For Both Service Periods:**                                          3,576.02

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** -State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 07/18/2007          Customer ID: 0606200054          Page 3 of 3

**LIPA**
Long Island Power Authority

PO Box 9083, Melville NY 11747-9083

| Customer ID | Please pay upon receipt |
|---|---|
| 0606-2000-54-9 | $ 7,513.46 |

Please make checks payable to LIPA

B00004500

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

(26)

Ħ

✓ Mail this part of bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.

0                    Tear here

---

**www.lipower.org**
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

**LIPA**
Long Island Power Authority
A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 07/26/2007 | 0606-2000-54-9 | On or about 08/24/07 | $ 7,513.46 |

**BILLING SUMMARY**

Balance From Previous Bill    *Pd 7-26*                $ 3,566.15
LIPA Current Charges                                    3,947.31
Please Pay Upon Receipt                               $ 7,513.46

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by AUG 18

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

---

**IMPORTANT MESSAGES**

This is our opportunity to say how very much we appreciate customers like you.  Take pride in your excellent credit rating - you deserve it.

Bill Date: 07/26/2007                    Customer ID: 0606200054          B00004500

0606200054 9
$ 7,513.46

Tiffany & Company
15 Sylvan Way
Parsippany NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910072072725134643947314     H

┌ Tear here ┐                                                    ┌ Tear here ┐

┌─────────────────────────────┐
│   Account # 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-5   │
└─────────────────────────────┘

**LIPA -** Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods

Meter # 099791345                                          Meter Multiplier: 120

Service:    From: 06/26/2007 11:52 AM ACTUAL reading          Total Days: 29
            To: 07/25/2007 09:04 AM ACTUAL reading            Period 2 Days: 24

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 417 | 473 | 6720 Kwh | 218.40 |
| 2-Energy | 273 | 490 | 26040 Kwh | 864.53 |
| 2-Demand | 2.679 | 3.697 | 122.2 Kw | 1,920.98 |
| 3-Energy | 1965 | 2053 | 10560 Kwh | 347.43 |
| 3-Demand | 9.659 | 10.642 | 118.0 Kw | 533.83 |
| Basic Service: | 29 days | @0.9486 | | 27.51 |
| Subtotal: | | | | 3,912.68 |

| Power Supply Charges | 43320 KWH | @0.0000000 | 0.00 |
|---|---|---|---|

**Other Charges**

Revenue-Based PILOTS:                                                34.63

**Total Charges:**                                                3,947.31

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 07/26/2007          Customer ID: 0606200054     B00004500          Page 2 of 2

T 1116

**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 4,736.72 |

Please Pay By Sept 21, 2007

000096

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805



✔ Please make your check payable to LIPA and mail this part of the bill with your payment.
✔ Be sure that the address on the other side appears in the return envelope window.
✔ Write your Customer ID on your check.

┌ Tear here ┐

---

**www.lipower.org**
*24 Hours/Day - 7 Days/Week*

**PIN Number**
0460E3

**Billing/General Inquiries**
*Monday - Friday, 8 AM - 8 PM*
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week*

**Electric Service Problems**
*24 Hours/Day - 7 Days/Week*
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset NY 11030

**LIPA**
Long Island Power Authority
*A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 08/29/2007 | 0606-2000-54-9 | On or about 09/25/07 | $ 4,736.72 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 7,513.46 |
| Payment(s) Received Through 08/14/2007 - Thank You! | -7,513.46 |
| LIPA Current Charges | 4,736.72 |
| Please Pay By 09-21-07 | $ 4,736.72 |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by SEP 21

**** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES ****

---

**IMPORTANT MESSAGES**

**This is our opportunity to say how very much we appreciate customers like you. Take pride in your excellent credit rating - you deserve it.**

Bill Date: 08/29/2007            Customer ID: 0606200054            Page 1 of 2

T 1118

06062000549

Tiffany & Company                                             $ 4,736.72
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

Please be sure the address                LIPA
to the right appears in the               PO Box 9039
return envelope window.                   Hicksville NY 11802-9686
                                          |..|l..lll.l.ldl...l.dll.l.dl.l.d.l.ldl.l

06062000549100724114736724473672Y                              H

⌐ Tear here ┐  ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ⌐ Tear here ┐

┌─────────────────────────────────┐
│     Account # 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-5     │
└─────────────────────────────────┘

**LIPA -**  Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                         Meter Multiplier: 120
Service:    From: 07/25/2007 09:04 AM ACTUAL reading           Total Days: 34
            To: 08/28/2007 12:33 PM ACTUAL reading          Period 2 Days: 30

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 473 | 540 | 8040 Kwh | 261.30 |
| 2-Energy | 490 | 746 | 30720 Kwh | 1,019.90 |
| 2-Demand | 3.697 | 4.695 | 119.8 Kw | 2,354.07 |
| 3-Energy | 2053 | 2160 | 12840 Kwh | 422.43 |
| 3-Demand | 10.642 | 11.593 | 114.1 Kw | 605.19 |
| Basic Service: | 34 days | @0.9485 | | 32.25 |
| Subtotal: | | | | 4,695.14 |

Power Supply Charges        51600 KWH        @0.0000000        0.00

Other Charges
Revenue-Based PILOTS:                                          41.58

Total Charges:                                              4,736.72

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges -** Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service -** Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour -** Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges -** Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment -** The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier -** Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax -** State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 08/29/2007          Customer ID: 0606200054          Page 2 of 2

T 1119

**LIPA**
Long Island Power Authority

PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 3,626.03 |

Please Pay By Oct 20, 2007

000117

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805



H

✔ Please make your check payable to LIPA and mail this part of the bill with your payment.
✔ Be sure that the address on the other side appears in the return envelope window.
✔ Write your Customer ID on your check.

⌐ Tear here ⌐

---

**www.lipower.org**
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
**1-800-966-4818***
outside toll free area
**1-631-755-6000***
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
**1-800-490-0075**

**Para Espanol**
**1-800-490-0085**

**Hearing or Speech Impaired**
**1-631-755-6660**

**Report Theft of Service**
**1-631-755-6871**

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset   NY 11030



A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 09/27/2007 | 0606-2000-54-9 | On or about 10/24/07 | $ 3,626.03 |

**BILLING SUMMARY**
Balance From Previous Bill                                           $ 4,736.72
Payment(s) Received Through 09/12/2007 - Thank You!        -4,736.72
LIPA Current Charges                                                     3,626.03
Please Pay By 10-20-07                                              $ 3,626.03

A 1.5% late payment charge may be applied to outstanding charges if
payment is not received by OCT 20

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

**IMPORTANT MESSAGES**

**We're working harder** than ever to provide energy for a growing Long Island and customers like you are
helping us improve our performance.  Thank you.  Your credit rating is tops with us!

---

Bill Date: 09/27/2007            Customer ID: 0606200054

06062000549

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

$ 3,626.03

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

ldlldllllddllllddlldlddlllldl

0606200054910072700362603Y362603Y

H

⌐Tear here ┐

⌐Tear here ┐

| Account # 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-5 |

**LIPA** · Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                         Meter Multiplier: 120
Service:    From: 08/28/2007 12:33 PM ACTUAL reading                Total Days: 29
            To: 09/26/2007 01:22 PM ACTUAL reading              Period 2 Days: 25

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 540 | 587 | 5640 Kwh | 183.30 |
| 2-Energy | 746 | 945 | 23880 Kwh | 792.82 |
| 2-Demand | 4.695 | 5.603 | 109.0 Kw | 1,784.88 |
| 3-Energy | 2160 | 2237 | 9240 Kwh | 303.99 |
| 3-Demand | 11.593 | 12.517 | 110.9 Kw | 501.71 |
| Basic Service: | 29 days | @0.9486 | | 27.51 |
| Subtotal: | | | | 3,594.21 |

**Power Supply Charges**       38760 KWH       @0.0000000        0.00

**Other Charges**
Revenue-Based PILOTS:                                               31.82

**Total Charges:**                                               3,626.03

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** -State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 09/27/2007          Customer ID: 0606200054

T 1122



# LIPA
**Long Island Power Authority**

PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
| --- | --- |
| 0606-2000-54-9 | $ 1,790.22 |

Please Pay By **Nov 17, 2007**

000436

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

H

✔ Please make your check payable to LIPA and mail this part of the bill with your payment.
✔ Be sure that the address on the other side appears in the return envelope window.
✔ Write your Customer ID on your check.

← Tear here →

---

**www.lipower.org**
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
**1-800-966-4818\***
outside toll free area
**1-631-755-6000\***
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
**1-800-490-0075**

**Para Espanol**
**1-800-490-0085**

**Hearing or Speech Impaired**
**1-631-755-6660**

**Report Theft of Service**
**1-631-755-6871**

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset NY 11030


*A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
| --- | --- | --- | --- |
| 10/25/2007 | 0606-2000-54-9 | On or about 11/27/07 | $ 1,790.22 |

**BILLING SUMMARY**

| | |
| --- | --- |
| Balance From Previous Bill | $ 3,626.03 |
| Payment(s) Received Through 10/10/2007 - Thank You! | -3,626.03 |
| LIPA Current Charges | 1,835.24 |
| Deposit and/or Interest | -45.02 |
| **Please Pay By 11-17-07** | **$ 1,790.22** |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by NOV 17

**\*\* SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES \*\***

**IMPORTANT MESSAGES**

**Interest on your deposit** to OCT 1, 2007 for $45.02 is shown as a credit adjustment on this bill.

**We're working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us!

---

0606200054549
$ 1,790.22

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910072981179022417902244

H

⌐ Tear here ¬                                                      ⌐ Tear here ¬

**Account # 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-5**

LIPA - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                                        Meter Multiplier: 120
Service:  From: 09/26/2007 01:22 PM ACTUAL reading                       Total Days: 04
          To: 09/30/2007 12:00 MIDNIGHT END OF SUMMER PERIOD             Period 2 Days: 03

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|--------|--------------|------------|-----|---------|
| 1-Energy | 587 | 595 | 960 Kwh | 31.20 |
| 2-Energy | 945 | 973 | 3360 Kwh | 111.55 |
| 2-Demand | 5.603 | 6.479 | 105.1 Kw | 206.52 |
| 3-Energy | 2237 | 2250 | 1560 Kwh | 51.33 |
| 3-Demand | 12.518 | 13.275 | 90.8 Kw | 56.66 |
| Basic Service: | 4 days | @0.9500 | | 3.80 |
| Subtotal: | | | | 461.06 |

| | | | | |
|--|--|--|--|--|
| Power Supply Charges | | 5880 KWH | @0.0000000 | 0.00 |

**Other Charges**
Revenue-Based PILOTS:                                                                    4.08

**Total Charges:**                                                                       465.14
Service:  From: 09/30/2007 ACTUAL 12:00 MIDNIGHT START OF WINTER PERIOD  Total Days: 24
          To: 10/24/2007 11:18 AM

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|--------|--------------|------------|-----|---------|
| 1-Energy | 595 | 632 | 4440 Kwh | 144.30 |
| 2-Energy | 973 | 973 | 0 Kwh | 0.00 |
| 2-Demand | 6.479 | 6.479 | 0.0 Kw | 0.00 |
| 3-Energy | 2250 | 2454 | 24480 Kwh | 805.39 |
| 3-Demand | 13.275 | 14.133 | 103.0 Kw | 385.63 |
| Basic Service: | 24 days | @0.9483 | | 22.76 |
| Subtotal: | | | | 1,358.08 |

| | | | | |
|--|--|--|--|--|
| Power Supply Charges | | 28920 KWH | @0.0000000 | 0.00 |

**Other Charges**
Revenue-Based PILOTS:                                                                   12.02

**Total Charges:**                                                                    1,370.10

- - - continued on next page - - -

Bill Date: 10/25/2007              Customer ID: 0606200054                  Page 2 of 3

T 1125



**LIPA**
Long Island Power Authority

| Account # 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-5 |

**LIPA** - Account # 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-5  (continued)

**Total For Both Service Periods:**                                     1,835.24

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 10/25/2007            Customer ID: 0606200054

T 1126



| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 1,794.61 |

Please Pay By Dec 21, 2007

PO Box 9083, Melville NY 11747-9083

000361

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805



✓ Please make your check payable to LIPA and mail this part of the bill with your payment.    H
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.                                    ⌐ Tear here ¬

---

**SERVICE TO:**
Tiffany & Company
1980 Northern Blvd
Manhasset   NY 11030



*A Non-Profit Municipal Electric Utility*

www.lipower.org
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
*Monday - Friday, 8 AM - 8 PM*
1-800-966-4818*
· outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
*24 Hours/Day - 7 Days/Week*
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 11/28/2007 | 0606-2000-54-9 | On or about 12/26/07 | $ 1,794.61 |

**BILLING SUMMARY**
| | |
|---|---|
| Balance From Previous Bill | $ 1,790.22 |
| Payment(s) Received Through 11/06/2007 - Thank You! | -1,790.22 |
| LIPA Current Charges | 1,794.61 |
| **Please Pay By 12-21-07** | **$ 1,794.61** |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by DEC 21

**\*\* SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES \*\***

**IMPORTANT MESSAGES**
We're working harder than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance.  Thank you.  Your credit rating is tops with us!

‰6062000549
$ 1,794.61

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686
IuIIuIIIlIdIIuuudIIIdIuIIuIuIuIIuIIdIuI

060620005491007332817946141794614

H

⌐ Tear here ┐                                                                    ⌐ Tear here ┐

| Account # 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-5 |

**LIPA** - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                                          Meter Multiplier: 120
Service:   From: 10/24/2007 11:18 AM ACTUAL reading              Total Days: 34
           To: 11/27/2007 11:28 AM ACTUAL reading

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 632 | 679 | 5640 Kwh | 183.30 |
| 2-Energy | 973 | 973 | 0 Kwh | 0.00 |
| 2-Demand | 6.479 | 6.479 | 0.0 Kw | 0.00 |
| 3-Energy | 2454 | 2703 | 29880 Kwh | 983.05 |
| 3-Demand | 14.133 | 15.045 | 109.4 Kw | 580.26 |
| Basic Service: | 34 days | @0.9485 | | 32.25 |
| **Subtotal:** | | | | **1,778.86** |

| Power Supply Charges | 35520 KWH | @0.0000000 | | 0.00 |

**Other Charges**
Revenue-Based PILOTS:                                                                    15.75

**Total Charges:**                                                                       1,794.61

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt Hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments In Lieu Of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.



## LIPA
**Long Island Power Authority**

PO Box 9083, Melville NY 11747-9083

| Customer ID | Credit Balance |
|---|---|
| 0606-2000-54-9 | $ -1,098.77 |

✓ NO Payment Due.

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

B00012300

Copy 1 of 3

(26)

H

---

*Tear here*

**www.lipower.org**
24 Hours/Day - 7 Days/Week

**PIN Number**
0460E3

**Billing/General Inquiries**
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

**Electric Service Problems**
24 Hours/Day - 7 Days/Week
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

## LIPA
**Long Island Power Authority**
*A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Credit Balance |
|---|---|---|---|
| 12/26/2007 | 0606-2000-54-9 | On or about 01/25/08 | $ -1,098.77 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 1,794.61 |
| Payment(s) Received Through 12/18/2007 - Thank You! | -1,794.61 |
| LIPA Current Charges | 1,297.19 |
| Deposit and/or Interest | -2,395.96 |
| Credit Balance - No Payment Due | $ -1,098.77 |

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

---

**IMPORTANT MESSAGES**

No payment is required. The credit balance will be applied to your next bill.

Deposit Returned Your deposit # 770911. and interest, have been credited to your account. Thank you for your prompt payments. Please return your deposit receipt with your next payment.

We're working harder than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us!

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

$ -1,098.77

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

06062000549100736094Y

⌐Tear here⌐                                                          ⌐Tear here⌐

**Account # 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-5**

LIPA - Rate L285 - LI Choice. Secondary. Commercial. Large. Multiple Periods
Meter # 099791345                                              Meter Multiplier: 120
Service:   From: 11/27/2007 11:28 AM ACTUAL reading           Total Days: 25
           To: 12/22/2007 09:24 AM ACTUAL reading

Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 679 | 716 | 4440 Kwh | 144.30 |
| 2-Energy | 973 | 973 | 0 Kwh | 0.00 |
| 2-Demand | 6,479 | 6,479 | 0.0 Kw | 0.00 |
| 3-Energy | 2703 | 2899 | 23520 Kwh | 773.81 |
| 3-Demand | 15,045 | 15,780 | 88.2 Kw | 343.98 |
| Basic Service: | 25 days | @0.9484 | | 23.71 |
| Subtotal: | | | | 1,285.80 |

Power Supply Charges            27960 KWH       @0.0000000             0.00

Other Charges
Revenue-Based PILOTS:                                                 11.39

Total Charges:                                                     1,297.19

Period 1: Off Peak - Midnight to 7AM. Every Day. All Year
Period 2: Peak - 10AM to 10PM. Monday to Saturday. June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

Delivery and System Charges - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

Basic Service - Fixed daily charges for connection to the electric system.

KWH - Kilowatt Hour - Electrical energy consumed if 1,000 watts are used for one hour.

Power Supply Charges - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

Revenue-Based PILOTS (Payments In Lieu Of Taxes) State and local taxes on utility revenues.

Suffolk Property Tax Adjustment - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

Meter Multiplier - Converts recorded use to total use on meters that are designed to only record partial use.

Sales Tax - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685, Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 12/26/2007        Customer ID: 0606200054        B00012800        Page 2 of 2



**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
|---|---|
| 0606-2000-54-9 | $ 543.22 |

Please Pay By Feb 17, 2008

000119

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805



✓ Please make your check payable to LIPA and mail this part of the bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.
← Tear here →

H

**www.lipower.org**
24 Hours/Day - 7 Days/Week

PIN Number
0460E3

Billing/General Inquiries
Monday - Friday, 8 AM - 8 PM
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

Electric Service Problems
24 Hours/Day - 7 Days/Week
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**IMPORTANT MESSAGES**

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset NY 11030

**LIPA**
Long Island Power Authority
A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 01/25/2008 | 0606-2000-54-9 | On or about 02/26/08 | $ 543.22 |

**BILLING SUMMARY**
Balance From Previous Bill                     $ -1,098.7?
LIPA Current Charges                              1,641.9?
Please Pay By 02-17-08                            $ 543.2?

A 1.5% late payment charge may be applied to outstanding charges if
payment is not received by FEB 17

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

06062000549
$ 543.22

Tiffany & Company
Acct Payble
15 Sylvan Way
Parsippany NJ 07054-3805

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

lalllullldlalludahllulullatlatlatal

06062000549100802575432241641994                                    HI

⌐ Tear here ⌐                                                    ⌐ Tear here ⌐

### Account # 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-5

**LIPA** - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345.                                               Meter Multiplier: 120.
Service:   From: 12/22/2007 09:24 AM ACTUAL reading              Total Days: 33
           To: 01/24/2008 12:23 PM ACTUAL reading

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 716 | 765 | 5880 Kwh | 191.10 |
| 2-Energy | 973 | 973 | 0 Kwh | 0.00 |
| 2-Demand | 6.479 | 6.479 | 0.0 Kw | 0.00 |
| 3-Energy | 2899 | 3136 | 28440 Kwh | 935.67 |
| 3-Demand | 15.780 | 16.540 | 91.2 Kw | 469.50 |
| Basic Service | 33 days | @0.9485 | | 31.30 |
| Subtotal: | | | | 1,627.57 |

| Power Supply Charges | 34320 KWH | @0.0000000 | 0.00 |
|---|---|---|---|

**Other Charges**
Revenue-Based PILOTS:                                                    14.42

**Total Charges:**                                                    1,641.99

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt Hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 01/25/2008          Customer ID: 0606200054          Page 2 of

1158

Tiffany & Company
15 Sylvan Way
Parsippany NJ 07054-3805

06062000549
$ 1,590.74

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

|..ll..lll.ll..ll..ldld.l..l.l.l..l.l.l

0606200054910080588159074415907449

┌ Tear here ┐                                                    ┌ Tear here ┐

┌─────────────────────────────────┐
│      Account # 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-5     │
└─────────────────────────────────┘

**LIPA** -  Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                          Meter Multiplier: 120
Service:    From: 01/24/2008 12:23 PM ACTUAL reading
            To: 02/26/2008 10:51 AM ACTUAL reading        Total Days: 33

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 765 | 810 | 5400 Kwh | 175.50 |
| 2-Energy | 973 | 973 | 0 Kwh | 0.00 |
| 2-Demand | 6.479 | 6.479 | 0.0 Kw | 0.00 |
| 3-Energy | 3136 | 3365 | 27480 Kwh | 904.09 |
| 3-Demand | 16.540 | 17.294 | 90.5 Kw | 465.89 |
| Basic Service: | 33 days | @0.9485 | | 31.30 |
| Subtotal: | | | | 1,576.78 |

| | | | |
|---|---|---|---|
| **Power Supply Charges** | 32880 KWH | @0.0000000 | 0.00 |

**Other Charges**
Revenue-Based PILOTS:                                          13.96

**Total Charges:**                                          1,590.74

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments In Lieu Of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** -State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.

Bill Date: 02/27/2008              Customer ID: 0606200054              Page 2 of 2

T 11161



**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Amount Due |
| --- | --- |
| 0606-2000-54-9 | $ 998.75 |

Please Pay By Apr 20, 2008

B00003800



Tiffany & Company
15 Sylvan Way
Parsippany NJ 07054-3805



✓ Please make your check payable to LIPA and mail this part of the bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.

0                    ← Tear here →

---

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030

**LIPA**
Long Island Power Authority
*A Non-Profit Municipal Electric Utility*

www.lipower.org
*24 Hours/Day - 7 Days/Week*

**PIN Number**
0460E3

**Billing/General Inquiries**
*Monday - Friday, 8 AM - 8 PM*
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week*

**Electric Service Problems**
*24 Hours/Day - 7 Days/Week*
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
| --- | --- | --- | --- |
| 03/28/2008 | 0606-2000-54-9 | On or about 04/24/08 | $ 998.75 |

**BILLING SUMMARY**

| | |
| --- | --- |
| Balance From Previous Bill | $ 1,590.74 |
| Payment(s) Received Through 03/14/2008 - Thank You! | -1,590.74 |
| LIPA Current Charges | 998.75 |
| Please Pay By 04-20-08 | $ 998.75 |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by APR 20

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

**IMPORTANT MESSAGES**

We're working harder than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you.  Your credit rating is tops with us!

Tiffany & Company
15 Sylvan Way
Parsippany NJ 07054-3805

7    ~ 06062000549
$ 998.75

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

Ilulluulllullumdlltlluludulluludul

060620005491008088599875499875Y

⌐ Tear here ⌐                                                    ⌐ Tear here ⌐

| Account # 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-5 |

**LIPA -** Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345

| Service: | From: 02/26/2008 10:51 AM ACTUAL reading | Meter Multiplier: 120 |
| | To: 03/27/2008 02:33 AM ACTUAL reading | Total Days: 30 |

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 810 | 847 | 4440 Kwh | 144.30 |
| 2-Energy | 973 | 973 | 0 Kwh | 0.00 |
| 2-Demand | 6.479 | 6.479 | 0.0 Kw | 0.00 |
| 3-Energy | 3365 | 3572 | 24840 Kwh | 817.23 |
| 3-Demand | 17.294 | 17.294 | 0.0 Kw | 0.00 |
| Basic Service: | 30 days | @0.9483 | | 28.45 |
| Subtotal: | | | | 989.98 |

| Power Supply Charges | 29280 KWH | @0.0000000 | | 0.00 |

**Other Charges**
Revenue-Based PILOTS:                                                    8.77

Total Charges:                                                          998.75

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges -** Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service -** Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour -** Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges -** Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS (Payments In Lieu Of Taxes)** State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment -** The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier -** Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax -** State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.



**LIPA**
Long Island Power Authority
PO Box 9083, Melville NY 11747-9083

| Customer ID | Please pay upon receipt |
|---|---|
| 0606-2000-54-9 | $ 1,407.63 |

Please make checks payable to LIPA

000388

Tiffany & Company
15 Sylvan Way
Parsippany NJ 07054-3805

⟨26⟩

H

✓ Mail this part of bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.

⤷ Tear here ⤶

www.lipower.org
24 Hours/Day - 7 Days/Week

PIN Number
0460E3

Billing/General Inquiries
Monday - Friday, 8 AM - 8 PM :
1-800-966-4818*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week

Electric Service Problems
24 Hours/Day - 7 Days/Week
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

SERVICE TO:
Tiffany & Company
1980 Northern Blvd
Manhasset  NY 11030



*A Non-Profit Municipal Electric Utility*

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 04/09/2008 | 0606-2000-54-9 | On or about 04/24/08 | $ 1,407.63 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 998.75 |
| LIPA Current Charges | 1,407.63 |
| Cancelled LIPA Charges (see message) | -998.75 |
| **Please Pay Upon Receipt** | **$ 1,407.63** |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by MAY 2

** **SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES** **

**IMPORTANT MESSAGES**

This bill cancels previous electric charges and corrects your billing to the dates and indexes shown in the billing detail.

We're working harder than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us!

Tiffany & Company
15 Sylvan Way
Parsippany NJ 07054-3805

06062000549
$ 1,407.63

Please be sure the address
to the right appears in the
return envelope window.

LIPA
PO Box 9039
Hicksville NY 11802-9686

0606200054910081008140763Y408884

IH

⌐Tear here ¬                                                    ⌐Tear here ¬

| Account # 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-5 |

LIPA - Rate L285 - LI Choice, Secondary, Commercial, Large, Multiple Periods
Meter # 099791345                                              Meter Multiplier: 120
Service:    From: 02/26/2008 10:51 AM ACTUAL reading
            To: 03/27/2008 10:15 AM ACTUAL reading            Total Days: 30

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 810 | 847 | 4440 Kwh | 144.30 |
| 2-Energy | 973 | 973 | 0 Kwh | 0.00 |
| 2-Demand | 6.479 | 6.479 | 0.0 Kw | 0.00 |
| 3-Energy | 3365 | 3572 | 24840 Kwh | 817.23 |
| 3-Demand | 17.294 | 18.016 | 86.6 Kw | 405.29 |
| Basic Service: | 30 days | @0.9483 | | 28.45 |
| Subtotal: | | | | 1,395.27 |

| | | | | |
|---|---|---|---|---|
| **Power Supply Charges** | | 29280 KWH | @0.0000000 | 0.00 |

**Other Charges**
Revenue-Based PILOTS:                                                          12.36

**Total Charges:**                                                         1,407.63

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH - Kilowatt Hour** - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments In Lieu Of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes for the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** -State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to: LIPA, PO Box 888, Hicksville NY 11802-9685. Please write your Customer ID on the face of the check and make payable to LIPA.