# EXHIBIT DD

EXHIBIT PD
Piechniczek
PD
5/6/08 (PD)

```
BILLING ACCT#:0606-2000-53    BILL DATE: 01/30/2007
MAIL:Perkins Shearer Of           Ralph Lauren
SVC:Perkins Shearer Of            1970 Northern Blvd Ste #804              DEST:LI9920
BILLING SUMMARY
Balance From Previous Bill                           PO Box 35868    NY 11030        Greensboro  NC 27425
Payment(s) Received Through 01/18/2007 - Thank You!  Manhasset
LIPA Current Charges                                 IMPORTANT MESSAGES
Cancelled LIPA Charges (see message)                       NR0261 NR4300 NR4100 NR7100
Credit Balance - No Payment Due

                                   $ 5,741.66
                                    -5,741.66
                                   -19,146.04
                                 $ -19,145.00

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791345                               Meter Multiplier: 120
SERVICE PERIOD:  FROM: 09/19/2006 07:50 AM ACTUAL reading  TO: 09/20/2006 10:15 AM ESTIMATED read:  TOTAL DAYS:1    PEAK DAYS:2
Delivery & System Charges
Period              From Reading      To Reading         Use          $Amount
1-Energy                 0                0              0 KWh          0.00
2-Energy                 0                0              0 KWh          0.00
2-Demand                 0.000            0.000          0.0 Kw         0.00
3-Energy                 0                0              0 KWh          0.00
3-Demand                 0.000            0.000          0.0 Kw         0.00
Basic Service:           1 days                                        0.95
Subtotal:                                                              0.95
Power Supply Charges                       0 KWH      @0.9500          0.00
Other Charges                                                         @0.1056890
Revenue-Based PILOTS:                                                  0.01
State and Local Taxes:   8.625%                                        0.08
Subtotal:                                                              0.09
TOTAL CHARGES:                                                         1.04
```

BILLING ACCT#:0606-2000-53    BILL DATE: 01/31/2007    DBST:LI9920
MAIL:Perkins Shearer OF
SVC:Perkins Shearer OF        Ralph Lauren                                    Greensboro  NC 27425
                              1970 Northern Blvd Str #804
BILLING SUMMARY                                  PO Box 15668
Balance From Previous Bill                       Manhasset  NY 11030
LIPA Current Charges          $ -19,145.00       IMPORTANT MESSAGES
Credit Balance - No Payment Due      1.04        NR0241  NR4300  NR7100
                              $ -19,143.96

Account # 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-8 LIPA
Rate 285 - Secondary. Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791345                    Meter Multiplier: 120
SERVICE PERIOD:   FROM: 09/20/2006 10:15 AM ESTIMATED readi    TO: 09/21/2006 10:15 AM ACTUAL reading    TOTAL DAYS:1    PEAK DAYS:1
Delivery & System Charges

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 0 | 0 | 0 | KWh | 0.00 |
| 2-Energy | 0 | 0 | 0 | KWh | 0.00 |
| 2-Demand | 0.000 | 0.000 | 0.0 | Kw | 0.00 |
| 3-Energy | 0 | 0 | 0 | KWh | 0.00 |
| 3-Demand | 0.000 | 0.000 | 0.0 | Kw | 0.00 |
| Subtotal: | 1 days | @0.9500 | | | 0.95 |
| Basic Service: | | | | | 0.95 |
| Power Supply Charges | | 0 KWh. | @0.1056890 | | 0.00 |
| Other Charges | | | | | |
| Revenue-Based PILOTS: | | | | | 0.01 |
| State and local Taxes: | | 8.625% | | | 0.08 |
| Subtotal: | | | | | 0.09 |
| TOTAL CHARGES: | | | | | 1.04 |

```
BILLING ACCT#:0606-2000-53      BILL DATE: 02/05/2007   DIST:LI9920
MAIL:Perkins Shearer Of         Ralph Lauren
SVC:Perkins Shearer Of          1970 Northern Blvd Str #004
BILLING SUMMARY                                 PO Box 35868        Greensboro  NC 27425
Balance From Previous Bill                      Manhasset  NY 11030
LIPA Current Charges            $ -19,143.96     IMPORTANT MESSAGES
Credit Balance - No Payment Due $   5,608.57     NR7100   NR0241  NR4300  NR0398  NR2700  NR3700
                                $ -13,535.39
```

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791344                                              Meter Multiplier: 80
SERVICE PERIOD:  FROM: 09/21/2006 10:15 AM ACTUAL reading   TO: 09/27/2006 09:57 AM ACTUAL reading   TOTAL DAYS:6   PEAK DAYS:4
Delivery & System Charges

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 0 | 21 | 1680 | Kwh | 39.82 |
| 2-Energy | 0 | 227 | 18160 | Kwh | 890.76 |
| 3-Demand | 0.000 | 3.493 | 279.4 | Kw | 732.03 |
| 3-Energy | 0 | 96 | 7680 | Kwh | 290.30 |
| 3-Demand | 0.000 | 3.462 | 278.6 | Kw | 260.77 |
| Basic Service: | 6 days | | | | 5.69 |
| Subtotal: | | @0.9483 | | | 2,209.37 |
| Power Supply Charges | | 27520 KWH | @0.1056890 | | 2,908.56 |
| Other Charges | | | | | |
| Revenue-Based PILOTS: | | 8.625% | | | 45.11 |
| State and Local Taxes: | | | | | 445.33 |
| Subtotal: | | | | | 490.64 |
| TOTAL CHARGES: | | | | | 5,608.57 |

BILLING ACCT#:0606-2000-53          BILL DATE: 02/07/2007      DUST:LI9920
MAIL:Perkins Shearer Of             Ralph Lauren
SVC:Perkins Shearer Of              1970 Northern Blvd Str #804
BILLING SUMMARY                                          PO Box 35868           NY 11030                              Greensboro  NC 27425
Balance From Previous Bill                               Manhasset                     IMPORTANT MESSAGES
LIPA Current Charges            $ -13,535.39                                    NRC241  NRC398  NRC100
Please Pay By 03-02-07            15,998.47
                                  $ 2,463.08

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 2

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791344
SERVICE PERIOD:  FROM: 09/27/2006 09:57 AM ACTUAL reading   TO: 09/30/2006 12:00 MIDNIGHT END OF SU  TOTAL DAYS:3   PEAK DAYS:4
                                                                      Meter Multiplier: 80

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 21 | 29 | 610 | KWh | 15.17 |
| 2-Energy | 227 | 336 | 8720 | Kwh | 422.92 |
| 2-Demand | 3.493 | 6.830 | 267.0 | Kw | 699.54 |
| 3-Energy | 96 | 117 | 1680 | Kwh | 63.50 |
| 3-Demand | 3.482 | 6.727 | 259.6 | Kw | 121.49 |
| Basic Service: | 3 days | | | | 2.85 |
| Subtotal: | | @0.9500 | | | |
| Power Supply Charges | | 11040 KWH | @0.1026545 | | 1,325.47 |
| Other Charges | | | | | 1,133.31 |
| Revenue-Based PILOTS: | | | | | |
| State and Local Taxes: | | | | | 21.77 |
| Subtotal: | | 8.625% | | | 213.94 |
| TOTAL CHARGES: | | | | | 235.71 |
| Delivery & System Charges | | | | | 2,694.49 |

SERVICE PERIOD:  FROM: 09/30/2006 ACTUAL 12:00 MIDNIGHT ST   TO: 10/26/2006 09:56 AM    TOTAL DAYS:26

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 29 | 135 | 8480 | KWh | 200.98 |
| 2-Energy | 336 | 336 | 0 | KWh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0 | Kw | 0.00 |
| 3-Energy | 117 | 1000 | 70640 | Kwh | 2,670.19 |
| 3-Demand | 6.727 | 10.186 | 276.7 | Kw | 1,122.30 |
| Basic Service: | 26 days | | | | 24.66 |
| Subtotal: | | @0.9485 | | | |
| Power Supply Charges | | 79120 KWH | @0.1026545 | | 4,018.13 |
| Other Charges | | | | | 8,222.02 |
| Revenue-Based PILOTS: | | | | | |
| State and Local Taxes: | | | | | 107.47 |
| Subtotal: | | 8.625% | | | 1,056.16 |
| TOTAL CHARGES: | | | | | 1,163.83 |
| | | | | | 13,303.98 |

TOTAL FOR BOTH SERVICE PERIODS        15,998.47

BILLING ACCT#:0606-2000-53   BILL DATE: 02/08/2007  DEST:LI9920
MAIL:Perkins Shearer Of     Ralph Lauren
SVC:Perkins Shearer Of      1970 Northern Blvd Str #804
BILLING SUMMARY

Balance From Previous Bill         $ 2,463.08
LIPA Current Charges            13,553.58
Please Pay Upon Receipt        $ 16,016.66

PO Box 15868   NY 11010       Greensboro NC 27425
Manhasset

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 3

IMPORTANT MESSAGES
NR0241 NR0398 NR7100

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE At:1
Meter # 099791144
SERVICE PERIOD: FROM: 10/26/2006 09:56 AM ACTUAL reading  TO: 11/22/2006 12:52 PM ACTUAL reading  TOTAL DAYS:27
Delivery & System Charges             Meter Multiplier: 80

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 135 | 215 | 6400 KWh | | 151.68 |
| 2-Energy | 336 | 336 | 0 KWh | | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0 Kw | | 0.00 |
| 3-Energy | 1000 | 1961 | 76880 KWh | | 2,906.06 |
| 3-Demand | 10.186 | 13.596 | 272.8 Kw | | 1,149.03 |
| Basic Service: | 27 days | @0.9481 | | | 25.60 |
| Subtotal: | | | | | 4,232.37 |
| Power Supply Charges | | 83280 KWH | @0.0976890 | | 8,135.54 |
| Other Charges | | | | | |
| Revenue-Based PILOTS: | | | | | 109.49 |
| State and Local Taxes: | | 8.625% | | | 1,076.18 |
| Subtotal: | | | | | 1,185.67 |
| TOTAL CHARGES: | | | | | 13,553.58 |

BILLING ACCT#:0606-2000-53          BILL DATE: 02/13/2007   DEST:LI9920
MAIL:Perkins Shearer Of             Ralph Lauren                              Greensboro  NC 27425
SVC:Perkins Shearer Of              1970 Northern Blvd Str #804
BILLING SUMMARY
Balance From Previous Bill          PO Box 35868
LIPA Current Charges                Manhasset  NY 11030
Please Pay Upon Receipt

Balance From Previous Bill       $ 16,016.66
LIPA Current Charges               16,161.03
Please Pay Upon Receipt          $ 32,177.69

IMPORTANT MESSAGES
                                NRO241  NRO398  NR7100

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 8

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791344                                           Meter Multiplier: 80
SERVICE PERIOD:   FROM: 11/22/2006 12:52 PM ACTUAL reading   TO: 12/27/2006 10:25 AM ACTUAL reading   TOTAL DAYS:35
Delivery & System Charges

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 215 | 318 | 8240 | Kwh | 195.29 |
| 2-Energy | 336 | 336 | 0 | Kwh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0 | Kw | 0.00 |
| 3-Energy | 1961 | 3089 | 90240 | Kwh | 3,411.07 |
| 3-Demand | 13.596 | 17.001 | 272.4 | Kw | 1,487.30 |
| Basic Service: | 35 days | | | | 33.19 |
| Subtotal: | | | | | 5,126.85 |
| Power Supply Charges | | $0.9483 | | | |
| Other Charges | | | @0.0976890 | | 9,620.41 |
| Revenue-Based PILOTS: | | | | | 130.56 |
| State and Local Taxes: | | 8.625% | | | 1,283.21 |
| Subtotal: | | | | | 1,413.77 |
| TOTAL CHARGES: | | | | | 16,161.03 |

Power Supply Charges                              98480 KWH

```
BILLING ACCT# 0606-2000-53     BILL DATE: 02/15/2007   DEST:LI9920
MAIL:Perkins Shearer Of        Ralph Lauren                        PO Box 35868        Greensboro  NC 27425
SVC:Perkins Shearer Of         1970 Northern Blvd Str #804         Manhasset  NY 11030
BILLING SUMMARY                                                    IMPORTANT MESSAGES
Balance From Previous Bill                                             NRO241  NRO398  NR7100
LIPA Current Charges           $ 32,177.69
Please Pay Upon Receipt          12,679.99
                               $ 44,857.68
```

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 10

```
Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 059791344
SERVICE PERIOD: FROM: 12/27/2006 10:25 AM ACTUAL reading   TO: 01/25/2007 09:34 AM ACTUAL reading   TOTAL DAYS:29
                                                      Meter Multiplier: 80
Period          From Reading     To Reading          Use                                        $Amount
1-Energy             318            408            7200  Kwh                                      170.64
2-Energy             336            336               0  Kwh                                        0.00
2-Demand           6.830          6.830             0.0  Kw                                         0.00
3-Energy            3089           3968           70320  Kwh                                     2,658.10
3-Demand          17.001         20.157           252.5  Kw                                      1,142.31
Basic Service:    29 days        @0.9486                                                            27.51
Subtotal.                                                                                         3,998.56
Power Supply Charges          77520 KWH          @0.0976804                                       7,572.18
Other Charges
Revenue-Based PILOTs:
State and Local Taxes:         8.625%                                                               102.44
Subtotal:                                                                                         1,006.81
TOTAL CHARGES:                                                                                    1,109.25
                                                                                                12,679.99
```

BILLING ACCT#:0606-2000-53    BILL DATE: 03/06/2007    DIST:LI3920
MAIL:Perkins Shearer Of    Ralph Lauren
SVC:Perkins Shearer Of    1970 Northern Blvd Str #804      Greensboro   NC   27425

**BILLING SUMMARY**      PO Box 35860      NY 11030
          Manhasset

| | |
|---|---|
| Balance From Previous Bill | $ 44,857.68 |
| Payment(s) Received Through 03/05/2007 - Thank You! | -16,016.66 |
| LIPA Current Charges | 12,874.94 |
| Please Pay Upon Receipt | $ 41,715.96 |

**IMPORTANT MESSAGES**
NR0241   NR0398   NR7100

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 29

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791344
SERVICE PERIOD:   FROM: 01/25/2007 09:34 AM ACTUAL reading    TO: 02/27/2007 11:05 AM ACTUAL reading    TOTAL DAYS:33

**Delivery & System Charges**      Meter Multiplier: 80

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 408 | 508 | 8000 | KVA | 189.60 |
| 2-Energy | 336 | 336 | 0 | KVh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0 | Kw | 0.00 |
| 3-Energy | .3966 | .4867 | 73520 | KWh | 2,779.06 |
| 3-Demand | 20.157 | 22.692 | 202.8 | Kw | 1,044.01 |
| Basic Service: | 33 days | 30.9485 | | | 31.30 |
| Subtotal: | | | | | 4,043.97 |
| Power Supply Charges | | 81520 KWH | @0.0945126 | | 7,704.67 |
| Other Charges | | | | | |
| Revenue-Based PILOTS: | | | | | |
| State and Local Taxes: | | 8.625% | | | 104.01 |
| Subtotal: | | | | | 1,022.29 |
| TOTAL CHARGES: | | | | | 1,126.30 |
| | | | | | 12,874.94 |

```
BILLING ACCT#:0606-2000-53        BILL DATE: 03/30/2007    DIST:L19920
MAIL:Perkins Shearer Of           Ralph Lauren
SVC:Perkins Shearer Of            1970 Northern Blvd Str #804    Manhasset   NY 11030    Greensboro  NC 27425
                                                               PO Box 35868
BILLING SUMMARY                                                            IMPORTANT MESSAGES
Balance From Previous Bill                      $ 41,715.96                        NRO241  NRO398
Payment(s) Received Through 03/29/2007 - Thank You!  -41,715.96
LIPA Current Charges                               11,100.79
Please Pay By 04-22-07                          $ 11,100.79
```

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by APR 22

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE Ar:1
Meter # 059791344                        Meter Multiplier: 80
SERVICE PERIOD: FROM: 02/21/2007 11:05 AM ACTUAL reading  TO: 03/27/2007 12:51 PM ACTUAL reading    TOTAL DAYS:28

| Period | From Reading | To Reading | | Use | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 508 | 590 | | 6560 KWh | 155.47 |
| 2-Energy | 336 | 336 | | 0 KWh | 0.00 |
| 2-Demand | 6.830 | 6.830 | | 0.0 Kw | 0.00 |
| 3-Energy | 4887 | 5.6715 | | 63040 KWh | 2,382.91 |
| 3-Demand | 22.692 | 25.656 | | 237.1 Kw | 1,035.65 |
| Basic Service: | 28 days | $0.9486 | | | 26.56 |
| Subtotal: | | | | | 3,600.59 |
| Power Supply Charges | | 69600 KWH | @0.0938090 | | 6,529.11 |
| Other Charges | | | | | 26.56 |
| Revenue-Based PILOTS: | | 8.625% | | | 89.67 |
| State and Local Taxes: | | | | | 881.42 |
| Subtotal: | | | | | 971.09 |
| TOTAL CHARGES: | | | | | 11,100.79 |

## IMPORTANT MESSAGES

LIPA has a new, secure and easier login process at www.lipower.org. "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

Report Theft of Service
1-631-755-6871

Hearing or Speech-Impaired
1-631-755-6660

Para Espanol
1-800-490-0085

Electric Service Problems
1-800-490-0075
24 Hours/Day
7 Days/Week

Automated Services available*
1-631-755-6000*
outside toll-free area
1-800-966-4818*
24 Hours/Day
7 Days/Week

Billing/General Inquiries
Monday–Friday 8 AM-8 PM

www.lipower.org
24 Hours/Day
7 Days/Week

** SEE BELOW FOR ACCOUNT SUMMARY **

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by MAY 24

**Please Pay By 05-24-07** $ 12,041.92

LIPA Current Charges          12,041.92

Balance From Previous Bill    $ 11,100.79
Payment(s) Received Through 04/19/2007 - Thank You.          –11,100.79

## BILLING SUMMARY

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 05/01/2007 | 0606-2000-53 | on or about 05/24/2007 | $ 12,041.92 |



**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53    1 | $ 12,041.92 |

number, use 221D02.

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344    Meter Multiplier: 80

From:03/27/2007 12:51 PM ACTUAL reading    Total Days:30
To:04/26/2007 12:27 PM ACTUAL reading

Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 590 | 662 | 5760Kwh | 136.51 |
| 2-Energy | 336 | 336 | 0Kwh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0Kw | 0.00 |
| 3-Energy | 5675 | 6541 | 69280Kwh | 2,618.78 |
| 3-Demand | 25.656 | 28.768 | 249.0Kw | 1,165.32 |
| Basic Service: | | @0.9483 | 30 days | 28.45 |

Subtotal: 3,949.06

Power Supply Charges    75040 KWH @0.093809090    7,039.43

Other Charges
Revenue-Based PILOTS:    97.28
State and Local Taxes:    8.625%    956.15

Subtotal: 1,053.43

Total Charges: 12,041.92

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of

the check and make payable to LIPA.

EBO Bill on the WEB

LIPA
Long Island Power Authority

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53<br>1 | $ 18,249.81 |

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

LIPA

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 06/07/2007 | 0606-2000-53 | on or about 06/25/2007 | $ 18,249.81 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 12,041.92 |
| Payment(s) Received Through 05/22/2007 - Thank You. | -12,041.92 |
| LIPA Current Charges | 18,249.81 |
| **Please Pay By 06-30-07** | **$ 18,249.81** |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by JUN 30

**** SEE BELOW FOR ACCOUNT SUMMARY ****

www.lipower.org
*24 Hours/Day*
*7 Days/Week*

Billing/General Inquiries
*Monday-Friday 8 AM-8 PM*
1-800-966-4818*
outside toll-free area
1-631-755-6000*
**Automated Services available*
*24 Hours/Day*
*7 Days/Week*

Electric Service Problems
*24 Hours/Day*
*7 Days/Week*
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech-Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**IMPORTANT MESSAGES**

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=D3392DDA02E8...   5/1/2008

number, use 221D02.

**You pay energy bills promptly** - and we know it. The continued cooperation of valued customers like you allows us to serve Long Island's energy needs more efficiently. Thank you.

---

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344     Meter Multiplier: 80

From:04/26/2007 12:27 PM ACTUAL reading
To:05/29/2007 11:07 AM ACTUAL reading     Total Days:33

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
| --- | --- | --- | --- | --- |
| 1-Energy | 662 | 847 | 14800kWh | 350.76 |
| 2-Energy | 336 | 336 | 0kWh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0kw | 0.00 |
| 3-Energy | 1017 | 1813 | 101760kWh | 3,846.53 |
| 3-Demand | 28.768 | 32.387 | 289.5kw | 1,490.35 |
| Basic Service: | 33 days | @0.9485 | | 31.30 |

Subtotal: 5,718.94

**Power Supply Charges**     115660 KWH @0.093090     10,934.38

**Other Charges**
Revenue-Based PILOTS:     147.43
State and Local Taxes:     8.625%     1,449.06

Subtotal:     1,596.49

**Total Charges:**     18,249.81

Period 1: Off Peak - Midnight to 7AM, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30.
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office



**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

**·EBO Bill on the WEB**

Page 1 of 3



**Please Pay Upon Receipt**

| Customer ID | |
|---|---|
| 0606-2000-53 | $ 22,461.06 |
| 1 | |

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

---

**LIPA** Long Island Power Authority

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

www.lipower.org
7 Days/Week
24 Hours/Day

Billing/General Inquiries
Monday-Friday 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services
available
7 Days/Week
24 Hours/Day

Electric Service Problems
7 Days/Week
24 Hours/Day
1-800-490-0075

Para Español
1-800-490-0085

Hearing or Speech-
Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 07/13/2007 | 0606-2000-53 | on or about 07/25/2007 | $ 22,461.06 |

**BILLING SUMMARY**
Balance From Previous Bill                      $ 18,249.81
Payment(s) Received Through 06/26/2007 - Thank You.
                                                      -18,249.81
LIPA Current Charges                                22,461.06
**Please Pay By 08-05-07              $ 22,461.06**
A 1.5% late payment charge may be applied to outstanding charges if payment is not received by AUG 5

** SEE BELOW FOR ACCOUNT SUMMARY **

**IMPORTANT MESSAGES**
LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=B8893488F03888&...5/1/2008

**Account # 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-8**
LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344                    Meter Multiplier: 80

From:05/29/2007 11:07 AM ACTUAL reading                    Total Days:2
To:05/31/2007 12:00 MIDNIGHT END OF WINTER PERIOD

Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 847 | 875 | 2240Kwh | 53.09 |
| 2-Energy | 336 | 336 | 0Kwh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0Kw | 0.00 |
| 3-Energy | 7813 | 7946 | 1060400wh | 402.19 |
| 3-Demand | 36.019 | 32.387 | 290.6Kw | 90.67 |
| Basic Service: | 2 days | @0.9450 | | 1.89 |
| Subtotal: | | | | 547.84 |

Power Supply Charges          12880 KWH @0.093090          1,208.26

Other Charges
Revenue-Based PILOTS:                                              15.55
State and Local Taxes:                    8.625%                  152.80
Subtotal:                                                        168.35

Total Charges:                                                 1,924.45

From:05/31/2007 ACTUAL 12:00 MIDNIGHT START OF SUMMER PERIOD Total Days:26
To:06/26/2007 11:49 AM                    Period 2 Days:22

Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 875 | 1029 | 12320Kwh | 291.98 |
| 2-Energy | 336 | 1040 | 56320Kwh | 2,731.52 |
| 2-Demand | 6.830 | 10.554 | 291.9Kw | 4,292.74 |
| 3-Energy | 7946 | 8305 | 287200wh | 1,085.62 |
| 3-Demand | 36.019 | 39.657 | 291.0Kw | 1,180.30 |
| Basic Service: | 26 days | @0.9485 | | 24.66 |
| Subtotal: | | | | 9,606.82 |

Power Supply Charges          97360 KWH @0.093090          9,133.24

Other Charges
Revenue-Based PILOTS:                                             165.91
State and Local Taxes:                    8.625%                1,630.64
Subtotal:                                                      1,796.55

number, use 22ID02.

**Prompt payments** go a long way toward reducing energy costs and you are certainly doing your part. Customer cooperation is always essential and always appreciated. We wish all our customers were like you.

| | |
|---|---|
| Total Charges: | 20,536.61 |
| Total For Both Service Periods: | 22,461.06 |

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.



www.lipower.org
24 Hours/Day
7 Days/Week

Billing/General Inquiries
Monday-Friday, 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services
available
24 Hours/Day
7 Days/Week

Electric Service Problems
1-800-490-0075
24 Hours/Day
7 Days/Week

Para Espanol
1-800-490-0085

Hearing or Speech-
Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**IMPORTANT MESSAGES**

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

---

SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 07/26/2007 | 0606-2000-53 | on or about 08/24/2007 | $ 47,243.38 |

**BILLING SUMMARY**

Balance From Previous Bill                $ 22,461.06
LIPA Current Charges                         24,782.32
**Please Pay Upon Receipt**              **$ 47,243.38**

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by AUG 18

** SEE BELOW FOR ACCOUNT SUMMARY **

---

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

0

• Mail this part of bill with your payment.
• Be sure that the address on the other side appears in the return envelope window.
• Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 1 | $ 47,243.38 |

EBO Bill on the WEB

number, use 221D02.

**This is our opportunity to say how very much we appreciate customers like you. Take pride in your excellent credit rating – you deserve it.**

Account # 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-8

LIPA - Rate 285 –Secondary, Commercial, Large, Multiple Periods

Meter # 09979131344                          Meter Multiplier: 80

From:06/26/2007 11:49 AM ACTUAL reading                           Total Days:29
To:07/25/2007 08:58 AM ACTUAL reading                             Period 2 Days:24

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1243 | 1712120kwh | 171120kwh | 405.74 |
| 1-Energy | 1040 | 1243 | 7016kWh | 3,402.76 |
| 2-Demand | 14.361 | 304.6kw | 304.6kw | 4,788.31 |
| 3-Energy | 8729 | 3392Okwh | 3392Okwh | 1,282.18 |
| 3-Demand | 39.657 | 43.354 | 295.8kW | 1,338.20 |
| Basic Service: | 29 days | @0.9486 | | 27.51 |
| | | | | 11,244.70 |
| Subtotal: | | | | |

**Power Supply Charges**        121200 KWH @0.093809O                11,369.65

Other Charges
Revenue-Based PILOTS:                                               200.21
State and Local Taxes:                   8.625%          1,967.76
Subtotal:                                                          2,167.97

**Total Charges:**                                                24,782.32

Period 1: Off Peak – Midnight to 7AM, Every Day, ALL year
Period 2: Peak – 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other – ALL Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=05909FD003A3&.... 5/1/2008

**Revenue-Based PILOTS** (Payments in Lieu of
Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of
the check and make payable to LIPA.

http://ebo.keyspanenergy.com/ebo/bdetailBBX.jsp?KEY_STMT_ACCT=48DB8F7B04C3...   5/1/2008

## IMPORTANT MESSAGES

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

Report Theft of Service
1-631-755-6871

Hearing or Speech-Impaired
1-631-755-6660

Para Español
1-800-490-0085

Electric Service Problems
1-800-490-0075
24 Hours/Day
7 Days/Week

** SEE BELOW FOR ACCOUNT SUMMARY **

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by SEP 21

Please Pay By 09-21-07   $ 28,567.88

LIPA Current Charges   28,567.88

You.
Balance From Previous Bill   $ 47,243.38
Payment(s) Received Through 08/20/2007 - Thank   -47,243.38

Billing/General Inquiries
Monday-Friday 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services
available
24 Hours/Day
7 Days/Week

### BILLING SUMMARY

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 08/29/2007 | 0606-2000-53 | on or about 09/25/2007 | $ 28,567.88 |

www.lipower.org
24 Hours/Day
7 Days/Week

SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



Perkins Shearer Of
Ralph Lauren
PO Box 35668
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 1 | $ 28,567.88 |

**LIPA** Long Island Power Authority

number, use 221D02.

---

**This is our opportunity to say how very much we appreciate customers like you. Take pride in your excellent credit rating - you deserve it.**

---

**Account # 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-8**

**LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods**

Meter # 099791344    Meter Multiplier: 80

From:07/25/2007 08:58 AM ACTUAL reading    Total Days:34
To:08/28/2007 12:30 PM ACTUAL reading    Period 2 Days:30

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1243 | 1449 | 16480KWH | 390.58 |
| 1-Energy | 1911 | 2939 | 8176OKWH | 3,965.36 |
| 2-Demand | 14,361 | 18,213 | 308.2KW | 6,056.13 |
| 3-Energy | 8729 | 9193 | 37120KWH | 1,403.14 |
| 3-Demand | 43,354 | 46,944 | 287.2KW | 1,523.31 |
| Basic Service: | 34 days | @0.9485 | | 32.25 |
| Subtotal: | | | | 13,370.77 |

| Power Supply Charges | 135360 KWH @00.093809O | | | 12,697.99 |
|---|---|---|---|---|

Other Charges
Revenue-Based PILOTS:                                                    230.78
State and Local Taxes:                        8.625%                   2,268.34
Subtotal:                                                              2,499.12

**Total Charges:**                                                    28,567.88

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - ALL Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of
the check and make payable to LIPA.

**Revenue-Based PILOTS** (Payments in Lieu of
Taxes) State and local taxes on utility revenues.

EBO Bill on the WEB

**LIPA** Long Island Power Authority

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53<br>1 | $ 22,004.74 |

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35668
Greensboro NC 27425

---

**LIPA** Long Island Power Authority

SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 09/27/2007 | 0606-2000-53 | on or about 10/24/2007 | $ 22,004.74 |

**BILLING SUMMARY**

Balance From Previous Bill                          $ 28,567.88
Payment(s) Received Through 09/17/2007 - Thank You.          -28,567.88
LIPA Current Charges                                22,004.74
**Please Pay By 10-20-07**                          $ 22,004.74

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by OCT 20.

**** SEE BELOW FOR ACCOUNT SUMMARY ****

*www.lipower.org*
*24 Hours/Day*
*7 Days/Week*

Billing/General Inquiries
*Monday-Friday 8 AM-8 PM*
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services*
*available*
*24 Hours/Day*
*7 Days/Week*

Electric Service Problems
*24 Hours/Day*
*7 Days/Week*
1-800-490-0075

Para Español
1-800-490-0085

Hearing or Speech-
Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**IMPORTANT MESSAGES**

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

http://ebo.keyspanenergy.com/ebo/bdetailIBBX.jsp?KBY_ACCT_STMT=B0B6730D05C5...  5/1/2008

number, use 221D02.

**We're working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

**Account # 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-8**
LIPA - Rate 285 - Secondary, Commercial, Large, Multiple Periods

Meter # 099791344    Meter Multiplier: 80

From:08/28/2007 12:30 PM ACTUAL reading    Total Days:29
To:09/26/2007 01:18 PM ACTUAL reading    Period 2 Days:25

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1449 | 1566 | 9360KWh | 221.83 |
| 2-Energy | 2939 | 3767 | 662240KWh | 3,212.64 |
| 2-Demand | 18,213 | 21,855 | 291.4kW | 4,771.68 |
| 3-Energy | 9193 | 9256 | 26880KWh | 1,016.06 |
| 3-Demand | 46,944 | 50,305 | 268.9kW | 1,216.50 |
| Basic Service | 29 days | @0.9486 | | 27.51 |

Subtotal: 10,466.22

Power Supply Charges    102480 KWH @0.0938090    9,613.55

Other Charges
Revenue-Based PILOTS:    177.76
State and Local Taxes:    8.625%    1,747.21
Subtotal:    1,924.97

Total Charges:    22,004.74

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=B0B6730D05C5...    5/1/2008

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of
the check and make payable to LIPA.

or authorized payment location.

## IMPORTANT MESSAGES

LIPA has a new, secure and easier login process at www.lipower.org. "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

**Report Theft of Service**
1-631-755-6871

**Hearing or Speech-Impaired**
1-631-755-6660

**Para Espanol**
1-800-490-0085

**Electric Service Problems**
1-800-490-0075
*24 Hours/Day*
*7 Days/Week*

**Billing/General Inquiries**
*Monday-Friday 8 AM-8 PM*
outside (toll-free area
1-800-966-4818*

*Automated Services available*
1-631-755-6000*
*24 Hours/Day*
*7 Days/Week*

**www.lipower.org**
*24 Hours/Day*
*7 Days/Week*

** SEE BELOW FOR ACCOUNT SUMMARY **

payment is not received by NOV 17
A 1.5% late payment charge may be applied to outstanding charges if
**Please Pay By 11-17-07    $ 15,971.32**
15,971.32
-22,004.74
You.
LIPA Current Charges
Payment(s) Received Through 10/19/2007 - Thank
Balance From Previous Bill                $ 22,004.74
**BILLING SUMMARY**

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 10/25/2007 | 0606-2000-53 | on or about 11/27/2007 | $ 15,971.32 |



SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

Perkins Shearer Of
Ralph Lauren
PO Box 35668
Greensboro NC 27425

• Write your Customer ID on your check.
• Be sure that the address on the other side appears in the return envelope window.
• Mail this part of bill with your payment.

Please make checks payable to LIPA

| Customer ID | | Please Pay Upon Receipt |
|---|---|---|
| 0606-2000-53 | 1 | $ 15,971.32 |

**LIPA** Long Island Power Authority

http://ebo.keyspanenergy.com/ebo/bdetailIEBX.jsp?KEY_ACCT_STMT=54E4449A05888&I...   5/1/2008

number, use 221D02.

We're working harder than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

---

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 0997913444     Meter Multiplier: 80

From:09/26/2007 01:18 PM ACTUAL reading     Total Days:4
To:09/30/2007 12:00 MIDNIGHT END OF SUMMER PERIOD     Period 2 Days:3

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1566 | 1582 | 1280KWh | 30.34 |
| 2-Energy | 3767 | 3887 | 9600KWh | 465.09 |
| 2-Demand | 21.855 | 25.324 | 277.5Kw | 545.29 |
| 3-Energy | 9529 | 9585 | 4480KWh | 169.34 |
| 3-Demand | 50.305 | 53.339 | 242.7Kw | 151.44 |
| Basic Service: | 4 days | @0.9500 | | 3.80 |

Subtotal: 1,365.81

Power Supply Charges     15360 KWH @0.093809©     1,440.91

Other Charges
Revenue-Based PILOTS:     24.84
State and Local Taxes:     8.625%     244.22

Subtotal:     269.06

Total Charges:     3,075.78

From:09/30/2007 ACTUAL 12:00 MIDNIGHT START OF WINTER PERIOD Total Days:24
To:10/24/2007 11:15 AM

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1582 | 1684 | 8160KWh | 193.39 |
| 2-Energy | 3887 | 3887 | 0KWh | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0Kw | 0.00 |
| 3-Energy | 9585 | 10608 | 73840Kwh | 2,791.15 |
| 3-Demand | 53.339 | 56.904 | 285.2Kw | 1,067.79 |
| Basic Service: | 24 days | @0.9483 | | 22.76 |

Subtotal:     4,075.09

Power Supply Charges     82000 KWH @0.093809©     7,692.34

Other Charges
Revenue-Based PILOTS:     104.18
State and Local Taxes:     8.625%     1,023.93

Subtotal:     1,128.11

```
Total Charges:                                  12,895.54

Total For Both Service Periods:                 15,971.32

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours
```

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

http://ebo.keyspanenergy.com/ebo/ebo/bdetailBX.jsp?KEY_ACCT_STMT=239EBB86D06A5&...     5/1/2008

## IMPORTANT MESSAGES

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area.
To begin the new process, first create a User ID and Password. After logging in for the
first time, enter your account number and pin number. If you have forgotten your pin

Report Theft of Service
1-631-755-6871

Hearing or Speech-
Impaired
1-631-755-6660

Para Espanol
1-800-490-0085

Electric Service Problems
1-800-490-0025
*24 Hours/Day
7 Days/Week*

** SEE BELOW FOR ACCOUNT SUMMARY **

A 1.5% late payment charge may be applied to outstanding charges if
payment is not received by DEC 29

**Please Pay By 12-29-07**                                                  $ 17,291.21

LIPA Current Charges                                                          17,291.21
You.
Payment(s) Received Through 11/09/2007 - Thank                              -15,971.32
Balance From Previous Bill                                               $ 15,971.32

**BILLING SUMMARY**

*Automated Services
available
1-631-755-6000*
outside toll-free area
*1-800-966-4818*
Monday-Friday 8 AM-8 PM
Billing/General Inquiries

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|-----------|-------------|---------------------|------------|
| 12/06/2007 | 0606-2000-53 | on or about 12/26/2007 | $ 17,291.21 |

*24 Hours/Day
7 Days/Week*
www.lipower.org

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

Greensboro NC 27425
PO Box 35868
Ralph Lauren
Perkins Shearer Of

• Mail this part of bill with your payment.
• Be sure that the address on the other side
  appears in the return envelope window.
• Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | | Please Pay Upon Receipt |
|-------------|---|-------------------------|
| 0606-2000-53 | 1 | $ 17,291.21 |

number, use 221D02 .

**We' re working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

---

**Account # 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-8**

LIPA - Rate 285 - Secondary, Commercial, Large, Multiple Periods

Meter # 099791344    Meter Multiplier: 80

From:10/24/2007 11:15 AM ACTUAL reading    Total Days:34
To:11/27/2007 11:25 AM ACTUAL reading

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1684 | 1944 | 20800kWh | 492.96 |
| 1-Demand | 388? | 388? | 0kW | 0.00 |
| 2-Energy | 25.324 | 25.324 | 0kWh | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0kW | 0.00 |
| 3-Energy | 11649 | 11649 | 11280kWh | 3,450.38 |
| 3-Demand | 56.904 | 59.941 | 243.0kW | 1,288.87 |
| Basic Service: | 34 days | @0.9485 | | 32.25 |
| Subtotal: | | | | 5,264.46 |

**Power Supply Charges**
112080 KWH @0.093090    0608090    10,514.11

**Other Charges**
Revenue-Based PILOTS:                                        139.69
State and Local Taxes:              8.625%                  1,372.95
Subtotal:                                                   1,512.64

Total Charges:                                             17,291.21

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=2398B86D06A5&...    5/1/2008

EBO Bill on the WEB

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

or authorized payment location.

http://ebo.keyspanenergy.com/ebo/bdetailIBX.jsp?KEY=C22868D206088... 5/1/2008

**IMPORTANT MESSAGES**

**We're working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

Report Theft of Service
1-631-755-6871

Hearing or Speech-Impaired
1-631-755-6660

Para Español
1-800-490-0085

Electric Service Problems
1-800-490-0075
*24 Hours/Day
7 Days/Week*

*24 Hours/Day
7 Days/Week*

*Automated Services
available*
*1-631-755-6000*
outside toll-free area
1-800-966-4818*

Billing/General Inquiries
*Monday–Friday 8 AM-8 PM*

www.lipower.org
*24 Hours/Day,
7 Days/Week*

**\*\* SEE BELOW FOR ACCOUNT SUMMARY \*\***

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Balance From Previous Bill | | | $ 17,291.21 |
| LIPA Current Charges | | | 10,950.42 |
| **Please Pay Upon Receipt** | | | **$ 28,241.63** |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by JAN 18

| Bill Date | Customer ID | Next Meter Reading on or about | Amount Due |
|---|---|---|---|
| 12/26/2007 | 0606-2000-53 | 01/25/2008 | $ 28,241.63 |

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



Perkins Shearer Of
Ralph Lauren
PO Box 35668
Greensboro NC 27425

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 1 | $ 28,241.63 |

http://ebo.keyspanenergy.com/ebo/bdetailIBX.jsp?KEY_ACCT_STMT=C22868D26008&...   5/1/2008

LIPA has a new, secure and easier login process at www.lipower.org. "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin number, use 221D02.

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099793344    Meter Multiplier: 80

From:11/27/2007 11:25 AM ACTUAL reading
To:12/22/2007 09:32 AM ACTUAL reading    Total Days:25

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1944 | 2026 | 6560KWH | 155.47 |
| 2-Energy | 3887 | 3887 | 0kwh | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0Kw | 0.00 |
| 3-Energy | 11649 | 12448 | 63920KWH | 2,416.18 |
| 3-Demand | 59.941 | 62.458 | 201.4Kw | 785.46 |
| Basic Service: | 25 days | @0.9484 | | 23.71 |
| Subtotal: | | | | 3,380.82 |

| | | |
|---|---|---|
| Power Supply Charges | 70480 KWH @0.093809 | 6,611.66 |

Other Charges
Revenue-Based PILOTS: 88.46
State and Local Taxes: 8.625% 869.48

Subtotal: 957.94

Total Charges: 10,950.42

Period 1: Off peak - Midnight to 7AM, Every Day, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

http://ebo.keyspanenergy.com/ebo/bdetailIEBX.jsp?KEY_STMT_ACCT_STMT=SD853886A0749&...   5/1/2008

## IMPORTANT MESSAGES

As we all know, the cost of oil is soaring throughout the world and fuel costs make up nearly 60% of your LIPA bill. Effective January 1, 2008 the total charges on your LIPA bill will increase by 2% as the Power Supply Charge rate needs to be increased from $

Report Theft of Service
1-631-755-6871

Hearing or Speech-
Impaired
1-631-755-6660

Para Espanol
1-800-490-0085

Electric Service Problems
1-800-490-0075
*7 Days/Week
24 Hours/Day*

*Automated Services
available
24 Hours/Day
7 Days/Week*

Billing/General Inquiries
*Monday-Friday 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*

www.lipower.org
*24 Hours/Day
7 Days/Week*

** SEE BELOW FOR ACCOUNT SUMMARY **

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by FEB 17.

**Please Pay By 02-17-08**        **$ 14,549.20**

LIPA Current Charges        14,549.20
Thank You.

**BILLING SUMMARY**
Balance From Previous Bill        $ 28,241.63
Payment(s) Received Through 01/15/2008 - Thank        -28,241.63

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 01/25/2008 | 0606-2000-53 | on or about 02/26/2008 | $ 14,549.20 |

SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



SERVICE TO:
Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA


Long Island Power Authority

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 | $ 14,549.20 |
| 1 | |

http://ebo.keyspanergy.com/ebo/bdetailIEBX.jsp?KEY_ACCT_STMT=SD8S386A07498...    5/1/2008

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

---

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344          Meter Multiplier: 80

From:12/22/2007 09:32 AM ACTUAL reading
To:01/24/2008 12:19 PM ACTUAL reading          Total Days:33

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 2026 | 2134 | 8640kWh | 204.77 |
| 2-Energy | 3887 | 3887 | 0kWh | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0kW | 0.00 |
| 3-Energy | 1248? | 13470 | 8176kWh | 3,090.53 |
| 3-Demand | 62.458 | 65.407 | 235.9kW | 1,214.41 |
| Basic Service: | @0.9485 | 33 days | | 31.30 |
| Subtotal: | | | | 4,541.01 |

| | | | |
|---|---|---|---|
| Power Supply Charges | 90400 KWH @0.096630# | | 8,735.42 |

Other Charges
| | | |
|---|---|---|
| Revenue-Based PILOTS: | | 117.54 |
| State and Local Taxes: | 8.625% | 1,155.23 |
| Subtotal: | | 1,272.77 |

Total Charges:                                      14,549.20

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

---

0.093809 to $ 0.097689 per kWh to cover the increased cost of fuel. For more information, please visit LIPA's web site at www.lipower.org or contact LIPA's Customer Assistance Center at 1-800-490-0025.

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin number, use 221D02.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

"EBO Bill on the WEB



LIPA
Long Island Power Authority

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53<br>1 | $ 13,734.31 |

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

---



**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 02/27/2008 | 0606-2000-53 | on or about 03/26/2008 | $ 13,734.31 |

**BILLING SUMMARY**

Balance From Previous Bill                          $ 14,549.20
Payment(s) Received Through 02/12/2008 - Thank
You.                                                -14,549.20
LIPA Current Charges                                 13,734.31
**Please Pay By 03-21-08                             $ 13,734.31**
A 1.5% late payment charge may be applied to outstanding charges if
payment is not received by MAR 21

** SEE BELOW FOR ACCOUNT SUMMARY **

www.lipower.org
*24 Hours/Day
7 Days/Week*

Billing/General Inquiries
*Monday-Friday 8 AM-8 PM*
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services
available
24 Hours/Day
7 Days/Week*

Electric Service Problems
*24 Hours/Day
7 Days/Week*
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech-
Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**IMPORTANT MESSAGES**

LIPA has a new, secure and easier login process at www.lipower.org. "My Account" area.
To begin the new process, first create a User ID and Password. After logging in-for the
first time, enter your account number and pin number. If you have forgotten your pin

http://ebo.keyspanenergy.com/ebo/bdetailIEBX.jsp?KEY_ACCT_STMT=F0A6250F08C7&...    5/1/2008

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

---

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344    Meter Multiplier: 80

From:01/24/2008 12:19 PM ACTUAL reading
To:02/26/2008 10:48 AM ACTUAL reading

Total Days:33

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 2134 | 2214 | 6400KWH | 151.68 |
| 2-Energy | 3887 | 3887 | 0KWH | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0KW | 0.00 |
| 3-Energy | 13470 | 14436 | 77280KWH | 2,921.18 |
| 3-Demand | 65.407 | 89.452 | 243.6KW | 1,254.05 |
| Basic Service: | | @0.9485 | 33 days | 31.30 |
| Subtotal: | | | | 4,358.21 |

| Power Supply Charges | 83680 KWH @0.097680090 | 8,174.62 |
|---|---|---|

**Other Charges**

| | | |
|---|---|---|
| Revenue-Based PILOTS: | | 110.95 |
| State and Local Taxes: | 8.625% | 1,090.53 |
| Subtotal: | | 1,201.48 |

| Total Charges: | 13,734.31 |
|---|---|

Period 1: Off peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

---

number, use 221D02.

As we all know, the cost of oil is soaring throughout the world and fuel costs make up nearly 60% of your LIPA bill. Effective January 1, 2008 the total charges on your LIPA bill will increase by 2% as the Power Supply Charge rate needs to be increased from $0.093809 to $0.097689 per kWh to cover the increased cost of fuel. For more information, please visit LIPA's web site at www.lipower.org or contact LIPA's Customer Assistance Center at 1-800-490-0025.

EBO Bill on the WEB

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

**IMPORTANT MESSAGES**

**We're working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

Report Theft of Service
1-631-755-6871

Hearing or Speech-Impaired
1-631-755-6660

Para Espanol
1-800-490-0085

7 Days/Week
1-800-490-0075

Electric Service Problems
24 Hours/Day
7 Days/Week

LIPA Current Charges                                     11,979.45
**Please Pay By 04-30-08**                          **$ 11,979.45**

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by APR 30

** SEE BELOW FOR ACCOUNT SUMMARY **

*Automated Services available
1-631-755-6000*
outside toll-free area

**BILLING SUMMARY**

Balance From Previous Bill                              $ 13,734.31
Payment(s) Received Through 03/17/2008 - Thank You.    -13,734.31

Billing/General Inquiries
Monday-Friday 8 AM-8 PM
1-800-966-4818*

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|-----------|-------------|--------------------|-----------| 
| 04/07/2008 | 0606-2000-53 | on or about 04/24/2008 | $ 11,979.45 |

24 Hours/Day
7 Days/Week

www.lipower.org

SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

**Please make checks payable to LIPA**

| Customer ID | Please Pay Upon Receipt |
|-------------|-------------------------|
| 0606-2000-53 | $ 11,979.45 |



LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin number, use 221D02.

---

## Account # 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-8

**LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods**

Meter # 099791344                Meter Multiplier: 80

From:02/26/2008 10:48 AM ACTUAL reading
To:03/27/2008 08:57 AM ACTUAL reading                Total Days:30

| Delivery & System Charges | | | | | |
|---|---|---|---|---|---|
| Period | To Reading | From Reading | Use | | $Amount |
| 1-Energy | 2214 | 2300 | 6880kWh | | 163.06 |
| 2-Energy | 3887 | 3887 | 0kWh | 0.0kw | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0kw | | 0.00 |
| 3-Energy | 14436 | 15268 | 66560kWh | | 2,515.97 |
| 3-Demand | 68.452 | 71.256 | 224.3kw | 224.3kW | 1,049.72 |
| Basic Service: | 30 days | @0.9483 | | | 28.45 |
| Subtotal: | | | | | 3,757.20 |

| Power Supply Charges | 73440 KWH @0.097689O | | 7,174.28 |
|---|---|---|---|

Other Charges
Revenue-Based PILOTS:                            96.78
State and Local Taxes:      8.625%              951.19
Subtotal:                                      1,047.97

Total Charges:                                11,979.45

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: On Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other -- All Remaining Hours

---

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=613GAD2D09492...  5/1/2008

LIPA has a new, secure and easier login process at www.lipower.org. "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin number, use 221D02.

## Account # 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-8

**LIPA - Rate 285- Secondary, Commercial, Large, Multiple Periods**

Meter # 099791344     Meter Multiplier: 80

From:03/27/2008 08:57 AM ACTUAL reading
To:04/23/2008 09:47 AM ACTUAL reading     Total Days:27

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 2300 | 2376 | 6080kWh | 144.10 |
| 2-Energy | 3887 | 3887 | 0kWh | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0Kw | 0.00 |
| 3-Energy | 15268 | 16136 | 69440kWh | 2,624.83 |
| 3-Demand | 71.256 | 74.378 | 249.8kW | 1,052.16 |
| Basic Service: | | @.0.9481 | 27 days | 25.60 |

Subtotal: 3,846.69

### Power Supply Charges

75520 KWH @0.097690        7,377.47

### Other Charges

| | | |
|---|---|---|
| Revenue-Based PILOTS: | | 99.37 |
| State and Local Taxes: | 8.625% | 976.65 |

Subtotal: 1,076.02

Total Charges: 12,300.18

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

### ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.