# EXHIBIT GG

# nus consulting
## GROUP

One Maynard Drive,
Park Ridge, New Jersey 07656-0712
Tel. 201.391.4300  Fax. 201.391.8158
www.nusconsulting.com

A0012301

| CUSTOMER NO. | DATE |
|---|---|
| 0012301 000 01 000 | 6/19/2008 |

TIFFANY & COMPANY
555 MADISON AVENUE
6TH FLOOR
NEW YORK ,NY 10022

FOR SERVICES PURSUANT TO AGREEMENT                                    --- CLIENT ORIGINAL---

STATEMENT OF ACCOUNT

SAVINGS AS PER ATTACHED INVOICES FROM 12/27/06 TO 2/26/08 (14 MONTHS)   $216,293.24

AVERAGED MONTHLY SAVINGS                                  $15,449.52

SAVINGS FOR THE REMAINING PARTICIPATION (46 MONTHS x $15,449.52 PER MONTH)   $710,677.92

PREVIOUSLY INVOICED REFUND    ( 02/09/2007 )              $11,217.87
                              ( 02/23/2007 )              $22,292.92

TOTAL INVOICED REFUNDS                                                 $ 33,510.79

ADJUSTMENT PURSUANT TO INVOICE NO. 108851                              $  4,424.34

TOTAL AMOUNT DUE NUS                                                   $964,906.29


EXHIBIT 82A
SF  6/19/08

# nus consulting
## GROUP

One Maynard Drive
Park Ridge, New Jersey 07656-0712
Tel. 201.391.4300  Fax. 201.391.8158
www.nusconsulting.com

INVOICE NO.  108851

| CUSTOMER NO. | | | DATE |
|---|---|---|---|
| 0012301 000 01 000 | | | 6/19/2008 |
| HD | 92591 | | 138577 |

TIFFANY & COMPANY
555 MADISON AVENUE
6TH FLOOR
NEW YORK ,NY 10022
ATTN:  BRUCE MOGEL

FOR SERVICES PURSUANT TO AGREEMENT-PAYMENT DUE UPON RECEIPT        --- CLIENT ORIGINAL ---

**Savings Realized at:**

TIFFANY & CO
1980 NORTHERN BLVD
MANHASSET, NY

SAVINGS ON ELECTRIC
PERIOD: FROM 12/27/2006 TO 12/26/2011

ADDITIONAL SAVINGS REALIZED             $8,848.67

SUPPLIER ACCOUNT #:    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-5
NUS REFERENCE #:       2007S025 0012301 000    **AMOUNT DUE N.U.S.**    $4,424.34

ADJUSTMENT TO SAVINGS COMPUTATIONS
BASED ON
CON ED SOLUTIONS CHARGES ON FORMER BILLING

| FROM | TO | LIPA BILL CREDIT ADJUSTMENT |
|---|---|---|
| 12/27/06 | 01/25/07 | $   132.83 |
| 01/25/07 | 02/27/07 | $   162.97 |
| 02/27/07 | 03/27/07 | $   150.76 |
| 03/27/07 | 04/26/07 | $   236.44 |
| 04/26/07 | 05/29/07 | $   179.90 |
| 05/29/07 | 05/31/07 | $   (10.65) |
| 05/31/07 | 06/27/07 | $   129.14 |
| 06/27/07 | 07/25/07 | $   (11.14) |
| 07/25/07 | 08/28/07 | $   169.58 |
| 08/28/07 | 09/26/07 | $   243.71 |
| 09/26/07 | 09/30/07 | $    57.10 |
| 09/26/07 | 10/24/07 | $   136.46 |
| 10/24/07 | 11/27/07 | $   (92.67) |
| 11/27/07 | 12/22/07 | $   142.85 |
| 12/22/07 | 01/24/08 | $   211.06 |
| 01/24/08 | 02/26/08 | $   226.35 |
| TOTAL | | $ 2,064.69 |

ADJUSTMENT PER ABOVE LIPA BILL CREDITS FROM 12/27/06 TO 2/26/08 (14 MONTHS)    $2,064.69

AVERAGE MONTHLY ADJUSTMENT                                                     $  147.48

TOTAL GROSS ADJUSTMENT FOR THE PARTICIPATION MONTHS (60 MONTHS)                $8,848.67

NUS
00931