# EXHIBIT HH

Long Island Power Authority                                    Second Revised Leaf No. 225

VIII. SERVICE CLASSIFICATIONS (continued):

I. **SERVICE CLASSIFICATION NO. 2 - MRP**
   **Large General and Industrial Service With Multiple Rate Periods:**
   (Rate Codes: 284, 285)

   1. Who Is Eligible

      a) Customers who will use the service for any purpose other than Residential, when:

         (1) The monthly recorded demand has been more than 500 KW in any two (2) of the last twelve (12) months, and/or

         (2) The monthly recorded demand has been more than 145 KW in any summer month (June through September), or

         (3) The Authority believes an Applicant's demand will be more than 500 KW in any two (2) months and/or 145 KW in any summer months.

      b) Customers may choose between Codes 285 and 284 below when they qualify for the service.

      c) Customers' options to transfer between Codes 285 and 284 are covered under Special Provision 10.e below.

      d) A Customer, as described in a. above, that has the option under Service Classification Nos. 12 – Backup and Maintenance Service and/or 15 – Supplemental Service, of choosing to pay the rates and charges associated with a different Service Classification.

   2. Character of Service

      a) Continuous, 60 hertz, alternating current.

      b) Radial secondary service at approximately 120/208, 120/240, or 277/480 volts, three phase; network system 120/208 or 277/480, depending on the size and characteristics of the load and the circuit supplying the service.

      c) Radial primary service at approximately 2400/4160, 7620/13200 volts or higher, depending on the size and characteristics of the load and the circuit supplying the service.



EXHIBIT 83
SF 6/19/08

Effective: January 23, 2001                                    Tariff For Electric Service

Long Island Power Authority                                    Second Revised Leaf No. 226

## VIII. SERVICE CLASSIFICATIONS (continued):

**I. SERVICE CLASSIFICATION NO. 2 - MRP**
**Large General and Industrial Service With Multiple Rate Periods** (continued):
(Rate Codes: 284, 285, M284, M285)

**Character of Service (continued):**

d) The Authority may consider loads with a minimum estimated demand of 10,000 kW for service at 69,000 volts or higher.

e) The Primary Rate will also apply to Customers served at 23,000 or 33,000 volts.

f) The Transmission Rate will apply to Customers served at 69,000 volts or higher.

3. Rates and Charges per Meter per Month:

   a) Schedule of Rates
      The rates for the service code are set forth below.

| Rate Code 285 | Secondary | Primary | Transmission |
|---|---|---|---|
| Service Charge per day | $.7220 | $.7220 | $.7220 |
| Meter Charge per day | $.2264 | $.6489 | $.6489 |

|  | 1 | 2 | 3 |
|---|---|---|---|
|  | Rate Periods - Standard Time | | |
|  | Off-Peak<br>all year<br>midnight<br>to 7 a.m. | On-Peak *<br>June - Sept.<br>except Sundays<br>10 a.m.<br>to 10 p.m. | Intermediate<br>all<br>other<br>hours |
| **Demand Charge per kW** | | | |
| Secondary | none | $19.65 | $4.68 |
| Primary | none | $16.86 | $4.14 |
| Transmission | none | $13.95 | $3.39 |
| **Energy Charge per kWh** | | | |
| Secondary | $.0237 | $.0485 | $.0378 |
| Primary | $.0218 | $.0446 | $.0356 |
| Transmission | $.0217 | $.0430 | $.0346 |
| **Minimum Demand Charge**<br>per Meter per kW<br>per Rate Period | | | |
| Secondary | none | $29.80 | $8.19 |
| Primary | none | $25.58 | $7.23 |
| Transmission | none | $21.16 | $5.94 |

* For Rate M285, the modified peak period is from 3 p.m. to 10 p.m. on weekdays (Monday – Friday).

Effective: July 5, 2006                                              Tariff For Electric Service

NUS 00933

Long Island Power Authority                                           Second Revised Leaf No. 227

## VIII. SERVICE CLASSIFICATIONS (continued):

I. **SERVICE CLASSIFICATION NO. 2 - MRP**
   **Large General and Industrial Service With Multiple Rate Periods** (continued):
   (Rate Codes: 284, 285, M284, M285)

   Rates and Charges (continued):

   | Rate Code 284 | Secondary | Primary | Transmission |
   |---|---|---|---|
   | Service Charge per day | $.7220 | $.7220 | $.7220 |
   | Meter Charge per day | $.2264 | $.6489 | $.6489 |

   Rate Periods - Standard Time

   |  | 1 | 2 | 3 |
   |---|---|---|---|
   |  | Off-Peak | On-Peak * | Intermediate |
   |  | all year | June - Sept. weekdays | all other hours |
   |  | 11 p.m. to 7 a.m. | 12 noon to 8 p.m. |  |
   | **Demand Charge per kW** | | | |
   | Secondary | none | $38.10 | $3.81 |
   | Primary | none | $34.35 | $3.42 |
   | Transmission | none | $25.56 | $2.55 |
   | **Energy Charge per kWh** | | | |
   | Secondary | $.0063 | $.0441 | $.0408 |
   | Primary | $.0048 | $.0370 | $.0347 |
   | Transmission | $.0048 | $.0345 | $.0328 |
   | **Minimum Demand Charge per Meter per kW per Rate Period** | | | |
   | Secondary | none | $48.91 | $6.45 |
   | Primary | none | $44.09 | $5.94 |
   | Transmission | none | $32.80 | $4.50 |

   \* For Rate Code M284, the modified peak period is from 3 p.m. to 8 p.m.

   b) Adjustments to Rates and Charges
      Each Customer's bill will be adjusted for the Fuel and Purchased Power Cost Adjustment Rate, Increases in Rates and Charges to Recover PILOT Payments, the Ratepayer Class Action Refund, and the Shoreham Property Tax Settlement Rider.

Effective: July 5, 2006                                                  Tariff For Electric Service

NUS 00934

Long Island Power Authority                                      First Revised Leaf No. 228

VIII. SERVICE CLASSIFICATIONS (continued):

I.  **SERVICE CLASSIFICATION NO. 2 - MRP**
    **Large General and Industrial Service With Multiple Rate Periods** (continued):
    (Rate Codes: 284, 285, M284, M285))

    Rates and Charges (continued):

    4.  Reactive Demand Charges - Rate Codes 284, 285, M284, and M285

        a)  Transmission and primary service Customers who use electricity at a Power Factor of less than 90% and choose to pay a monthly Reactive Demand Charge of $0.27 per KVAR, shall pay for the additional metering equipment either when it is installed or through a monthly charge.

        b)  For the first twelve (12) months of billing for Reactive Demand Charges, the KVAR charges will not exceed 1% of the Customer's total bill.

    5.  How Demand is Determined

        The Authority will furnish and maintain a demand meter of standard type to determine the demand. The demand is the maximum 15-minute demand during the month in each Rate Period, taken to the nearest one-tenth (1/10) kilowatt.

    6.  How the Minimum Demand Charges are Determined - All Rate Codes

        a)  The Authority will charge an annual Minimum Demand Charge to those Customers whose actual billed demand revenues in Periods 1, 2, and 3 are less than the Minimum Demand Charges given below. The Authority will not apply this charge to new Customers taking service for part of a calendar year.

        b)  The Authority will use the highest recorded demands for Periods 1, 2, and 3 and multiply those demands by the Minimum Demand Charges to determine the minimum amount the Customer is responsible for.

        c)  If the sum of the Minimum Demand Charges in the three (3) Periods is greater than the sum of the actual billed demand revenues for the year under review, the difference will be charged to the Customer's account, and

        d)  When this difference is more than 10 percent (10%) of the total annual demand revenues, the Customer may choose to pay it in no more than twelve (12) equal monthly installments.

Effective: December 1, 2000                                      Tariff For Electric Service

Long Island Power Authority                                      First Revised Leaf No. 229

## VIII. SERVICE CLASSIFICATIONS (continued):

I. **SERVICE CLASSIFICATION NO. 2 - MRP**
   <u>Large General and Industrial Service With Multiple Rate Periods</u> (continued):
   (Rate Codes: 284, 285, M284, M285)

   7. <u>How the Net Reactive Demand is Determined</u>

      a) The Net Reactive Demand is the 15-minute integrated kilovolt-amperes of lagging reactive demand minus 48% of the 15-minute integrated kilowatt demand recorded during the same 15-minute period.

      b) The Customer will be billed monthly for the maximum Net Reactive Demand recorded between 7:00 a.m. through 11:00 p.m.

      c) For billing purposes, the maximum Net Reactive Demand will be the greater of:

         (1) The maximum Net Reactive Demand recorded for the month from 7:00 a.m. through 11:00 p.m., or

         (2) 100% of the maximum Net Reactive Demand recorded from June through September, from 7:00 a.m. through 11:00 p.m., during the last eleven (11) months.

   8. <u>Terms of Payment</u>

      The Customer shall pay the balance due in cash, including checks and money orders, on receiving the bill. Late payments shall be subject to Late Payment Charges.

   9. <u>Term of Service</u>

      (a) The Authority will provide service to the Customer for at least one (1) year and until service is terminated either by the Customer or the Authority.

      b) The Customer shall give the Authority thirty (30) days written notice when requesting termination of service.

      c) The Authority may terminate service to the Customer in accordance with the provisions of this Tariff, after giving the Customer thirty (30) days written notice.

      d) The Authority may require the Customer to take service at rates effective for a longer term because of the investment required or other unusual conditions related to the service.

Effective: December 1, 2000                                      Tariff For Electric Service

NUS
00936

| Long Island Power Authority | Third Revised Leaf No. 230 |
|---|---|

## VIII. SERVICE CLASSIFICATIONS (continued):

I. **SERVICE CLASSIFICATION NO. 2 - MRP**
   <u>Large General and Industrial Service With Multiple Rate Periods</u> (continued):
   (Rate Codes:  284, 285, M284, M285)

   10. <u>Special Provisions</u>

   a) <u>Corrective Equipment Requirements</u>

   When the installation includes welders, x-rays, or other apparatus having a highly fluctuating or large instantaneous demand, the Customer shall provide batteries, rotating equipment, or other corrective equipment to reduce the inrush current to an amount acceptable to the Authority.

   b) <u>Requirements for Service at 69,000 Volts or Higher</u>

   The Applicant shall provide and maintain voltage regulating equipment and circuit breakers complete with accessory equipment, using the procedures and schedules specified by the Authority.

   c) <u>Changes in Eligibility of Existing Accounts</u>

   If there is an Applicant for an existing account, but the Authority believes the Applicant's business activity will change the characteristics of the account's loads, the account will be considered a new account for Service Classification purposes.

   d) <u>Business Development Programs</u>

   (1) <u>Empire Zone Program</u>

   (a) Empire Zones are established by municipalities for purposes of attracting business to contribute to the overall development of those areas.

   (b) With the exception of the Calverton portion of the Suffolk County Empire Zone, Primary and Secondary Customers who qualify receive a 50% discount on their Base Rate Energy Charge per kWh and Period 3 Demand Charges, but only for the additional energy and demand. This discount for the additional energy also applies to $0.0392 per kWh of the Fuel and Purchased Power Cost Adjustment Rate.

   (c) With the exception of the Calverton portion of the Suffolk County Empire Zone, Transmission Customers who qualify receive a 55% discount on their Base Rate Energy Charge per kWh and Period 3 Demand Charges, but only for the additional energy and demand. This discount for the additional energy also applies to $0.0392 per kWh of the Fuel and Purchased Power Cost Adjustment Rate.

   (d) Qualifying Primary and Secondary customers within the Calverton portion of the Suffolk County Empire Zone receives a 6% discount on their Base Rate Energy Charge per kWh and Period 3 Demand Charges, but only for the additional energy and demand. This discount for the additional energy also applies to $0.0392 per kWh of the Fuel and Purchased Power Cost Adjustment Rate.

| Effective: July 5, 2006 | Tariff For Electric Service |
|---|---|

NUS
00937

Long Island Power Authority                                   Fourth Revised Leaf No. 231

VIII. SERVICE CLASSIFICATIONS (continued):

I. **SERVICE CLASSIFICATION NO. 2 - MRP**
   **Large General and Industrial Service With Multiple Rate Periods** (continued):
   (Rate Codes: 284, 285, M284, M285)
   **Special Provisions** (continued):

   (e) Qualifying Transmission customers with the Calverton portion of the Suffolk County Empire Zone receive a 7% discount on their Energy Charges per kWh and Period 3 Demand Charges, but only for the additional energy and demand. This discount for the additional energy also applies to $0.0392 per kWh of the Fuel and Purchased Power Cost Adjustment Rate.

   (2) Business Attraction/Expansion, Manufacturing Competitiveness, and Business Incubation Programs

   (a) Customers who qualify receive a 50% discount on their Base Rate Energy Charge per kWh for Periods 1, 2, and 3, in the first year of their participation in the Program. This discount also applies to $0.0392 per kWh of the Fuel and Purchased Power Cost Adjustment Rate.

   (b) The discounts will decrease by one-fifth (1/5) each year after the first year until the Customers are billed at the rate's regular levels at the end of the fifth year.

   (c) Customers who qualify may apply for modified rate periods. The modified peak Period 2 hours are June through September, Monday through Friday, from 3 p.m. to 8 p.m., for Rate M284 and June through September, Monday through Friday, from 3 p.m. to 10 p.m., for Rate M285. The hours June through September, Monday through Friday from 12 noon to 3 p.m., are included in the Intermediate period for Rate M284. The hours June through September, Monday through Friday, from 10 a.m. to 3 p.m. and Saturday from 10 a.m. to 10 p.m., are included in the Intermediate period for Rate M285.

   e) Choosing Rate Code 284 or Rate Code 285

   New Customers shall choose either Rate Code 284 or Rate Code 285 at the time of qualification of service.

   (1) Rate 284 Customers may choose to receive service under Rate 285.

   (2) Rate 285 Customers will have one opportunity to transfer to Rate 284.

   (3) Customers must request transfers between Rates 284 and 285 in writing, thirty (30) days before their Anniversary Date.

   (4) Customers eligible for modified rating periods under Rate Code M284 and Rate Code M285 must follow the same rules as for Rate Code 284 and Rate Code 285 respectively.

   f) Service for Religious Purposes, Supervised Community Residences, or Veterans' Organizations

   Customers under this Service Classification who use electricity for religious purposes, for Community Residences, or Veterans' Organizations as specified in Section 76 of the Public Service Law, may apply for a suitable residential service after a minimum term of one (1) year.

   (1) The transferring Customer shall submit a new Application to the Authority before the transfer, and

Effective: July 5, 2006                                       Tariff For Electric Service

NUS 00938

| Long Island Power Authority | Fourth Revised Leaf No. 231 |
|---|---|

(2) The transfer will take place at the time of the Customer's next meter reading.

| Effective: July 5, 2006 | Tariff For Electric Service |
|---|---|

NUS 00939

Long Island Power Authority                                          Third Revised Leaf No. 310

### IX. LONG ISLAND CHOICE PROGRAM (continued):

#### C. ADJUSTMENTS TO RATES AND CHARGES FOR PARTICIPATING CUSTOMERS

1. Bill Credits for Participating Customers

    Customers who participate in the Long Island Choice Program will have their bills adjusted by the following amounts which reflect LIPA's energy and capacity savings, embedded ancillary services plus the removal of LIPA's embedded charges for open access transmission service which are priced separately as the transmission charge below.

| Residential and Small Commercial Non-MRP Rate Codes without Demand Meters (180, 183, 280, 380, 580, 581, 880, 881, 882, 883) Energy Adjustment per kWh per month | June to September Inclusive | October to May Inclusive |
|---|---|---|
| Gen/Trans Service Credit | $.0556 | $.0474 |
| less Transmission Charge | $.0044 | $.0044 |
| Net Bill Credit | $.0512 | $.0430 |

General Service Non-MRP Rate Codes with Demand Meters (281,283,290,291,293)
Energy Adjustment per kWh
per month

| Secondary Voltage | | |
|---|---|---|
| Gen/Trans Service Credit | $.0524 | $.0459 |
| less Transmission Charge | $.0044 | $.0044 |
| Net Bill Credit | $.0480 | $.0415 |

| Primary Voltage | | |
|---|---|---|
| Gen/Trans Service Credit | $.0510 | $.0446 |
| less Transmission Charge | $.0043 | $.0043 |
| Net Bill Credit | $.0467 | $.0403 |

| Residential and Small Commercial MRP Rate Codes (181,182,184,188,288) Energy Adjustment per kWh per month | | June to September Inclusive | October to May Inclusive |
|---|---|---|---|
| | | Period 1 | Period 2 |
| Daylight Savings Time 8 p.m. to 10 a.m., and Saturday and Sunday | Gen/Trans Service Credit | $.0474 | $.0430 |
| | less Transmission Charge | $.0044 | $.0044 |
| | Net Bill Credit | $.0430 | $.0386 |
| | | Period 3 | Period 4 |
| Daylight Savings Time 10 a.m. to 8 p.m., Weekdays | Gen/Trans Service Credit | $.0673 | $.0526 |
| | less Transmission Charge | $.0044 | $.0044 |
| | Net Bill Credit | $.0629 | $.0482 |

Effective: February 1, 2002                                              Tariff For Electric Service

NUS
00940

Long Island Power Authority                                                                                              Third Revised Leaf No.311

## VII. LONG ISLAND CHOICE PROGRAM (continued):

### C. ADJUSTMENTS TO RATES AND CHARGES FOR PARTICIPATING CUSTOMERS (cont.)

#### Bill Credits for Participating Customers (continued)

|  | Rate Periods - Standard Time | | |
|---|---|---|---|
|  | 1 | 2 | 3 |
| Commercial MRP Rate Code (285) Energy Adjustment per KWh per month | Off-Peak all year midnight to 7 a.m. | On-Peak June - Sept. except Sundays 10 a.m. to 10 p.m. | Intermediate all other hours |
| **Secondary Voltage** | | | |
| Gen/Trans Service Credit | $.0348 | $.0589 | $.0485 |
| less Transmission Charge | $.0044 | $.0044 | $.0044 |
| Net Bill Credit | $.0304 | $.0545 | $.0441 |
| **Primary Voltage** | | | |
| Gen/Trans Service Credit | $.0338 | $.0572 | $.0472 |
| less Transmission Charge | $.0043 | $.0043 | $.0043 |
| Net Bill Credit | $.0295 | $.0529 | $.0429 |
| **Transmission Voltage** | | | |
| Gen/Trans Service Credit | $.0333 | $.0577 | $.0464 |
| less Transmission Charge | $.0042 | $.0042 | $.0042 |
| Net Bill Credit | $.0291 | $.0535 | $.0422 |
| Outdoor Area Lighting and Street Lighting (Rate Code 780, 781, 782, 1580) Energy Adjustment per kWh per month | All Year | | |
| Gen/Trans Service Credit | $.0397 | | |
| less Transmission Charge | $.0044 | | |
| Net Bill Credit | $.0353 | | |

---

Effective: February 1, 2002                                                                                              Tariff For Electric Service

Long Island Power Authority                                  Third Revised Leaf No. 313

## IX. LONG ISLAND CHOICE PROGRAM (continued):

### C. ADJUSTMENTS TO RATES AND CHARGES FOR PARTICIPATING CUSTOMERS (cont.)

2. The Increases in Rates and Charges to Recover PILOT Payments will be applied to all of the charges on the Participating Customer's bill.

3. $0.0392 per kWh of the Fuel and Purchased Power Cost Adjustment will apply to the Participating Customers.

4. The Ratepayer Class Action Refund and the Shoreham Property Tax Settlement Rider do not apply to the charges and credits contained in C.1 and C.2 above. The Ratepayer Class Action Refund and the Shoreham Property Tax Settlement Rider will be calculated as if the Participating Customer was receiving Bundled Service from the Authority.

5. For Participating Customers, the discounts under LIPA's Business Development programs will be calculated pursuant to the provisions and energy rates applicable to Bundled Service, as if the Customer were taking Bundled Service.

6. Special Provisions

   a) Choice of Suppliers

   Customers shall choose an ESCO to act as their agent from a list of ESCOs licensed by the Authority.

   1) Customers shall select only one ESCO at a time unless the Customer has multiple eligible accounts, in which case the Customer may select a different ESCO for each account.

   2) Customers may switch ESCOs or return to LIPA's Bundled Service on the first day of any month, after providing LIPA with not less than ten (10) calendar days' notice before that date. Customers shall pay the applicable administrative charge, as stated in A.5.b, above.

   3) Customers who return to LIPA's Bundled Service shall pay the same rates that are applicable to Customers that never participated in the LI Choice Program. Any notification requirements or charges for terminating a contract between a Customer and an ESCO remain the responsibility of the Customer.

LIPA Statement No. 9-Pilot

## Long Island Power Authority

### STATEMENT OF INCREASES IN RATES AND CHARGES TO RECOVER PILOT PAYMENTS

Applicable to billings under all Service Classifications as set forth in the Tariff for Electric Service

Rates and charges for service under all Service Classifications and the CATV Pole Attachment Charge, as applicable, shall be increased by the following Effective Aggregate and Surcharge PILOT Percentages.

| Municipality | Aggregate PILOT | | Effective Aggregate Percentage* | |
|---|---|---|---|---|
| | Transportation | Commodity | Transportation | Commodity |
| 5th Ward Queens County, NYC............ | | | | |
| Residential | 5.57% | 3.23% | 5.8958% | 3.3351% |
| Non Residential | 3.23% | 3.23% | 3.3351% | 3.3351% |
| All Other Cities and Incorporated Villages not listed below.................... | | | | |
| Residential | 4.22% | 1.88% | 4.4032% | 1.9134% |
| Non Residential | 1.88% | 1.88% | 1.9134% | 1.9134% |
| Unincorporated municipalities and the following incorporated Villages below.... | | | | |
| Residential | 3.22% | .88% | 3.3245% | .8853% |
| Non Residential | .88% | .88% | .8853% | .8853% |

Baxter Estates

Centre Island

Dering Harbor

Head-of-the-Harbor

Mill Neck

Nissequoque

Plandome Manor

Poquott

Shoreham

*Effective Aggregate Percentage = $\frac{\text{Aggregate PILOT} * 100}{100 - \text{Aggregate PILOT}}$

These percentages all reflect the effect of a 17% surcharge to recover the NYS Temporary Metropolitan Transportation Business Tax Pilot.

**Effective: January 1, 2005**

NUS 00943