# EXHIBIT PP

**Palfini, Lawrence**

| | |
|---|---|
| **From:** | Mogel, Bruce |
| **Sent:** | Monday, February 05, 2007 11:20 AM |
| **To:** | Ziegler, Eric |
| **Cc:** | 'Amundsen, Christine'; Palfini, Lawrence |
| **Subject:** | FW: revised LIPA bills for Manhasset |
| **Attachments:** | Second and third revised bills from LIPA for Manhasset store.pdf |

Eric,
FYI

Bruce

Bruce Mogel
Director Retail Facilities


bruce.mogel@tiffany.com

Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax



The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

**From:** Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
**Sent:** Friday, February 02, 2007 4:52 PM
**To:** Mogel, Bruce
**Cc:** Brown, Dave; Palfini, Lawrence
**Subject:** revised LIPA bills for Manhasset

Bruce,

Attached please find copies of the revised LIPA bills for the periods from 9/27 to 9/30; 9/30 to 10/26 and 10/26 to 11/22.

By next week, we should have all the billing revisions, including ConEd Solutions, as well as the utility's interest

2/12/2007



T 123

calculations.

I'll keep forwarding the data to you, as we receive and review it.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158

2/12/2007

T 124