# EXHIBIT G

**Amundsen, Christine**

---

**From:** Mogel, Bruce [Bruce.Mogel@Tiffany.com]
**Sent:** Thursday, December 21, 2006 12:28 PM
**To:** Amundsen, Christine
**Subject:** RE: Cost Analysis Report for Manhasset, NY

Missed you.
Anytime tomorrow.


Bruce Mogel
Director Retail Facilities



bruce.mogel@tiffany.com

Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax



The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

**From:** Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
**Sent:** Thursday, December 21, 2006 10:09 AM
**To:** Mogel, Bruce
**Subject:** RE: Cost Analysis Report for Manhasset, NY

Bruce,

Do you have any time between 11:00 and 12:00 today? Otherwise, anytime tomorrow?

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158

   -----Original Message-----
   **From:** Mogel, Bruce [mailto:Bruce.Mogel@Tiffany.com]

12/26/2006



**Sent:** Thursday, December 21, 2006 9:44 AM
**To:** Amundsen, Christine
**Subject:** RE: Cost Analysis Report for Manhasset, NY

Chris,
We need to talk on this one!
When can I call you...
Bruce


Bruce Mogel
Director Retail Facilities


bruce.mogel@tiffany.com

Tiffany & Co.
Real Estate Services
555 Madison Ave.
6th Floor
New York, NY 10022
646-428-5563
646-428-5611 fax


The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

---

**From:** Amundsen, Christine [mailto:CAmundsen@nusconsulting.com]
**Sent:** Wednesday, December 20, 2006 5:37 PM
**To:** Mogel, Bruce
**Subject:** Cost Analysis Report for Manhasset, NY
**Importance:** High

Bruce,

Attached please find our Cost Analysis Report for your store in Manhasset, NY. Please review our recommendation and let us know if you have any comments or questions.

We appreciate your cooperation.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.