# EXHIBIT Q

EXHIBIT
PLAINTIFFS
16
5/6/08 RS

## Results of Field Investigation

2186-8

Customer of Record: Tiffany & Co.   Grid#: _____   Account#: 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-5
Address: 1980 Northern Blvd   C.O.: _____   Prepared by: Jim E
Town: Manhasset   Cross Street: _____   Pole #: _____

Appointment date: 1-03-07   Time: 1200   Day Phone #: _____

Customer's inquiry: High Bill Electric

**Special Instructions:**   Type Home: Cape Cod   Colonial   2 Family
Tudor   Contemporary   Ranch   New Addition Y/N   Apartment Y/N
Field Report: Spoke to Mr./Mrs./Ms.   Title: Owner/L.L./Tenant

1-3-07 - Found incorrect Multiplier - listed on bill history as 180. Correct Multiplier is 80. CT is 400/5 = 80. Please correct Multiplier and rebill folio 2220.5. Other folio - 2180-8 is correct -
Thanks
Jim E

| Found in Field | | | | | MRP Index | |
|---|---|---|---|---|---|---|
| Shared Mtrs. | Y/N | G/E | Form | Y/N | 1._____ | 11._____ |
| Switched Mtrs. | Y/N | G/E | Form | Y/N | 2._____ | 12._____ |
| D.O.S. | Y/N | G/E | | | 3._____ | 13._____ |
| Equip. Malf. | Y/N | G/E | | | 4._____ | 14._____ |
| Supp. Elec. Htg. | Y/N | | | | 5._____ | 15._____ |
| Added Load | Y/N | G/E | | | 6._____ | 16._____ |
| Other see remarks | | | | | 7._____ | 17._____ |
| | | | | | 8._____ | 18._____ |
| Administration to: | | | | | 9._____ | 19._____ |
| Update GUI: | Y/N | | | | 10._____ | 20._____ |
| Input S/R | Y/N | G/E | | | | |
| Shared Mtr. Ltrs. | Y/N | | | | | |
| Test Meter | Y/N | G/E | | | ***Mechanical Display Matches Digital Y/N | |
| Change Meter | Y/N | G/E | | | | |
| Other see remarks | | | | | | |

---

Last Meter Test (Gas)         Last Service GCS

Size of Serv.      Date of Indexes      High Press.       Low Press.        Size of serv.
Gas Meter no.      Mult.                Gas Index         Rate              Mult.

Fireplace damper open    Y/N        A/C registers open    Y/N        Gas draft check
Attic Insulation:        None       Builders Batts        R-19       >R-19
Storm Windows/Doors Y/N             Insulated Glass       Y/N

---

Last Meter Test (Electric)

Size of Serv.      Date of Indexes                                             Size of serv.
Elec. Meter No.    Mult.                        Elec. Index       Rate         Mult.

Elec. Baseboard heating-no. feet        X 250 watts/ft=                        Watts/kwh
Boiler Manf.                            Model                Hot water/steam   BTU/hr input
Furnace Cent./H.P. Manf.                Model                Auto/const. Fan

KW of back up heaters _____KW           Water heater Manf.                     Model #
# of gallons         BTU/hr input       Temperature of Hot water _____F
Cooking Y/N          Dryer Y/N          Pool Heater  Y/N

Degree day factor _____ Domestic factor _____

Sketch/Remarks

---

Field Investigator_____  Date:_____  Supv. Init._____  Date _____