# EXHIBIT T

[Click here and type return address and phone and fax numbers]

## Tiffany & Co.

# Fax

| | | | |
|---|---|---|---|
| **To:** | CHRIS AMUNDSEN | **From:** | BRUCE MOGEL |
| **Fax:** | 701 391 8158 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 1/11/2007 |
| **Re:** | LOAD DATA MANHASSET | **CC:** | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:





REMOTE LIGHTING CONTROL DIAGRAM
TYPICAL FOR TWO (2) SYSTEMS
NOT TO SCALE

| | issue/revision | by |
|---|---|---|
| 2-08-08 | REVISED AS CIRCLED - BULLETIN 2 | |
| 1-26-08 | ISSUED FOR CONSTRUCTION | |
| 1-26-08 | REVISED AS CIRCLED - BULLETIN 1 | |
| 12-22-97 | ISSUED FOR PRICING | |
| date | issue/revision | by |

**TIFFANY & CO.**
Manhasset, New York

Levi, Sanchick and Associates Architects, P.C.
32 West 22nd Street        New York, N.Y. 10010
Tel(212)807-7676           Fax(212)691-3326

Martin Shoffer Associates
Architectural Lighting Design
103 Garden Street
Hoboken, N.J. 07030
(201) 798-7077
Fax (201) 798-4470

M. CHETRIT CONSULTING ENGINEERS
55 WEST 45TH STREET
NEW YORK, NY  10036
(212) 764-3537
Fax (212) 944-1718

RISER DIAGRAM, PANEL SCHEDULES AND DETAILS

scale: 1/4"=1'-0"
drawn by:
checked by:
date: 12-00-97
job no:
dwg. no: **E-6**

## TENANT ELECTRICAL LOAD DATA

TENANT NAME  TIFFANY & CO.        SPACE NO
LEASE AREA  10,200  SQ. FT. PRODUCT/SVC  JEWELRY LEVEL GNDL LEVEL

| LOAD TYPE | CONNECTED KW |
|---|---|
| SPACE LIGHTING | 30.0 KW |
| SHOWCASE LIGHTING | 13.0 KW |
| SIGN LIGHTING | 1.0 |
| RECEPTACLES | 45.0 |
| WATER HEATING | — |
| TOILET EXHAUST FAN (HP) | 1.0 KW |
| SPECIAL APPLIANCES OR EQUIPMENT APPL. & UPS | 13.0 |
| MISCELLANEOUS (INDICATE)  ELEVATOR | 45.0 |
| SPACE HEATING | — |
| AIR CONDITIONING (1)(HP) OR (KW) | 13.0 |
| FAN COIL UNIT (HP) | — |
| EXHAUST HOOD FAN(S) (HP) | — |
| MAKE-UP AIR FAN (HP) | — |
| LARGEST MOTOR  3  TOTAL MOTOR (HP) | (40) |
| TRANSFORMER SIZE (KW OR KVA - INDICATE) | — |
| TOTAL CONNECTED LOAD (KW) | 265 KW |
| TOTAL SIMULTANEOUS LOAD (KW) (MAINTAINED AT 3 HOURS OR MORE) | 170 KW |

FOOTNOTE & ATTACH SEPARATE SHEET OUTLINING EQUIPMENT NAME, LOCATION, KW OR HP, ETC.

PREPARED & CERTIFIED BY:
THIS TABLE FOR LANDLORD'S USE

120/208 VOLT, 3 PHASE, 4 WIRE TO TENANT SPACE PROVIDED BY THE LANDLORD FOR LIGHTING AND POWER

| CONDUCTORS (2) SETS OF 4 500 MCM+GND+IG | CONDUIT  2-3½" C |
|---|---|
| SWITCH  1200A  FUSE  800A KRPC | |