# EXHIBIT X

**Palfini, Lawrence**

**From:** Mogel, Bruce
**Sent:** Tuesday, January 23, 2007 7:42 AM
**To:** Palfini, Lawrence
**Subject:** Re: Status of electric billing issues for Manhasset

You bet

-----Original Message-----
From: Palfini, Lawrence
To: Mogel, Bruce
Sent: Tue Jan 23 07:40:57 2007
Subject: RE: Status of electric billing issues for Manhasset

Bruce:

Please include me in the meeting.

Thanks:

Larry

Lawrence M. Palfini - CFM
Vice President - Tiffany & Co.
Global Construction and Property Management Services
727 Fifth Avenue - 9th Floor
New York, New York 10022
Phone - 212.605.4460
Facsimile - 212.605.4491
Mobile - 732.778.9670
lawrence.palfini@tiffany.com

-----Original Message-----
From: Mogel, Bruce
Sent: Tuesday, January 23, 2007 7:32 AM
To: Palfini, Lawrence
Subject: Fw: Status of electric billing issues for Manhasset

FYI. As I thought.
Bruce

-----Original Message-----
From: Amundsen, Christine <CAmundsen@nusconsulting.com>
To: Mogel, Bruce
Sent: Mon Jan 22 17:08:34 2007
Subject: Status of electric billing issues for Manhasset

Bruce,

I am pleased to provide an updated status report as regards the ongoing investigation of the metering problems at your Manhasset store.

LIPA has calculated and applied a credit of approx $25,000 to your account. They are in the process of rebilling/correcting the billing for the periods which had been erroneously billed (from Sept. 19 through the December meter read date). The re-issued "correct" billing that should have been paid amounts to approximately $10,000, which will leave a net credit of $15,000.

5



T 184

LIPA's billing program can only correct one month per day and each correction takes 48 hours to become effective. Thus, the entire re-billing is anticipated to be completed by Friday, Jan. 26th.

Furthermore, throughout the process we have been in touch with ConEd Solutions as regards the correction of their bills, which were billed using the erroneous LIPA data. ConEd Solutions is awaiting receipt of the revised figures from LIPA (this process is electronically generated). They will then correct their charges. We have been assured that they will complete this process anywhere from twenty-four to seventy-two hours (maximum) after receiving the LIPA figures. An estimate of the credit ConEd Solutions will apply is net $75,000 to Tiffany.

Thus, now that metering problems have been resolved you will be receiving a credit of approximately $90,000 (plus interest) and ongoing costs will be reduced by approximately $380,000 - $400,000 per annum.

As you know, pursuant to our agreement, we will be issuing invoices to Tiffany, once the refunds and or savings are realized. Accordingly, we would like to schedule a meeting with you to review the particulars and respond to any questions you may have. Please let us know your availability for this week or next week.

Thank you.

Regards,

Chris


Chris Amundsen

Senior Consultant

NUS Consulting Group

1 Maynard Drive

Park Ridge, NJ 07656

T: 201-391-4300 x 109

F: 201-391-8158

T 185