# EXHIBIT Z

# TIFFANY & COMPANY

| Location Address | Utility | Account ID | Reco Status | Recommendation Type | Comments | Est. Savings | Date Pending Service | |
|---|---|---|---|---|---|---|---|---|
| 777 FRONT ST, SAN DIEGO, CA | SAN DIEGO GAS & ELECTRIC | 84012964D4 | CANCELLED | DEREGULATION | | $ 100.00 | 8/19/1997 | ELECTRIC |
| 3333 BRISTOL 1509, COSTA MESA, CA | SOUTHERN CALIFORNIA ED. | 3003989877 | CANCELLED | WHEELING | DEREGULATION | $ 100.00 | 8/19/1997 | ELECTRIC |
| 3600 PEACHTREE RD, ATLANTA, GA | GEORGIA POWER COMPANY | 7921884156040 | CANCELLED | DEREGULATION | | $ 2,250.00 | 8/28/1992 | ELECTRIC |
| 5 E 57 ST, NEW YORK, NY | CONSOLIDATED EDISON CO. | 4261260026007676 | CANCELLED | METER COMBINATION | MC | $ 100.00 | 2/25/1998 | ELECTRIC |
| 1414 WALNUT ST, PHILADELPHIA, PA | PECO ENERGY COMPANY | BLV8082 | PENDING | WHEELING | | $ 100.00 | 3/25/1998 | ELECTRIC |
| 128 WESTCHESTER AVE 1030, WHITE PLAINS, NY | CONSOLIDATED EDISON CO. | 84470783500007 | CANCELLED | SPECIAL RIDER | 3C-ADD HEATING PROVISION | $ 5,000.00 | 3/17/1997 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10000852137B | CANCELLED | DEREGULATION | | $ 100.00 | 4/21/1999 | ELECTRIC |
| 15 SYLVAN WAY PTH, PARSIPPANY, NJ | CONSOLIDATED EDISON CO. | 48400351930000B | CANCELLED | RATE CHANGE | R/C 9-1 TO 9-111 | $ 225.00 | 3/17/1997 | ELECTRIC |
| 15 SYLVAN WAY PTH, PARSIPPANY, NJ | NEW JERSEY NATURAL GAS | 1112735960717 | CANCELLED | RATE CHANGE | R/C FROM GST TO GS (PRIM) | $ 38,000.00 | 8/21/1998 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | NEW JERSEY NATURAL GAS | 1112735960717 | IMPLEMENTED | RATE CHANGE | R/C 91 TO 611 | $ 15,600.00 | 5/27/1998 | ELECTRIC |
| 200 OAKBROOK CENTER, OAKBROOK, IL | COMMONWEALTH EDISON CO | 0049932174 | CANCELLED | DIRECT PURCHASE | | $ 9,060.00 | 5/29/1998 | GAS |
| 282 GRANT AVE, SAN FRANCISCO, CA | PACIFIC GAS & ELECTRIC | 8902748007 | CANCELLED | RATE CHANGE | R/C FROM GS-LF TO GSD | $ 3,600.00 | 1/20/1999 | ELECTRIC |
| 605 JEFFERSON RD, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10000632137B | IMPLEMENTED | WHEELING | | $ 100.00 | 3/22/1999 | GAS |
| 3333 BRISTOL 1509, COSTA MESA, CA | PACIFIC GAS & ELECTRIC | 8433760870634 | CANCELLED | WHEELING | | $ 100.00 | 5/18/1999 | ELECTRIC |
| 30 HOOK MOUNTAIN RD, PINE BROOK, NJ | COMMONWEALTH EDISON CO | NRG1-4230610 | CANCELLED | WHEELING | | $ 333.00 | 10/1/1999 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | SOUTHERN CALIFORNIA ED. | 3008968877 | CANCELLED | WHEELING | | $ 333.00 | 10/1/1999 | ELECTRIC |
| 260 N. MICHIGAN AVE., CHICAGO, IL | COMMONWEALTH EDISON CO | 9802748007 | CANCELLED | WHEELING | | $ 333.00 | 10/1/1999 | ELECTRIC |
| 1411 WALNUT ST, PHILADELPHIA, PA | PECO ENERGY COMPANY | 3026838872 | IMPLEMENTED | WHEELING | | $ 333.00 | 10/1/1999 | ELECTRIC |
| 727 5TH AVENUE, NEW YORK, NY | CONSOLIDATED EDISON CO. | 4840834185000008 | IMPLEMENTED | WHEELING | | $ 333.00 | 10/11/1999 | ELECTRIC |
| 4400 SHARON RD, #4E, CHARLOTTE, NC | PECO ENERGY COMPANY | BLV8082 | CANCELLED | WHEELING | | $ 100.00 | 3/25/1998 | ELECTRIC |
| 1414 WALNUT ST, PHILADELPHIA, PA | PECO ENERGY COMPANY | 0044835214 | CANCELLED | RATE CHANGE | | $ 100.00 | 10/21/1998 | ELECTRIC |
| 16 GREENWICH AVE, GREENWICH, CT | DUKE POWER CO | BLV8082 | CANCELLED | WHEELING | R/C TO OPT | $ 900.00 | 12/21/1999 | ELECTRIC |
| 2855 STEVENS CREEK BLVD, #A27, SAN JOSE, CA | CONNECTICUT LT & PWR | 78069861B | IMPLEMENTED | RATE CHANGE | | $ 2,856.00 | 5/21/2000 | ELECTRIC |
| 143 SPARKS AVE, 3RD F, PELHAM, NY | JERSEY CENTRAL POWER AND LT | 743321219517 | CANCELLED | WHEELING | R/C FROM SGES 30 TO GES 35 | $ 1,800.00 | 10/26/2001 | ELECTRIC |
| 125 WESTCHESTER AVE 1030, WHITE PLAINS, NY | CONSOLIDATED EDISON CO. | 54470703000007 | IMPLEMENTED | DIRECT PURCHASE | GS3 TO SVINT | $ 400.00 | 9/19/2001 | ELECTRIC |
| 143 SPARKS AVE, 5TH FLOOR, NEW YORK, NY | CONSOLIDATED EDISON CO. | 6220170002B6009 | IMPLEMENTED | RATE CHANGE | GS3 TO SVINT | $ 300.00 | 9/19/2001 | ELECTRIC |
| 800 6 AVE, 5TH FLOOR, NEW YORK, NY | CONSOLIDATED EDISON CO. | 442120002A0038 | IMPLEMENTED | WHEELING | GT TO SVINT | $ 800.00 | 9/19/2001 | ELECTRIC |
| 2100 KALAKAUA AVE, HONOLULU, HI | HAWAIIAN ELECT CO | 0201748001 | CANCELLED | RATE CHANGE | R/C FROM AIP TO E-19V | $ 10,000.00 | 4/15/2002 | ELECTRIC |
| 2100 KALAKAUA AVE, HONOLULU, HI | HAWAIIAN ELECT CO | 0201748001 | CANCELLED | DIRECT PURCHASE | R/C FROM AIP TO DP | $ 5,000.00 | 4/15/2002 | ELECTRIC |
| 141 PARSIPPANY RD, WHIPPANY, NJ | PUBLIC SERVICE EL & GAS | 0201748001 | PENDING | PRIMARY DISCOUNT | TARIFF TO DP | $ 3,468.00 | 8/14/2002 | GAS |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 129221308 | IMPLEMENTED | PRIMARY VOLTAGE | PRIMARY VOLTAGE TO HIGHER VOLTAGE RATE J TO PT TRANS. VOLTAGE | $ 1,460.00 | 9/20/2002 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100006321607 | IMPLEMENTED | WHEELING | DIRECT PURCHASE | $ 2,500.00 | 9/23/2002 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 1000052137B | IMPLEMENTED | WHEELING | RATE B TO PPO OPTION | $ 280.00 | 8/19/2001 | ELECTRIC |
| BLK 8901 L3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100052402738 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 20,800.00 | 9/19/2002 | ELECTRIC |
| BLK 6901 L3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100051123761 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 600.00 | 9/19/2002 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT B.2, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 10003123761 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 1,870.00 | 8/30/2002 | ELECTRIC |
| 13380 DALLAS PKY STE 1020, DALLAS, TX | TXU | 104437200049173 | IMPLEMENTED | WHEELING | RATE CHANGE WHEELING | $ 18,200.00 | 10/8/2003 | ELECTRIC |
| 5410 WESTHEIMER RD, HOUSTON, TX | CENTERPOINT ENERGY | 100861008128018240 | IMPLEMENTED | WHEELING | THIRD PARTY CONTRACT WITH STRATEGIC ENERGY | $ 28,700.00 | 10/8/2003 | ELECTRIC |
| 163 OLD ORCHARD UNIT #2, SKOKIE, IL | COMMONWEALTH EDISON CO | 920936021 | IMPLEMENTED | WHEELING | | $ 33,600.00 | 10/22/2003 | ELECTRIC |
| 163 OLDORCHARD UNIT #2, SKOKIE, IL | COMMONWEALTH EDISON CO | 3306966021 | IMPLEMENTED | ERRONEOUS DEMAND | THIRD PARTY CONTRACT WITH STRATEGIC ENERGY | $ 924.00 | 6/14/2004 | ELECTRIC |
| 1980 NORTHERN BLVD, MANHASSET, NY | LONG ISLAND POWER AUTH | 9307222025 | IMPLEMENTED | ERRONEOUS DEMAND | | $ 1,772.00 | 6/14/2004 | ELECTRIC |
| 63 MAIN ST 6FL FRT E, HAMPTON, NY | LONG ISLAND POWER AUTH | 8927104598 | IMPLEMENTED | WHEELING | RATE CHANGE RATE 1 TO PS LARGE SEC. SERVICE | $ 872.00 | 7/13/2004 | ELECTRIC |
| 210 N RODEO DR, BEV HILLS, CA | SOUTHERN CALIFORNIA ED. | 3053722236 | IMPLEMENTED | RATE CHANGE | | $ 866.00 | 8/31/2004 | ELECTRIC |
| 7386 EL PASO 1118, PLM DESRT, CA | SOUTHERN CALIFORNIA ED. | 3022537062 | IMPLEMENTED | RATE CHANGE | Coned solutions offer tax bill adder of $0.0263 per kwh. The will save T&D taxes | $ 691.00 | 10/22/2004 | ELECTRIC |
| 3333 BRISTOL 1509, COSTA MESA, CA | SOUTHERN CALIFORNIA ED. | 3003989877 | IMPLEMENTED | RATE CHANGE | Coned Solutions offer tax bill adder of $0.0263 per kwh. The will save T&D taxes | $ 7,890.00 | 10/22/2004 | ELECTRIC |
| | | | IMPLEMENTED | RATE CHANGE | GS2 TO TOU GS2 B - REQUIRED METER INSTALLATION | $ 3,463.00 | 8/28/2005 | ELECTRIC |
| | | | IMPLEMENTED | RATE CHANGE | GS2 TO TOU GS2 B - REQUIRED METER INSTALLATION | $ 4,475.00 | 8/29/2005 | ELECTRIC |

EXHIBIT 43 3/5/08 EP

NUS 00793

| Address | Utility | Account # | Status | Service Type | Description | Amount | Date | Type |
|---|---|---|---|---|---|---|---|---|
| 900 MAPLE RIDGE RD., CUMBERLAND, RI | NATIONALGRID | 84305002701 | CANCELLED | ENERGY EFFICIENCY PROGRAM | Estimated Rebates For The Project $24,450 | $ 26,221.00 | 9/7/2005 | ELECTRIC |
| BLK 8801 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | CANCELLED | ENERGY EFFICIENCY PROGRAM | Estimated Incentives $43,500 | $ 52,854.00 | 8/7/2005 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT 8.2, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100031123761 | CANCELLED | ENERGY EFFICIENCY PROGRAM | Estimated Incentives $43,500 | $ 68,129.00 | 8/7/2005 | ELECTRIC |
| 60 MACQUESTEN PKWY S 1FLF, MT VERNON, NY | CONSOLIDATED EDISON CO. | 6220004230033 | CANCELLED | TAX ELIMINATION | | $ 893.00 | 10/31/2005 | GAS |
| 60 MACQUESTEN PKWY 8 1 FLF, MT VERNON, NY | CONSOLIDATED EDISON CO | 6220003042900033 | CANCELLED | TAX ELIMINATION | | $ 202.00 | 10/31/2005 | GAS |
| 60 MACQUESTEN PKWY S 1 FLF, MT VERNON, NY | CONSOLIDATED EDISON CO | 6220008042900033 | CANCELLED | TAX REFUND | | $ 3,105.00 | 10/31/2005 | ELECTRIC |
| 60 MACQUESTEN PKWY S 1FLF, MT VERNON, NY | CONSOLIDATED EDISON CO | 6220008042900033 | CANCELLED | TAX REFUND | | $ 1,881.00 | 12/14/2005 | GAS |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 60435242502 | CANCELLED | TAX REFUND | | $ 3,213.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 60435242502 | CANCELLED | TAX REFUND | | $ 8,330.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 60435242601 | CANCELLED | TAX ELIMINATION | | $ 7,643.00 | 12/14/2005 | ELECTRIC |
| 40 KENNEY DR P 2503, CRANSTON, RI | NATIONALGRID | 60435242601 | CANCELLED | TAX ELIMINATION | | $ 22,629.00 | 12/14/2005 | ELECTRIC |
| 40 POST RD E STORE 1, WESTPORT, CT | CONNECTICUT LT & PWR | 7978627128 | IMPLEMENTED | TAX REFUND | RATE 30 TO RATE 35 | $ 5,623.00 | 11/25/2005 | ELECTRIC |
| 727 5TH AVENUE, NEW YORK, NY | CONSOLIDATED EDISON CO. | 49406351850003 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 19,878.00 | 2/10/2006 | ELECTRIC |
| 1143 SPARKS AVE 3RDF, PELHAM, NY | CONSOLIDATED EDISON CO. | 52031700002608 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175, | $ 718.00 | 2/23/2006 | ELECTRIC |
| 680 5 AVE 5TH FLOOR, NEW YORK, NY | CONSOLIDATED EDISON CO. | 52217000826009 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175. | $ 3,262.00 | 2/23/2006 | ELECTRIC |
| 60 MACQUESTEN PKWY S 1 FLF, MT VERNON, NY | CONSOLIDATED EDISON CO. | 44212900240039 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175. | $ 3,039.00 | 2/10/2006 | ELECTRIC |
| 300 MAPLE RIDGE RD, CUMBERLAND, RI | CONSOLIDATED EDISON CO. | 62200004230033 | IMPLEMENTED | NUS AS BROKER | AGREEMENT WITH CONSTELLATION NEWENERGY, Adder $0.00175 | $ 545.00 | 2/10/2006 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 54305002701 | IMPLEMENTED | NUS AS BROKER | AGREEMENT W/CONSTELLATION NEWENERGY @ $.00125/kWh | $ 1,340.00 | 2/10/2006 | ELECTRIC |
| 40 KENNEY DR, CRANSTON, RI | NATIONALGRID | 60425242502 | IMPLEMENTED | NUS AS BROKER | AGREEMENT W/CONSTELLATION NEWENERGY @ $.00125/kWh | $ 14,408.00 | 2/25/2006 | ELECTRIC |
| 40 KENNEY DR P 26-03, CRANSTON, RI | NATIONALGRID | 60426242601 | IMPLEMENTED | NUS AS BROKER | AGREEMENT W/CONSTELLATION NEWENERGY @ $.00125/kWh | $ 3,262.00 | 2/10/2006 | ELECTRIC |
| 299 OAKBROOK CENTER, OAKBROOK, IL | COMMONWEALTH EDISON CO | 9022748007 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 2,568.00 | 2/25/2006 | ELECTRIC |
| 730 N. MICHIGAN AVE., CHICAGO, IL | COMMONWEALTH EDISON CO | 8819100026 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 2,800.00 | 4/17/2006 | ELECTRIC |
| 153 OLDORCHARD UNIT J2, SKOKIE, IL | COMMONWEALTH EDISON CO | 3208256021 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 3,140.00 | 4/17/2006 | ELECTRIC |
| 5481 WISCONSIN AVE, CHEVY CHASE, MD | PEPCO | 2054162209 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT WITH CONSTELLATION NEWENERGY | $ 1,266.00 | 6/22/2006 | ELECTRIC |
| 13350 DALLAS PKY STE 1020, DALLAS, TX | TXU | 104437200349B173 | IMPLEMENTED | NUS AS BROKER | CNE - fixed contract with NUS adder 6 mils | $ 6,486.00 | 7/13/2006 | ELECTRIC |
| 5015 WESTHEIMER RD, HOUSTON, TX | CENTERPOINT ENERGY | 108601106612601924210G | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT (\$.002/kWh) WITH STRATEGIC | $ 2,569.00 | 7/26/2006 | ELECTRIC |
| 84 FORD ROAD UNIT 3, DENVILLE, NJ | JERSEY CENTRAL POWER AND LT | 100001080982 | IMPLEMENTED | NUS AS BROKER | BROKER AGREEMENT (\$.002/kWh) WITH STRATEGIC | $ 6,242.00 | 7/26/2006 | ELECTRIC |
| BLK 8801 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | IMPLEMENTED | NUS AS BROKER | CNE-$.08022/kwh FP 2mo $0.002-NUS fee | $ 100.00 | 8/19/2006 | ELECTRIC |
| 15 SYLVAN WAY BLK 202 LT 8.2, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | IMPLEMENTED | NUS AS BROKER | CNE-\$.07798/kwh FP 2 mo $0.002-NUS fee | $ 2,655.00 | 9/18/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039432970 | IMPLEMENTED | NUS AS BROKER | CNE-\$.07860/kwh FP 2 mo $0.002-NUS fee | $ 3,080.00 | 9/1/2005 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100038321876 | IMPLEMENTED | NUS AS BROKER | CNE-\$.08044/kwh FP 1 mo $0.002-NUS fee | $ 1,435.00 | 9/18/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100038321807 | IMPLEMENTED | NUS AS BROKER | CNE-\$.07796/kwh FP 1 mo $0.002-NUS fee | $ 1,740.00 | 9/18/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100031123791 | IMPLEMENTED | NUS AS BROKER | CNE-\$.07808/kwh FP 1 mo $0.002-NUS fee | $ 1,266.00 | 9/18/2006 | ELECTRIC |
| 84 FORD ROAD UNIT 3, DENVILLE, NJ | JERSEY CENTRAL POWER AND LT | 100001080982 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 1,300.00 | 12/11/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100030321607 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 100.00 | 12/19/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100030321376 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 6,290.00 | 12/19/2006 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039123761 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 3,615.00 | 12/19/2006 | ELECTRIC |
| BLK 8801 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039402870 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 4,270.00 | 12/19/2006 | ELECTRIC |
| BLK 8801 LT 3 141 PARSIPPANY RD, WHIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 100039402738 | IMPLEMENTED | NUS AS BROKER | CNE - $0.001/kWh fee | $ 3,680.00 | 12/19/2006 | ELECTRIC |
| 1860 NORTHERN BLVD, MANHASSET, NY | LONG ISLAND POWER AUTH | 6307222205 | IMPLEMENTED | OVERCHARGE | | $ 63,000.00 | 1/18/2007 | ELECTRIC |
| 1960 NORTHERN BLVD, MANHASSET, NY | LONG ISLAND POWER AUTH | 6307222206 | IMPLEMENTED | MISCELLANEOUS | 9/05 Meter change | $ 372,000.00 | 1/18/2007 | ELECTRIC |
| 15 SYLVAN WAY, PARSIPPANY, NJ | JERSEY CENTRAL POWER AND LT | 6307222205 | IMPLEMENTED | OVERCHARGE | 9/05 meter change caused by 6X normal usage | $ 76,000.00 | 2/22/2007 | ELECTRIC |
| 100 HUNTINGTON AVE 4 FL, BOSTON, MA | NSTAR | 28218831001 | IMPLEMENTED | NUS AS BROKER | Meter error refund for Con Ed Solutions | $ 855.00 | 1/31/2007 | ELECTRIC |
| 300 BOYLSTON ST, NEWTON CTR, MA | NSTAR | 269615001 | IMPLEMENTED | NUS AS BROKER | | $ 1,216.00 | 1/31/2007 | ELECTRIC |