# EXHIBIT DD

EXHIBIT
PLAINTIFFS
2
5/6/08 PD

```
BILLING ACCT#:0606-2000-53      BILL DATE: 01/30/2007    DEST:LI9920
MAIL:Perkins Shearer Of         Ralph Lauren                              Greensboro  NC 27425
SVC:Perkins Shearer Of          1970 Northern Blvd Str #804
BILLING SUMMARY                          PO Box 35868    NY 11030
Balance From Previous Bill               Manhasset      NY 11030
Payment(s) Received Through 01/18/2007 - Thank You!      $ 5,741.66
LIPA Current Charges                                     -5,741.66
Cancelled LIPA Charges (see message)                     1.04
Credit Balance - No Payment Due                         -19,146.04
                                                      $ -19,145.00

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791345                       IMPORTANT MESSAGES
SERVICE PERIOD:   FROM: 09/19/2006 07:50 AM ACTUAL reading    NR0261 NR4300 NR4100 NR7100
                  TO: 09/20/2006 10:15 AM ESTIMATED reading

                                     Meter Multiplier: 120
Delivery & System Charges
Period          From Reading  To Reading    Use    TOTAL DAYS:1  TOTAL DAYS:1  PEAK DAYS:2
                                                               $Amount
1-Energy            0             0        0 KWh              0.00
2-Energy            0             0        0 KWh              0.00
2-Demand                                   0.0 Kw             0.00
3-Energy         0.000         0.000       0 KWh              0.00
3-Demand         0.000         0.000       0.0 Kw            0.00
Basic Service:    1 days                                     0.95
Subtotal:                                                     0.95
Power Supply Charges              $0.9500                     0.00
Other Charges           0 KWH  @$0.1056890                   0.01
Revenue-Based PILOTS:                                        0.08
State and Local Taxes:            8.625%                     0.09
Subtotal:                                                     1.04
TOTAL CHARGES:                                               1.04
```

```
BILLING ACCT#:0606-2000-53        BILL DATE: 01/31/2007        DIST:LI9920
MAIL:Perkins Shearer OF                                                          Greensboro  NC 27425
  SVC:Perkins Shearer OF           Ralph Lauren
                                   1970 Northern Blvd Str #804
BILLING SUMMARY                                        PO Box 15668
Balance From Previous Bill                             Manhasset   NY 11030
LIPA Current Charges               $ -19,145.00        IMPORTANT MESSAGES
Credit Balance - No Payment Due             1.04              NR0241 NR4300 NR7100
                                   $ -19,143.96
```

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE At:1
Meter # 099791345
SERVICE PERIOD:  FROM: 09/20/2006 10:15 AM ESTIMATED readi    TO: 09/21/2006 10:15 AM ACTUAL reading    TOTAL DAYS:1    PEAK DAYS:1

Meter Multiplier: 120
Delivery & System Charges

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 0 | 0 | 0 KWh | | 0.00 |
| 2-Energy | 0 | 0 | 0 KWh | | 0.00 |
| 3-Energy | | | 0.0 Kw | | 0.00 |
| 2-Demand | 0.000 | 0.000 | | | 0.00 |
| 3-Energy | 0 | 0 | 0 KWh | | 0.00 |
| 3-Demand | 0.000 | 0.000 | 0.0 Kw | | 0.00 |
| Basic Service: | | | | | 0.95 |
| Subtotal: | 1 days | | | | 0.95 |
| Power Supply Charges | | @0.9500 | 0 KWH. | | 0.00 |
| Other Charges | | | | @0.1056890 | |
| Revenue-Based PILOTS: | | | | | 0.01 |
| State and local Taxes: | | 8.625% | | | 0.08 |
| Subtotal: | | | | | 0.09 |
| TOTAL CHARGES: | | | | | 1.04 |

BILLING ACCT#:0606-2000-53   BILL DATE: 02/05/2007   DIST:LI9920
MAIL:Perkins Shearer Of
SVC:Perkins Shearer Of
1970 Northern Blvd Str #804   Manhasset   NY 11030   Greensboro   NC 27425

Ralph Lauren   PO Box 35868

BILLING SUMMARY                                    IMPORTANT MESSAGES
Balance From Previous Bill          $ -19,143.96
LIPA Current Charges                   5,608.57
Credit Balance - No Payment Due     $ -13,535.39

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791344
SERVICE PERIOD:  FROM: 09/21/2006 10:15 AM ACTUAL reading   TO: 09/27/2006 09:57 AM ACTUAL reading   Meter Multiplier: 80

Delivery & System Charges

| Period | From Reading | To Reading | Use | | TOTAL DAYS:6 | PEAK DAYS:4 |
|---|---|---|---|---|---|---|
| 1-Energy | 0 | 21 | 1680 Kwh | | NR7100 | NR0241 NR4300 NR0398 NR2700 NR3700 |
| 2-Energy | 0 | 227 | 18160 Kwh | | | $Amount |
| 3-Demand | 0.000 | 3.493 | 279.4 Kw | | | 39.82 |
| 3-Energy | 0 | 96 | 7680 Kwh | | | 880.76 |
| 3-Demand | 0.000 | 3.462 | 278.6 Kw | | | 732.03 |
| Basic Service: | 6 days | | | | | 290.30 |
| Subtotal: | | | | | | 260.77 |
| | | | | | | 5.69 |
| Power Supply Charges | | 27520 KWH | @0.1056890 | | | 2,209.37 |
| Other Charges | | | | | | 2,908.56 |
| Revenue-Based PILOTS: | | | | | | |
| State and Local Taxes: | | 8.625% | | | | 45.11 |
| Subtotal: | | | | | | 445.33 |
| | | | | | | 490.64 |
| TOTAL CHARGES: | | | | | | 5,608.57 |

```
BILLING ACCT#:0606-2000-53      BILL DATE: 02/07/2007   DUST:LI9920
MAIL:Perkins Shearer Of         Ralph Lauren
SVC:Perkins Shearer Of          1970 Northern Blvd Str #804      NY 11030      Greensboro NC 27425
BILLING SUMMARY                                          PO Box 35868
Balance From Previous Bill      $ -13,535.39             Manhasset   NY 11030   IMPORTANT MESSAGES
LIPA Current Charges              15,998.47                              NRQ241 NRQ398 NRQ100
Please Pay By 03-02-07          $  2,463.08

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 2

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791344           Meter Multiplier: 80
SERVICE PERIOD:  FROM: 09/27/2006 09:57 AM ACTUAL reading  TO: 09/30/2006 12:00 MIDNIGHT END OF SU  TOTAL DAYS:3   PEAK DAYS:4
Delivery & System Charges
Period               From Reading      To Reading        Use                            $Amount
1-Energy                    21               29          640  KWh                         15.17
2-Energy                   227              336         8720  KWh                        422.92
2-Demand                 3.493            6.830          267.0 Kw                         699.54
3-Energy                    96              117         1680  KWh                         63.50
3-Demand                 3.482            6.727          259.6 Kw                        121.49
Basic Service:                                                                             2.85
Subtotal:                3 days                                                        1,325.47
Power Supply Charges                     11040 KWH   @0.1026545                         1,133.31
Other Charges
Revenue-Based PILOTS:
State and Local Taxes:                                                                    21.77
Subtotal:                                                                                213.94
TOTAL CHARGES:                           8.625%                                          235.71
Delivery & System Charges                                                             2,694.49
SERVICE PERIOD:  FROM: 09/30/2006 ACTUAL 12:00 MIDNIGHT ST  TO: 10/26/2006 09:56 AM             TOTAL DAYS:26
Period               From Reading      To Reading        Use                            $Amount
1-Energy                    29              135         8480  KWh                        200.98
2-Energy                   336              336            0  KWh                          0.00
2-Demand                 6.830            6.830          0.0 Kw                            0.00
3-Energy                   117            1.000        70640  KWh                       2,670.19
3-Demand                 6.727           10.186          276.7 Kw                      1,122.30
Basic Service:          26 days                                                          24.66
Subtotal:
Power Supply Charges                     79120 KWH   @0.1026545                         4,018.13
Other Charges                                                                          8,222.02
Revenue-Based PILOTS:
State and Local Taxes:                                                                   107.47
Subtotal:                                8.625%                                        1,056.16
TOTAL CHARGES:                                                                         1,163.83
                                                                                     13,303.98

                         TOTAL FOR BOTH SERVICE PERIODS          15,998.47
```

BILLING ACCT#:0606-2000-53          BILL DATE: 02/08/2007   DES#:LI9920
MAIL:Perkins Shearer Of             Ralph Lauren                                        Greensboro  NC 27425
SVC:Perkins Shearer Of              1970 Northern Blvd Str #804
BILLING SUMMARY                                             PO Box 35868    NY 11030
Balance From Previous Bill                                  Manhasset
LIPA Current Charges          $ 2,463.08                    IMPORTANT MESSAGES
Please Pay Upon Receipt         13,553.58                        NRO241  NRO398  NR7100
                              $ 16,016.66                        NRO398  NR7100

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 3

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE A#:1                                      Meter Multiplier: 80
Meter # 099791144
SERVICE PERIOD: FROM: 10/26/2006 09:56 AM ACTUAL reading  TO: 11/22/2006 12:52 PM ACTUAL reading  TOTAL DAYS:27
Delivery & System Charges

| Period | From Reading | To Reading | | Use | | $Amount |
|--------|-------------|-----------|--|-----|--|---------|
| 1-Energy | 135 | 215 | | 6400 | Kwh | 151.68 |
| 2-Energy | 336 | 336 | | 0 | Kwh | 0.00 |
| 2-Demand | 6.830 | 6.830 | | 0.0 | Kw | 0.00 |
| 3-Energy | 1000 | 1961 | | 76880 | KWh | 2,906.06 |
| 3-Demand | 10.186 | 13.596 | @0.9481 | 272.8 | Kw | 1,149.03 |
| Basic Service: | 27 days | | | | | 25.60 |
| Subtotal: | | | | | | 4,232.37 |
| Power Supply Charges | | 83280 KWH | @0.0976890 | | | 8,135.54 |
| Other Charges | | | | | | 109.49 |
| Revenue-Based PILOTS: | | | | | | 1,076.18 |
| State and Local Taxes: | | 8.625% | | | | 1,185.67 |
| Subtotal: | | | | | | 13,553.58 |
| TOTAL CHARGES: | | | | | | 13,553.58 |

BILLING ACCT#:0606-2000-53     BILL DATE: 02/13/2007   DEST:LI9920
MAIL:Perkins Shearer Of        Ralph Lauren                              Greensboro  NC 27425
SVC:Perkins Shearer Of         1970 Northern Blvd Str #804
BILLING SUMMARY
Balance From Previous Bill                  PO Box 35868
LIPA Current Charges                        Manhasset  NY 11030
Please Pay Upon Receipt                     IMPORTANT MESSAGES
                                            NRO241  NRO3980  NR7100

                            $ 16,016.66
                              16,161.03
                            $ 32,177.69

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 8

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791344
SERVICE PERIOD:  FROM: 11/22/2006 12:52 PM ACTUAL reading   TO: 12/27/2006 10:25 AM ACTUAL reading   TOTAL DAYS:35
Delivery & System Charges                       Meter Multiplier: 80

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 215 | 318 | 8240 Kwh | | 195.29 |
| 2-Energy | 336 | 336 | 0 Kwh | | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0 Kw | | 0.00 |
| 3-Energy | 1961 | 3089 | 90240 Kwh | | 3,411.07 |
| 3-Demand | 11.596 | 17.001 | 272.4 Kw | | 1,487.30 |
| Basic Service: | 35 days | | | | 33.19 |
| Subtotal: | | | $0.9483 | | 5,126.85 |
| Power Supply Charges | | | 98480 KWH | $0.0976890 | 9,620.41 |
| Other Charges | | | | | |
| Revenue-Based PILOTS: | | | | | 130.56 |
| State and Local Taxes: | | | 8.625% | | 1,283.21 |
| Subtotal: | | | | | 1,413.77 |
| TOTAL CHARGES: | | | | | 16,161.03 |

```
BILLING ACCT# 0606-2000-53      BILL DATE: 02/15/2007   DEST:LI9920
MAIL: Perkins Shearer Of        Ralph Lauren                              Greensboro  NC 27425
SVC: Perkins Shearer Of         1970 Northern Blvd Str #804
BILLING SUMMARY                                          PO Box 35868
Balance From Previous Bill                               Manhasset  NY 11030
LIPA Current Charges                      $ 32,177.69    IMPORTANT MESSAGES
Please Pay Upon Receipt                     12,679.99         NRO241  NRO398  NR7100
                                          $ 44,857.68
```

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 10

```
Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 059791344                        Meter Multiplier: 80
SERVICE PERIOD: FROM: 12/27/2006 10:25 AM ACTUAL reading  TO: 01/25/2007 09:34 AM ACTUAL reading   TOTAL DAYS:29
Delivery & System Charges
Period              From Reading      To Reading        Use                       $Amount
1-Energy                318              408           7200 Kwh                    170.64
2-Energy                336              336              0 Kwh                      0.00
2-Demand              6.830            6.830            0.0 Kw                       0.00
3-Energy               3089             3968          70320 Kwh                  2,658.10
3-Demand             17.001           20.157          252.5 Kw                   1,142.31
Basic Service:        29 days         @0.9486                                       27.51
Subtotal,                                                                        3,998.56
Power Supply Charges                 77520 KWH     @0.0976804                    7,572.18
Other Charges
Revenue-Based PILOTS:
State and Local Taxes:                8.625%                                       102.44
Subtotal:                                                                        1,006.81
                                                                                1,109.25
TOTAL CHARGES:                                                                  12,679.99
```

BILLING ACCT#:0606-2000-53          BILL DATE: 03/06/2007    DIST:LI9920
MAIL:Perkins Shearer Of             Ralph Lauren
SVC:Perkins Shearer Of              1970 Northern Blvd Str #804                      Greensboro  NC 27425
BILLING SUMMARY
Balance From Previous Bill                          PO Box 35860      NY 11030
Payment(s) Received Through 03/05/2007 - Thank You! Manhasset
LIPA Current Charges                                IMPORTANT MESSAGES
Please Pay Upon Receipt                                       NRO241 NRO398  NR7100

Balance From Previous Bill                 $ 44,857.68
Payment(s) Received Through 03/05/2007 - Thank You!  -16,016.66
LIPA Current Charges                         12,874.94
Please Pay Upon Receipt                    $ 41,715.96

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by MAR 29

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 099791344
SERVICE PERIOD:   FROM: 01/25/2007 09:34 AM ACTUAL reading     Meter Multiplier: 80
Delivery & System Charges                   TO: 02/27/2007 11:05 AM ACTUAL reading     TOTAL DAYS:33

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 408 | 508 | 8000 | Kwh | 189.60 |
| 2-Energy | 336 | 336 | 0 | Kwh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0 | Kw | 0.00 |
| 3-Energy | .3966 | .4867 | 73520 | Kwh | 2,779.06 |
| 3-Demand | 20.157 | 22.692 | 202.8 | Kw | 1,044.01 |
| Basic Service: | 33 days | 30.9485 | | | 31.30 |
| Subtotal: | | | | | 4,043.97 |
| Power Supply Charges | | 81520 KWH | @0.0945126 | | 7,704.67 |
| Other Charges | | | | | |
| Revenue-Based PILOTs: | | | | | 104.01 |
| State and Local Taxes: | | 8.625% | | | 1,022.29 |
| Subtotal: | | | | | 1,126.30 |
| TOTAL CHARGES: | | | | | 12,874.94 |

BILLING ACCT#:0606-2000-53       BILL DATE: 03/30/2007    DIST:L19920
MAIL:Perkins Shearer Of          Ralph Lauren
SVC:Perkins Shearer Of           1970 Northern Blvd Str #804    Manhasset    NY 11030      Greensboro   NC 27425
                                                          PO Box 35868
BILLING SUMMARY                                                    IMPORTANT MESSAGES
Balance From Previous Bill                    $ 41,715.96                    NRO241 NRO398
Payment(s) Received Through 03/29/2007 - Thank You!  -41,715.96
LIPA Current Charges                            11,100.79
Please Pay By 04-22-07                         $ 11,100.79

A 1.5% late payment charge may be applied to outstanding c
harges if payment is not received by APR 22

Account # 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-8 LIPA
Rate 285 - Secondary, Commercial, Large, Multiple Periods
SERVICE AT:1
Meter # 059791344                          Meter Multiplier: 80
SERVICE PERIOD: FROM: 02/21/2007 11:05 AM ACTUAL reading  TO: 03/27/2007 12:51 PM ACTUAL reading    TOTAL DAYS:28
Delivery & System Charges

| Period | From Reading | To Reading | Use | | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 508 | 590 | 6560 KWH | | 155.47 |
| 2-Energy | 316 | 336 | 0 KWH | | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0 Kw | | 0.00 |
| 3-Energy | 4887 | 5.6715 | 63040 KWH | | 2,382.91 |
| 3-Demand | 22.692 | 25.656 | 237.1 Kw | | 1,035.65 |
| Basic Service: | 28 days | 20.9486 | | | 26.56 |
| Subtotal: | | | | | 3,600.59 |
| Power Supply Charges | | 69600 KWH | @0.0938090 | | 6,529.11 |
| Other Charges | | | | | |
| Revenue-Based PILOTS: | | | | | 89.67 |
| State and Local Taxes: | | 8.625% | | | 881.42 |
| Subtotal: | | | | | 971.09 |
| TOTAL CHARGES: | | | | | 11,100.79 |

http://ebo.keyspanenergy.com/ebo/bdetailIEBX.jsp?KEY_ACCT_STMT=A23B1B2002C9...    5/1/2008

## IMPORTANT MESSAGES

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

Report Theft of Service 1-631-755-6871

Hearing or Speech-Impaired 1-631-755-6660

Para Espanol 1-800-490-0085

Electric Service Problems 1-800-490-0075
24 Hours/Day
7 Days/Week

** SEE BELOW FOR ACCOUNT SUMMARY **

payment is not received by MAY 24
A 1.5% late payment charge may be applied to outstanding charges if

**Please Pay By 05-24-07    $ 12,041.92**
LIPA Current Charges    12,041.92
You.
Balance From Previous Bill    $ 11,100.79
Payment(s) Received Through 04/19/2007 - Thank    −11,100.79

## BILLING SUMMARY

*Automated Services
available
1-631-755-6000*
outside toll-free area
1-800-966-4818*
Monday-Friday 8 AM-8 PM
Billing/General Inquiries

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 05/01/2007 | 0606-2000-53 | on or about 05/24/2007 | $ 12,041.92 |

www.lipower.org
24 Hours/Day
7 Days/Week



**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

- Write your Customer ID on your check.
- Be sure that the address on the other side appears in the return envelope window.
- Mail this part of bill with your payment.

Please make checks payable to LIPA

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 ↑ | $ 12,041.92 |

Long Island Power Authority

http://ebo.keyspanenergy.com/ebo/bdetailIEBX.jsp?KEY_ACCT_STMT=A23B1B2002C9...    5/1/2008

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of

---

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344    Meter Multiplier: 80

From:03/27/2007 12:51 PM ACTUAL reading
To:04/26/2007 12:27 PM ACTUAL reading    Total Days:30

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 590 | 662 | 5760Kwh | 136.51 |
| 2-Energy | 336 | 336 | 0Kwh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0Kw | 0.00 |
| 3-Energy | 5675 | 6541 | 69280Kwh | 2,618.78 |
| 3-Demand | 25.656 | 28.768 | 249.0Kw | 1,165.32 |
| Basic Service: | 30 days | @0.9483 | | 28.45 |

Subtotal: 3,949.06

| Power Supply Charges | 75040 KWH @0.093809090 | 7,039.43 |

Other Charges
Revenue-Based PILOTS:  97.28
State and Local Taxes:  8.625%  956.15

Subtotal: 1,053.43

Total Charges: 12,041.92

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

number, use 221D02.

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=A23B1B2002C9...    5/1/2008

the check and make payable to LIPA.



**LIPA** Long Island Power Authority

**Customer ID**
0606-2000-53
1

**Please Pay Upon Receipt**
$ 18,249.81

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35668
Greensboro NC 27425

---

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 06/07/2007 | 0606-2000-53 | on or about 06/25/2007 | $ 18,249.81 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 12,041.92 |
| Payment(s) Received Through 05/22/2007 – Thank You. | -12,041.92 |
| LIPA Current Charges | 18,249.81 |
| **Please Pay By 06-30-07** | **$ 18,249.81** |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by JUN 30

** SEE BELOW FOR ACCOUNT SUMMARY **

**www.lipower.org**
24 Hours/Day
7 Days/Week

Billing/General Inquiries
*Monday-Friday 8 AM-8 PM*
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services
available
24 Hours/Day
7 Days/Week

Electric Service Problems
24 Hours/Day
7 Days/Week
1-800-490-0075

Para Español
1-800-490-0085

Hearing or Speech-Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**IMPORTANT MESSAGES**

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office

---

**Account # 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-8**

LIPA - Rate 285 - Secondary, Commercial, Large, Multiple Periods

Meter # 099791344                    Meter Multiplier: 80

From:04/26/2007 12:27 PM ACTUAL reading
To:05/29/2007 11:07 AM ACTUAL reading                    Total Days:33

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 662 | 847 | 14800kWh | 350.76 |
| 2-Energy | 336 | 336 | 0kWh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0kW | 0.00 |
| 3-Energy | 6541 | 7813 | 1017609kWh | 3,846.53 |
| 3-Demand | 28.768 | 32.387 | 289.5kW | 1,490.35 |
| Basic Service: | | | 33 days @0.9485 | 31.30 |

Subtotal: 5,718.94

Power Supply Charges                    115660 KWH @0.093809O                    10,934.38

Other Charges
Revenue-Based PILOTS:                    147.43
State and Local Taxes:                    8.625%                    1,449.06

Subtotal: 1,596.49

Total Charges:                    18,249.81

Period 1: Off Peak - Midnight to 7AM, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

---

**You pay energy bills promptly** - and we know it. The continued cooperation of valued customers like you allows us to serve Long Island's energy needs more efficiently. Thank you.

number, use 221D02.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

**IMPORTANT MESSAGES**

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

Report Theft of Service
1-631-755-6871

Hearing or Speech-Impaired
1-631-755-6660

Para Español
1-800-490-0085

Electric Service Problems
1-800-490-0075
*24 Hours/Day*
*7 Days/Week*

** SEE BELOW FOR ACCOUNT SUMMARY **

*Automated Services available*
1-631-755-6000*
outside toll-free area
1-800-966-4818*

Billing/General Inquiries
*Monday–Friday 8 AM-8 PM*

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 07/13/2007 | 0606-2000-53 | on or about 07/25/2007 | $ 22,461.06 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 18,249.81 |
| Payment(s) Received Through 06/26/2007 – Thank You. | - 18,249.81 |
| LIPA Current Charges | 22,461.06 |
| **Please Pay By 08-05-07** | **$ 22,461.06** |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by AUG 5

**SERVICE TO:**

Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



www.lipower.org
*24 Hours/Day*
*7 Days/Week*

---



Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53<br>1 | $ 22,461.06 |

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=B8893948F03888&1...5/1/2008

-EBO Bill on the WEB

number, use 22ID02.

**Prompt payments** go a long way toward reducing energy costs and you are certainly doing your part. Customer cooperation is always essential and always appreciated. We wish all our customers were like you.

---

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344                    Meter Multiplier: 80

From:05/29/2007 11:07 AM ACTUAL reading          Total Days:2
To:05/31/2007 12:00 MIDNIGHT END OF WINTER PERIOD

Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 847 | 875 | 2240Kwh | 53.09 |
| 2-Energy | 336 | 336 | 0Kwh | 0.00 |
| 2-Demand | 6.830 | 6.830 | 0.0Kw | 0.00 |
| 3-Energy | 7813 | 7946 | 10640Kwh | 402.19 |
| 3-Demand | 32.387 | 36.019 | 290.6Kw | 90.67 |
| Basic Service: | 2 days | @0.9450 | | 1.89 |
| Subtotal: | | | | 547.84 |

Power Supply Charges          12880 KWH @0.093090          1,208.26

Other Charges
Revenue-Based PILOTS:                    15.55
State and Local Taxes:      8.625%       152.80
Subtotal:                                168.35

Total Charges:                           1,924.45

From:05/31/2007 ACTUAL 12:00 MIDNIGHT START OF SUMMER PERIOD Total Days:26
To:06/26/2007 11:49 AM                    Period 2 Days:22

Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 875 | 1029 | 12320Kwh | 291.98 |
| 2-Energy | 336 | 1040 | 56320Kwh | 2,731.52 |
| 2-Demand | 6.830 | 10.554 | 297.9Kw | 4,292.74 |
| 3-Energy | 7946 | 8305 | 28720Kwh | 1,085.62 |
| 3-Demand | 36.019 | 39.657 | 291.0Kw | 1,180.30 |
| Basic Service: | 26 days | @0.9485 | | 24.66 |
| Subtotal: | | | | 9,606.82 |

Power Supply Charges          97360 KWH @0.093090          9,133.24

Other Charges
Revenue-Based PILOTS:                    165.91
State and Local Taxes:      8.625%       1,630.64
Subtotal:                                1,796.55

| | |
|---|---|
| Period 1: Off Peak - Midnight to 7AM, Every Day, All year | |
| Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30 | |
| Period 3: Other - All Remaining Hours | |

Total For Both Service Periods:                22,461.06

Total Charges:                20,536.61

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

http://ebo.keyspanenergy.com/ebo/bdetailBBX.jsp?KEY_ACCT_STMT=05909PD003A3&...    5/1/2008

## IMPORTANT MESSAGES

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

Report Theft of Service  1-631-755-6871

Hearing or Speech-Impaired  1-631-755-6660

Para Espanol  1-800-490-0085

Electric Service Problems  1-800-490-0075
*24 Hours/Day 7 Days/Week*

*Automated Services available*
outside toll-free area  1-631-755-6000*

Billing/General Inquiries  1-800-966-4818*
Monday-Friday, 8 AM-8 PM

www.lipower.org
*24 Hours/Day 7 Days/Week*

** SEE BELOW FOR ACCOUNT SUMMARY **

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by AUG 18

**Please Pay Upon Receipt** $ 47,243.38
LIPA Current Charges  24,782.32
Balance From Previous Bill  $ 22,461.06
**BILLING SUMMARY**

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
| --- | --- | --- | --- |
| 07/26/2007 | 0606-2000-53 | on or about 08/24/2007 | $ 47,243.38 |

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



Perkins Shearer Of
Ralph Lauren
PO Box 38868
Greensboro NC 27425

0

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | Please Pay Upon Receipt |
| --- | --- |
| 0606-2000-53 | $ 47,243.38 |
| 1 | |


LIPA Long Island Power Authority

http://ebo.keyspanenergy.com/ebo/bdetailIBBX.jsp?KEY_ACCT_STMT=05909FD003A3&...  5/1/2008

number, use 221D02.

**This is our opportunity to say how very much we appreciate customers like you. Take pride in your excellent credit rating - you deserve it.**

Account # 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-8

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 09979131344                     Meter Multiplier: 80

From:06/26/2007 11:49 AM ACTUAL reading          Total Days:29
To:07/25/2007 08:58 AM ACTUAL reading            Period 2 Days:24

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1029 | 1243 | 1712KWh | 405.74 |
| 2-Energy | 1040 | 1911 | 7016KWh | 3,402.76 |
| 2-Demand | 10.554 | 14.361 | 304.6KW | 4,788.31 |
| 3-Energy | 8305 | 8729 | 33920KWh | 1,282.18 |
| 3-Demand | 39.657 | 43.354 | 295.8KW | 1,338.20 |
| Basic Service: | 29 days | @0.9486 | | 27.51 |
| Subtotal: | | | | 11,244.70 |

| Power Supply Charges | 121200 KWH @0.0938090 | | | 11,369.65 |
|---|---|---|---|---|

**Other Charges**

| Revenue-Based PILOTS: | | | | 200.21 |
|---|---|---|---|---|
| State and Local Taxes: | 8.625% | | | 1,967.76 |
| Subtotal: | | | | 2,167.97 |
| Total Charges: | | | | 24,782.32 |

Period 1: Off Peak - Midnight to 7AM, Every Day, ALL Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - ALL Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=05909FD003A3&...    5/1/2008

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of
the check and make payable to LIPA.

EBO Bill on the WEB

http://ebo.keyspanergy.com/ebo/bdetailBX.jsp?KEY_ACCT_STMT=4BDB8F7B04C3...    5/1/2008

**IMPORTANT MESSAGES**

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

| Report Theft of Service |
| --- |
| 1-631-755-6871 |

Hearing or Speech-Impaired
1-631-755-6660

Para Español
1-800-490-0085

Electric Service Problems
24 Hours/Day
7 Days/Week
1-800-490-0075

** SEE BELOW FOR ACCOUNT SUMMARY **

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by SEP 21

**BILLING SUMMARY**

Balance From Previous Bill                                          $ 47,243.38
Payment(s) Received Through 08/20/2007 – Thank You.                 -47,243.38
LIPA Current Charges                                                 28,567.88
Please Pay By 09-21-07                                          $ 28,567.88

Billing/General Inquiries
Monday-Friday 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services available
24 Hours/Day
7 Days/Week

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
| --- | --- | --- | --- |
| 08/29/2007 | 0606-2000-53 | on or about 09/25/2007 | $ 28,567.88 |

www.lipower.org
24 Hours/Day
7 Days/Week

**SERVICE TO:**
Perkins Shearer Qt
1970 Northern Blvd Str #804
Manhasset NY 11030



Perkins Shearer Qt
Ralph Lauren
PO Box 35668
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | Please Pay Upon Receipt |
| --- | --- |
| 0606-2000-53 1 | $ 28,567.88 |

**LIPA** Long Island Power Authority

number, use 221D02.

**This is our opportunity to say how very much we appreciate customers like you. Take pride in your excellent credit rating - you deserve it.**

---

**Account # 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-8**

**LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods**

Meter # 099791344        Meter Multiplier: 80

From:07/25/2007 08:58 AM ACTUAL reading        Total Days:34
To:08/28/2007 12:30 PM ACTUAL reading        Period 2 Days:30

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1243 | 1449 | 16480KWH | 390.58 |
| 2-Energy | 1911 | 2939 | 8176OKWH | 3,965.36 |
| 2-Demand | 14,361 | 18,213 | 308.2KW | 6,056.13 |
| 3-Energy | 8729 | 8193 | 37120KWH | 1,403.14 |
| 3-Demand | 43,354 | 46,944 | 287.2KW | 1,523.31 |
| Basic Service: | | 34 days | @0.9485 | 32.25 |
| Subtotal: | | | | 13,370.77 |

| Power Supply Charges | 13560 KWH @00.093809Q | 12,697.99 |
|---|---|---|

Other Charges
Revenue-Based PILOTS: 230.78
State and Local Taxes: 8.625%                     2,268.34
Subtotal:                                         2,499.12

**Total Charges:                                  28,567.88**

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of
the check and make payable to LIPA.

http://ebo.keyspanenergy.com/ebo/bdetail/BBX.jsp?KEY_ACCT_STMT=B0B6730D05C5...    5/1/2008

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

## IMPORTANT MESSAGES

| | |
|---|---|
| Report Theft of Service | 1-631-755-6871 |
| Hearing or Speech-Impaired | 1-631-755-6660 |
| Para Español | 1-800-490-0085 |
| Electric Service Problems 24 Hours/Day 7 Days/Week | 1-800-490-0075 |

** SEE BELOW FOR ACCOUNT SUMMARY **

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by OCT 20

**Please Pay By 10-20-07** $ 22,004.74

| | |
|---|---|
| LIPA Current Charges | 22,004.74 |
| | -28,567.88 |
| Payment(s) Received Through 09/17/2007 - Thank You. | |
| Balance From Previous Bill | $ 28,567.88 |

## BILLING SUMMARY

Billing/General Inquiries
Monday-Friday 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*
Automated Services available
24 Hours/Day
7 Days/Week

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 09/27/2007 | 0606-2000-53 | on or about 10/24/2007 | $ 22,004.74 |

www.lipower.org
24 Hours/Day
7 Days/Week

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



Perkins Shearer Of
Ralph Lauren
PO Box 35668
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 | $ 22,004.74 |

http://ebo.keyspanenergy.com/ebo/bdetailIBBX.jsp?KEY_ACCT_STMT=B0B6730D05C5...  5/1/2008

number, use 221D02.

**We're working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

**Account # 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-8**
LIPA - Rate 285 - Secondary, Commercial, Large, Multiple Periods

Meter # 099791344                Meter Multiplier: 80

From:08/28/2007 12:30 PM ACTUAL reading        Total Days:29
To:09/26/2007 01:18 PM ACTUAL reading          Period 2 Days:25

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1449 | 1566 | 9360KWh | 221.83 |
| 1-Energy | 2939 | 3767 | 66240KWh | 3,212.64 |
| 2-Demand | 18.213 | 21.855 | 291.4kW | 4,771.68 |
| 3-Energy | 9193 | 9259 | 26880KWh | 1,016.06 |
| 3-Demand | 46.944 | 50.305 | 268.9kW | 1,216.50 |
| Basic Service | 29 days | @0.9486 | | 27.51 |

Subtotal: 10,466.22

Power Supply Charges        102480 KWH @0.0938090        9,613.55

Other Charges
Revenue-Based PILOTS:                                    177.76
State and Local Taxes:        8.625%                    1,747.21

Subtotal: 1,924.97

Total Charges:                                          22,004.74

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

Payments may be mailed to:

LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of
the check and make payable to LIPA.

or authorized payment location.

http://ebo.keyspanenergy.com/ebo/bdetailBX.jsp?KEY_ACCT_STMT=54E444A05588&I...  5/1/2008

## IMPORTANT MESSAGES

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

** SEE BELOW FOR ACCOUNT SUMMARY **

payment is not received by NOV 17
A 1.5% late payment charge may be applied to outstanding charges if

**Please Pay By 11-17-07**            **$ 15,971.32**

LIPA Current Charges                    15,971.32

You.

Payment(s) Received Through 10/19/2007 - Thank     -22,004.74

Balance From Previous Bill                 $ 22,004.74

### BILLING SUMMARY

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 10/25/2007 | 0606-2000-53 | on or about 11/27/2007 | $ 15,971.32 |

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



Report Theft of Service   1-631-755-6871

Hearing or Speech-
Impaired
1-631-755-6660

Para Espanol
1-800-490-0085

Electric Service Problems
1-800-490-0075
24 Hours/Day
7 Days/Week

*Automated Services
available
1-631-755-6000*
24 Hours/Day
7 Days/Week

Billing/General Inquiries
1-800-966-4818*
Monday-Friday 8 AM-8 PM

www.lipower.org
24 Hours/Day
7 Days/Week

---

Perkins Shearer Of
Ralph Lauren
PO Box 35668
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | | Please Pay Upon Receipt |
|---|---|---|
| 0606-2000-53 | 1 | $ 15,971.32 |

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344    Meter Multiplier: 80

From:09/26/2007 01:18 PM ACTUAL reading    Total Days:4
To:09/30/2007 12:00 MIDNIGHT END OF SUMMER PERIOD    Period 2 Days:3

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1566 | 1582 | 1280kWh | 30.34 |
| 2-Energy | 3767 | 3887 | 9600kWh | 465.09 |
| 2-Demand | 21.855 | 25.324 | 271.5kw | 545.29 |
| 3-Energy | 9529 | 9585 | 4480kWh | 169.34 |
| 3-Demand | 50.305 | 53.339 | 242.7kw | 151.44 |
| Basic Service: | 4 days | @0.9500 | | 3.80 |
| Subtotal: | | | | 1,365.81 |

Power Supply Charges    15360 KWH @0.093809O    1,440.91

Other Charges
Revenue-Based PILOTS:    24.84
State and Local Taxes:    8.625%    244.22
Subtotal:    269.06

Total Charges:    3,075.78

From:09/30/2007 ACTUAL 12:00 MIDNIGHT START OF WINTER PERIOD Total Days:24
To:10/24/2007 11:15 AM

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1582 | 1684 | 8160kWh | 193.39 |
| 2-Energy | 3887 | 3887 | 0kWh | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0kw | 0.00 |
| 3-Energy | 9585 | 10508 | 73840kWh | 2,791.15 |
| 3-Demand | 53.339 | 56.904 | 285.2kw | 1,067.79 |
| Basic Service: | 24 days | @0.9483 | | 22.76 |
| Subtotal: | | | | 4,075.09 |

Power Supply Charges    82000 KWH @0.093809O    7,692.34

Other Charges
Revenue-Based PILOTS:    104.18
State and Local Taxes:    8.625%    1,023.93
Subtotal:    1,128.11

number, use 221D02.

**We're working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

```
Total Charges:                                12,895.54

Total For Both Service Periods:               15,971.32

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours
```

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

**EBO Bill on the WEB**

Page 1 of 3



**LIPA**
Long Island Power Authority

| Customer ID | | Please Pay Upon Receipt |
|---|---|---|
| 0606-2000-53 | 1 | $ 17,291.21 |

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35668
Greensboro NC 27425

---

**LIPA**
Long Island Power Authority

SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 12/06/2007 | 0606-2000-53 | on or about 12/26/2007 | $ 17,291.21 |

**BILLING SUMMARY**

Balance From Previous Bill $ 15,971.32
Payment(s) Received Through 11/09/2007 – Thank You. -15,971.32
LIPA Current Charges 17,291.21

**Please Pay By 12-29-07** $ 17,291.21

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by DEC 29

**** SEE BELOW FOR ACCOUNT SUMMARY ****

www.lipower.org
*24 Hours/Day*
*7 Days/Week*

Billing/General Inquiries
*Monday–Friday 8 AM–8 PM*
1-800-966-4818*
outside toll-free area
1-631-755-6000*

*Automated Services
available
*24 Hours/Day*
*7 Days/Week*

Electric Service Problems
*24 Hours/Day*
*7 Days/Week*
1-800-490-0075

Para Español
1-800-490-0085

Hearing or Speech-Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**IMPORTANT MESSAGES**

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office

### Account # 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-8

**LIPA - Rate 285 - Secondary, Commercial, Large, Multiple Periods**

Meter # 099791344        Meter Multiplier: 80

From:10/24/2007 11:15 AM ACTUAL reading
To:11/27/2007 11:25 AM ACTUAL reading        Total Days:34

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | @ | $Amount |
|---|---|---|---|---|---|
| 1-Energy | 1684 | 1944 | 20800kWh | | 492.96 |
| 2-Energy | 388T | 388T | 0kWh | | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0kW | | 0.00 |
| 3-Energy | 11649 | 25.324 | 11280kWh | | 3,450.38 |
| 3-Demand | 56.904 | 59.941 | 243.0kW | | 1,288.87 |
| Basic Service: | 34 days | | @0.9485 | | 32.25 |
| Subtotal: | | | | | 5,264.46 |

**Power Supply Charges**

| | | | | |
|---|---|---|---|---|
| 112080 KWH @0.093809O | 0608060 | | | 10,514.11 |

**Other Charges**

| | | |
|---|---|---|
| Revenue-Based PILOTS: | | 139.69 |
| State and Local Taxes: | 8.625% | 1,372.95 |
| Subtotal: | | 1,512.64 |

| | | |
|---|---|---|
| **Total Charges:** | | **17,291.21** |

Period 1: Off peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**We' re working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

number, use 221D02 .

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=2398B86D06A5&... 5/1/2008

**Revenue-Based PILOTS** (Payments in Lieu of
Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of
the check and make payable to LIPA.

or authorized payment location.

http://ebo.keyspanenergy.com/ebo/bdetailIBX.jsp?KEY_ACCT_STMT=C22868D20608&... 5/1/2008



**LIPA**
Long Island Power Authority

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 1 | $ 28,241.63 |

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

---



**LIPA** Long Island Power Authority

SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 12/26/2007 | 0606-2000-53 | on or about 01/25/2008 | $ 28,241.63 |

**BILLING SUMMARY**

Balance From Previous Bill     $ 17,291.21
LIPA Current Charges     10,950.42
**Please Pay Upon Receipt     $ 28,241.63**
A 1.5% late payment charge may be applied to outstanding charges if payment is not received by JAN 18

** SEE BELOW FOR ACCOUNT SUMMARY **

Electric Service Problems
24 Hours/Day
7 Days/Week
1-800-490-0075

Para Español
1-800-490-0085

Hearing or Speech-Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

Billing/General Inquiries
Monday-Friday 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services available
24 Hours/Day
7 Days/Week

www.lipower.org
24 Hours/Day
7 Days/Week

**IMPORTANT MESSAGES**

**We're working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin number, use 221D02.

**Account # 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-8**

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 0997613344      Meter Multiplier: 80

From:11/27/2007 11:25 AM ACTUAL reading      Total Days:25
To:12/22/2007 09:32 AM ACTUAL reading

Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 1944 | 2026 | 6560KWH | 155.47 |
| 2-Energy | 3887 | 3887 | 0KWH | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0KW | 0.00 |
| 3-Energy | 11649 | 12448 | 63920KWH | 2,416.18 |
| 3-Demand | 59.941 | 62.458 | 201.4KW | 785.46 |
| Basic Service: | 25 days | @0.9484 | | 23.71 |

Subtotal: 3,380.82

Power Supply Charges          70480 KWH @0.093809          6,611.66

Other Charges
Revenue-Based PILOTS:                                      88.46
State and Local Taxes:        8.625%                       869.48
Subtotal:                                                 957.94

Total Charges:                                            10,950.42

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.





**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

**IMPORTANT MESSAGES**

As we all know, the cost of oil is soaring throughout the world and fuel costs make up nearly 60% of your LIPA bill. Effective January 1, 2008 the total charges on your LIPA bill will increase by 2% as the Power Supply Charge rate needs to be increased from $

Report Theft of Service
1-631-755-6871

Hearing or Speech-
Impaired
1-631-755-6660

Para Espanol
1-800-490-0085

Electric Service Problems
1-800-490-0075
7 Days/Week
24 Hours/Day

*Automated Services
available
24 Hours/Day
7 Days/Week

Billing/General Inquiries
Monday-Friday 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*
7 Days/Week
24 Hours/Day

www.lipower.org

** SEE BELOW FOR ACCOUNT SUMMARY **

payment is not received by FEB. 17.

A 1.5% late payment charge may be applied to outstanding charges if

**Please Pay By 02-17-08**               **$ 14,549.20**

LIPA Current Charges                        14,549.20

You.

Payment(s) Received Through 01/15/2008 - Thank       -28,241.63

Balance From Previous Bill                   $ 28,241.63

**BILLING SUMMARY**

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 01/25/2008 | 0606-2000-53 | on or about 02/26/2008 | $ 14,549.20 |

SERVICE TO:
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA

**Please Pay Upon Receipt**

| Customer ID | |
|---|---|
| 0606-2000-53 | |
| 1 | $ 14,549.20 |

http://ebo.keyspanenergy.com/ebo/bdetailEBX.jsp?KEY_ACCT_STMT=SD8538GA07498...  5/1/2008

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

---

Account # 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-8

LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods

Meter # 099791344          Meter Multiplier: 80

From:12/22/2007 09:32 AM ACTUAL reading
To:01/24/2008 12:19 PM ACTUAL reading          Total Days:33

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 2026 | 2134 | 8640KWH | 204.77 |
| 2-Energy | 3887 | 3887 | 0KWH | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0KW | 0.00 |
| 3-Energy | 1248 | 13470 | 8176KWH | 3,090.53 |
| 3-Demand | 62.458 | 65.407 | 235.9KW | 1,214.41 |
| Basic Service: | 33 days | @0.9485 | | 31.30 |
| Subtotal: | | | | 4,541.01 |

Power Supply Charges          90400 KWH @0.0966308          8,735.42

Other Charges
Revenue-Based PILOTS:          117.54
State and Local Taxes:          8.625%          1,155.23
Subtotal:          1,272.77

Total Charges:          14,549.20

Period 1: Off Peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

---

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin number, use 221D02.

For more information, please visit LIPA's web site at www.lipower.org or contact LIPA's Customer Assistance Center at 1-800-490-0025.

0.093809 to $ 0.097689 per kWh to cover the increased cost of fuel.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

## IMPORTANT MESSAGES

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in-for the first time, 'enter your account number and pin number. If you have forgotten your pin

Report Theft of Service
1-631-755-6871

Hearing or Speech-
Impaired
1-631-755-6660

Para Espanol
1-800-490-0085

Electric Service Problems
1-800-490-0075
24 Hours/Day
7 Days/Week

Billing/General Inquiries
Monday-Friday 8 AM-8 PM
1-800-966-4818*
outside toll-free area
1-631-755-6000*
*Automated Services
available
24 Hours/Day
7 Days/Week

www.lipower.org
24 Hours/Day
7 Days/Week

** SEE BELOW FOR ACCOUNT SUMMARY **

### BILLING SUMMARY

Balance From Previous Bill                              $ 14,549.20
Payment(s) Received Through 02/12/2008 – Thank
You.                                                    -14,549.20
LIPA Current Charges                                    13,734.31
**Please Pay By 03-21-08                                $ 13,734.31**
A 1.5% late payment charge may be applied to outstanding charges if
payment is not received by MAR 21

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 02/27/2008 | 0606-2000-53 | on or about 03/26/2008 | $ 13,734.31 |

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030



---

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Please make checks payable to LIPA

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 | $ 13,734.31 |
| 1 | |



http://ebo.keyspanenergy.com/ebo/bdetailIEBXjsp?KEY_ACCT_STMT=P0A6250P08C7&...    5/1/2008

number, use 221D02.

As we all know, the cost of oil is soaring throughout the world and fuel costs make up nearly 60% of your LIPA bill. Effective January 1, 2008 the total charges on your LIPA bill will increase by 2% as the Power Supply Charge rate needs to be increased from $ 0.093809 to $ 0.097689 per kWh to cover the increased cost of fuel. For more information, please visit LIPA's web site at www.lipower.org or contact LIPA's Customer Assistance Center at 1-800-490-0025.

## Account # 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-8

LIPA - Rate 285 - Secondary, Commercial, Large, Multiple Periods

Meter # 099791344    Meter Multiplier: 80

From:01/24/2008 12:19 PM ACTUAL reading
To:02/26/2008 10:48 AM ACTUAL reading

Total Days:33

### Delivery & System Charges

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 2134 | 2214 | 640KWH | 151.68 |
| 1-Demand | 3887 | 3887 | 0KW | 0.00 |
| 2-Energy | 25.324 | 25.324 | 0.0KW | 0.00 |
| 2-Demand | 13470 | 14436 | 77280KWH | 2,921.18 |
| 3-Energy | 65.407 | 88.452 | 243.6KW | 1,254.05 |
| 3-Demand | @0.9485 | 33 days | | 31.30 |
| Basic Service: | | | | |
| Subtotal: | | | | 4,358.21 |

| Power Supply Charges | 83680 KWH @0.097689O | | | 8,174.62 |
|---|---|---|---|---|

### Other Charges

| Revenue-Based PILOTS: | | 110.95 |
|---|---|---|
| State and Local Taxes: | 8.625% | 1,090.53 |
| Subtotal: | | 1,201.48 |

| Total Charges: | | 13,734.31 |
|---|---|---|

Period 1: Off peak - Midnight to 7AM, Every Day, All Year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

## ADDITIONAL INFORMATION FROM LIPA

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Revenue-Based PILOTS** (Payments in Lieu of Taxes) State and local taxes on utility revenues.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of the check and make payable to LIPA.

**LIPA**
Long Island Power Authority

| Customer ID | Please Pay Upon Receipt |
|---|---|
| 0606-2000-53 1 | $ 11,979.45 |

Please make checks payable to LIPA

- Mail this part of bill with your payment.
- Be sure that the address on the other side appears in the return envelope window.
- Write your Customer ID on your check.

Perkins Shearer Of
Ralph Lauren
PO Box 35868
Greensboro NC 27425

**www.lipower.org**
*24 Hours/Day*
*7 Days/Week*

Billing/General Inquiries
*Monday-Friday 8 AM-8 PM*
1-800-966-4818*
outside toll-free area
1-631-755-6000*
**Automated Services available*
*24 Hours/Day*
*7 Days/Week*

Electric Service Problems
*24 Hours/Day*
*7 Days/Week*
1-800-490-0075

Para Espanol
1-800-490-0085

Hearing or Speech-Impaired
1-631-755-6660

Report Theft of Service
1-631-755-6871

**SERVICE TO:**
Perkins Shearer Of
1970 Northern Blvd Str #804
Manhasset NY 11030

**LIPA**

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 04/07/2008 | 0606-2000-53 | on or about 04/24/2008 | $ 11,979.45 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 13,734.31 |
| Payment(s) Received Through 03/17/2008 - Thank You. | -13,734.31 |
| LIPA Current Charges | 11,979.45 |
| **Please Pay By 04-30-08** | **$ 11,979.45** |

A 1.5% late payment charge may be applied to outstanding charges if payment is not received by APR 30

**** SEE BELOW FOR ACCOUNT SUMMARY ****

**IMPORTANT MESSAGES**

**We' re working harder** than ever to provide energy for a growing Long Island and customers like you are helping us improve our performance. Thank you. Your credit rating is tops with us.

LIPA has a new, secure and easier login process at www.lipower.org. "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin number, use 22ID02.

**Account # 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-8**

**LIPA - Rate 285 -Secondary, Commercial, Large, Multiple Periods**

Meter # 099791344    Meter Multiplier: 80

From:02/26/2008 10:48 AM ACTUAL reading
To:03/27/2008 08:57 AM ACTUAL reading    Total Days:30

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 2214 | 2300 | 6880kWh | 163.06 |
| 2-Energy | 3887 | 3887 | 0kWh | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0kw | 0.00 |
| 3-Energy | 14436 | 15268 | 665600kWh | 2,515.97 |
| 3-Demand | 68.452 | 71.256 | 224.3kW | 1,049.72 |
| Basic Service: | | 30 days | @0.9483 | 28.45 |
| Subtotal: | | | | 3,757.20 |

| | | | |
|---|---|---|---|
| Power Supply Charges | 73440 KWH | @0.0976890 | 7,174.28 |

Other Charges
Revenue-Based PILOTS:  96.78
State and Local Taxes:  8.625%  951.19
Subtotal:  1,047.97

Total Charges:  11,979.45

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other -- All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

LIPA has a new, secure and easier login process at www.lipower.org, "My Account" area. To begin the new process, first create a User ID and Password. After logging in for the first time, enter your account number and pin number. If you have forgotten your pin number, use 221D02.

**Account # 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-8**

**LIPA - Rate 285- Secondary, Commercial, Large, Multiple Periods**

Meter # 099791344    Meter Multiplier: 80

From:03/27/2008 08:57 AM ACTUAL reading
To:04/23/2008 09:47 AM ACTUAL reading        Total Days:27

**Delivery & System Charges**

| Period | From Reading | To Reading | Use | $Amount |
|---|---|---|---|---|
| 1-Energy | 2300 | 2376 | 6080kWh | 144.10 |
| 2-Energy | 3887 | 3887 | 0kWh | 0.00 |
| 2-Demand | 25.324 | 25.324 | 0.0Kw | 0.00 |
| 3-Energy | 16136 | 16136 | 69440kWh | 2,624.83 |
| 3-Demand | 71.256 | 74.378 | 249.8kW | 1,052.16 |
| Basic Service: | 27 days | @0.9481 | | 25.60 |

Subtotal: 3,846.69

**Power Supply Charges**    75520 KWH @0.097690690    1,377.47

**Other Charges**
Revenue-Based PILOTS:    99.37
State and Local Taxes:    8.625%    976.65

Subtotal:    1,076.02

Total Charges:    12,300.18

Period 1: Off Peak - Midnight to 7AM, Every Day, All year
Period 2: Peak - 10AM to 10PM, Monday to Saturday, June 1 to September 30
Period 3: Other - All Remaining Hours

**ADDITIONAL INFORMATION FROM LIPA**

**Delivery and System Charges** - Charges for owning, operating and maintaining the electric system, and for certain on-island generation.

**Basic Service** - Fixed daily charges for connection to the electric system.

**KWH** - Kilowatt hour - Electrical energy consumed if 1,000 watts are used for one hour.

**Power Supply Charges** - Charges for fuel (e.g. oil and gas) used to produce electricity and the purchase of power.

**Suffolk Property Tax Adjustment** - The amount collected by LIPA from Suffolk County customers representing the overpayment of property taxes to the Shoreham taxing jurisdictions.

**Meter Multiplier** - Converts recorded use to total use on meters that are designed to only record partial use.

**Sales Tax** - State and/or local sales taxes.

Payments are accepted at any customer office or authorized payment location.

http://ebo.keyspanenergy.com/ebo/pdetailBBX.jsp?KEY_ACCT_STMT=6136AD2D0949&... 5/1/2008

**Revenue-Based PILOTS (Payments in Lieu of Taxes)** State and local taxes on utility revenues.

Payments may be mailed to:
LIPA, PO Box 888, Hicksville NY 11802-9685.
Please write your Customer ID on the face of
the check and make payable to LIPA.

"EBO Bill on the WEB"