# EXHIBIT EE

PERKINS SHEER OF RALPH LAUREN   5308-72 2186-63 COML-13 ACT-39 OACT-4
·1970        NORTHERN        BLVD        SVC ID: STR #804    SVPT:MH5446
MANHASSET   NY 11030*           PHONE:S:365:9595-516* KEY:        ARA:COM UNI
                          TO PAY-   11979.45 DEP-          RI-00 DNE-0 EY-08
E-   285 LOC-82 ES₁-000 CRD-0  CUSR-0 E-099791344-0 DL-5 X 00080 CM-0 Z/U-0 SCL-04

| DATE | #DA | INDEX | CONSUMPT | RD | $AMOUNT | $TAX | USE F | REC | DEM | BIL DEM | DEM INDEX | |
|------|-----|-------|----------|----|---------|------|-------|-----|-----|---------|-----------|---|
| 03-27-08 | 30 | 21455 | 73440 | S | 11028.26 | 951.19 | 2448.0 | | 0.0 | 224.3 | LFT | 00.00 |
| 02-26 | 33 | 20537 | 83680 | S | 12643.78 | 1090.53 | 2535.7 | | 0.0 | 243.6 | FND | 00.00 |
| 01-24 | 33 | 19491 | 90400 | S | 13393.97 | 1155.23 | 2739.3 | | 0.0 | 235.9 | PVL | 00.00 |
| 12-22-07 | 25 | 18361 | 70480 | S | 10080.94 | 869.48 | 2819.2 | | 0.0 | 201.4 | PVF | 00.00 |
| 11-27 | 34 | 17480 | 112080 | S | 15918.26 | 1372.95 | 3296.4 | | 0.0 | 243.0 | CDI | 00000 |
| 10-24 | 28 | 16079 | 97360 | S | 14703.17 | 1268.15 | 3477.1 | | 0.0 | 285.2 | RDC | |
| 09-26 | 29 | 14862 | 102480 | S | 20257.53 | 1747.21 | 3533.7 | | 0.0* | 291.4 | SECONDARY | |
| 08-28 | 34 | 13581 | 135360 | S | 26299.54 | 2268.34 | 3981.1 | | 0.0* | 308.2 | SERVICE | |
| 07-25 | 29 | 11889 | 121200 | S | 22814.56 | 1967.76 | 4179.3 | | 0.0* | 304.6 | | |
| 06-26 | 28 | 10374 | 110240 | S | 20677.62 | 1783.44 | 3937.1 | | 0.0* | 297.9 | | |
| 05-29 | 33 | 08996 | 116560 | S | 16800.75 | 1449.06 | 3532.1 | | 0.0 | 289.5 | | |
| 04-26 | 30 | 07539 | 75040 | S | 11085.77 | 956.15 | 2501.3 | | 0.0 | 249.0 | | |
| 03-27 | 28 | 06601 | 69600 | S | 10219.37 | 881.42 | 2485.7 | | 0.0 | 237.1 | | |
| 02-27 | 33 | 05731 | 81520 | S | 11852.65 | 1022.29 | 2470.3 | | 0.0 | 202.8 | | |
| 01-25 | 29 | 04712 | 77520 | S | 11673.18 | 1006.81 | 2673.1 | | 0.0 | 252.5 | | |
| 12-27-06 | 35 | 03743 | 98480 | S | 14877.82 | 1283.21 | 2813.7 | | 0.0 | 272.4 | | |

ELB2  *              CURR:DD-      DOM-        CALC:DD-        DOM-


EXHIBIT IO
Plaintiffs
28
5/6/08   PD

PERKINS SHEARER OF  ::RALPH LAUREN  17-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-83 COML-E   ACT-E  OACT
.970          NORTHERN          BLVD        SVC ID: STR #804    SVPT:MH5446
MANHASSET   NY 11030*                  PHONE:S:365:9595-516* KEY:      ARA:COM UNI
                          TO PAY- 11979.45 DEP-          RI-00 DNE-0 EY-08
E- 285 LOC-82 EST-000 CRD-0 CUSR-0 E-099791344-0 DL-5 X 00080 CM-0 Z/U-0 SCL-04

| DATE | #DA | INDEX | CONSUMPT | RD | $AMOUNT | $TAX | USE F | REC | DEM | BIL DEM | DEM INDEX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-22- | 27 | 02512 | 83280 | S | 12477.40 | 1076.18 | 3084.4 | | 0.0 | | 272.8 |
| 10-26 | 29 | 01471 | 90160 | S | 14728.17 | 1270.30 | 3108.9 | | 0.0 | | 276.7 |
| 09-27 | 6 | 00344 | 27520 | MS | 5163.24 | 445.33 | 4586.6 | | 0.0* | | 279.4 |
| 09-21 | 1 | 00000 | 00 | S | .96 | .08 | 0.0 | | 0.0* | | 0.0 |
| 09-20 | 1 | 00000 | 00 | S | .96 | .08 | 0.0 | | 0.0* | | 0.0 |
| 12-27- | 35 | 00919 | 35160 | CS | 5285.76 | 455.90 | 1004.5 | | 0.0- | | 92.8 |
| 11-22- | 27 | 00626 | 28920 | CS | 4340.66 | 374.38 | 1071.1 | | 0.0- | | 98.8 |
| 10-26- | 29 | 00385 | 33960 | CS | 5539.68 | 477.80 | 1171.0 | | 0.0- | | 103.2 |
| 09-27- | 8 | 00102 | 12240 | CM | 2459.71 | 212.15 | 1530.0 | | 0.0- | | 107.0 |
| 09-19 | 22 | 75252 | 58080 | S | 12774.94 | 1101.84 | 2640.0 | | 0.0* | | 274.3 |
| 08-28 | 33 | 74768 | 106320 | S | 22882.53 | 1973.62 | 3221.8 | | 0.0* | | 292.6 |
| 07-26 | 30 | 73882 | 97200 | S | 21050.84 | 1815.63 | 3240.0 | | 0.0* | | 295.3 |
| 06-26 | | 73072 | 97440 | S | 20083.98 | 1757.35 | | | 0.0* | | 287.5 |

*       LAST SCRN

RD -   Reading Codes

        A = Actual
        B = Bypass  (flat connect)
        C = Cancellation
        D = Customer Reading
        E = Estimated
        F = Final
        K = Estimated Demand with Actual KWH
        M = Meter Change
        S = Special
        T = Turn On
        V = Verified
        W = Estimated KWH with Actual Demand
        Z = Balanced Billing (non-read month)