# EXHIBIT GG

# nus consulting
## GROUP

One Maynard Drive
Park Ridge, New Jersey 07656-0712
Tel. 201.391.4300  Fax. 201.391.8158
www.nusconsulting.com

A0012301

| CUSTOMER NO. | DATE |
|---|---|
| 0012301 000 01 000 | 6/19/2008 |

TIFFANY & COMPANY
555 MADISON AVENUE
6TH FLOOR
NEW YORK, NY 10022

FOR SERVICES PURSUANT TO AGREEMENT                --- CLIENT ORIGINAL ---

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| SAVINGS AS PER ATTACHED INVOICES FROM 12/27/06 TO 2/26/08 (14 MONTHS) | $216,293.24 |
| AVERAGED MONTHLY SAVINGS                                  $15,449.52 | |
| SAVINGS FOR THE REMAINING PARTICIPATION (46 MONTHS x $15,449.52 PER MONTH) | $710,677.92 |
| PREVIOUSLY INVOICED REFUND   ( 02/09/2007 )              $11,217.87 | |
|                              ( 02/23/2007 )              $22,292.92 | |
| TOTAL INVOICED REFUNDS | $ 33,510.79 |
| ADJUSTMENT PURSUANT TO INVOICE NO. 108851 | $  4,424.34 |
| TOTAL AMOUNT DUE NUS | $964,906.29 |


EXHIBIT 82A
SF  6/19/08

NUS 00930

# nusconsulting GROUP

One Maynard Drive  
Park Ridge, New Jersey 07656-0712  
Tel. 201.391.4300  Fax. 201.391.8159  
www.nusconsulting.com

INVOICE NO.  108851

| CUSTOMER NO. | | | DATE |
|---|---|---|---|
| 0012301 000 01 000 | | | 6/19/2008 |
| HD | 92591 | | 138577 |

TIFFANY & COMPANY  
555 MADISON AVENUE  
6TH FLOOR  
NEW YORK, NY 10022  
ATTN: BRUCE MOGEL

FOR SERVICES PURSUANT TO AGREEMENT-PAYMENT DUE UPON RECEIPT        --- CLIENT ORIGINAL ---

**Savings Realized at:**

TIFFANY & CO  
1980 NORTHERN BLVD  
MANHASSET, NY

SAVINGS ON ELECTRIC  
PERIOD: FROM 12/27/2006 TO 12/26/2011

ADDITIONAL SAVINGS REALIZED         $8,848.67

SUPPLIER ACCOUNT #:   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-5  
NUS REFERENCE #:      2007S025 0012301 000   **AMOUNT DUE N.U.S.**   $4,424.34

ADJUSTMENT TO SAVINGS COMPUTATIONS  
BASED ON  
CON ED SOLUTIONS CHARGES ON FORMER BILLING

| FROM | TO | LIPA BILL CREDIT ADJUSTMENT |
|---|---|---|
| 12/27/06 | 01/25/07 | $   132.83 |
| 01/25/07 | 02/27/07 | $   162.97 |
| 02/27/07 | 03/27/07 | $   150.76 |
| 03/27/07 | 04/26/07 | $   236.44 |
| 04/26/07 | 05/29/07 | $   179.90 |
| 05/29/07 | 05/31/07 | $   (10.65) |
| 05/31/07 | 06/27/07 | $   129.14 |
| 06/27/07 | 07/25/07 | $   (11.14) |
| 07/25/07 | 08/28/07 | $   169.58 |
| 08/28/07 | 09/26/07 | $   243.71 |
| 09/26/07 | 09/30/07 | $    57.10 |
| 09/26/07 | 10/24/07 | $   136.46 |
| 10/24/07 | 11/27/07 | $   (92.67) |
| 11/27/07 | 12/22/07 | $   142.85 |
| 12/22/07 | 01/24/08 | $   211.06 |
| 01/24/08 | 02/26/08 | $   226.35 |
| TOTAL | | $ 2,064.69 |

ADJUSTMENT PER ABOVE LIPA BILL CREDITS FROM 12/27/06 TO 2/26/08 (14 MONTHS)    $2,064.69

AVERAGE MONTHLY ADJUSTMENT                                                     $  147.48

TOTAL GROSS ADJUSTMENT FOR THE PARTICIPATION MONTHS (60 MONTHS)                $8,848.67

Page 1

NUS  
00931