# EXHIBIT LL

0000017

| | |
|---|---|
| Account Number ............................... | 519913 |
| | Tiffany & Co |
| Invoice Number ............................... | 338194 |
| Billing Date ................................... | January 04, 2007 |
| Amount Due this month ................ | $25,049.39 |
| Remit By .................................... | January 29, 2007 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

## Message Center

REMIT TO ADDRESS: Our old Remit To address of General Post Office, P.O. Box 5130, New York, NY 10087-5130 is now officially closed. Any payments sent to this address will be returned to sender by the postal service. To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | |
|---|---|---|
| 12/04/2006 | Prior Balance | $45,412.47 |
| 12/12/2006 | Payment Received | ($24,210.33) |
| 12/19/2006 | Payment Received | ($21,202.14) |
| 01/04/2007 | Current Charges | $25,049.39 |
| | Sub-total | |
| | Total Amount Due | $25,049.39 |

## Contacting Us...

**Your Customer Service Representative**
Ken Dickey at: 1-800-563-4191 Ext. 4

**Web Site**
www.conedsolutions.com

## BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | 1980 Northern Blvd | | Manhasset | NY | 11030 |

Electricity

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 11/22/2006 | 12/27/2006 | 221,580 | $23,060.43 | | $1,988.96 | $25,049.39 |
| | | 221,580 | $23,060.43 | | $1,988.96 | $25,049.39 |

*Please return this portion with a check or money order payable to ConEdison Solutions*



ConEdison
Solutions

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| ConEdison Solutions Account No | 519913 |
|---|---|
| **Amount Due by   01/29/2007** | **$25,049.39** |
| **Amount Enclosed $** | |

# Remit to:     ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ 07054

InvoiceID: 338194

0000018

Tiffany & Co
Invoice No  338194

Date 01/04/2007 4:50:44 PM
Page 2

## BILLING DETAIL   *Charges*

**Service Period from 11/22/2006 to 12/27/2006**

Delivery Co. Acct #:    5307222205
Service Class    LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 221,580 | kWh | $0.042954 | $9,517.68 |
| Fuel and Purchased Power Cost Adjustment | 221,580 | kWh | $0.058489 | $12,959.99 |
| CES Adder | 221,580 | kWh | $0.002630 | $582.76 |
| | | | Total Before Taxes | $23,060.43 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $1,988.96 |
| | | | **Total for Service Period** | **$25,049.39** |

0000019

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | | |
|---|---|---|
| Account Number ............................. | | 519913 |
| | | Tiffany & Co |
| Invoice Number ............................. | | 354279 |
| Billing Date .................................... | | February 21, 2007 |
| Amount Due this month ................ | | ($53,099.84) |
| Remit By ....................................... | | March 19, 2007 |

## Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | |
|---|---|---|
| 01/04/2007 | Prior Balance | $25,049.39 |
| 02/21/2007 | Late Payment Charges | $333.16 |
| 02/21/2007 | Current Charges | ($78,482.39) |
| | Sub-total | |
| | Total Amount Due | ($53,099.84) |

## Contacting Us...

**Your Customer Service Representative**
Ken Dickey at: 1-800-563-4191 Ext. 4

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY     *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | |
|---|---|---|---|---|
| 5307222205 | Tiffany & Co | **1980 Northern Blvd** | **Manhasset** | **NY**    **11030** |
| | | Electricity | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 11/22/2006 | 12/27/2006 | -221,580 | ($23,060.43) | | ($1,988.96) | ($25,049.39) |
| 10/26/2006 | 11/22/2006 | -187,380 | ($19,518.66) | | ($1,683.48) | ($21,202.14) |
| 09/30/2006 | 10/26/2006 | -178,020 | ($19,291.32) | | ($1,663.87) | ($20,955.19) |
| 09/27/2006 | 09/30/2006 | -24,840 | ($2,996.68) | | ($258.46) | ($3,255.14) |
| 09/19/2006 | 09/27/2006 | -61,920 | ($7,383.68) | | ($636.85) | ($8,020.53) |
| | | -673,740 | ($72,250.77) | | ($6,231.62) | ($78,482.39) |

**ConEdison Solutions**

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

*Please return this portion with a check or money order payable to ConEdison Solutions*

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| Amount Due by | 03/19/2007 | ($53,099.84) |
| Amount Enclosed $ | | |

# Remit to:     ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 354279

0000020

Tiffany & Co
Invoice No  354279

Date 02/21/2007 5:54:59 PM
Page 2

## BILLING DETAIL   *Charges*

**Service Period from 11/22/2006 to 12/27/2006**

| | | | | |
|---|---|---|---|---|
| **Cancellation of Prior Charge** | | -221,580 | | **($25,049.39)** |
| Delivery Co. Acct #:   5307222205 | **Service To** Tiffany & Co | | | |
| Service Class   LIPA285S | 1980 Northern Blvd | | | |
| | Manhasset, NY 11030 | | | |

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | -221,580 | kWh | $0.042954 | ($9,517.68) |
| Fuel and Purchased Power Cost Adjustment | -221,580 | kWh | $0.058489 | ($12,959.99) |
| CES Adder | -221,580 | kWh | $0.002630 | ($582.76) |
| | | | Total Before Taxes | ($23,060.43) |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | ($1,988.96) |
| | | | **Total for Service Period** | **($25,049.39)** |

**Service Period from 10/26/2006 to 11/22/2006**

| | | | | |
|---|---|---|---|---|
| **Cancellation of Prior Charge** | | -187,380 | | **($21,202.14)** |
| Delivery Co. Acct #:   5307222205 | **Service To** Tiffany & Co | | | |
| Service Class   LIPA285S | 1980 Northern Blvd | | | |
| | Manhasset, NY 11030 | | | |

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | -187,380 | kWh | $0.043047 | ($8,066.18) |
| Fuel and Purchased Power Cost Adjustment | -187,380 | kWh | $0.058489 | ($10,959.67) |
| CES Adder | -187,380 | kWh | $0.002630 | ($492.81) |
| | | | Total Before Taxes | ($19,518.66) |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | ($1,683.48) |
| | | | **Total for Service Period** | **($21,202.14)** |

**Service Period from 09/30/2006 to 10/26/2006**

| | | | | |
|---|---|---|---|---|
| **Cancellation of Prior Charge** | | -178,020 | | **($20,955.19)** |
| Delivery Co. Acct #:   5307222205 | **Service To** Tiffany & Co | | | |
| Service Class   LIPA285S | 1980 Northern Blvd | | | |
| | Manhasset, NY 11030 | | | |

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | -178,020 | kWh | $0.042632 | ($7,589.29) |
| Fuel and Purchased Power Cost Adjustment | -178,020 | kWh | $0.053104 | ($11,233.84) |
| CES Adder | -178,020 | kWh | $0.002630 | ($468.19) |
| | | | Total Before Taxes | ($19,291.32) |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | ($1,663.87) |
| | | | **Total for Service Period** | **($20,955.19)** |

**0000021**

Tiffany & Co

Date 02/21/2007 5:54:59 PM

*Invoice No* 354279

Page 3

Service Period from 09/27/2006 to 09/30/2006

| Cancellation of Prior Charge | | -24,840 | ($3,255.14) |
|---|---|---|---|

Delivery Co. Acct #:  5307222205
Service Class   LIPA285S

Service To Tiffany & Co
1980 Northern Blvd
Manhasset, NY 11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | -24,840 | kWh | $0.051520 | ($1,279.76) |
| Fuel and Purchased Power Cost Adjustment | -24,840 | kWh | $0.066489 | ($1,651.59) |
| CES Adder | -24,840 | kWh | $0.002630 | ($65.33) |
| | | | Total Before Taxes | ($2,996.68) |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | ($258.46) |
| | | | **Total for Service Period** | **($3,255.14)** |

Service Period from 09/19/2006 to 09/27/2006

| Cancellation of Prior Charge | | -61,920 | ($8,020.53) |
|---|---|---|---|

Delivery Co. Acct #:  5307222205
Service Class   LIPA285S

Service To Tiffany & Co
1980 Northern Blvd
Manhasset, NY 11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | -61,920 | kWh | $0.050126 | ($3,103.83) |
| Fuel and Purchased Power Cost Adjustment | -61,920 | kWh | $0.066489 | ($4,117.00) |
| CES Adder | -61,920 | kWh | $0.002630 | ($162.85) |
| | | | Total Before Taxes | ($7,383.68) |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | ($636.85) |
| | | | **Total for Service Period** | **($8,020.53)** |

0000022

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Account Number .................................... | 519913 |
| | Tiffany & Co |
| Invoice Number .................................... | 358972 |
| Billing Date .................................... | March 06, 2007 |
| Amount Due this month ................ | ($51,864.13) |
| Remit By .................................... | April 02, 2007 |

**Message Center**

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

### Account Summary

**Supply Charges**

| Date | Description | Amount |
|---|---|---|
| 02/21/2007 | Prior Balance | ($53,099.84) |
| 02/22/2007 | Late Payment Charge Reversal | ($333.16) |
| 03/06/2007 | Current Charges | $1,568.87 |
| | **Sub-total** | |
| | **Total Amount Due** | **($51,864.13)** |

**Contacting Us...**

**Your Customer Service Representative**
Ken Dickey at: 1-800-563-4191 Ext. 4

**Web Site**
www.conedsolutions.com

## BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | 1980 Northern Blvd | Manhasset | NY | 11030 |
| | | Electricity | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 09/21/2006 | 09/27/2006 | 12,240 | $1,444.30 | | $124.57 | $1,568.87 |
| 09/20/2006 | 09/21/2006 | | | | | $0.00 |
| 09/19/2006 | 09/20/2006 | | | | | $0.00 |
| | | 12,240 | $1,444.30 | | $124.57 | $1,568.87 |

*Please return this portion with a check or money order payable to ConEdison Solutions*

**ConEdison Solutions**

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | 519913 |
|---|---|
| **Amount Due by**          04/02/2007 | ($51,864.13) |
| **Amount Enclosed $** | |

# Remit to:      ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 358972

0000023

Tiffany & Co

Invoice No  358972

Date 03/06/2007 5:00:06 PM

Page 2

## BILLING DETAIL   *Charges*

**Service Period from 09/21/2006 to 09/27/2006**

Delivery Co. Acct #:    5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 12,240 | kWh | $0.048879 | $598.28 |
| Fuel and Purchased Power Cost Adjustment | 12,240 | kWh | $0.066489 | $813.83 |
| CES Adder | 12,240 | kWh | $0.002630 | $32.19 |
| | | | Total Before Taxes | $1,444.30 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $124.57 |
| | | | **Total for Service Period** | **$1,568.87** |

**Service Period from 09/20/2006 to 09/21/2006**

Delivery Co. Acct #:    5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 0 | kWh | #Num! | $0.00 |
| Fuel and Purchased Power Cost Adjustment | 0 | kWh | #Num! | $0.00 |
| CES Adder | 0 | kWh | #Num! | $0.00 |
| | | | Total Before Taxes | $0.00 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | **Total for Service Period** | **$0.00** |

**Service Period from 09/19/2006 to 09/20/2006**

Delivery Co. Acct #:    5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 0 | kWh | #Num! | $0.00 |
| Fuel and Purchased Power Cost Adjustment | 0 | kWh | #Num! | $0.00 |
| CES Adder | 0 | kWh | #Num! | $0.00 |
| | | | Total Before Taxes | $0.00 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | **Total for Service Period** | **$0.00** |



**0000060**

| | |
|---|---|
| Account Number ............................... | 519913 |
| | Tiffany & Co |
| Invoice Number ............................... | 367455 |
| Billing Date ............................... | March 29, 2007 |
| Amount Due this month ................. | ($48,784.74) |
| Remit By ............................... | April 23, 2007 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

### Message Center

REMIT TO ADDRESS: To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | |
|---|---|---|
| 03/06/2007 | Prior Balance | ($51,864.13) |
| 03/29/2007 | Current Charges | $3,079.39 |
| | Sub-total | |
| | Total Amount Due | ($48,784.74) |

### Contacting Us...

**Your Customer Service Representative**
Ken Dickey at: 1-800-563-4191 Ext. 4

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | | |
|---|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | 1980 Northern Blvd | | Manhasset | NY | 11030 |
| | | | Electricity | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 12/27/2006 | 01/25/2007 | 27,480 | $2,834.88 | | $244.51 | $3,079.39 |
| | | 27,480 | $2,834.88 | | $244.51 | $3,079.39 |

Please return this portion with a check or money order payable to ConEdison Solutions



701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| **ConEdison Solutions Account No** | | **519913** |
|---|---|---|
| **Amount Due by** | **04/23/2007** | **($48,784.74)** |
| **Amount Enclosed $** | | |

## Remit to:    ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ 07054

InvoiceID: 367455



Tiffany & Co

Invoice No  367455

Date 03/29/2007 5:13:43 PM

Page 2

C 300061

## BILLING DETAIL  *Charges*

**Service Period from 12/27/2006 to 01/25/2007**

Delivery Co. Acct #:   5307222205

Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 27,480 | kWh | $0.042066 | $1,155.97 |
| Fuel and Purchased Power Cost Adjustment | 27,480 | kWh | $0.058466 | $1,606.64 |
| CES Adder | 27,480 | kWh | $0.002630 | $72.27 |
| | | | Total Before Taxes | $2,834.88 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $244.51 |
| | | | **Total for Service Period** | $3,079.39 |



ConEdison
*Solutions.*
An Energy Services Company

C000058

| Account Number | 519913 |
|---|---|
| | Tiffany & Co |
| Invoice Number | 369543 |
| Billing Date | April 03, 2007 |
| Amount Due this month | ($45,272.58) |
| Remit By | April 30, 2007 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

**Message Center**

REMIT TO ADDRESS: To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

**Account Summary**

*Supply Charges*

| | | |
|---|---|---|
| 03/29/2007 | Prior Balance | ($48,784.74) |
| 04/03/2007 | Current Charges | $3,512.16 |
| | **Sub-total** | |
| | **Total Amount Due** | **($45,272.58)** |

**Contacting Us...**

**Your Customer Service Representative**
Ken Dickey at: 1-800-563-4191 Ext. 4

**Web Site**
www.conedsolutions.com

**BILLING SUMMARY**    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | 1980 Northern Blvd | | Manhasset | NY | 11030 |
| | | Electricity | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 01/25/2007 | 02/27/2007 | 32,400 | $3,233.29 | | $278.87 | $3,512.16 |
| | | 32,400 | $3,233.29 | | $278.87 | $3,512.16 |

*Please return this portion with a check or money order payable to ConEdison Solutions*

ConEdison
*Solutions*

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| **ConEdison Solutions Account No** | **519913** |
|---|---|
| **Amount Due by** **04/30/2007** | **($45,272.58)** |
| **Amount Enclosed $** | |

**Remit to:**    **ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 369543



Tiffany & Co
Invoice No 369543

0000059

Date 04/03/2007 4:42:05 PM
Page 2

## BILLING DETAIL   *Charges*

**Service Period from 01/25/2007 to 02/27/2007**

Delivery Co. Acct #:    5307222205
Service Class    LIPA285S

Service To Tiffany & Co
1980 Northern Blvd
Manhasset, NY 11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 32,400 | kWh | $0.041867 | $1,356.50 |
| Fuel and Purchased Power Cost Adjustment | 32,400 | kWh | $0.055296 | $1,791.58 |
| CES Adder | 32,400 | kWh | $0.002630 | $85.21 |
| | | | Total Before Taxes | $3,233.29 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $278.87 |
| | | | **Total for Service Period** | **$3,512.16** |



**0000056**

| | |
|---|---|
| Account Number ................................ | 519913 |
| | Tiffany & Co |
| Invoice Number ............................... | 370536 |
| Billing Date .................................... | April 05, 2007 |
| Amount Due this month ................. | ($42,212.09) |
| Remit By ...................................... | April 30, 2007 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

**Message Center**

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | | |
|---|---|---|---|
| 04/03/2007 | Prior Balance | | ($45,272.58) |
| 04/05/2007 | Current Charges | | $3,060.49 |
| | | Sub-total | |
| | Total Amount Due | | ($42,212.09) |

**Contacting Us...**

**Your Customer Service Representative**
**Betty Smith at: 1-800-563-4191**

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | | |
|---|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | 1980 Northern Blvd | | Manhasset | NY | 11030 |
| | | | Electricity | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 02/27/2007 | 03/27/2007 | 28,440 | $2,817.48 | | $243.01 | $3,060.49 |
| | | 28,440 | $2,817.48 | | $243.01 | $3,060.49 |

*Please return this portion with a check or money order payable to ConEdison Solutions*



701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| **Amount Due by** | **04/30/2007** | **($42,212.09)** |
| **Amount Enclosed $** | | |

**Remit to:**    **ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ 07054

InvoiceID: 370536



Tiffany & Co

*Invoice No* 370536          00000**57**

Date 04/05/2007 4:15:28 PM
Page 2

## BILLING DETAIL   *Charges*

**Service Period from 02/27/2007 to 03/27/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 28,440 | kWh | $0.041846 | $1,190.09 |
| Fuel and Purchased Power Cost Adjustment | 28,440 | kWh | $0.054592 | $1,552.60 |
| CES Adder | 28,440 | kWh | $0.002630 | $74.80 |
| | | | Total Before Taxes | $2,817.48 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $243.01 |
| | | | **Total for Service Period** | $3,060.49 |



**0000036**

| | | |
|---|---|---|
| Account Number ................................ | | 519913 |
| | | Tiffany & Co |
| Invoice Number ................................ | | 381370 |
| Billing Date ................................ | | May 06, 2007 |
| Amount Due this month ................ | | ($38,539.07) |
| Remit By ................................ | | May 31, 2007 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

### Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | |
|---|---|---|
| 04/05/2007 | Prior Balance | ($42,212.09) |
| 05/06/2007 | Current Charges | $3,673.02 |
| | Sub-total | |
| | **Total Amount Due** | **($38,539.07)** |

### Contacting Us...

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY     *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | 1980 Northern Blvd | | Manhasset | NY | 11030 |
| | | Electricity | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 03/27/2007 | 04/26/2007 | 34,200 | $3,381.37 | | $291.65 | $3,673.02 |
| | | 34,200 | $3,381.37 | | $291.65 | $3,673.02 |



701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

*Please return this portion with a check or money order payable to ConEdison Solutions*

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| **Amount Due by** | **05/31/2007** | **($38,539.07)** |
| **Amount Enclosed $** | | |

## Remit to:     ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 381370



Tiffany & Co

*Invoice No* 381370

Date 05/06/2007 3:30:21 PM

00000037

Page 2

## BILLING DETAIL    *Charges*

**Service Period from 03/27/2007 to 04/26/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 34,200 | kWh | $0.041648 | $1,424.38 |
| Fuel and Purchased Power Cost Adjustment | 34,200 | kWh | $0.054592 | $1,867.05 |
| CES Adder | 34,200 | kWh | $0.002630 | $89.95 |
| | | | Total Before Taxes | $3,381.37 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $291.65 |
| | | **Total for Service Period** | | $3,673.02 |



**0000038**

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Account Number | 519913 |
| | Tiffany & Co |
| Invoice Number | 393973 |
| Billing Date | June 10, 2007 |
| Amount Due this month | ($33,808.06) |
| Remit By | July 05, 2007 |

### Message Center

REMIT TO ADDRESS: To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | |
|---|---|---|
| 05/06/2007 | Prior Balance | ($38,539.07) |
| 06/10/2007 | Current Charges | $4,731.01 |
| | Sub-total | |
| | Total Amount Due | ($33,808.06) |

### Contacting Us...

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | | Service Location | | | | | |
|---|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | 1980 Northern Blvd | | Manhasset | NY | 11030 |

Electricity

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 04/26/2007 | 05/29/2007 | 44,040 | $4,355.36 | | $375.65 | $4,731.01 |
| | | 44,040 | $4,355.36 | | $375.65 | $4,731.01 |

*Please return this portion with a check or money order payable to ConEdison Solutions*



701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| | | |
|---|---|---|
| **ConEdison Solutions Account No** | | **519913** |
| **Amount Due by** | **07/05/2007** | **($33,808.06)** |
| **Amount Enclosed $** | | |

## Remit to:

**ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ 07054

InvoiceID: 393973



**ConEdison Solutions**
An Energy Services Company

Tiffany & Co

Invoice No  393973

**0000039**

Date 06/10/2007 4:41:57 PM

Page 2

## BILLING DETAIL    *Charges*

**Service Period from 04/26/2007 to 05/29/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 44,040 | kWh | $0.041674 | $1,835.30 |
| Fuel and Purchased Power Cost Adjustment | 44,040 | kWh | $0.054592 | $2,404.23 |
| CES Adder | 44,040 | kWh | $0.002630 | $115.83 |
| | | | Total Before Taxes | $4,355.36 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $375.65 |
| | | | **Total for Service Period** | $4,731.01 |



**0000040**

| Account Number | 519913 |
|---|---|
| | Tiffany & Co |
| Invoice Number | 409376 |
| Billing Date | July 22, 2007 |
| Amount Due this month | ($33,367.94) |
| Remit By | August 16, 2007 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

**Message Center**

REMIT TO ADDRESS: To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

### Account Summary

**Supply Charges**

| 06/10/2007 | Prior Balance | ($33,808.06) |
|---|---|---|
| 07/22/2007 | Current Charges | $440.12 |
| | Sub-total | |
| | Total Amount Due | ($33,367.94) |

**Contacting Us...**

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | |
|---|---|---|---|---|
| 5307222205 | Tiffany & Co | 1980 Northern Blvd | Manhasset | NY | 11030 |

Electricity

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 05/29/2007 | 05/31/2007 | 4,080 | $405.17 | | $34.95 | $440.12 |
| | | 4,080 | $405.17 | | $34.95 | $440.12 |

*Please return this portion with a check or money order payable to ConEdison Solutions*



701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | 519913 |
|---|---|
| Amount Due by | 08/16/2007 | ($33,367.94) |
| Amount Enclosed $ | |

**Remit to:**    **ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ 07054

InvoiceID: 409376



Tiffany & Co

Invoice No 409376

**0000041**

Date 07/22/2007 8:51:26 PM

Page 2

### BILLING DETAIL   *Charges*

**Service Period from 05/29/2007 to 05/31/2007**

Delivery Co. Acct #:   5307222205            Service To  Tiffany & Co
Service Class   LIPA285S                              1980 Northern Blvd
                                                                  Manhasset, NY 11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 4,080 | kWh | $0.042085 | $171.71 |
| Fuel and Purchased Power Cost Adjustment | 4,080 | kWh | $0.054592 | $222.74 |
| CES Adder | 4,080 | kWh | $0.002630 | $10.73 |
| | | | Total Before Taxes | $405.17 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $34.95 |
| | | | **Total for Service Period** | $440.12 |


**ConEdison Solutions**
An Energy Services Company

**0000042**

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Account Number | 519913 |
| | Tiffany & Co |
| Invoice Number | 410830 |
| Billing Date | July 26, 2007 |
| Amount Due this month | ($29,069.68) |
| Remit By | August 20, 2007 |

### Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | |
|---|---|---|
| 07/22/2007 | Prior Balance | ($33,367.94) |
| 07/26/2007 | Current Charges | $4,298.26 |
| | Sub-total | |
| | Total Amount Due | ($29,069.68) |

### Contacting Us...

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY   *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | | |
|---|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | 1980 Northern Blvd | | Manhasset | NY | 11030 |

Electricity

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 05/31/2007 | 06/26/2007 | 37,680 | $3,956.97 | | $341.29 | $4,298.26 |
| | | 37,680 | $3,956.97 | | $341.29 | $4,298.26 |

---


**ConEdison Solutions**
701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

*Please return this portion with a check or money order payable to ConEdison Solutions*

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| Amount Due by | 08/20/2007 | ($29,069.68) |
| Amount Enclosed $ | | |

## Remit to:     ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 410830



ConEdison
Solutions.
An Energy Services Company

Tiffany & Co

*Invoice No* 410830

0000043
Date 07/26/2007 8:56:31 AM

Page 2

## BILLING DETAIL   *Charges*

**Service Period from 05/31/2007 to 06/26/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 37,680 | kWh | $0.047793 | $1,800.84 |
| Fuel and Purchased Power Cost Adjustment | 37,680 | kWh | $0.054692 | $2,057.03 |
| CES Adder | 37,680 | kWh | $0.002630 | $99.10 |
| | | | Total Before Taxes | $3,956.97 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $341.29 |
| | | | **Total for Service Period** | $4,298.26 |



**0000044**

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Account Number .................................. | 519913 |
| | Tiffany & Co |
| Invoice Number .................................. | 412050 |
| Billing Date .................................. | July 29, 2007 |
| Amount Due this month ................ | ($24,107.66) |
| Remit By .................................. | August 23, 2007 |

### Message Center

REMIT TO ADDRESS: To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

### Contacting Us...

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

**Account Summary**

| Supply Charges | | | |
|---|---|---|---|
| 07/26/2007 | Prior Balance | | ($29,069.68) |
| 07/29/2007 | Current Charges | | $4,962.02 |
| | | Sub-total | |
| | Total Amount Due | | ($24,107.66) |

### BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | 1980 Northern Blvd | Manhasset | NY | 11030 |
| | | | Electricity | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 06/26/2007 | 07/25/2007 | 43,320 | $4,568.02 | | $394.00 | $4,962.02 |
| | | 43,320 | $4,568.02 | | $394.00 | $4,962.02 |

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | | **519913** |
|---|---|---|
| **Amount Due by** | **08/23/2007** | **($24,107.66)** |
| **Amount Enclosed $** | | |

## Remit to:      **ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ 07054

InvoiceID: 412050



**ConEdison Solutions**
An Energy Services Company

Tiffany & Co

Invoice No  412050

**0000045**
Date 07/29/2007 10:36:39 PM
Page 2

### BILLING DETAIL   *Charges*

**Service Period from 06/26/2007 to 07/25/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 43,320 | kWh | $0.048226 | $2,089.16 |
| Fuel and Purchased Power Cost Adjustment | 43,320 | kWh | $0.054592 | $2,364.93 |
| CES Adder | 43,320 | kWh | $0.002630 | $113.93 |
| | | | Total Before Taxes | $4,568.02 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $394.00 |
| | | | **Total for Service Period** | **$4,962.02** |



**0000046**

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | | |
|---|---|---|
| Account Number .............................. | | 519913 |
| | | Tiffany & Co |
| Invoice Number .............................. | | 424987 |
| Billing Date .............................. | | September 03, 2007 |
| Amount Due this month .............. | | ($18,201.12) |
| Remit By .............................. | | September 28, 2007 |

### Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

**Account Summary**

**Supply Charges**

| | | |
|---|---|---|
| 07/29/2007 | Prior Balance | ($24,107.66) |
| 09/03/2007 | Current Charges | $5,906.54 |
| | Sub-total | |
| | Total Amount Due | ($18,201.12) |

### Contacting Us...

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | |
|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | 1980 Northern Blvd | Manhasset | NY | 11030 |

Electricity

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 07/25/2007 | 08/28/2007 | 51,600 | $5,437.56 | | $468.98 | $5,906.54 |
| | | 51,600 | $5,437.56 | | $468.98 | $5,906.54 |

*Please return this portion with a check or money order payable to ConEdison Solutions*

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| **Amount Due by** | **09/28/2007** | **($18,201.12)** |
| **Amount Enclosed $** | | |

## Remit to:

**ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 424987



Tiffany & Co
Invoice No  424987

Date 09/08/2007 02:52:44 PM

Page 2

## BILLING DETAIL   *Charges*

**Service Period from 07/25/2007 to 08/28/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 51,600 | kWh | $0.048157 | $2,484.90 |
| Fuel and Purchased Power Cost Adjustment | 51,600 | kWh | $0.054592 | $2,816.95 |
| CES Adder | 51,600 | kWh | $0.002630 | $135.71 |
| | | | Total Before Taxes | $5,437.56 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $468.98 |
| | | | **Total for Service Period** | **$5,906.54** |

 ConEdison Solutions®
An Energy Services Company

**0000048**

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Account Number | 519913 |
| | Tiffany & Co |
| Invoice Number | 436953 |
| Billing Date | October 01, 2007 |
| Amount Due this month | ($13,749.32) |
| Remit By | October 26, 2007 |

### Message Center
REMIT TO ADDRESS: To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

### Contacting Us...
**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

#### Account Summary

**Supply Charges**

| | | | |
|---|---|---|---|
| 09/03/2007 | Prior Balance | | ($18,201.12) |
| 10/01/2007 | Current Charges | | $4,451.80 |
| | | Sub-total | |
| | Total Amount Due | | ($13,749.32) |

### BILLING SUMMARY   *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | |
|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | 1980 Northern Blvd | Manhasset | NY | 11030 |

Electricity

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 08/28/2007 | 09/26/2007 | 38,760 | $4,098.32 | | $353.48 | $4,451.80 |
| | | 38,760 | $4,098.32 | | $353.48 | $4,451.80 |

---

*Please return this portion with a check or money order payable to ConEdison Solutions*

 ConEdison Solutions
701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| **Amount Due by** | **10/26/2007** | **($13,749.32)** |
| **Amount Enclosed $** | | |

## Remit to:       **ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 436953



**ConEdison Solutions**
An Energy Services Company

Tiffany & Co

*Invoice No* 436953

**0000049**
Date 10/01/2007 6:05:44 PM
Page 2

---

### BILLING DETAIL  *Charges*

**Service Period from 08/28/2007 to 09/26/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 38,760 | kWh | $0.048514 | $1,880.40 |
| Fuel and Purchased Power Cost Adjustment | 38,760 | kWh | $0.054592 | $2,115.99 |
| CES Adder | 38,760 | kWh | $0.002630 | $101.94 |
| | | | Total Before Taxes | $4,098.32 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $353.48 |
| | | **Total for Service Period** | | $4,451.80 |



**0000050**

| | |
|---|---|
| Account Number ............................. | 519913 |
| | Tiffany & Co |
| Invoice Number ............................. | 447227 |
| Billing Date ............................. | October 26, 2007 |
| Amount Due this month ................. | ($13,078.49) |
| Remit By ............................. | November 22, 2007 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

### Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | | |
|---|---|---|---|
| 10/01/2007 | Prior Balance | | ($13,749.32) |
| 10/28/2007 | Current Charges | | $670.83 |
| | | Sub-total | |
| | Total Amount Due | | ($13,078.49) |

### Contacting Us...

**Your Customer Service Representative**
**Betty Smith at: 1-800-563-4191**

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY     *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | |
|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | 1980 Northern Blvd | Manhasset | NY | 11030 |

Electricity

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 09/26/2007 | 09/30/2007 | 5,880 | $617.57 | | $53.26 | $670.83 |
| | | 5,880 | $617.57 | | $53.26 | $670.83 |



701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

*Please return this portion with a check or money order payable to ConEdison Solutions*

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| Amount Due by | 11/22/2007 | ($13,078.49) |
| Amount Enclosed $ | | |

## Remit to:     ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 447227



ConEdison
Solutions.
An Energy Services Company

Tiffany & Co

*Invoice No* 447227

**0000051**

Date 10/28/2007 8:47:28 PM

Page 2

### BILLING DETAIL   *Charges*

**Service Period from 09/26/2007 to 09/30/2007**

Delivery Co. Acct #:   5307222205          Service To  Tiffany & Co
Service Class   LIPA285S                                1980 Northern Blvd
                                                        Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 5,880 | kWh | $0.047806 | $281.10 |
| Fuel and Purchased Power Cost Adjustment | 5,880 | kWh | $0.054592 | $321.00 |
| CES Adder | 5,880 | kWh | $0.002630 | $15.46 |
| | | | Total Before Taxes | $617.57 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $53.26 |
| | | | **Total for Service Period** | **$670.83** |


**ConEdison**
*Solutions.*
An Energy Services Company

**0000052**

| | | |
|---|---|---|
| Account Number ................................ | | 519913 |
| | | Tiffany & Co |
| Invoice Number ................................ | | 448972 |
| Billing Date ................................ | | October 31, 2007 |
| Amount Due this month .............. | | ($9,961.60) |
| Remit By ................................ | | November 26, 2007 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

### Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

**Account Summary**

**Supply Charges**

| | | |
|---|---|---|
| 10/28/2007 | Prior Balance | ($13,078.49) |
| 10/31/2007 | Current Charges | $3,116.89 |
| | **Sub-total** | |
| | **Total Amount Due** | **($9,961.60)** |

### Contacting Us...

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

## BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | 1980 Northern Blvd | | Manhasset | NY | 11030 |

Electricity

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 09/30/2007 | 10/24/2007 | 28,920 | $2,869.40 | | $247.49 | $3,116.89 |
| | | 28,920 | $2,869.40 | | $247.49 | $3,116.89 |

---

*Please return this portion with a check or money order payable to ConEdison Solutions*


**ConEdison**
*Solutions*

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| **ConEdison Solutions Account No** | | **519913** |
|---|---|---|
| **Amount Due by** | **11/26/2007** | **($9,961.60)** |
| **Amount Enclosed $** | | |

## Remit to:    ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ 07054

InvoiceID: 448972



Tiffany & Co

*Invoice No* 448972

**0000053**

Date 10/31/2007 6:30:34 PM

Page 2

## BILLING DETAIL   *Charges*

**Service Period from 09/30/2007 to 10/24/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To Tiffany & Co
1980 Northern Blvd
Manhasset, NY 11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 28,920 | kWh | $0.041997 | $1,214.54 |
| Fuel and Purchased Power Cost Adjustment | 28,920 | kWh | $0.054592 | $1,578.80 |
| CES Adder | 28,920 | kWh | $0.002630 | $76.06 |
| | | | Total Before Taxes | $2,869.40 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $247.49 |
| | | | **Total for Service Period** | **$3,116.89** |



**0000054**

| | |
|---|---|
| Account Number ................................. | 519913 |
| | Tiffany & Co |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Invoice Number ................................. | 460598 |
| Billing Date ................................. | December 02, 2007 |
| Amount Due this month ................. | ($6,136.16) |
| Remit By ................................. | December 27, 2007 |

### Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

**Account Summary**

| Supply Charges | | |
|---|---|---|
| 10/31/2007 | Prior Balance | ($9,961.60) |
| 12/02/2007 | Current Charges | $3,825.44 |
| | Sub-total | |
| | **Total Amount Due** | **($6,136.16)** |

### Contacting Us...

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

**BILLING SUMMARY**     *Charges by Service Location*

| Delivery Co. Account Number | | Service Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | 1980 Northern Blvd | | | Manhasset | NY | 11030 |
| | | | Electricity | | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 10/24/2007 | 11/27/2007 | 35,520 | $3,521.69 | | $303.75 | $3,825.44 |
| | | 35,520 | $3,521.69 | | $303.75 | $3,825.44 |

*Please return this portion with a check or money order payable to ConEdison Solutions*



701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| **Amount Due by** | **12/27/2007** | **($6,136.16)** |
| **Amount Enclosed $** | | |

# Remit to:

**ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ 07054

InvoiceID: 460598



Tiffany & Co

Invoice No  460598

**0000055**
Date 12/02/2007 2:41:07 PM
Page 2

### BILLING DETAIL   *Charges*

**Service Period from 10/24/2007 to 11/27/2007**

Delivery Co. Acct #:   5307222205
Service Class   LIPA285S

Service To Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 35,520 | kWh | $0.041925 | $1,489.16 |
| Fuel and Purchased Power Cost Adjustment | 35,520 | kWh | $0.054592 | $1,939.11 |
| CES Adder | 35,520 | kWh | $0.002630 | $93.42 |
| | | | Total Before Taxes | $3,521.69 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $303.75 |
| | | | **Total for Service Period** | **$3,825.44** |



0000024

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Account Number .................................. | 519913 |
| | Tiffany & Co |
| Invoice Number .................................. | 462676 |
| Billing Date .................................. | December 06, 2007 |
| Amount Due this month ................. | $5,092.88 |
| Remit By .................................. | December 31, 2007 |

### Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

**Account Summary**

| | | |
|---|---|---|
| **Supply Charges** | | |
| 12/02/2007 | Prior Balance | ($6,136.16) |
| 12/06/2007 | Current Charges | $11,229.04 |
| | **Sub-total** | |
| | **Total Amount Due** | **$5,092.88** |

### Contacting Us...

**Your Customer Service Representative**
**Betty Smith at: 1-800-563-4191**

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY        *Charges by Service Location*

| Delivery Co. Account Number | | Service Location | | | | | |
|---|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | 1980 Northern Blvd | | Manhasset | NY | 11030 |
| | | | Electricity | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 11/22/2006 | 12/27/2006 | 35,160 | $3,637.03 | | $313.70 | $3,950.73 |
| 10/26/2006 | 11/22/2006 | 28,920 | $2,987.04 | | $257.63 | $3,244.67 |
| 09/30/2006 | 10/26/2006 | 29,160 | $3,141.94 | | $270.99 | $3,412.93 |
| 09/27/2006 | 09/30/2006 | 4,800 | $571.42 | | $49.29 | $620.71 |
| | | 98,040 | $10,337.43 | | $891.61 | $11,229.04 |

*Please return this portion with a check or money order payable to ConEdison Solutions*



701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| **Amount Due by** | **12/31/2007** | **$5,092.88** |
| **Amount Enclosed $** | | |

## Remit to:        ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

Tiffany & Co
15 Sylvan Way
Attn: Eric Ziegler
Parsippany, NJ  07054

InvoiceID: 462676



Tiffany & Co

Invoice No  462676

**0000025**

Date 12/06/2007 4:19:58 PM

Page 2

### BILLING DETAIL  *Charges*

**Service Period from 11/22/2006 to 12/27/2006**

Delivery Co. Acct #:  5307222205    Service To  Tiffany & Co
Service Class  LIPA285S    1980 Northern Blvd
    Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 35,160 | kWh | $0.042323 | $1,488.08 |
| Fuel and Purchased Power Cost Adjustment | 35,160 | kWh | $0.058489 | $2,056.47 |
| CES Adder | 35,160 | kWh | $0.002630 | $92.47 |
| | | | Total Before Taxes | $3,637.03 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $313.70 |
| | | | **Total for Service Period** | **$3,950.73** |

**Service Period from 10/26/2006 to 11/22/2006**

Delivery Co. Acct #:  5307222205    Service To  Tiffany & Co
Service Class  LIPA285S    1980 Northern Blvd
    Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 28,920 | kWh | $0.042167 | $1,219.48 |
| Fuel and Purchased Power Cost Adjustment | 28,920 | kWh | $0.058489 | $1,691.50 |
| CES Adder | 28,920 | kWh | $0.002630 | $76.06 |
| | | | Total Before Taxes | $2,987.04 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $257.63 |
| | | | **Total for Service Period** | **$3,244.67** |

**Service Period from 09/30/2006 to 10/26/2006**

Delivery Co. Acct #:  5307222205    Service To  Tiffany & Co
Service Class  LIPA285S    1980 Northern Blvd
    Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 29,160 | kWh | $0.042014 | $1,225.13 |
| Fuel and Purchased Power Cost Adjustment | 29,160 | kWh | $0.063104 | $1,840.12 |
| CES Adder | 29,160 | kWh | $0.002630 | $76.69 |
| | | | Total Before Taxes | $3,141.94 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $270.99 |
| | | | **Total for Service Period** | **$3,412.93** |



Tiffany & Co

*Invoice No* 462676

**0000026**

Date 12/06/2007 4:19:58 PM

Page 3

**Service Period from 09/27/2006 to 09/30/2006**

Delivery Co. Acct #:  5307222205          Service To  Tiffany & Co
Service Class    LIPA285S                              1980 Northern Blvd
                                                       Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 4,800 | kWh | $0.049928 | $239.65 |
| Fuel and Purchased Power Cost Adjustment | 4,800 | kWh | $0.066489 | $319.15 |
| CES Adder | 4,800 | kWh | $0.002630 | $12.62 |
| | | | Total Before Taxes | $571.42 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $49.29 |
| | | | **Total for Service Period** | $620.71 |

(Page 2 of 3)



**ConEdison Solutions**
An Energy Services Company

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Account Number | **519913** |
| | **Tiffany & Co** |
| Invoice Number | **471746** |
| Billing Date | December 30, 2007 |
| Amount Due this month | $8,104.11 |
| Remit By | January 24, 2008 |

### Message Center

REMIT TO ADDRESS: To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

### Contacting Us...

Your Customer Service Representative
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

#### Account Summary

**Supply Charges**   *PL 12-28*

| | | | |
|---|---|---|---|
| 12/06/2007 | Prior Balance | | $5,092.88 |
| 12/30/2007 | Current Charges | | $3,011.23 |
| | | Sub-total | |
| | **Total Amount Due** | | **$8,104.11** |

*(182)*

### BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co. | 1980 Northern Blvd | | Manhasset | NY | 11030 |
| | | Electricity | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 11/27/2007 | 12/22/2007 | 27,960 | $2,772.14 | | $239.09 | $3,011.23 |
| | | 27,960 | $2,772.14 | | $239.09 | $3,011.23 |

**ConEdison Solutions**

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

Please return this portion with a check or money order payable to ConEdison Solutions

| ConEdison Solutions Account No | | **519913** |
|---|---|---|
| **Amount Due by** | 01/24/2008 | **$8,104.11** |
| **Amount Enclosed $** | | |

## Remit to:

**ConEdison Solutions**
PO Box 223246
Pittsburgh, PA 15251-2246

TIFFANY & CO
15 Sylvan Way
ATTN: ERIC ZIEGLER
PARSIPPANY NJ 07054

InvoiceID: 471746

T    1179

 **ConEdison Solutions.**
An Energy Services Company

Tiffany & Co
Invoice No 471746

Date 12/30/2007 4:37:26 PM
Page 2

## BILLING DETAIL  *Charges*

**Service Period from 11/27/2007 to 12/22/2007**

Delivery Co. Acct #:  5307222205
Service Class  LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 27,960 | kWh | $0.041924 | $1,172.21 |
| Fuel and Purchased Power Cost Adjustment | 27,960 | kWh | $0.054592 | $1,526.39 |
| CES Adder | 27,960 | kWh | $0.002630 | $73.53 |
| | | | Total Before Taxes | $2,772.14 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $239.09 |
| | | | **Total for Service Period** | **$3,011.23** |



**ConEdison Solutions**
An Energy Services Company

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

| | |
|---|---|
| Account Number ............... | 519913 |
| | Tiffany & Co |
| Invoice Number ............... | 483455 |
| Billing Date ............... | January 30, 2008 |
| Amount Due this month ............... | $3,795.45 |
| Remit By ............... | February 25, 2008 |

**Message Center**
REMIT TO ADDRESS: To avoid late payment charges being assessed to your account, please send all payments to the address printed on the return stub at the bottom of this page or use the enclosed return envelope.

### Account Summary

**Supply Charges**

| | | | |
|---|---|---|---|
| 12/30/2007 | Prior Balance | | $8,104.11 |
| 01/03/2008 | Payment Received | | ($5,092.88) |
| 01/15/2008 | Payment Received | | ($3,011.23) |
| 01/30/2008 | Current Charges | | $3,795.45 |
| | | Sub-total | |
| | **Total Amount Due** | | **$3,795.45** |

**Contacting Us...**

**Your Customer Service Representative**
Betty Smith at: 1-800-563-4191

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY    *Charges by Service Location*

| Delivery Co. Account Number | | Service Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5307222205 | Tiffany & Co | | | 1980 Northern Blvd | | Manhasset | NY | 11030 |
| | | | | Electricity | | | | |

| Bill Period From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 12/22/2007 | 01/24/2008 | 34,320 | $3,494.08 | | $301.37 | $3,795.45 |
| | | 34,320 | $3,494.08 | | $301.37 | $3,795.45 |

*Please return this portion with a check or money order payable to ConEdison Solutions*

**ConEdison Solutions**

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | | 519913 |
|---|---|---|
| Amount Due by | 02/25/2008 | $3,795.45 |
| Amount Enclosed $ | | |

## Remit to:    ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

TIFFANY & CO
15 Sylvan Way
ATTN: ERIC ZIEGLER
PARSIPPANY NJ 07054

InvoiceID: 483455

T 1182

(Page 3 of 3)



**Tiffany & Co**
**Invoice No  483455**

Date 01/30/2008 6:35:01 PM
Page 2

## BILLING DETAIL   *Charges*

**Service Period from 12/22/2007 to 01/24/2008**

Delivery Co. Acct #:  5307222205
Service Class   LIPA285S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY  11030

| Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| LIPA Bill Credit | 34,320  kWh | $0.041753 | $1,432.96 |
| Fuel and Purchased Power Cost Adjustment | 34,320  kWh | $0.057426 | $1,970.67 |
| CES Adder | 34,320  kWh | $0.002630 | $90.26 |
| | | Total Before Taxes | $3,494.08 |
| | | Gross Receipt Tax | $0.00 |
| | | Sales Tax | $301.37 |
| | | **Total for Service Period** | **$3,795.45** |

(Page 2 of 3)



ConEdison Solutions
An Energy Services Company



| | |
|---|---|
| Account Number | **519913** |
| | **Tiffany & Co** |
| Invoice Number | **497616** |
| Billing Date | March 02, 2008 |
| Amount Due this month | $3,677.63 |
| Remit By | March 27, 2008 |

701 Westchester Avenue
Suite 300 East
White Plains, New York 10604

### Message Center

REMIT TO ADDRESS: To avoid late payment
charges being assessed to your account,
please send all payments to the address printed
on the return stub at the bottom of this page or
use the enclosed return envelope.

**Account Summary**

_Supply Charges_

| | | |
|---|---|---|
| 01/30/2008 | Prior Balance | $3,795.45 |
| 02/21/2008 | Payment Received | ($3,795.45) |
| 03/02/2008 | Current Charges | $3,677.63 |
| | Sub-total | |
| | **Total Amount Due** | **$3,677.63** |

### Contacting Us...

**Your Customer Service Representative**
**Betty Smith at: 1-800-563-4191 Ext. 4**

**Web Site**
www.conedsolutions.com

### BILLING SUMMARY    _Charges by Service Location_

| Delivery Co. Account Number | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 6307222205 | Tiffany & Co | 1980 Northern Blvd | Manhasset | NY | 11030 | |
| | | _Electricity_ | | | | |

| Bill Period :From | To | Usage | Amount | GR Tax | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 01/24/2008 | 02/26/2008 | 32,880 | $3,385.62 | | $292.01 | $3,677.63 |
| | | 32,880 | $3,385.62 | | $292.01 | $3,677.63 |

Please return this portion with a check or money order payable to ConEdison Solutions



ConEdison Solutions

701 Westchester Avenue
Suite 300 East
White Plains, NY 10604

| ConEdison Solutions Account No | | **519913** |
|---|---|---|
| **Amount Due by** | **03/27/2008** | **$3,677.63** |
| **Amount Enclosed $** | | |

## Remit to:    ConEdison Solutions
PO Box 223246
Pittsburgh, PA 15251-2246

TIFFANY & CO
15 Sylvan Way
ATTN: ERIC ZIEGLER
PARSIPPANY NJ 07054

InvoiceID: 497616

 **ConEdison Solutions** An Energy Services Company

Tiffany & Co
*Invoice No* 497616

Date 03/02/2008 8:12:33 PM
Page 2

## BILLING DETAIL    *Charges*

**Service Period from 01/24/2008 to 02/26/2008**

Delivery Co. Acct #:   5307222205
Service Class   LIPA265S

Service To  Tiffany & Co
1980 Northern Blvd
Manhasset, NY 11030

| Description | Quantity | | Unit Price | Total Price |
|---|---|---|---|---|
| LIPA Bill Credit | 32,880 | kWh | $0.041850 | $1,376.03 |
| Fuel and Purchased Power Cost Adjustment | 32,880 | kWh | $0.058469 | $1,923.12 |
| CES Adder | 32,880 | kWh | $0.002630 | $86.47 |
| | | | Total Before Taxes | $3,385.62 |
| | | | Gross Receipt Tax | $0.00 |
| | | | Sales Tax | $292.01 |
| | | **Total for Service Period** | | $3,677.63 |