# EXHIBIT OO

**Amundsen, Christine**

---

**From:** Amundsen, Christine
**Sent:** Tuesday, January 02, 2007 12:10 PM
**To:** 'Mogel, Bruce'
**Subject:** electric meter reading discrepancy at Manhasset store
**Importance:** High

Bruce,

LIPA is sending an investigator (who is familiar with the location) to determine what the problem is with the electric meter for your Manhasset store. The investigator's name is Mr. Espy.

They have asked us to let the store manager know they will be there on Friday morning, Jan. 5th. They do not anticipate any interruption in service. Also, they wanted to confirm that the facility contact person's name is Mr. Laurie.

Paperwork has been initiated and they will correct the billing, but it is pending the results of their investigation. We will keep you advised.

Regards,
Chris

Chris Amundsen
Senior Consultant
NUS Consulting Group
1 Maynard Drive
Park Ridge, NJ 07656
T: 201-391-4300 x 109
F: 201-391-8158



1/8/2007