UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



NATIONAL UTILITY SERVICE, INC.,

Plaintiff,

-v-

TIFFANY & CO. and TIFFANY & COMPANY,

Defendants.

No. 07 Civ. 3345 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' letter, dated September 9, 2008, requesting permission to file one set of papers constituting both Defendants' reply to their own summary judgment motion, and opposition to Plaintiff's summary judgment motion, on September 25, 2008. Plaintiff has also submitted a letter, dated September 10, 2008, opposing Defendants' request, or, in the alternative, requesting an additional week in which to file its own reply papers.

The Court notes that the parties had ample opportunity to address this issue at the pre-motion conference at which time the Court set the briefing schedule. Nevertheless, the Court grants the parties' request and adopts the following schedule:

> Defendants' consolidated opposition and reply shall be filed and served on or before September 25, 2008.
>
> Plaintiff's reply shall be filed and served on or before October 16, 2008.

SO ORDERED.

Dated:    September 10, 2008
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE